# EXHIBIT 3

## **DECLARATION OF MATTHEW GODWIN**

I, Matthew Godwin, under penalty of perjury, declare and state as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this Affidavit, and am competent to testify to the matters stated below.

2. I live in Waldorf, Maryland.

3. I currently own regulated long guns which are classified as "assault weapons" by SB 281. I also own at least one full-size semiautomatic handgun. Each of these firearms are designed for, and come standard with, detachable magazines which hold in excess of 10 rounds.

4. I plan on purchasing additional full-size semiautomatic handguns with standard detachable magazines holding in excess of ten rounds after October 1, 2013, if allowed to do so by law.

5. I plan on purchasing additional regulated long guns with standard detachable magazines holding in excess of ten rounds after October 1, 2013, if allowed to do so by law.

6. I currently use my regulated long guns and hand guns for defense in my home.

7. I suffer a permanent physical disability caused by injuries suffered during a motor vehicle accident. As a result of this condition, I require access to full-capacity magazines to fully utilize my firearms at the practice range, and to ensure my ability to defend myself in my home if necessary.

8. After October 1, 2013, I am advised I will no longer be allowed either to purchase or possess regulated long guns described as "assault weapons" in SB 281 in addition to that which I currently own, or to purchase standard capacity magazines holding in excess of ten rounds for regulated firearms I may now own or may wish to purchase in the future, pursuant to SB 281.

2

9. The primary purpose for owning the firearms discussed herein is for self-defense in my home.

10. I do not possess any qualities or characteristics that would preclude me from owning any of the firearms discussed herein under federal law.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Matthew Godwin

9-23-13
Date