# EXHIBIT 4

## DECLARATION OF CAROL WINK

I, Carol Wink, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this Affidavit, and am competent to testify to the matters stated below.

2. I am an ~~owner and~~ ow operator of Wink's Sporting Goods, a federal firearm licensed dealer and Maryland regulated firearms Dealer located in Princess Anne, Maryland.

3. In addition to offering gunsmithing and appraisal services, Wink's Sporting Goods engages in the sale of firearms, including regulated firearms, firearm parts and equipment, magazines and ammunition.

4. The implementation of SB 281 will cause Wink's Sporting Goods significant economic injury, insofar as Wink's Sporting Goods currently sells firearms which will be more strictly regulated or prohibited by SB 281. SB 281's Handgun Qualification License requirement, for which the Maryland State Police have yet to establish implementing regulations, will effectively bring a stop to all handgun sales on October 1, 2013, with no way to know when those sales may resume. Furthermore, regulated long guns classified as "assault weapons" by SB 281 represent a substantial number of all long guns sold by Wink's Sporting Goods. In fact, firearms based on the AR-15 platform currently are far and away the most commonly purchased long gun in Maryland, and are in common possession and use by the residents of Maryland. Additionally, Wink's Sporting Goods will no longer be able to sell standard capacity detachable magazines holding in excess of ten rounds, which not only represents the loss of a significant portion of revenue for Wink's Sporting Goods, but also will necessitate the refunding to purchasers of regulated handguns some amount of the purchase price to compensate them for

receiving a handgun with no included magazines significantly diminishing our profit. Finally, there exists no market for detachable magazines holding ten rounds or fewer, in terms of magazines in circulation or scheduled for production, sufficient to provide all handgun purchasers with a magazine for their handgun; a purchaser may wait several months, or longer, before he or she can acquire any sort of magazine for a handgun purchased on or after October 1, 2013, rendering that handgun either a single-shot or totally unusable.

I declare under penalty of perjury that the foregoing is true and correct..

_Carol Wink_ _9-23-13_
Carol Wink                               Date