# EXHIBIT 6

## DECLARATION OF JOHN JOSSELYN

I, John Josselyn, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this Affidavit, and am competent to testify to the matters stated below.

2. I am the Legislative Vice President of Associated Gun Clubs of Baltimore, Inc. ("AGC").

3. AGC is a Maryland corporation formed on July 1, 1944 when a number of World War II veterans in the Baltimore, Maryland area began looking for a place for recreational and competitive shooting. In addition to operating a target shooting range facility, providing hunting and target shooting instruction courses that promote general firearm safety, and offering programs and events that encourage adult and youth participation in the shooting sports, AGC supports, encourages, and actively promotes the private ownership of firearms for all law abiding citizens. AGC consists of 15 charter member clubs as well as 14 associate member clubs.

4. AGC's member clubs each have numerous individual members who currently own, are in the process of purchasing, and will in the future purchase, regulated handguns, including handguns with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

5. AGC's member clubs each have numerous individual members who currently own, are in the process of purchasing, and intend in the future to purchase, regulated long guns identified by SB 281 as "assault weapons," most of which come standard with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

6.    It is my understanding that SB 281 will make purchasing or receiving certain regulated long guns, commonly used by the residents of Maryland and classified by SB 281 as "assault weapons," illegal. Additionally, it is my understanding that SB 281 will make purchasing in the state of Maryland standard capacity magazines with a capacity exceeding ten rounds illegal, severely compromising the effectiveness and utility of many firearms currently legally owned, and which may be legally purchased in the future. Finally, it is my understanding that SB 281 will add significant burdens for purchasers of a handgun in the form of the handgun qualification license and its requirements.

I declare under penalty of perjury that the foregoing is true and correct.

_____       9/20/2013
John Josselyn                        Date