# EXHIBIT 7

## **DECLARATION OF PATRICK SHOMO**

I, Patrick Shomo, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this Affidavit, and am competent to testify to the matters stated below.

2. I am the President of Maryland Shall Issue, Inc. ("MSI").

3. MSI is an all volunteer, non-partisan organization dedicated to the preservation and advancement of gun owners' rights in Maryland. MSI seeks to educate the community about the right of self-protection, the safe handling of firearms, and the responsibility that goes with carrying a firearm in public.

4. MSI has numerous individual members who currently own, are in the process of purchasing, and will in the future purchase, regulated handguns, including handguns with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

5. MSI has numerous individual members who currently own, are in the process of purchasing, and intend in the future to purchase, regulated long guns identified by SB 281 as "assault weapons," most of which come standard with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

6. It is my understanding that SB 281 will make purchasing or receiving certain regulated long guns commonly used by the residents of Maryland and classified by SB 281 as "assault weapons," illegal. Additionally, it is my understanding that SB 281 will make purchasing in the state of Maryland standard capacity magazines with a capacity exceeding ten rounds illegal, severely compromising the effectiveness and utility of many firearms currently

legally owned, and which may be legally purchased in the future. Finally, it is my understanding that SB 281 will add significant burdens for purchasers of a handgun in the form of the handgun qualification license and its requirements.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Patrick Shomo

_21 Sept 2013_
Date