# EXHIBIT 8

## **DECLARATION OF WILLIAM PALK**

I, William Palk, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this Affidavit, and am competent to testify to the matters stated below.

2. I am the Board Chairman of the Maryland State Rifle and Pistol Association ("MSRPA").

3. MSRPA is a resource for informing legislators, other public officials and the media about the rights and interests of the firearm owning community. MSRPA also promotes safe firearms handling through its affiliated clubs and statewide programs, organizes and sanctions state championship matches in all shooting disciplines, conducts Junior Programs in the shooting sports, and promotes hunter safety.

4. Many of MSRPA's individual members currently own, are in the process of purchasing, and would like to purchase in the future, but for the implementation of SB 281, regulated handguns, including handguns with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

5. MSRPA's individual members currently own, are in the process of purchasing, and would like to purchase in the future, but for the implementation of SB 281, regulated long guns identified by SB 281 as "assault weapons," most of which come standard with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes but also for use in many sanctioned rifle competitions.

6. It is my understanding that SB 281 will make purchasing or receiving certain regulated long guns, commonly used by the residents of Maryland and classified by SB 281 as

"assault weapons," illegal. Additionally, it is my understanding SB 281 will make purchasing in the state of Maryland standard capacity magazines with a capacity exceeding ten rounds illegal, severely compromising the effectiveness and utility of many firearms currently legally owned, and which may be legally purchased in the future. Finally, it is my understanding that SB 281 will add significant burdens for purchasers of a handgun in the form of the handgun qualification license and its requirements.

7. Many of MSRPA's individual members compete in local, state, regional, and national rifle and pistol shooting events sanctioned and sponsored not only by MSRPA but also by the National Rifle Association and the Civilian Marksmanship Program. The Civilian Marksmanship Program was founded in 1903 by President Roosevelt and chartered by the US Congress in 1996 and in many of its rifle competitions, the rifles and magazines that are used are the regulated long guns and standard capacity magazines identified by SB 281 as "assault weapons and high capacity magazines." The passage and implementation of SB281 will prevent new competitors from participating in the sport because they will be prohibited from acquiring the firearms and magazines necessary for competition.

I declare under penalty of perjury that the foregoing is true and correct.

_____       23 September 2013
William Palk                                          Date