IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SHAWN J. TARDY, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 1:13-cv-02841 |
| | ) |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, in his official capacity as Governor of the State of Maryland, et al., | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' REQUEST FOR HEARING

Plaintiffs Andrew Turner, Shawn J. Tardy, Matthew Godwin, Wink's Sporting Goods, Inc., Atlantic Guns, Inc., and association Plaintiffs Associated Gun Clubs of Baltimore, Inc., Maryland Shall Issue, Inc., Maryland State Rifle and Pistol Association, Inc., National Shooting Sports Foundation, Inc., and Maryland Licensed Firearms Dealers Association, Inc. (collectively, "Plaintiffs"), by and through undersigned counsel, hereby request this Court to hold a hearing on Plaintiffs' Motion for Temporary Restraining Order before October 1, 2013. Plaintiffs request this hearing before October 1, 2013, because The Firearm Safety Act of 2013 (the "Act"), whose enforcement Plaintiffs seek to restrain, takes effect on that date and will alter, irreparably, the status quo in this case.

Plaintiffs' Second Amendment rights will be unconstitutionally infringed upon beginning on October 1, 2013, and Plaintiffs respectfully request this Court to hold this hearing before that date, so as to prevent the deprivation of their fundamental rights for even one day and to

maintain the status quo. *See Peoples Fed. Sav. Bank. v. People's United Bank*, 750 F.Supp. 2d 217 (D. Mass. 2010) (scheduling a hearing to address pending motions for a temporary restraining order and preliminary injunction in an action accruing under the Lanham Act three days prior to the alleged harm occurring so as to ensure the status quo is maintained).

Respectfully submitted,

John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

*Counsel for Plaintiffs.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2013, copies of Plaintiffs' Request for Hearing was served, via electronic delivery to the below e-mail address, on the following:

>Office of the Attorney General
>Douglas F. Gansler (dgansler@oag.state.md.us)
>Attorney General
>200 St. Paul Place
>Baltimore, Maryland 21202
>
>Office of the Attorney General
>Mark H. Bowen (mark.bowen@maryland.gov)
>Assistant Attorney General
>1201 Reisterstown Road
>Pikesville, Maryland 21208
>
>Office of the Attorney General
>Matthew Fader (mfader@oag.state.md.us)
>Deputy Chief Assistant Attorney General
>200 St. Paul Place
>Baltimore, Maryland 21202

Hard copies will be delivered by Private Process Server once Summonses have been issued.

_____
John Parker Sweeney (Bar No. 08761)