IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Shawn J. Tardy, et al. | * |
|        **Plaintiff(s)** | |
| | *    Case No.: 1:13-cv-02841 |
| vs. | |
| | * |
| Martin O'Malley, et al. | |
|        **Defendant(s)** | * |

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, T. Sky Woodward, am a member in good standing of the bar of this Court. My bar number is 10823. I am moving the admission of James Wallace Porter, III to appear *pro hac vice* in this case as counsel for all Plaintiffs.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Alabama September - 30, 2005 | U.S. District Court - Northern District of Alabama - January 18, 2007 |
| District of Columbia - February 7, 2011 | U.S. District Court - District of Columbia - November 7, 2011 |
| | U.S. Court of Appeals for the Eleventh Circuit - September 14, 2007 |
| | U.S. Court of Appeals for the District of Columbia Circuit - March 7, 2013 |
| | United States Supreme Court - December 13, 2010 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4       The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5       The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.      The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.      Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.      **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

9.      We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

_____
Signature

T. Sky Woodward
Printed Name

Bradley Arant Boult Cummings, LLP
Firm

1615 L Street NW, Suite 1350
Address    Washington, DC 20036

202-393-7150
Telephone Number

202-719-8212
Fax Number

SWoodward@babc.com
Email Address

PROPOSED ADMITTEE

_____
Signature

James W. Porter, III
Printed Name

Bradley Arant Boult Cummings, LLP
Firm

1615 L Street NW, Suite 1350
Address    Washington, DC 20036

202-393-7150
Telephone Number

202-719-8332
Fax Number

Jporter@babc.com
Email Address