

| Select Language ▼ | Translation Disclaimer | Home | About Us | Publications | Forms | Contact Us |



**DESPP DIVISIONS:**

**Commission on Fire Prevention and Control**

**Emergency Management and Homeland Security**

**Statewide Emergency Telecommunications**

**Police Officer Standards and Training Council**

**Scientific Services**

**State Police**








**2013**



STATE OF CONNECTICUT
Department of Emergency Services &
Public Protection
Connecticut State Police
Public Information Office
1111 Country Club Road
Middletown, Connecticut 06457

Contact:
860-685-8230
DESPP.Feedback

Reuben Bradford
Commissioner

Colonel Danny R. Stebbins
Deputy Commissioner
Division of State Police

FOR IMMEDIATE RELEASE
January 18, 2013

**\*\* UPDATE \*\***

**STATE POLICE IDENTIFY WEAPONS USED IN SANDY HOOK INVESTIGATION;
INVESTIGATION CONTINUES**

   In previous press conferences, the Connecticut State Police clearly identified all of the weapons seized from the crime scene at Sandy Hook Elementary School.

   To eliminate any confusion or misinformation, we will again describe and identify the weapons seized at the school crime scene.

<u>Seized inside the school:</u>

#1. Bushmaster .223 caliber-- model XM15-E2S rifle with high capacity 30 round magazine

#2. Glock 10 mm handgun

#3. Sig-Sauer P226   9mm handgun

<u>Seized from suspect's car in parking lot:</u>

#4. Izhmash Canta-12   12 gauge Shotgun   (seized from car in parking lot)

   The shooter used the Bushmaster .223 to murder 20 children and six adults inside the school; he used a handgun to take his own life inside the school. No other weapons were used in this crime. This case remains under investigation.

   Lt. J. Paul Vance

Content Last Modified on 3/13/2013 3:34:09 PM

**1111 Country Club Road, Middletown, CT 06457**
Home | CT.gov Home | Send Feedback | Login | Register
State of Connecticut Disclaimer, Privacy Policy, and Web Site Accessibility Policy.  Copyright © 2002-2013 State of Connecticut.



Exhibit A