Maryland Shall Issue® Join/Donate Now!

- Email Tools
- 2A Resource Room
- SB281 Pamphlet
- Information
- About MSI
- Opinion Poll

# Last Chance to Stop SB281

Home  »  Email Alerts  » Last Chance to Stop SB281
Apr 4, 2013

Yesterday, Senate Bill 281 received final approval in the House of Delegates by a 78 to 61 vote. On the House floor, the bill was made even worse as Delegates stripped out a committee amendment that would have exempted active duty military and veterans under age 21 from the handgun licensing and training requirements. This extremist anti-gun bill now goes back to the Senate as soon as TODAY for a concurrence vote on the House amendments. This is your last chance to stop Governor Martin O'Malley's seizure of your Second Amendment rights.

It is critical that you contact Senate President Mike Miller and your state Senator IMMEDIATELY. Strongly urge them to oppose concurrence to the House version of Senate Bill 281. This is your state Senator's final chance to protect YOUR Second Amendment rights.

Senate Bill 281 targets and punishes law-abiding gun owners and sportsmen for exercising our fundamental right to keep and bear arms. The General Assembly has made it painfully clear they do not care about criminals using guns in crimes. They are making a full assault on law abiding citizens. We need look no further than this:

**"It simply will cost too much to keep criminals in jail." Delegate Joseph Vallario.**

They cannot afford to keep criminals in jail, but they can afford to lose 1,000 jobs and millions in tax revenue from Beretta, LWRC and other companies. They cannot afford to keep criminals in jail, but they can afford to implement a complex licensing system to curtail Second Amendment rights.

Also focus on these Senators who broke the filibuster last time, but not exclusively. Get in touch with your Senator. If they are pro-2A, thank them for being that.

James Brochin
(410) 841-3648, (301) 858-3648
1-800-492-7122, ext. 3648 (toll free)

Exhibit B

Case 1:13-cv-02841-CCB   Document 10-2   Filed 09/30/13   Page 2 of 3

James DeGrange
(410) 841-3593, (301) 858-3593
1-800-492-7122, ext. 3593 (toll free)

Thomas Middleton
(410) 841-3616, (301) 858-3616
1-800-492-7122, ext. 3616 (toll free)

Thomas V. Mike Miller
(410) 841-3700, (301) 858-3700
1-800-492-7122, ext. 3700 (toll free)

**The message is simple: A Vote for Cloture is a Vote for SB281! We will not be tricked by those who vote for cloture, then vote against the bill when they know it will pass so they can claim to support the Second Amendment.**

- # Follow Us!

  

- # Tell Us Your Story

Submit a 3 minute video of you reading your testimony and we will place it online. Let the General Assembly and Maryland know how Marylanders feel about the 2nd Amendment.

- # Mission Statement

Maryland Shall Issue® is an all volunteer, non-partisan organization dedicated to the preservation and advancement of gun owners' rights in Maryland. It seeks to educate the community about the right of self-protection, the safe handling of firearms, and the responsibility that goes with carrying a firearm in public.

- # Emily's Story

    - MILLER: The illogic of Dianne Feinstein's 'assault weapons' ban
    - VIDEO: Emily Miller speech to Virginia Citizens Defense League
    - VIDEO: Emily Miller on Fox Business (Feb. 27, 2013)
    - MILLER: ABC insists edit of Michelle Obama gun gaffe was 'for time'
    - VIDEO: Emily Miller on Blaze TV (Feb. 19, 2013)

- **kennblanchard.com**

  - Baltimore Comic Con Interviews 1
  - Be a Responsible Gun Owner and Invest in a Gun Safe
  - Episode 341 Black Man With A Gun Show
  - Episode 340 Black Man With A Gun Show
  - Hurt People Hurt People

- **Baltimore Sun**

  - Ramp from southbound I-97 onto Route 32 blocked in Arundel
  - Two-alarm fire shuts York Road in North Baltimore
  - New law cracks down on cellphone chatting while driving
  - Cordish Co. partner said he lost millions because of unnecessary stents
  - Hopkins professor rejects invitation to review NSA documents leaked by Snowden

- **Ammoland**

  - Saf Sues New York Over 'Safe Act' Magazine Limits
  - Rally Round The Virginian's
  - Crime Drops, Media Yawns
  - Cintas & Carhartt Cold Crew Contest – Are You North America's Next Cold Crew Champion?
  - Rob Pincus & Gun Owners Action League Firearms Training After Action Report

Maryland Shall Issue®

- Maryland News
- FAQs
- Join Today
- Contact Us

RSSTwitterFacebookYouTube

© Copyright 2013 Maryland Shall Issue®. All rights reserved.