

### Maryland: Second Amendment Supporters Actively Fight Governor's Gun Grab in Annapolis - Fight Is Far From Over

Posted on March 8, 2013

Over the past week, thousands of Marylanders took time out of their days and off work to travel to Annapolis and tell elected officials that they oppose Governor O'Malley's attack on their Second Amendment rights.  The NRA worked with Maryland State Rifle and Pistol Association (MSRPA), Maryland Shall Issue (MSI) and Associated Gun Clubs of Baltimore (AGC) to coordinate testimony, plan the rally and are continuing to work tirelessly to defeat all anti-gun legislation in Annapolis this year.  The strong turnout for the Second Amendment and the weak showing by the scant supporters of *any* gun control legislation exposes the dichotomy between Governor O'Malley's claims and the reality – **Marylanders are standing for their civil rights and rejecting gun control!**

Last Friday, the planned anti-gun rally was very poorly attended, with a small group of protesters outside the State House. Yet the House of Delegates Office Building was filled with Second Amendment supporters!  In a repeat of the success of the Senate committee hearing turnout last month, the fire marshal was once again forced to close the building due to crowds as the building reached its capacity – while O'Malley's gun control drew a mere 32 people who signed up to speak in favor! More than a thousand stalwart defenders of the Second Amendment spoke through the evening until 4:00 am Saturday morning against House Bill 294 and other gun control measures.

Again on Tuesday, March 5, the Second Amendment mustered hundreds of supporters who rallied, met with their state legislators, testified against the many gun control bills before the House Judiciary Committee and spoke passionately in favor of the pro-Second Amendment legislation being heard.

**Thank you to everyone who attended the hearings and stayed until the bitter end to testify on these critical pieces of legislation!**

Please continue to contact your state Delegates to urge them to oppose **O'Malley's** House Bill 294 as well as any anti-gun legislation that hinders a law-abiding citizen's right to self-defense.  The votes could take place at any time, so it is critical that you call your state Delegates TODAY. While it may be easier for politicians to ignore or delete e-mails, they cannot ignore your telephone calls.  In addition to your calls, please try to schedule in-person meetings with your legislators in Annapolis.

**Lawmakers need to know how many law-abiding citizens in Maryland oppose their attempts to take away their rights!  Do not let state lawmakers attempt to legislate away your rights without making your voice heard.**

## Write Your Reps

Let your voice be heard! Write your federal and state representatives today and tell them to support your Second Amendment rights!

*Before you can take action, we need to learn more about you.*

| * Prefix | Select Prefix |
|---|---|
| * First Name | |

**Protect Your R**
action:jsessio
engagementId
**Your voice need**
Urge your lawn
oppose any and
proposals that I
will be, introdu
so-called "unive
background che
would criminali
transfer of firea
legislation that
arbitrarily limit
magazines or re
failed ban on co
owned semi-au

**Write Your Re**
action:jsessio

Tags:
Maryland State Rifle and Pistol Association, MSRPA, AGC, gun control laws
Further Reading
Maryland: Senate Judicial Proceedings Committee Limits Public Testimony at Second Amendment Hearing
The Maryland Senate Judiciary Committee hearing on the Governor's gun control legislation, Senate Bill 281, is underway and crowds of thousands of Second Amendment supporters have shown up in Annapolis to oppose this draconian gun control measure. Opponents of S.B. 281 have overwhelmed the Maryland State House and have maxed out building capacity!
FULL STORY

Related Stories
Legislation
March 8, 2013
Maryland: Second Amendment Supporters Actively Fight Governor's Gun Grab in Annapolis - Fight Is Far From Over
READ ALL