IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHAWN J. TARDY, ET AL.          :
                                                              :
   v.                                                   :     CIVIL NO. CCB-13-2841
                                                         :
MARTIN J. O'MALLEY, ET AL.      :

...o0o...

## **ORDER**

For the reasons stated on the record in open court, it is hereby **ORDERED** that:

the plaintiffs' Motion for Temporary Restraining Order is **Denied**.


October 1, 2013                                                        /s/
      Date                                              Catherine C. Blake
                                                            United States District Judge