AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| SHAWN J. TARDY, et al. | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. CCB-13-2841 |
| MARTIN J. O'MALLEY, et al. | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Maryland State Police
    Serve On: Office of the Attorney General
    Douglas F. Gansler
    Attorney General
    200 St. Paul Place
    Baltimore, Maryland 21202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: John Parker Sweeney (jsweeney@babc.com)
    T. Sky Woodward (swoodward@babc.com)
    Bradley Arant Boult Cummings, LLP
    1615 L Street, N.W., Suite 1350
    Washington, DC 20036
    (202) 719-8216 - phone/ (202) 719-8316 - fax

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/27/13

*Signature of*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Maryland State Police_
was received by me on *(date)* _9/27/13_ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Jennifer L. Katy_ , who is
designated by law to accept service of process on behalf of *(name of organization)* _Maryland State_
_Po Police_ on *(date)* _9/27/13_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _9/30/13_

_Lloyd Thompson_
Server's signature

_LLOYD THOMPSON_
Printed name and title

_1220 L St. N.W. Washington, D.C. 20005_
Server's address

Additional information regarding attempted service, etc: