IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SHAWN J. TARDY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 13-cv-02841-CCB |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, in his official capacity as Governor of the State of Maryland, et al., | ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## PLAINTIFFS' DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Local Rule 103.3, Plaintiffs Wink's Sporting Goods, Inc. ("Wink's"), Atlantic Guns, Inc. ("Atlantic Guns"), Associated Gun Clubs of Baltimore, Inc. ("AGC"), Maryland Shall Issue, Inc. ("MSI"), Maryland State Rifle and Pistol Association, Inc. ("MSRPA"), National Shooting Sports Foundation ("NSSF"), and Maryland Licensed Firearms Dealers Association, Inc. ("MLFDA"), by and through their undersigned counsel of record, hereby state:

None of the Plaintiff corporate parties have a parent or corporate affiliate, except that Plaintiff Maryland State Rifle and Pistol Association is affiliated with the National Rifle Association, which is voluntarily contributing to the representation of the Plaintiffs and might have an interest in any recovery of attorneys fees and costs awarded under 42 U.S.C. 1988(b) in the event Plaintiffs prevail. Plaintiff Maryland State Rifle and Pistol Association also is

affiliated with MYSAFE. There are no other business entities not a party to the case with a financial interest in the outcome of this matter.

Respectfully submitted,

John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of October, 2013, copies of the Plaintiffs' Disclosure of Affiliations and Financial Interest were served, were served by electronic service via the Court's CM/ECF Electronic Case Filing service to all Counsel of Record.

John Parker Sweeney (Bar No. 08761)