IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

SHAWN J. TARDY, *et al.*,          *

    Plaintiffs,             *

v.                                 *        Civil Case No. 13-cv-02841-CCB

MARTIN O'MALLEY, *et al.*,         *

    Defendants.             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the joint status report of the parties, dated October 15, 2013, it is hereby ORDERED that:

Initial disclosures, pursuant Rule 26(a)(1)(A), shall be made on or before October 28, 2013;

The defendants shall answer or move in response to the complaint on or before October 23, 2013;

The plaintiffs shall make their expert disclosures, pursuant to Rule 26(a)(2), on or before December 13, 2013;

Fact discovery shall be completed by December 20, 2013;

The defendants shall make their expert disclosures, pursuant to Rule 26(a)(2), on or before January 10, 2014;

All expert discovery shall be completed by January 24, 2014;

a Status Report is due January 31, 2014;

CCB
usdj

1

The parties shall appear for a status/pre-trial conference at 2:00 p.m. on Feb. 7, 2014; and

A trial on the merits is scheduled to commence at 10:00 a.m. on Feb. 24, 2014. (unless a dispositive motion is filed Jan. 31, 2014.

Nothing in this Order shall preclude any party from seeking to modify this schedule for good cause.

_10/16/13_  
Date

_CCB_  
Catherine C. Blake  
United States District Judge