IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHAWN J. TARDY, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Case No. 13-cv-02841-CCB |
| MARTIN O'MALLEY, *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the accompanying memorandum, defendants Governor Martin O'Malley, Attorney General Douglas F. Gansler, Superintendent of State Police Colonel Marcus Brown, all sued in their official capacities, and the Maryland State Police, move to dismiss Counts Two, Three, and Four of the complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on which relief can be granted; and to dismiss the claims of plaintiffs Wink's Sporting Goods, Inc., Atlantic Guns, Inc., Maryland Licensed Firearm Dealers Association, Inc., and, to the extent it purports to represent the interests of member firearms sellers, the National Sports Shooting Foundation, in Counts One and Two of the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1).

A proposed order is attached.

    Respectfully submitted,

    DOUGLAS F. GANSLER
    Attorney General


    _____/s/_____
    MATTHEW J. FADER (Fed. Bar # 29294)
    STEPHEN M. RUCKMAN (Fed. Bar # 28981)
    Assistant Attorney General
    200 St. Paul Place, 20th Floor
    Baltimore, Maryland 21202
    410-576-7906 (tel.); 410-576-6955 (fax)
    mfader@oag.state.md.us

    DAN FRIEDMAN (Fed. Bar # 24535)
    Assistant Attorney General
    Office of the Attorney General
    Legislative Services Building
    90 State Circle, Room 104
    Annapolis, Maryland 21401
    Tel. 410-946-5600
    dfriedman@oag.state.md.us

Dated: October 23, 2013    Attorneys for Defendants