**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **SHAWN J. TARDY, et al.;** | ) |
| | ) |
| | ) |
|     **Plaintiffs,** | )   **Case No.: 1:13-cv-02841-CCB** |
| | ) |
| **v.** | ) |
| | ) |
| **MARTIN J. O'MALLEY, et al.;** | ) |
| | ) |
| | ) |
|     **Defendants.** | ) |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

COME NOW the Parties, through undersigned counsel, and for their Joint Motion for Entry of a Confidentiality Order in this case pursuant to Fed. R. Civ. P. 26 and L.R. 104.13, state as follows:

1. The Parties agree, understand and stipulate that discovery in this case either involves or may involve the production of sensitive personal, private, proprietary and/or business information.

2. The Parties stipulate that such information should be deemed confidential and treated as such, and should only be used for proper purposes associated with this litigation.

3. The Parties have agreed as to the form of a proposed Stipulated Confidentiality Order, which was drafted in accordance with L.R. 104.13 and substantively mirrors the Standard Form Stipulated Confidentiality Order set forth in the Local Rules.

A copy of the proposed Stipulated Confidentiality Order is filed herewith.

Respectfully submitted,


/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
James W. Porter, III (Admitted *pro hac vice*)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

*Attorneys for Plaintiffs*


/s/ Matthew J. Fader
Matthew J. Fader (Bar No. 29294)
Stephen M. Ruckman (Bar No. 28981)
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
P (410) 576-7906
F (410) 576-6955
mfader@oag.state.md.us

Dan Friedman (Bar No. 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle, Room 104
Annapolis, MD 21401
P (410) 946-5600
dfriedman@oag.state.md.us

*Attorneys for Defendants*