IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| SHAWN J. TARDY, et al.; | ) |
| | ) |
| Plaintiffs, | ) Case No.: 1:13-cv-02841-CCB |
| | ) |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, et al.; | ) |
| | ) |
| Defendants. | ) |

## CONSENT MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

Plaintiffs hereby move the Court for leave to amend their Complaint, pursuant to Fed. R. Civ. P. 15(a)(2), to remove Plaintiff Shawn J. Tardy and designate Plaintiff Stephen V. Kolbe as the lead Plaintiff. Attached to this Motion are copies of both the proposed Third Amended Complaint and the proposed Third Amended Complaint with the changes noted as required by Local Rule 103(6)(c). Plaintiffs have conferred with Defendants regarding the filing of a Third Amended Complaint, and the parties have agreed that:

1. Defendants consent to Plaintiffs' Motion for Leave to file a Third Amended Complaint, a copy of which is attached to this Motion.

2. Defendants will have fourteen (14) days from the date this Motion is granted to file their responsive pleading to the Third Amended Complaint.

Respectfully submitted,

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
James W. Porter, III (Admitted *pro hac vice*)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of November, 2013, copies of this Motion for Leave to File a Third Amended Complaint, proposed order, proposed Third Amended Complaint, and the accompanying version of the proposed Third Amended Complaint with the changes noted as required by Local Rule 103(6)(c), were served, via electronic delivery to Defendants' counsel at the below e-mail addresses:

Dan Friedman, Esquire
Maryland Office of the Attorney General
Counsel to the General Assembly
90 State Circle, Room 104
Annapolis, Maryland 21401
dfriedman@oag.state.md.us

Matthew J. Fader, Esquire
Maryland Office of the Attorney General
200 Saint Paul Street
Baltimore, Maryland 21202
mfader@oag.state.md.us

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)