IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHAWN J. TARDY, *et al.*,           *

   *Plaintiffs,*                              *

   v.                                                *          Civil Case No. 13-cv-02841-CCB

MARTIN O'MALLEY, *et al.*,         *

   *Defendants.*                           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT**

For the reasons stated in the accompanying memorandum, defendants Governor Martin O'Malley, Attorney General Douglas F. Gansler, Colonel Marcus Brown, all sued in their official capacities, and the Maryland State Police, move to dismiss Counts Two, Three, and Four of the third amended complaint (ECF No. 30), pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim on which relief can be granted; and to dismiss the claims of plaintiffs Wink's Sporting Goods, Inc., Atlantic Guns, Inc., Maryland Licensed Firearm Dealers Association, Inc., and, to the extent it purports to represent the interests of member firearms sellers, the National Sports Shooting Foundation, in Counts One and Two of the third amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(1).

-2-

A proposed order is attached.

                                                DOUGLAS F. GANSLER
                                                Attorney General

                                                _____/s/_____
                                                MATTHEW J. FADER (Fed. Bar # 29294)
                                                STEPHEN M. RUCKMAN (Fed. Bar # 28981)
                                                Assistant Attorney General
                                                200 St. Paul Place, 20th Floor
                                                Baltimore, Maryland 21202
                                                410-576-7906 (tel.); 410-576-6955 (fax)
                                                mfader@oag.state.md.us

                                                DAN FRIEDMAN (Fed. Bar # 24535)
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                Legislative Services Building
                                                90 State Circle, Room 104
                                                Annapolis, Maryland 21401
                                                Tel. 410-946-5600
                                                dfriedman@oag.state.md.us

Dated: November 22, 2013              Attorneys for Defendants