**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| **STEPHEN V. KOLBE, et al.;** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | **Case No.: 1:13-cv-02841-CCB** |
| ) | |
| v. ) | |
| ) | |
| **MARTIN J. O'MALLEY, et al.;** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties hereby jointly move the Court to amend its Scheduling Order of October 16, 2013 to allow time for briefing and filing of motions for summary judgment by both Plaintiffs and Defendants. The parties also request that the Court permit them to file memoranda in excess of the page limitations provided under Local Rule 105.3. Plaintiffs have conferred with Defendants regarding the timing of filing motions for summary judgment and replies, as well as the lengths of these filings, and the parties request that:

1. Defendants be permitted to file their Motion for Summary Judgment by February 14, 2014, with a page limitation of seventy-five (75) pages;

2. Plaintiffs be permitted to file their Opposition to Defendants' Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment by March 17, 2014, with a page limitation of one hundred (100) pages;

3. Defendants be permitted to file their Opposition to Plaintiffs' Motion for Summary Judgment and Reply to Plaintiffs' Opposition by April 11, 2014, with a page limitation of fifty (50) pages;

4. Plaintiffs be permitted to file their Reply to Defendants' Opposition by April 29, 2014, with a page limitation of twenty-five (25) pages; and

5. The trial currently scheduled for February 24, 2014, be cancelled.

Respectfully submitted,

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
James W. Porter, III (Admitted *pro hac vice*)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com
*Counsel for Plaintiffs*

/s/ Matthew J. Fader
Matthew J. Fader (Bar No. 29294)
Assistant Attorney General
200 St. Paul Place, 20th Floor
Baltimore, MD 21202
P (410) 576-7906
F (410) 576-6955
mfader@oag.state.md.us
*Counsel for Defendants*