IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STEPHEN V. KOLBE, et al.; | ) |
| | ) |
| Plaintiffs, | ) Case No.: 1:13-cv-02841-CCB |
| | ) |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, et al.; | ) |
| | ) |
| Defendants. | ) |

(PROPOSED) ORDER

Pursuant to the agreement between the Parties reflected in the Joint Motion to Amend the Scheduling Order, and finding good cause therefore, it is hereby ORDERED that the Scheduling Order be amended to reflect that:

1. Defendants are permitted to file their Motion for Summary Judgment by February 14, 2014, with a page limitation of seventy-five (75) pages;

2. Plaintiffs are permitted to file their Opposition to Defendants' Motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment by March 17, 2014, with a page limitation of one hundred (100) pages;

3. Defendants are permitted to file their Opposition to Plaintiffs' Motion for Summary Judgment and Reply to Plaintiffs' Opposition by April 11, 2014, with a page limitation of fifty (50) pages;

4. Plaintiffs are permitted to file their Reply to Defendants' Opposition by April 29, 2014, with a page limitation of twenty-five (25) pages; and

*ccb*

*pretrial conference scheduled for Feb. 7, 2014, and*

5. The trial scheduled for February 24, 2014, is hereby cancelled.

*CCB  1/6/14*

Judge
United States District Court for the
District of Maryland