FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2014 JAN 24  P 12: 04

CLERK'S OFFICE
AT BALTIMORE

BY_____          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STEPHEN V. KOLBE, et al.; | ) |
| Plaintiffs, | ) Case No.: 1:13-cv-02841-CCB |
| v. | ) |
| MARTIN J. O'MALLEY, et al.; | ) |
| Defendants. | ) |

## (~~PROPOSED~~) ORDER

Pursuant to the agreement between the Parties reflected in the Joint Motion to Amend the Scheduling Order, and finding good cause therefore, it is hereby ORDERED that the Scheduling Order be amended to reflect that:

1. The deadline for the completion of expert discovery of experts already designated by the parties shall be February 7, 2014;

2. If the defendants designate a rebuttal expert witness with respect to the plaintiffs' designation of Professor Mark Gius, the designation and report of such rebuttal expert shall be served on or before February 10, 2014, and any deposition shall be completed by February 28, 2014;

UNITED STATES DISTRICT COURT

3. To the extent agreed by the parties, the plaintiffs shall be permitted to resume the deposition of the Maryland State Police's 30(b)(6) designee(s) by February 7, 2014.

_____  CCB  1/23/14
Judge
United States District Court for the
District of Maryland