# EXHIBIT A—Illustrating the guns discussed in the Amicus

## Stevens Double-Barreled 12-Gauge Shotgun

In *Miller*, the Supreme Court held that a sawed-off Stevens double-barreled 12-gauge shotgun was not protected by the Second Amendment. See how the break action opens for manual loading and reloading of shells. Photos of a full-length Stevens from
http://www.doublegunshop.com/forums/ubbthreads.php?ubb=showflat&Number=350676.





## Assault weapons listed in the Firearms Safety Act

### Assault long guns

**(i) American Arms Spectre da Semiautomatic carbine**: This is the same as the Spectre double-action (da means double-action) below.

**(ii) AK–47 in all forms**: This refers to the original 1947 version of the Avtomat Kalashnikov listed below. This is one of the firearms specifically banned from importation pursuant to the Report and Recommendation of the ATF Working Group on the Importability of Certain Semiautomatic Rifles, Depart of the Treasury, Bureau of Alcohol, Tobacco and Firearms, July 6, 1989 (the Administration of George H.W. Bush), HEREINAFTER referred to as the *Bush Import Ban*. Photo from the 1989 Gun Digest, page 298:



**(iii) Algimec AGM–1 type semi–auto**: This is one of the firearms specifically listed in the *Bush Import Ban*. Photo at http://www.securityarms.com/firearm/4437



2

**(iv) AR 100 type semi–auto**: This is a version of the Daewoo rifles below. This is one of the firearms specifically listed in the *Bush Import Ban*.

**(v) AR 180 type semi–auto**: This is a version of the Colt AR-15 rifle below. It was mostly produced by Sterling Armaments in Britain. This is one of the firearms specifically listed in the *Bush Import Ban*.

**(vi) Argentine L.S.R. semi–auto**: This is the Argentine version of the FN-FAL rifle below. The FN-FAL is one of the firearms specifically listed in the *Bush Import Ban*.

**(vii) Australian Automatic Arms SAR type semi–auto**: This weapon was designed to be the standard infantry weapon of the Australian army, but it lost the competition for that contract to the Steyr AUG, so it was sold in its semiauto version to civilians. This is one of the firearms specifically listed in the *Bush Import Ban*. Photo at http://world.guns.ru/civil/austr/leader_sar-e.html



**(viii) Auto–Ordnance Thompson M1 and 1927 semi–automatics**: These are two semiautomatic versions of the classic Tommy Gun favored by gangsters in the 1920s and 30s. Photo from the 1989 Gun Digest, page 294.



3

Photo of model 1927 in Gun Digest Buyer's Guide to Assault Weapons (2008), page 161.



**(ix) Barrett light .50 cal. semi–auto**: This is a semiautomatic version of an anti-aircraft gun, shooting 50 caliber machinegun bullets which can travel more than a mile quite accurately and more than 3 miles inaccurately. Photo from the 1989 Gun Digest, page 294.



**(x) Beretta AR70 type semi–auto**: This is a semiauto version of the standard infantry rifle of the Italian army. This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from the Gun Digest Buyer's Guide to Assault Weapons (2008), page 44.



4

**(xi) Bushmaster semi–auto rifle**:
The current Bushmaster is a copy of the Colt AR-15. It was this gun that murdered 20 six- and seven-year-old children and six adults in Newtown. Photo from the Gun Digest Buyer's Guide to Assault Weapons (2008), page 167.



Prior to the 1994 federal assault weapon ban, Bushmaster manufactured a different model, an AK-47 type. Photo from the 1989 Gun Digest, page 294.



**(xii) Calico models M–100 and M–900:** The M-900 is similar to the M-100 below except it shoots 9mm ammunition. Photo from the 1989 Gun Digest, page 328.



**(xiii) CIS SR 88 type semi–auto:** This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from
http://www.weapon.ge/index.php?sel=1&id=461&man=&coun=44&cat=&l=en



**(xiv) Claridge HI TEC C–9 carbines:** Long version of the Goncz pistol. Photo from
http://www.imfdb.org/wiki/Claridge_Hi-Tec/Goncz_GA



**(xv) Colt AR–15, CAR–15, and all imitations except Colt AR–15 Sporter H–BAR rifle**: Photo from the 1989 Gun Digest, page 328.



