# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STEPHEN V. KOLBE, et al.** | * | |
| vs. | * | Case No. 1:13-cv-02841-CCB |
| **MARTIN O'MALLEY, et al.** | * | |
| | ****** | |

## ENTRY OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: *amicus curiae* Brady Center to Prevent Gun Violence.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| February 14, 2014 | /s/ Benjamin C. Block |
| *Date* | *Signature of Counsel* |
| | |
| | Benjamin C. Block          D. Md. #15811 |
| | *Print Name*                        *Bar Number* |
| | |
| | Covington & Burling LLP |
| | *Firm Name* |
| | |
| | 1201 Pennsylvania Avenue, N.W. |
| | *Address* |
| | |
| | Washington, D.C. 20004 |
| | *City/State/Zip* |
| | |
| | 202-662-5205 |
| | *Phone No.* |
| | |
| | 202-778-5205 |
| | *Fax No.* |
| | |
| | bblock@cov.com |
| | *Email Address* |