# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| STEPHEN V. KOLBE, et al., | : |
| Plaintiffs, | : |
| v. | : Case No. 1:13-cv-02841-CCB |
| MARTIN O'MALLEY, et al., | : |
| Defendants. | : |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST OF**
***AMICUS CURIAE* BRADY CENTER TO PREVENT GUN VIOLENCE**

Pursuant to Local Rule 103.3, *amicus curiae* Brady Center to Prevent Gun Violence hereby files its Disclosure of Affiliations and Financial Interest, and states as follows:

1. The Brady Center to Prevent Gun Violence is a Section 501(c)(3) non-profit corporation and has no corporate parent or affiliate. No publicly held corporation holds ten percent or more of its stock.

2. The Brady Center to Prevent Gun Violence hereby states that, to the best of its knowledge, there are no other corporations, unincorporated associations, partnerships, or other business entities which are not parties to this suit that may have a financial interest in the outcome of this litigation.

–2–

                                                Respectfully submitted,

| *Of Counsel:* | |
|---|---|
| |     /s/ Benjamin C. Block |
| Jonathan E. Lowy | Benjamin C. Block (D. Md. #15811) |
| Elizabeth M. Burke | *Of Counsel*: |
| Alla Lefkowitz | Elliott Schulder |
| BRADY CENTER TO | Justin T. Lepp |
| PREVENT GUN VIOLENCE | COVINGTON & BURLING LLP |
| LEGAL ACTION PROJECT | 1201 Pennsylvania Avenue, N.W. |
| 840 First Street NE, Suite 400 | Washington, D.C. 20004 |
| Washington, DC 20002 | Tel: 202-662-5205 |
| Tel: 202-370-8101 | Fax: 202-778-5205 |
| jlowy@bradymail.org | bblock@cov.com |
| eburke@bradymail.org | eschulder@cov.com |
| alefkowitz@bradymail.org | jlepp@cov.com |
| | |
| February 14, 2014 | *Counsel for Amicus Curiae* |