# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| STEPHEN V. KOLBE, *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) Case No.: 1:13-cv-02841-CCB |
| | ) |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Governor Martin O'Malley, Attorney General Douglas F. Gansler, Superintendent Col. Marcus Brown, and the Maryland State Police, pursuant to Fed. R. Civ. P. 56, move for summary judgment on all counts of the third amended complaint for the reasons stated more fully in the accompanying memorandum in support.

                                                                                DOUGLAS F. GANSLER
                                                                                Attorney General of Maryland

                                                                                _____/s/_____
                                                             MATTHEW J. FADER (Fed. Bar # 29294)
                                                             JENNIFER L. KATZ (Fed. Bar # 28973)
                                                             Assistant Attorney General
                                                             200 St. Paul Place, 20th Floor
                                                             Baltimore, Maryland 21202
                                                             410-576-7906 (tel.); 410-576-6955 (fax)
                                                             mfader@oag.state.md.us

|  |  |
|---|---|
|  | DAN FRIEDMAN (Fed. Bar # 24535)<br>Assistant Attorney General<br>Office of the Attorney General<br>Legislative Services Building<br>90 State Circle, Room 104<br>Annapolis, Maryland 21401<br>Tel. 410-946-5600<br>dfriedman@oag.state.md.us |
| Dated: February 14, 2014 | Attorneys for Defendants |