**(xvi) Daewoo MAX 1 and MAX 2, aka AR 100, 110C, K–1, and K–2:** This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from 1989 Gun Digest, page 295



6

**(xvii) Dragunov Chinese made semi–auto:** This is one of the firearms covered by the *Bush Import Ban*. It's a version of the AK-47 with a longer barrel. Photo from
http://www.thespecialistsltd.com/dragunov-svd



**(xviii) Famas semi-auto (.223 caliber):** This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from the 1989 Gun Digest, page 297.



**(xix) Feather AT–9 semi–auto:** This is a semiautomatic version of a generic submachinegun that has been lengthened to rifle length. Photo from the 1990 Gun Digest, page 307.



7

Case 1:13-cv-02841-CCB   Document 40-1   Filed 02/14/14   Page 8 of 20

**(xx) FN LAR and FN FAL assault rifle:** These are semiautomatic copies of the standard infantry rifle used by several European countries. This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from the 1989 Gun Digest, page 295.



**(xxi) FNC semi–auto type carbine:** This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from 1989 Gun Digest, page 295.



**(xxii) F.I.E./Franchi LAW 12 and SPAS 12 assault shotgun:** This is one of the firearms banned from importation. Photo from 1989 Gun Digest, page 373



8

**(xxiii) Steyr–AUG–SA semi–auto:** This is one of the firearms specifically listed in the *Bush Import Ban*. It is a semiauto version of the infantry weapon used by the Australian army. Photo from the 1989 Gun Digest, page 300.



**(xxiv) Galil models AR and ARM semi–auto:** This is one of the firearms specifically listed in the *Bush Import Ban*. It is a semiauto version of the infantry weapon used by the Israeli army. Photo from the 1989 Gun Diges, page 296.



**(xxv) Heckler and Koch HK–91 A3, HK–93 A2, HK–94 A2 and A3:** This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from the 1989 Gun Digest, page 296.

9



**(xxvi) Holmes model 88 shotgun:** Photo from 1989 Gun Digest, page 373.



 **(xxvii) Avtomat Kalashnikov semiautomatic rifle in any format**: This is a semiautomatic version of the Avtomat Kalashnikov, which was the standard weapon of the Soviet military and Soviet-backed armies and insurgents. All AK types were listed in the *Bush Import Ban*. The model pictured has a folding stock and a forward grip. Photo from Gun Digest Buyer's Guide to Assault Weapons (2008), page 168.



**(xxviii) Manchester Arms "Commando" MK–45, MK–9:** This is the same Tommy Gun as the Auto Ordinance Thompson M-1 pictured above. The MK-45 shoots .45 caliber and the MK-9 shoots 9 mm bullets.

**(xxix) Mandell TAC–1 semi–auto carbine:** Like the "Commando" above, the "TAC-1" was a version of the Thompson M-1.

10

**(xxx) Mossberg model 500 Bullpup assault shotgun:** Photo from the 1989 Gun Digest, page 374.



**(xxxi) Sterling Mark 6:** This is a semiautomatic version of a British submachine gun and was listed in the *Bush Import Ban*. It was used in the film RoboCop and that is why it is pictured here: http://www.imfdb.org/wiki/RoboCop_(1987)



**(xxxii) P.A.W.S. carbine:** Same as the Sterling above.

**(xxxiii) Ruger mini–14 folding stock model (.223 caliber):** Photo from 1989 Gun Digest, page 299.



**(xxxiv) SIG 550/551 assault rifle (.223 caliber):** This is one of the firearms specifically listed in the *Bush Import Ban*. It's a semiautomatic version of the Swiss military rifle. Photo from
http://www.gunsandweapons.net/sig-sg-550/



**(xxxv) SKS with detachable magazine:** This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from
http://www.nj.com/news/index.ssf/2008/10/in_the_spring_of_1992.html



**(xxxvi) AP–74 Commando type semi–auto:** This is one of the firearms specifically listed in the *Bush Import Ban*. It is a version of the Uzi carbine, below.

**(xxxvii) Springfield Armory BM–59, SAR–48, G3, SAR–3, M–21 sniper rifle, M1A, excluding the M1 Garand:** The SAR-48 is a copy of an FN-LAR, the M1A is a copy of the U.S. military's standard weapon during the Korean War, the M-14. All of these are specifically listed in the *Bush Import Ban*. Photos from the 1989 Gun Digest, page 299.



12



**(xxxviii) Street sweeper assault type shotgun:** This gun was designed as a South African riot gun. It has a revolving magazine to hold twelve 12-gauge shotgun shells. This was banned from importation by the Bush Administration. Photo from
http://www.imfdb.org/wiki/Armsel_Striker_and_variants



**(xxxix) Striker 12 assault shotgun in all formats:** This is the same as a Street Sweeper.

13

**(xl) Unique F11 semi–auto type:** This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from http://www.pulverdampf.com/viewtopic.php?f=20&t=13484



**(xli) Daewoo USAS 12 semi-auto type:** This is a shotgun with a 20-round magazine. Photo from http://world.guns.ru/shotgun/skor/usas-12-e.html



**(xlii) UZI 9mm carbine or rifle:** This is a semiauto version of the Uzi submachinegun but with a stock and longer barrel in order to qualify as a rifle. This is one of the firearms specifically listed in the *Bush Import Ban*. Photo from the 1989 Gun Digest, page 300.



14

**(xliii) Valmet M–76 and M–78 semi–auto:** Photo from the 1989 Gun Digest, page 300.



**(xliv) Weaver Arms "Nighthawk" semi–auto carbine:** Photo from the 1989 Gun Digest, page 300.



**(xlv) Wilkinson Arms 9mm semi-auto "Terry":** Photo from http://www.imfdb.org/wiki/Wilkinson_Arms



**Assault pistols**

**(1) AA Arms AP–9 semiautomatic pistol**: Subsequently manufactured by Kimmel, this is a semiautomatic version of a submachinegun and a copy of the Intratec TEC-9 listed below. This is from the 1992 Gun Digest, page 257:



**(2) Bushmaster semiautomatic pistol**: This is a bullpup pistol. Photo from
http://world.guns.ru/smg/usa/imp-221-guu-4--p-e.html



**(3) Claridge HI–TEC semiautomatic pistol:** Photo from http://www.imfdb.org/wiki/Claridge_Hi-Tec/Goncz_GA



16

**(4) D Max Industries semiautomatic pistol:** Photo from
http://www.gunauction.com/search/displayitem.cfm?itemnum=8327340



**(5) Encom MK–IV, MP–9, or MP–45 semiautomatic pistol:** Photo from 1989 Gun Digest, page 256.



**(6) Heckler and Koch semiautomatic SP–89 pistol:** Photo from
http://www.remtek.com/arms/hk/civ/sp89/sp89.htm



17

**(7) Holmes MP–83 semiautomatic pistol:** Photo from 1989 Gun Digest, page 259.



**(8) Ingram MAC 10/11 semiautomatic pistol and variations including Partisan Avenger and the SWD Cobray:** This is the infamous MAC-10 and MAC-11 which are semiauto versions of a cheap submachinegun. Photo from http://www.gunslot.com/pictures/mac-11



18

**(9) Intratec TEC–9/DC–9 semiautomatic pistol in any centerfire variation:** This gun was designed by a Swedish firm as a cheap submachinegun but it couldn't develop a market so it was changed to a semiauto for the American market. It is a really poor quality handgun but it became very popular for a while because it was featured a few times on Miami Vice. Photo from http://www.kitsune.addr.com/Firearms/Auto-Pistols/Intratec_TEC9.htm



**(10) P.A.W.S. type semiautomatic pistol:** Same as the Sterling above but without the stock and with a shorter barrel.

**(11) Skorpion semiautomatic pistol:** Photo from 1989 Gun Digest, page 263.



**(12) Spectre double action semiautomatic pistol (Sile, F.I.E., Mitchell):** Spectre is an Italian submachinegun and this is a semiauto version. Photo from the 1989 Gun Digest, page 265.



19

**(13) UZI semiautomatic pistol:** This is a semiauto version of the classic Uzi, the Israeli army's ubiquitous submachinegun. Photo from 1989 Gun Digest, page 267.



**(14) Weaver Arms semiautomatic Nighthawk pistol:** Same as the Weaver Arms Nighthawk carbine above, except without the stock and with a shorter barrel.

**(15) Wilkinson semiautomatic "Linda" pistol:** Photo from
http://www.imfdb.org/wiki/Wilkinson_Arms

