Exhibit 6

To Defendants' Memorandum in Support of Motion for

Summary Judgment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| STEPHEN V. KOLBE, *et al.*; | ) | |
| | ) | |
| | ) | |
| *Plaintiffs*, | ) | Case No.: 1:13-cv-02841-CCB |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, *et al.*; | ) | |
| | ) | |
| | ) | |
| *Defendants*. | ) | |

## <u>DECLARATION OF DANIEL W. WEBSTER</u>

I, Daniel W. Webster, under penalty of perjury, declare and state:

1.     I am Professor of Health Policy and Management, Director of the Health and Public Policy Ph.D. Program, Deputy Director for Research at the Center for the Prevention of Youth Violence, and Director of the Johns Hopkins Center for Gun Policy and Research at the Johns Hopkins Bloomberg School of Public Health.  I am over the age of 18 and am competent to testify to the matters stated below.

2.     I began my career in public safety research in 1985 as a Research Associate at the University of Michigan's School of Public Health, and have devoted most of my research since then on gun-related injuries and violence.  I have a Master of Public Health degree from the University of Michigan and a doctorate in Health Policy and Management from the Johns Hopkins School of Public Health.  This graduate training

included many advanced courses in epidemiology, research methods, and statistical analysis.

3.     Immediately prior to joining the faculty at Johns Hopkins, I directed a program on violence research at the Washington (D.C.) Hospital Center. I joined the faculty of the Johns Hopkins School of Public Health in 1992, and since 2010 have been a tenured Professor of Health Policy and Management with a joint appointment in the School of Education's Division of Public Safety Leadership. I teach graduate courses on violence prevention and research and evaluation methods at Johns Hopkins, direct the PhD program in Health and Public Policy, and serve on the steering committee of a pre- and post-doctoral training program in violence prevention research funded by the National Institutes of Health.

4.     I have directed numerous studies related to gun violence and its prevention. I have published 79 articles in scientific, peer-reviewed journals, the vast majority of these addressed some aspect of violence and/or firearm injuries and their prevention. I am the lead editor of a recent book entitled <u>Reducing Gun Violence in America: Informing Policy with Evidence and Analysis</u> by Johns Hopkins University Press (2013), and am the lead author for two chapters and co-author on three other chapters in this book. My curriculum vita, detailing these publications, is attached as Exhibit 1 to this Declaration.

5.     The Johns Hopkins Center for Gun Policy and Research was established to conduct rigorous research into gun policy questions, look objectively at all available data, and analyze and report the results.  Where the data and research, considered objectively, support a particular policy, we say so.  Where the data and research do not support a

particular policy, we say that as well.  Our goal is not to advance any particular policy or agenda, but to use data and research to inform public policy decisions.

6.      I have been retained by the State of Maryland to render expert opinions in this case.  I make this declaration on the basis of my training and expertise, the research discussed herein, and the work that I have done in this case to date.

7.      The design and capabilities of firearms can potentially affect the likelihood and severity of wounds from criminal shootings. Particularly relevant is the capacity of a firearm's ammunition feeding device. In comparison to other magazines which feed ammunition to semi-automatic firearms, large capacity magazines (LCMs) – those that hold more than 10 rounds – increase the number of rounds that can be fired without the shooter having to take the time to reload.

8.      In addition to being able to accept LCMs, other features used to identify assault weapons could enhance a weapon's utility in carrying out criminal assaults, especially mass shootings.  These include folding or telescoping rifle stocks (which make it easier to conceal powerful rifles), pistol grips and barrel heat shrouds on rifles (which make it easier to control a firearm during when a large number of bullets are rapidly fired or sprayed), and threaded barrels to accept silencers.

9.      There is evidence that the design features of assault weapons are especially appealing to criminals and those who commit mass shootings. A study of handgun purchasers in California prior to that state's ban of assault weapons found that assault pistols were more likely to be purchased by individuals with criminal histories; the more serious the prior offenses, the higher the likelihood that the handgun purchased was an

assault pistol. The share of handguns purchased which were assault pistols was 2% if the purchaser had no criminal history, 4.6% if the purchaser had a history of minor criminal offenses, 6.6% for those with a previous criminal gun charge, and 10% for those who had previously been charged with two or more serious violent offenses. (Wintemute, Garen J., Mona A. Wright, Carrie A. Parham, Christiana M. Drake, and James J. Beaumont, *Criminal activity and assault-style handguns: a study of young adults*, Annals of Emergency Medicine 32:44-50 (1998).) I conclude from this research that features of assault pistols, some of which are common to assault rifles, particularly the ability accept detachable LCMs, are attractive to criminals.

10.     Efforts to ban assault weapons and LCMs have followed their use in mass shootings in public places including some of the most deadly shootings in our nation's history. These include the following high-profile mass shootings:

    a.  the 1984 shooting at a McDonald's restaurant in California that led to 21 deaths and 19 with nonfatal wounds;

    b.  a schoolyard shooting in Stockton, California in 1989 which killed five children and left 29 others with nonfatal wounds;

    c.  a 1989 workplace shooting in Louisville, Kentucky which left seven dead and 15 with nonfatal wounds;

    d.  a 1991 shooting at a diner in Killeen, Texas that left 23 dead and 27 more wounded; and

    e.  a shooting on a Long Island Railroad train of 25 people, six who died.

11.     More recent events include the 2007 shooting at Virginia Tech that led to 33 deaths and 17 who suffered nonfatal wounds, the 2011 shooting in front of a supermarket in Tucson, Arizona that left six dead and 13 wounded including then U.S.

Rep. Gabrielle Giffords who a suffered life-altering head wound, the 2012 shooting in a movie theatre in Colorado which killed 12 and wounded an additional 58, and the mass murder of 20 young children and six adults at Sandy Hook Elementary School in Newtown, Connecticut.

12.     Data from a 1994 national survey indicate that 18% of all firearms were equipped with a LCM (Philip J. Cook and Jens Ludwig. *Guns in America: Results of a Comprehensive National Survey of Firearm Ownership and Use.*   Washington, DC: Police Foundation, 1997, p. 17). Analyzing firearms production data during the years just prior to the 1994 assault weapons ban, Koper found that 2.5% of firearms manufactured during those years were assault weapons (Koper, Christopher S., *An Updated Assessment of the Federal Assault Weapons Ban: Impacts on Gun Markets and Gun Violence, 1994-2003*, Report to the National Institute of Justice, U.S. Department of Justice. Jerry Lee Center of Criminology, University of Pennsylvania, Philadelphia, PA, at 17, 33-35 (2004)) with steep increases, especially among assault rifles, just prior to the federal ban. Based upon the trends reported by Koper and the fact that newly purchased firearms account for a small percentage of all guns in civilians' hands, the percentage of all guns owned by civilians during the time period in question is likely to be significantly lower than 2.5%.

13.     As shown by data from the General Social Survey (GSS) – the most commonly cited source for monitoring national trends relevant to lifestyle and attitudes – the percentage of households in the United States with one or more firearms declined steadily between the early 1970s (about 50%) and the early 1990s (about 45%) to the late

1990s (about 35%) and hovered around 35% of households through to 2012 (Data from the General Social Survey 1972-2012 cited in article by Sabrina Travenise and Robert Gebeloff, "Share of homes with guns shows 4-decade decline," *The New York Times* March 9, 2013).

14.     Yet from 2001 and 2012, when trends in the percentage of households with any firearms were relatively flat, the number of firearms manufactured in the U. S. more than doubled from just under 3 million in 2001 to 6.5 million in 2011 (Bureau of Alcohol, Tobacco, Firearms and Explosives. *Firearms Commerce in the United States: Annual Statistical Update 2013*. Washington, DC: U.S. Department of Justice, 2013. p.1) Similarly, the number of background checks recorded by the FBI's National Instant Check System (NICS) rose from 8.9 million in 2001 to 19.6 million in 2012 (Federal Bureau of Investigation. *National Instant Criminal Background Check System Operations 2012*. U.S. Department of Justice, 2013. http://www.fbi.gov/about-us/cjis/nics/reports/2012-operations-report.)   A recent report tracking annual trends in firearms produced in the United States minus exports indicates that the number of new firearms in the U.S. has increased since 1994 at an average annual rate of 2.9 percent while the average annual growth in population was 1.1 percent (Edward W. Hill and Maxine Goodman Levin, *How Many Guns Are in the United States? Americans Own Between 262 Million and 310 Million*. College of Urban Affairs, Cleveland State University,                March               28,                2013. http://www.urban.csuohio.edu/publications/hill/GunsInTheUS_Hill_032813.pdf).   In   my   expert opinion, the most logical explanation for flat trends in the prevalence in gun ownership

during the same period where the rate of firearm production and NICS checks increased significantly is that the average number of firearms owned per gun owner has increased significantly. This inference is consistent with a large increase in the mean number of firearms per household between large nationally representative surveys conducted in 1994 (4.1 per gun owning household; Philip J. Cook & Jens Ludwig, *Guns in America: Results of a Comprehensive National Survey of Firearm Ownership and Use.* Washington, DC: Police Foundation, 1997) and 2004 (6.9 per gun owning household; Lisa Hepburn, Matthew Miller, Deborah Azrael, David Hemenway. The U.S. gun stock: results from a 2004 national firearms survey. *Injury Prevention* 2007, vol. 13, pp. 15-19.)

15.     Assault weapons and firearms with LCMs are over-represented in mass shootings in public places and assaults against police officers in comparison to the availability of such weapons. Data on 15 public mass shootings in the U.S. from 1984 to 1993 collected by Gary Kleck revealed that six (40%) involved assault weapons and/or firearms equipped with LCMs. (Koper, 2004, p. 14; Kleck, Gary. Targeting Guns: Firearms and Their Control. New York: Aldine de Gruyter, pp. 124-126 (1997).) A more recent collection of data by Mother Jones magazine on 62 mass shootings in public places by lone shooters from 1982 through 2012 found that 33 (53.2%) perpetrators used firearms or LCMs that were or would have been banned by the federal ban of assault weapons and LCMs. (Mother Jones Magazine, *US Mass Shootings, 1982-2012. Data from Mother Jones' Investigation*, available at http://www.motherjones.com/politics/2012/12/mass-shootings-mother-jones-full-data (2014).) A report by Mayors Against Illegal Guns examined data on mass shooting

involving four or more gunshot victims from 2009 through part of 2013 using the FBI's Uniform Crime Reports/ Supplemental Homicide Reports data for 2009-2011 and media accounts for 2012-2013. This study did not limit the sample to shootings in public places involving lone shooters and thus included a large share of incidents of domestic violence or other scenarios in which a small number of people were targeted and, therefore, large ammunition capacity becomes less relevant than in the context of a mass shooting in a public place with a lot of people (e.g., school, workplace). Twenty-eight percent of all of these lethal mass shooting incidents involved assault weaponry.

16.     In addition to being overrepresented in mass shootings in public places, use of assault weapons and LCMs in such shootings is associated with more people killed and more people injured. In the Mayors Against Illegal Guns' study of mass murders (4 or more victims) during the period 2009-2013, when compared with mass shootings with firearms that were not assault weapons and did not include a LCM, shootings with assault weapons resulted in two and a half times as many victims shot (14.4 vs. 5.7) and 63% more victims killed (a mean of 7.8 vs. 4.8; Mayors Against Illegal Guns. *Analysis of Recent Mass Shootings.* September 2013, p.3). Similarly, Koper's re-analysis of his student's data from Mother Jones magazine's study of public mass murders with firearm revealed that mass shootings with assault weapons, compared with mass shooting with other firearms, involved more fatalities per incident (a mean of 10.4 vs. 7.4) and more victims with nonfatal gunshot wounds (mean of 13.5 vs. 6.4). (Dillon, Luke, *Mass Shootings in the United States: An Exploratory Study of the Trends from 1982-2012,* Thesis for Master of Arts in Criminology, Law and Society, George Mason University,

September 2013; Koper, Christopher S., Supplemental affidavit submitted as an expert witness in June, Shew et al. v. Daniel P Malloy, et al. Civil Action No. 3:13-CV-00739-AVC. U.S. District Court, District of Connecticut, January 6, 2014.) Dillon (2013) also reported that, compared with assaults carried out by firearms that did not have LCMs, mass shootings in which firearms with LCMs were used had 60% more fatalities on average (a mean of 10.19 vs. 6.35) and more than 3 times as many persons with nonfatal gunshot wounds (12.39 vs. 3.55). These findings are consistent with those from a study of criminal shootings in Jersey City, NJ which found that, compared to shootings with revolvers, shootings with semi-automatic pistols – which tend to hold significantly more bullets than revolvers – had more shots fired and more victims wounded. (Reedy, Darin C., and Christopher S. Koper, *Impact of handgun types on gun assault outcomes:  a comparison of gun assaults involving semiautomatic pistols and revolvers*, Injury Prevent 9:151-155 (2003).)

17.    Studies of guns recovered by police and submitted for tracing to the U.S. Bureau of Alcohol, Tobacco and Firearms (ATF) prior to the 1994 federal assault weapon ban indicated that assault weapons accounted for between 1% to 8% of such guns with the average of about 2%. (Kleck 1997, pp. 112, 141-143.)

18.    Yet a study of murders of police officers while on duty in 1994 found that assault weapons were used in 16% of the murders and 31% to 41% of the police officers were murdered with a firearm with a LCM (W.C. Adler, F.M. Bielke, D.J. Doi, and J.F. Kennedy. *Cops Under Fire: Law Enforcement Officers Killed with Assault Weapons and Guns with High-Capacity Magazines.* Washington, DC: Handgun Control, Inc., 1995,

p.4). The Violence Policy Center examined data on law enforcement officers murdered in the line of duty from the FBI for 1998-2001 and found 19.4 % (41 of 211) had been shot with an assault weapon. (Violence Policy Center, *"Officer Down" Assault Weapons and the War on Law Enforcement*, http://www.vpc.org/studies/officeone.htm (2003).)

19.     Muzzle velocity and ammunition capacity may both play a role in the killings of police officers. Because many assault weapons are rifles, which have greater muzzle velocity than do handguns, the type of gun most commonly used in criminal violence, rounds fired by assault weapons can often penetrate the soft body armor used by most police officers. Reviewing data for law enforcement officers murdered in the line of duty for the period 1980-2011, my Ph.D student advisee, Cassandra Kercher Crifasi, identified 62 cases in which a bullet penetrated the officer's body armor. In 54 of these cases, the officer was shot with a rifle. In eleven of these cases in which a wound from a rifle penetrated the officer's body armor, there was insufficient information on the weapon to determine whether it was an assault weapon. In the remaining 43 cases in which an officer was murdered with a rifle and a bullet penetrated the officer's body armor, 25 (58%) were assault weapons. Lethal assaults of police officers may also be more likely than other assaults to involve shoot outs where dozens of rounds are fired by perpetrators, the precise circumstances in which assault weapon features, especially LCMs, would enhance a criminal's ability to shoot law enforcement officers.

20.     In contrast to the data indicating that assault weapons and LCMs increase casualties from mass shootings and pose particular danger to law enforcement officers, I am aware of no study or systematic data that indicate that assault weapon features and

LCMs are necessary for personal defense more so than firearms that don't have those features. That is, I know of no data indicating that victims of violent crime tend to need more than 10 rounds of ammunition in the rare instances in which such persons use a firearm in self-defense or that persons equipped with assault weapons or LCMs were more effective in protecting themselves than were crime victims who used other types of firearms.

21.     Although such incidents are relatively rare, preventing casualties from mass shootings in public places and murders of law enforcement officers are clearly of great public concern. In addition to the deaths and injuries from these incidents, psychological effects to survivors can be substantial and enduring. Many citizens who were not directly victimized live in fear of random mass shootings with assault weapons and firearms with LCMs. This may explain why 7 out of 10 adults responded in a recent national survey that they favored banning the sale of military-style semi-automatic assault weapons capable of shooting more than 10 rounds of ammunition without reloading. (Barry, Colleen L., Elizabeth E. McGinty, Jon S. Vernick, and Daniel W. Webster, *After Newtown – public opinion on gun policy and mental illness*, New England Journal of Medicine 368:1077-1081 (2013).)  Given the increased danger posed by assault weapons and LCMs, particularly when used in mass public shootings and in assaults of law enforcement officers, and the fear these weapons generate among the public, restricting the access to assault weapons and LCMs is prudent public policy.

22.     Some claim that bans of assault weapons and LCMs do not work; however, this is not the conclusion of Christopher Koper, the respected researcher who has studied

the role of assault weapons and LCMs in criminal violence and attempted to estimate the impact of the 1994 federal assault weapon ban. Koper correctly identified a number of weaknesses in the federal assault weapons ban which limited its impact, especially in the short-term. For example, the federal assault weapons ban allowed "copy cat" versions of the banned firearms to be produced and sold following the ban as long as the new firearm model was not identical to the banned gun.   Another was that the federal ban "grandfathered" currently owned assault weapons and LCMs, including allowing the ongoing sales of those grandfathered assault weapons and LCMs.  It is estimated that this involved 1.5 million assault weapons (Koper 2004, p. 10) and 25 million LCMs. (Cook, Philip J., and Jens Ludwig, *Guns in America:  Results from a Comprehensive National Survey on Firearms Ownership and Use*, Washington, DC: Police Foundation, at 17 (1996).) Similar to what we observed when Maryland banned Saturday night special handguns, (Webster, Daniel W., Jon S. Vernick, and Lisa M. Hepburn, Effects of Maryland's law banning Saturday night special handguns on homicides.  *American Journal of Epidemiology* 155:406-412 (2002)) there was a sharp increase in sales of the to-be-banned assault weapons just prior to the ban going into effect.

23.    These factors would suggest that the positive effects of the federal assault ban on violence would be somewhat muted as well as delayed. In other words, the full impact of the federal assault weapons ban on violence would be expected to be delayed and somewhat gradual as pre-ban built-up stocks of assault weapons would satisfy demand for such guns for some time after the ban went into effect.

24.     Koper's study of the effects of the federal assault weapons ban in its early years indicated that there was a substantial decline in the percentage of guns recovered by police that were assault weapons in six cities that were studied with declines ranging from 17% in Milwaukee (5.91% to 4.91%) to 72% in Boston (2.16% to 0.60%). (Koper 2004; Koper, Christopher S., *America's Experience with the Federal Assault Weapons Ban, 1994-2004: Key Findings and Implications*, pages 157-171 in Reducing Gun Violence in America: Informing Policy with Evidence and Analysis, Daniel W. Webster and Jon S. Vernick, eds. Baltimore: Johns Hopkins University Press, at 163 (2013).)[1] Koper (2004) also examined pre-ban vs. post-ban changes in the percentage of police-recovered firearms with LCMs in four selected cities with available data (for the early years of the ban period) and saw no evidence of a decline in LCM use in crime.

25.     However, reporters from The Washington Post obtained data from the Criminal Firearms Clearinghouse collected by the Virginia State Police from 201 local law enforcement agencies across the state for the years 1993 through 2010, which included the ammunition capacity of the firearms recovered by police. These data revealed that the percentage of police-recovered firearms that had LCMs rose steadily from about 13% in 1993 (the last full pre-ban year) until 1997 when firearms with LCMs accounted for nearly 18% of recovered guns. This increase was followed by a sharp decline following 1997 until LCM-equipped guns accounted for 10% of police-recovered

---

[1] Other pre-ban to post-ban changes in the percentage of police-recovered firearms that were assault weapons: -34% in Baltimore (1.88% to 1.25%), 32% in Miami, FL (2.53% to 1.71%), 32% in St. Louis (1.33% to 0.91%), and -40% in Anchorage, AK (3.57% to 2.13%).

firearms in 2004, the year the federal assault weapon ban expired. Particularly striking in these data was the sharp increase in the share of police-recovered firearms with LCMs after the federal ban expired in 2004. Firearms with LCMs rose from 10% in 2004 to more than 14% in 2005, continuing to rise in subsequent years until LCM-equipped guns accounted for 22% of all police-recovered firearms in Virginia. (Fallis, David, *VA data show drop in criminal firepower during assault gun ban*, The Washington Post, January 23, 2011.) This temporal pattern in the percentage of police-recovered firearms equipped with LCMs suggests that the pre-ban increased supply of LCMs likely brought about by a combination of increased domestic sales just prior to the ban and post-ban importation of LCMs (Koper 2004, pp. 65-67) predictably increased their use in crime for a number of years before the blocked sales of new LCMs squeezed supply, making them less available for use in crime only several years into the post-ban period. Expiration of the ban in 2004 provided a large supply of LCMs to meet pent up demand.

26.    Though Koper has been relatively thorough in his examination of the potential effects of the federal ban on assault weapons and LCMs on violent crime, his analyses did not examine data for the full 10-year period the bans were in effect because it was not available at the time he completed his study.  Excluding data from the last years when the ban was in effect, based on temporal pattern of LCM use from data from Virginia police, likely underestimated the LCM ban's effects on gun violence. Koper's analyses of longitudinal data that ended between 2000 and 2003 depending on the analysis, largely tested differences between pre-ban and post-ban means. An underlying assumption behind such comparisons and statistical tests is that the potential effects of

the assault weapons and LCM ban would be observed immediately and be constant over the post-ban time period. In his published reports, Koper did not formally test whether the federal assault weapons ban had a delayed or gradual effect on violent crime.  Such a delayed or gradual effect is an outcome that would be more plausible than the immediate, constant change scenario that was tested, in light of the market data Koper analyzed, the effects of permitting ongoing sales of grandfathered assault weapons and LCMs, and trends in criminal use of LCMs in Virginia. For these reasons, it is my view that Koper's research is likely to understate potential public safety benefits of the federal ban of assault weapons and LCMs.

27.    Furthermore, as Koper has pointed out, only about 5% of those shot in criminal shootings victimizations are shot in incidents in which more than 10 rounds were fired, suggesting an upper-bound for the potential impact of LCM bans on gun violence.  Because trends in gun violence are influenced by myriad of factors, some of the potentially most important of which are difficult if not impossible to measure (e.g., drug market dynamics, gang disputes, social norms surrounding violence), it is possible that the federal ban of assault weapons and LCMs did contribute to a proportionately small yet meaningful reduction in gun violence, but available data and statistical models are unable to discern the effect.  As Koper points out, a one percent reduction in shootings in a nation with such high rates of gun violence – undetectable in virtually any statistical analysis – translates to about 650 fewer shootings per year.  (Koper 2013, p. 167.)

28.     Due to the relative rarity of such events, Koper did not examine the potential impact of the federal assault weapon and LCM ban on mass shootings in public places or the number of victims in such cases. Although no formal, sophisticated analyses of the data on mass shootings in public places by lone shooters for the period 1982-2012 collected by Mother Jones magazine has been performed to my knowledge, a temporal pattern can be discerned that is consistent with a hypothesized protective effect of the federal assault weapon and LCM ban and a harmful effect of the expiration of that ban. Examining the data in Figure 1 (below), there is a noteworthy increase in the number of these incidents in the years leading up to the 1994 federal ban, a leveling off during the ban, and an increase following the expiration of the ban (from an annual average of 1.5 for 1995-2004 to 3.6 for 2005-2013).



29.     A more striking pattern is evident for the number of persons killed and wounded in public mass shootings by lone shooters (Figure 2).  The mean number of persons shot per year in these incidents during the pre-ban years (1982- 1994) was 26.6, during the years the ban was in effect (1995-2004) it dipped to 21.1 (despite an upward pre-ban trajectory and the unusually large spike in 1999), and more than doubled during the years since the ban has expired (55.4 in 2005-2013). (Mother Jones Magazine 2014). These temporal changes could be due to myriad of factors, but the pattern of findings suggests that the federal assault weapons and LCM ban could have had a protective effect against the type of shootings in which the unique features of assault weapons and LCMs were most relevant and that motivated calls for the ban.



Fig. 2. Number of victims in mass shootings in public places by lone shooters
Mother Jones Magazine, 2014

30.     To date, there are no studies that have examined separately the effects of an assault weapons ban, on the one hand, and a large-capacity magazine ban, on the other hand, likely because the two have usually been enacted together.  It is my opinion that the largest protective effect of Maryland's bans will come from the ban on LCMs because they are used much more frequently.  Although there are no data available to segregate out with certainty the additional protective effect of an assault weapons ban over and above a ban on LCMs, it is my opinion that it is reasonable to conclude that there would be additional protective effect, especially with respect to the safety of law enforcement officers.

31.     Moreover, the primary reason why the LCM ban is likely to have greater effect is that they are used with much more frequency, including in crime generally and

mass shootings specifically, than assault weapons.  If, in the absence of a ban, assault weapons would eventually have become much more widely owned than they are currently—and sales trends in recent years suggest that may be the case—the assault weapons ban will likely also have a more significant protective effect.

32.     All firearms are not created equal, and some—including assault weapons and other firearms equipped with large capacity magazines, have characteristics that make them more likely to lead to injury and death, in a similar context, than others. Some features of assault weapons and LCMs can increase the ability of criminals and those attempting to kill or wound large numbers of innocent people in public places to maximize the carnage from their attacks. When shootings result in mass casualties, those in which an assault weapon or another firearm with a LCM is used result in significantly more people shot and killed than is the case in mass shootings with other types of firearms. Assault weapons are also over-represented in murders of law enforcement officers. Based on the threat that they pose to public safety as well as the fear generated by mass shootings and murders of law enforcement officers, the state of Maryland's new law to reduce the maximum size of ammunition feeding devices from 20 to 10 and to ban assault weapons seems prudent.

33.     The federal ban appears to have led to a decrease in the criminal use of assault weapons and a delayed decrease in the criminal use of LCMs.  There is also data supporting the hypothesis that the federal ban decreased the number of people shot in mass shootings in public places.  It seems likely that Maryland's ban of assault weapons and LCM restriction could have a proportionately greater effect than the federal ban

because, unlike the federal ban, it prohibits transfers of banned firearms and magazines that were purchased before the ban, it requires new residents who owned banned firearms prior to moving residences to Maryland register those firearms with the state, and it is less prone to manufacturers evading the ban because the focus of the "copies" test, as interpreted by the Maryland State Police, is on the internal features and function of the firearms. I believe these improvements increase the likelihood that Maryland's ban, as compared to the federal ban, will have a protective effect on public safety, and that it is likely to advance Maryland's interest in reducing the harms caused by gun violence.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: _Feb. 11, 2014_

Daniel W. Webster

# CURRICULUM VITAE

## Daniel William Webster

**PERSONAL DATA**

5413 Harwood Road
Bethesda, MD  20814
(301) 652-1042

Department. of Health Policy & Management
Johns Hopkins Bloomberg School of Public Health
624 N. Broadway, Room 593
Baltimore, MD  21205
(410) 955-0440 (office)
(301) 646-1739 (mobile)
e-mail: dwebster@jhsph.edu

**EDUCATION AND TRAINING**

Doctor of Science, 1991, The Johns Hopkins University, School of Hygiene and Public Health, Department of Health Policy and Management.

Masters of Public Health, 1985, The University of Michigan, School of Public Health, Department of Health Planning and Administration.

Bachelors of Arts, 1982, The University of Northern Colorado, Psychology.

**PROFESSIONAL EXPERIENCE**

**Professor, 2010 – present**; **Director, Health and Public Policy Program 2013 – present; Associate Professor, 2001-2010; Assistant Professor 1995-2001; Instructor, 1992-1995.** Department of Health Policy and Management, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

> Selected Duties/Responsibilities:
> Direct PhD program in Health and Public Policy; teach courses on violence prevention and research methods for health policy, advise students; conduct applied policy research.

**Professor, 2010 – present,** Division of Public Safety Leadership, School of Education, Johns Hopkins University, Baltimore, MD.

**Deputy Director for Research, 2005 – present, Core Faculty, 2000 - present.**  Center for the Prevention of Youth Violence. Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

> Selected Duties/Responsibilities:
> PI on studies including an evaluation of firearm and alcohol restrictions for youth, an evaluation of state firearm sales regulations and an evaluation of a community gun violence prevention program.

Daniel W. Webster, Sc.D., M.P.H.                                                              page 2

**Center Co-Director, 2001 – present.**  Johns Hopkins Center for Gun Policy and Research.
Johns Hopkins Bloomberg School of Public Health, Baltimore, MD.

> Selected Duties/Responsibilities:
> Secure funding to advance the Center's mission; develop and direct the Center's research
> activities; and serve as principal investigator of evaluations of gun policies.

**Core Faculty, 1992 - present.**  Center for Injury Research and Policy, Johns Hopkins
Bloomberg School of Public Health, Baltimore, MD.
> Selected Duties/Responsibilities:
> Serve as co-investigator of study to determine risk factors for homicide and near
> homicide of women in abusive relationships with intimate partners; study the predictive
> validity of several risk assessment tools for intimate partner violence.

**Director of Violence Research, 1990-1992.**  Washington Hospital Center, Trauma, Surgical
Critical Care, and Emergency Medicine Department, Washington, DC.
> Selected Duties/Responsibilities:
> Initiated the development of a violence research program; served as technical advisor and
> evaluator of a youth violence prevention program; directed epidemiologic studies of injuries
> resulting from interpersonal violence; studied correlates of youth weapon carrying.

**Graduate Research/Teaching Assistant, 1987-1990.**  The Johns Hopkins University, Injury
Prevention Center and Department of Pediatrics, Baltimore, MD.

**Guest Researcher, 1988.**  National Institute on Aging; Epidemiology, Demography, and Biometry
Program, Bethesda, MD.

**Injury Control Analyst, 1986 - 1987.**  Research, Development and Marketing Department,
American National Red Cross, Washington, DC.

**Research Associate II, 1985 - 1986.**  Program for Urban Health Research, Department of
Epidemiology, School of Public Health, The University of Michigan, Ann Arbor.

**Research Associate I, 1984-1985.**  Systems Analysis Division, The University of Michigan
Transportation Research Institute, Ann Arbor.

**Research Assistant I, 1983-1984.**  Department of Health Behavior and Health Education, School of
Public Health, The University of Michigan, Ann Arbor.

**Social Worker, 1983.**  Department for Social Services, Cabinet for Human Resources,
Commonwealth of Kentucky, Warsaw, Kentucky.

Daniel W. Webster, Sc.D. M.P.H.                                                        page 3

**PROFESSIONAL ACTIVITIES**

*Society Membership and Leadership*
American Public Health Association, Injury Control and Emergency Health Services Section, Policy Committee, Faculty for training seminar on Design & Evaluation of Violence Prevention Programs.

American Society of Criminology, Firearms Program Chair 2009.

*Participation on Advisory Panels and Task Forces*
Advisory Committee on Violent Media and Gun Violence to the Directorate of the Social, Behavioral and Economic Sciences Division, National Science Foundation, 2013.

Institute of Medicine, Planning Committee for Workshop on Evidentiary Base for Violence Prevention across the Lifespan and Around the World, 2012-2013.

Invited participant to the Baltimore City GunStat project to provide technical assistance to law enforcement officials on gun law enforcement strategies, 2007 to present.

Expert reviewer, Child Death Review Capacity Building Project, Harborview (University of Washington) Injury Prevention and Research Center, 2006.

Advisory Council to the California Department of Justice for planning gun violence prevention campaign, 2005 - 2009.

Lethality Assessment Committee, advisory group for the Maryland Network Against Domestic Violence to develop a model lethality assessment protocol for police and providers of services to victims of intimate partner violence, 2003 to present.

Johns Hopkins Univ. President's Council on Urban Health, Violence Working Group, 1998-2000.

Baltimore City Task Force on Gunshot Wound Lethality, 1996-1997.

Family Violence Task Force, Medical and Chirurgical Faculty of Maryland, 1993-1994.

Committee on School Safety, Committee on School Environment, Baltimore City Pub. Schools 1989.

*Grant Review*
National Center for Injury Control and Prevention, Centers for Disease Control and Prevention, Youth Violence Prevention Through Community-Level Change, April 2004.

National Center for Injury Control and Prevention, Centers for Disease Control and Prevention, May 2001.  (Also selected for NCIPC-CDC review panel, June 1998)

National Institutes of Health, Clinical Sciences Special Emphasis Panel, Small Business Innovation Research Program, March 1999.

Daniel W. Webster, Sc.D., M.P.H.                                                    page 4

National Institute for Mental Health, Behavioral Science Track Award for Rapid Transition
B/START) Program, April 1998.

*Consultations*
Police Executive Research Forum, 2012 - .  Advise PERF and law enforcement officials in four cities
on strategies to combat gun violence as part of a USDOJ Bureau of Justice Assistance project.

Mayors Against Illegal Guns, 2006 to present.

California Dept. of Justice, Firearms Division, 2005-2006.  Provide advice about how the state should
use funds from its litigation against Wal-Mart to advance gun violence prevention.

The Robert Wood Johnson Foundation, 2005-2006.  Prepare advice and white papers on the
prevention of youth violence and the prevention of intimate partner violence.

National Association for the Advancement of Colored People, 1999-2000.  Assistance with gun
violence victimization survey of NAACP members for use in lawsuit against the gun industry.

Duke University and Georgetown University, 1998-1999.  Consultation on project to estimate the
economic costs associated with firearm injuries.

Consortium of Virginia Urban Municipalities on strategies to reduce violence, 1992.

Center to Prevent Handgun Violence, Washington, DC, 1991-1993.  Conducted survey of
pediatricians on materials being developed for education families about firearm injury prevention.

*Testimony*
Congressional staff briefing on "Guns, Public Health, and Mental Illness: An Evidence-Based
Approach to Federal Policy.  U.S. House of Representatives, December 11, 2011.

Testimony in Support of SB 281 – Firearm Safety Act of 2013, and SB 266, Maryland Senate
Judicial Proceedings Committee, February 6, 2013.

Testimony in support of HB 1092 – Public Safety – Regulated Firearms – Reporting Lost or Stolen.
Maryland House of Delegates, Judicial Proceedings Committee Hearings, March 5, 2013

United States House of Representatives Democratic Gun Violence Prevention Task Force on
Strengthening Federal Law on Background Checks for Firearm Purchases Friday March 15, 2013.

Proposals to Reduce Gun Violence: Protecting Our Communities While Respecting the Second
Amendment.  United States Senate, Subcommittee on the Constitution, Civil Rights, and Human
Rights, February 12, 2013.

Congressional Briefing on Gun Violence: Lessons from Research and Practice. United States House
of Representatives, February 22, 2012.

Daniel W. Webster, Sc.D. M.P.H.                                                                    page 5

*Testimony (cont.)*
Maryland Senate.  SB 512, Regulated Firearms – Database – Applications for Dealer's License – Record 2 Keeping and Reporting Requirements. February 23, 2012.

District of Columbia Council, Hearing on gun laws, January 30, 2012.

Maryland Senate and House of Delegates, SB 162 / HB 330, Bill to reduce maximum capacity of detachable ammunition magazines, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 161 / HB 1043, Bill to provide state police with greater authority to regulate licensed handgun dealers, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 239 / HB 241, Bill to create a minimum sentence of 18 months for all defendants convicted of illegal possession of a loaded firearm, Feb. – March, 2011.

Maryland Senate and House of Delegates, SB 240 / HB 252, Bill to allow longer sentences for felons illegally possessing firearms and extend prohibitions to include long guns, Feb. – March, 2011.

U.S. House of Representatives, Forum on the Gun Show Loophole Act of 2009.  July 14, 2010.

Chicago City Council, Committee on Police and Fire Departments, Hearing on a new legislation to replace the city's handgun ban with comprehensive gun regulations.  June 29, 2010.

Maryland Senate and House, SB 645 and HB 820, Firearms Safety Act of 2010, March 2010.

District of Columbia Council, Committee on Public Safety and the Judiciary, Hearing on a bill to rewrite many provisions of its firearms laws.  October 1, 2008.

District of Columbia Council, Committee on Public Safety and the Judiciary, Hearing on the revision of the District's gun laws in response to the Supreme Court's ruling that the law was unconstitutional. July 2, 2008.

Maryland Senate, SB 642 Restrictions on pretrial release for offenses involving firearms. Mar. 2008.

Maryland Senate, SB586 Restrictions on Possession of Firearms - Conviction of Disqualifying Crime and Protective Order Respondent, March 2008.

Maryland Senate, SB585 Reporting Lost or Stolen Firearms, March 2008.

Baltimore City Council, Law to Establish a Registry for Gun Offenders, August 2007.

United States Congress, House Committee on Government Oversight and Reform, May 10, 2007.

Connecticut Senate, RB 5600, Act to Require Reporting of Theft or Loss of a Firearm. March 2004.

Daniel W. Webster, Sc.D. M.P.H.                                                        page 6

Maryland Senate, SB 83, Law Enforcement – Forfeited Property and Agency-Owned Handguns –
Disposition; SB 528, Firearm Loss and Theft Reporting; SB 494 Assault Weapons Ban; Feb. 2003.

Maryland Senate, SB 224 Gun Accountability Act of 2002; SB 225 Gun Safety Act of 2002; SB 969
Minors Access to Firearms, March 12, 2002.

Maryland Senate, SB 448, Bodywire Evidence and Illegal Gun Sales, February 22, 2002.

Maryland Senate, SB 384, Minors' Access to Firearms - Felony.  March 13, 2001.

Maryland House of Delegates, HB 1131, Mandatory Licensing of Handgun Purchasers, March 2000.

California State Assembly, Committee on Public Safety, hearing on a right-to-carry handgun law,
November 18, 1997.  (Written)

Baltimore City Grand Jury Commission on the Prevention of Gun Violence, March 25, 1993.

Maryland Senate, SB 326, Assault Pistols Act of 1993, March 17, 1993.

Maryland House of Delegates, HB 400, Responsible Alcohol Server Training Bill, Jan. 1989.


**EDITORIAL ACTIVITIES**

*Scientific Journal Peer Review*
American Journal of Epidemiology
American Journal of Preventive Medicine
American Journal of Public Health
Annals of Emergency Medicine
Archives of Pediatric and Adolescent Medicine
Canadian Medical Association Journal
Guide to Clinical and Preventive Services
Health Education and Behavior (Special Issue Editorial Board Member)
Health Education Research
Injury Prevention (Editorial Board, 2005-2010)
JAMA (Journal of the American Medical Association)
Journal of Crime and Delinquency
Journal of Criminal Justice
Journal of General and Internal Medicine
Journal of Health Politics, Policy, and Law
Journal of Interpersonal Violence
Journal of Policy Analysis & Management
Journal of Quantitative Criminology
Journal of Trauma
Journal of Urban Health
Journal of Women's Health

Daniel Webster, Sc.D., M.P.H.                                                        page 7

*Scientific Journal Peer Review*
New England Journal of Medicine
Pediatrics
Politics and Policy
Social Science & Medicine
Western Criminology Review


**HONORS AND AWARDS**

Finalist for The Baltimore Sun's award for Marylander of the Year, 2013.

Selected for Institute of Medicine Planning Committee for the  Evidentiary Base for Violence
Prevention Across the Lifespan and Around the World Workshop, 2012.

Delta Omega Honorary Society in Public Health – Alpha Chapter, Johns Hopkins Bloomberg School
of Public Health, Faculty induction, 2005.

Education Award from the Maryland Network Against Domestic Violence, 2004.

Delta Omega Honorary Society - Alpha Chapter Certificate of Merit, 1989.

William Haddon Memorial Fellowship, The Johns Hopkins School of Public Health, 1988-1989.

Public Health Traineeship, The Johns Hopkins School of Public Health, 1987-1989.


**PUBLICATIONS**

*Peer Reviewed Journal Articles*
**Webster DW**, Crifasi CK, Vernick JS.  Effects of the repeal of Missouri's handgun purchaser
licensing law on homicides.  *Journal of Urban Health*, in press.

McGinty EE, **Webster DW**, Jarlenski ML, Barry CL News media framing of serious mental illness
and gun violence in the United States, 1997-2012 American Journal of Public Health. *American
Journal of Public Health*, in press.

Cavanaugh CE, Messing JT, Amanor-Boadu Y, O'Sullivan CS, **Webster D**, Campbell J.  Intimate
partner sexual violence: a comparison of foreign-born versus U.S.-born physically abused Latinas.
*Journal of Urban Health*, in press.

McGinty EE, **Webster DW**, Barry CL. Gun policy and serious mental illness: Priorities for future
research and policy.  *Psychiatric Services*, 2013 [e-pub]. doi: 10.1176/appi.ps.201300141

Daniel Webster, Sc.D., M.P.H.                                                                  page 8

<u>Peer Reviewed Journal Articles</u> (cont.)
Wintemute GJ, Frattaroli S, Wright MA, Claire BE, Vittes KA, **Webster DW**. Identifying armed respondents to domestic violence restraining orders and recovering their firearms: process evaluation of an initiative in California. *American Journal of Public Health*, in press.

Milam AJ, Furr-Holden D, Bradshaw CP, **Webster DW**, Leaf PJ.  Alcohol environment, perceived safety, and exposure to alcohol, tobacco, and other drugs in early adolescence.  *Journal of Community Psychology*, in press.

Vittes KA, **Webster DW**, Frattaroli S, Claire BE, Wintemute GJ. Removing guns from batterers: Findings from a survey of domestic violence restraining order recipients in California. *Violence Against Women* 2013, ePub.

McGinty EE, **Webster DW**, Barry CL. Dangerous People or Dangerous Guns? Effects of news media messages about mass shootings on attitudes toward persons with serious mental illness and public support for gun control policies. *American Journal of Psychiatry* 2013;170:494-501.

Whitehill JM, **Webster DW**, Frattaroli S, Parker EM. Interrupting violence: How the CeaseFire program prevents imminent gun violence through conflict mediation. *J Urban Health*, 2013, [Epub ahead of print].

Frattaroli S, Wintemute GJ, **Webster DW.** Implementing a public health approach to gun violence prevention: The importance of physician engagement.  *Ann Internal Medicine*, 2013; 159:306-7.

Barry CL, McGinty EE, Vernick JS, **Webster DW**.  After Newtown – public opinion on gun policy and mental illness.  *New England Journal of Medicine* 2013;368:1077-1081.

Vittes KA, Vernick JS, **Webster DW**.  Common sense gun policy reforms for the United States. *BMJ* 2012; Dec. 21 [Epub ahead of print].

Alexander GC, **Webster DW**, Kruszewski SP.  Rethinking opioid prescribing to protect patient safety and public health.  *JAMA* 2012;308:1865-6.

Whitehill JM, **Webster DW**, Vernick JS. Street conflict mediation to prevent youth violence: conflict characteristics and outcomes.  *Injury Prevention*, 2012 Sept 21. [Epub ahead of print]

Vittes KA, Vernick JS, **Webster DW**. Legal status and source of offenders' firearms in states with the least stringent criteria for gun ownership.  *Injury Prevention* 2013;19:26-31.

Kercher C, Swedler DI, Pollak KM, **Webster DW**.  Homicides of law enforcement officers responding to domestic disturbance calls.  *Injury Prevention* Feb. 8, 2013 Epub.

**Webster DW**, Whitehill JM, Vernick JS, Curriero FC. Effects of Baltimore's *Safe Streets* Program on gun violence: a replication of Chicago's *CeaseFire* program. *J of Urban Health* 2013;90:27-40.

Daniel Webster, Sc.D., M.P.H.                                                                page 9

<u>Peer Reviewed Journal Articles</u> (cont.)
**Webster DW**, Vernick JS, Bulzacchelli MT, Vittes KA.  Recent federal gun laws, gun dealer accountability and the diversion of guns to criminals in Milwaukee.  *J Urban Health* 2012;89:87-97.

Yang C, German D, **Webster DW**, Latkin C. Experiencing violence as a predictor of drug use relapse among former drug users in Baltimore, Maryland. *Journal of Urban Health* 2011;88:1044-51.

Vernick JS, Rutkow L, **Webster DW**, Teret SP. Changing the constitutional landscape for firearms: the Supreme Court's recent second amendment decisions.  *Amer. Journal of Public Health* 2011;101;2021-6.

Franklin FA II, Pan WK, **Webster DW**, LaVeist TA.  Alcohol outlets and violent crime in the nation's capital.  *Western Journal of Emergency Medicine* 2010;11:283-290.

Wintemute GJ, Hemenway D, **Webster DW**, Pierce G, Braga AA.  Gun shows and gun violence: fatally flawed study yields misleading results. *American Journal of Public Health* 2010;100:1856-60.

Wright MA, Wintemute GJ, **Webster DW**.  Factors affecting a recently-purchased handgun's risk for use in crime under circumstances that suggest gun trafficking.  *J Urban Health* 2010; 87:352-364.

Zeoli AM, **Webster DW**.  Effects of domestic violence policies, alcohol taxes and police staffing levels on intimate partner homicide in large U.S. cities.  *Injury Prevention* 2010;16:90-95.

**Webster DW**, Frattaroli S, Vernick JS, O'Sullivan C, Roehl J, Campbell JC. Women with protective orders report failure to remove firearms from their abusive partners: Results from an exploratory study.  *Journal of Women's Health* 2010;19:93-98.

**Webster DW**, Vernick JS.  Keeping Firearms from Drug and Alcohol Abusers.  *Injury Prevention* 2009;15:425-427.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Effects of state-level firearm seller accountability policies on firearms trafficking.  *Journal of Urban Health* 2009;86:525-537.

Snider C, **Webster D**, O'Sullivan CS, Campbell JC.  Intimate partner violence: Development of a Brief Risk Assessment for the Emergency Department.  *Academic Emergency Medicine* 2009;16:1-8.

Rutkow L, Vernick JS, **Webster DW**, Lennig DJ.  Violence against women and the Supreme Court: recent challenges and opportunities for advocates and practitioners. *Violence Against Women* 2009;15:1248-1258.

Campbell JC, **Webster DW**, Glass N.  The Danger Assessment:  Validation of a Lethality Risk Assessment Instrument for Intimate Partner Femicide.  *J Interpersonal Violence* 2009;24:653-674.

Hu G, **Webster DW**, Baker SP.  Hidden homicide trends in the U.S., 1999-2004.  *J Urban Health* 2008;85:597-606.

Daniel Webster, Sc.D., M.P.H.                                                                  page 10

Bulzacchelli MT, Vernick JS, Sorock GS, **Webster DW**, Lees PS. Circumstances of Fatal Lockout/Tagout- Related Injuries in Manufacturing. *Amer J Industrial Medicine* 2008;51:728-734.

Outwater A, Campbell JC, **Webster DW**, Mgaya E. Homicide death in Sub-Saharan Africa: A review 1970-2004. *African Safety Promotion* 2008;5:31-44.

Vernick JS, Hodge J , **Webster DW**.  The ethics of restrictive licensing for handguns: Comparing the United States and Canadian approaches to handgun regulation.  *Journal of Law, Medicine, and Ethics* 2007;35:668-678.

Bulzacchelli MT, Vernick JS, **Webster DW**, Lees PS. Effects of OSHA's Control of Hazardous Energy (Lockout/Tagout) Standard on Rates of Machinery- Related Fatal Occupational Injury. *Injury Prevention* 2007;13:334-338.

Vernick JS, **Webster DW.**  Policies to prevent firearms trafficking. *Injury Prevention* 2007;13:78-79.

Weiner J, Wiebe DJ, Richmond TS, and other including **Webster D**.  Reducing firearm violence: a research agenda.  *Injury Prevention* 2007;13:80-84.

Vernick JS, **Webster DW**, Bulzacchelli MT.  Regulating firearms dealers in the United States: an analysis of state law and opportunities for improvement.  *J Law Med and Ethics* 2006;34:765-775.

Vernick JS, Teret SP, Smith GA, **Webster DW**.  Counseling About Firearms: Proposed Legislation is a Threat to Physicians and Their Patients.  *Pediatrics* 2006; 118:2168-72.

Manganello J, **Webster DW**, Campbell JC.  Intimate partner violence and health provider training and screening in the news. *Journal of Women's Health* 2006; 43:21-40.

**Webster DW,** Zeoli AM, Bulzacchelli MT, Vernick JS.  Effects of police stings of gun dealers on the supply of new guns to criminals.  *Injury Prevention* 2006;12:225-230.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Effects of a gun dealer's change in sales practices on the supply of guns to criminals.  *Journal of Urban Health* 2006; 83:778-787.

Koziol-McLain J, **Webster DW**, MacFarlane J, Block CR, Glass N, Campbell JC. Risk factors for femicide-suicide in abusive relationships: results from a multi-site case control study. *Violence & Victims* 2006;21:3-21.

Vernick JS, Johnson SB, **Webster DW**.  Firearm suicide in Maryland: characteristics of older versus younger suicide victims.  *Maryland Medicine*, 2005; 6(3):24-27.

Lewin NL, Vernick JS, Beilenson PL, Mair JS, Lindamood LM, Teret SP, **Webster DW**.  Using local public health powers as a tool for gun violence prevention: the Baltimore youth ammunition initiative. *American Journal of Public Health* 2005; 95:762-765.

**Webster DW**, Vernick JS, Zeoli AM, Manganello JA.  Effects of youth-focused firearm laws on youth suicides. *JAMA* 2004; 292:594-601.

Vernick JS, O'Brien M, Hepburn LM, Johnson SB, **Webster DW**, Hargarten SW.  Unintentional and undetermined firearm deaths: A preventable death analysis of three safety devices. *Injury Prevention* 2003; 9:307-311.

Vernick JS, Pierce MW, **Webster DW**, Johnson SB, Frattaroli S.  Technologies to detect concealed weapons: Fourth Amendment limits on a new public health and law enforcement tool. *Journal of Law, Medicine, and Ethics* 2003; 31:567-579.

Campbell JC, **Webster DW**, Koziol-McLain J, et al.  Risk factors for femicide within physically abusive intimate relationships: Results from a multi-site case control study. *American Journal of Public Health* 2003; 93:1089-1097.

Campbell JC, **Webster DW**, Koziol-McLain J, et al.  Assessing risk factors for intimate partner homicide. *NIJ Journal* 2003;250:14-19.

Roche KM, **Webster DW**, Alexander CS, Ensminger ME.  Neighborhood variations in the salience of parental support to boys' fighting. *Adolescent and Family Health* 2003;3:55-63.

Solomon BS, Duggan AK, **Webster DW**, Serwint JR.  Pediatric resident firearm safety counseling during adolescent health maintenance visits. *Arch Pediatric and Adolescent Med* 2002;156:769-775.

**Webster DW**, Vernick JS, Hepburn LM.  Effects of Maryland's law banning Saturday night special handguns on homicides. *American Journal of Epidemiology* 2002;155:406-412.

**Webster DW**, Freed LH, Frattaroli S, Wilson MH.  How delinquent youth acquire guns: Initial versus most recent gun acquisitions. *Journal of Urban Health* 2002;79:60-69.

Frattaroli S, **Webster DW**, Teret SP.  Unintentional gun injuries, firearm design, and prevention: A perspective on urban health. *Journal of Urban Health* 2002;79:49-59.

Sachs CJ, Kosiol-McLain J, Glass N, **Webster DW**, Campbell JC.  A population-based survey assessing support for mandatory domestic violence reporting by healthcare personnel. *Women and Health* 2002;35:121-133.

**Webster DW**, Vernick JS, Hepburn LM.  The relationship between licensing, registration and other state gun sales laws and the source state of crime guns. *Injury Prevention* 2001;7:184-189.

Sharps PW, Campbell JC, Campbell D, Gary F, **Webster DW.**  The role of alcohol use in intimate partner femicide. *American Journal on Addictions*, 2001;10:122-135.

Freed LH, **Webster DW**, Longwell JJ, Carrese J, Wilson MH.  Deterrents to gun acquisition and carrying among incarcerated adolescent males. *Arch Pediatric and Adoles Med* 2001;155:335-341.

Daniel Webster, Sc.D, M.P.H.                                                        page 12

**Webster DW**, Starnes M.  Reexamining the association between child access prevention gun laws and unintentional firearm deaths among children, *Pediatrics*, 2000;106:1466-1469.

Vernick JS, **Webster DW**, Hepburn LM.  Maryland's law banning Saturday night special handguns: Effects on crime guns.  *Injury Prevention* 1999; 5:259-263.

Howard KA, **Webster DW**, Vernick JS.  Beliefs about the risks of firearms in the home: Analysis of a national survey (U.S.A.).  *Injury Prevention* 1999;5:284-289.

Teret SP, **Webster DW**.  Reducing gun deaths in the United States: Personalized guns would help – and would be achievable.  *British Medical Journal* 1999:318:1160-1161.

Teret SP, **Webster DW**, Vernick JS, et al.  Public support for innovative gun policies: The results of two national surveys.  *New England Journal of Medicine* 1998;339:813-818.

**Webster DW**, Vernick JS, Ludwig J.  No proof that right-to-carry laws reduce violence, *American Journal of Public Health*, 1998;88:982-983.

**Webster DW**, Vernick JS, Ludwig J, Lester KJ.  Flawed gun policy research could endanger public safety.  *American Journal of Public Health* 1997;87:918-921.

Vernick JS, Teret SP, **Webster DW.**  Regulating firearm advertising promising home protection: The legal basis for a public health intervention.  *JAMA* 1997;277:1391-1397.

**Webster DW**, Wilson MEH.  Gun violence among youth and the pediatrician's role in primary prevention.  *Pediatrics* 1994;94:617-622.

**Webster DW.**  The unconvincing case for school-based conflict resolution programs for adolescents.  *Health Affairs* 1993;12(4):126-141.

**Webster DW**, Gainer PS, Champion HR.  Weapon carrying among inner-city junior high school students:  Defensive behavior vs aggressive delinquency.  *Amer J Public Health* 1993; 83:1604-1608.

Gainer PS, **Webster DW**, Champion HR.  A youth violence prevention program description and preliminary evaluation.  *Archives of Surgery* 1993;128:303-308.

**Webster DW**, Champion HR, Gainer PS, Sykes L.  Epidemiologic changes in gunshot wounds in Washington, DC, 1983-1990.  *Archives of Surgery* 1992;127:694-698.

Oschner MG, Hoffman AP, DiPasquale D, Cole FJ, **Webster DW**, Champion HR.  Associated aortic rupture-pelvic fracture: an alert for orthopedic and general surgeons. *J Trauma*, 1992;33:429-34.

**Webster DW**, Wilson MEH, Duggan AK, Pakula LC.  Parents' beliefs about preventing gun injuries to children.  *Pediatrics* 1992;89:908-914.

Daniel Webster, Sc.D, M.P.H.                                      page 13

**Webster DW**, Wilson MEH, Duggan AK, Pakula LC.  Firearm injury prevention counseling:  a study of pediatricians' beliefs and practices.  *Pediatrics* 1992;89:902-907.

Harburg E, DiFrancesco W, **Webster DW**, Gleiberman L, Schork MA:  Familial transmission of alcohol use: II. Imitation of and aversion to parent drinking (1960) by adult offspring (1977); Tecumseh, Michigan.  *Journal of Studies on Alcohol* 1990;51:245-256.

**Webster DW**, Harburg E, Gleiberman L, Schork MA, DiFrancesco W:  Familial transmission of alcohol use:  I. Parent and adult offspring alcohol use over 17 years, Tecumseh, Michigan.  *Journal of Studies on Alcohol* 1989;50:557-566.

Wagenaar AC, **Webster DW**, Maybee RG:  Effects of child restraint laws on traffic fatalities in eleven states.  *Journal of Trauma* 1987;27:726-732.

Wagenaar AC, **Webster DW**:  Preventing injuries to children through compulsory automobile safety seat use.  *Pediatrics* 1986;78:662-672.

*Journal Articles Not Peer-Reviewed*
**Webster DW**, Chaulk CP, Teret SP, Wintemute GJ.  Reducing firearm injuries.  *Issues in Science & Technology* 1991; 7 (Spring): 73-79.

**Webster DW.**  Suicide in the subway:  case consultation:  suicide and mass transit: commentary. Journal of Suicide and *Life-Threatening Behavior* 1991;21:209-212.

*Books and Book Chapters*
**Webster DW**, Vernick JS, Eds. *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis*. Baltimore, MD: Johns Hopkins University Press, 2013.

**Webster DW**, Vernick JS, McGinty EE, Alcorn T. "Preventing the Diversion of Guns to Criminals through Effective Firearm Sales Laws." Pages 109-122 in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* Daniel W. Webster and Jon S. Vernick, Eds. Baltimore, MD:  Johns Hopkins University Press, 2013.

**Webster DW**, Vernick JS. "Spurring Responsible Firearms Sales Practices through Litigation: The Impact of New York City's Lawsuits Against Gun Dealers on Interstate Gun Trafficking" pages 123-132 in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* Daniel W. Webster and Jon S. Vernick, Eds.  Baltimore, MD:  Johns Hopkins University Press, 2013.

Vittes KA, **Webster DW**, Vernick JS.  "Reconsidering the Adequacy of Current Conditions on Legal Firearm Ownership," in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* DW Webster and JS Vernick, eds.  Baltimore: Johns Hopkins University Press, 2013.

McGinty EE, **Webster DW**, Vernick JS, Barry CL.  "Public Opinion on Proposals to Strengthen U.S. Gun Laws: Findings from a 2013 Survey," pages 239-257 in *Reducing Gun Violence in America: Informing Policy with Evidence and Analysis,* DW Webster and JS Vernick, Eds.  Baltimore, MD: Johns Hopkins University Press, 2013.

Daniel Webster, Sc.D, M.P.H.                                                      Page 14

Vernick JS, **Webster DW**, Vittes KA.  *Law and Policy Approaches to Keeping Guns from High Risk People* (book chapter), in Culhane J. ed. *Reconsidering Law and Policy Debates: A Public Health Perspective*. New York: Cambridge University Press, 2011.

Vernick JS, **Webster DW.**  Amicus Brief to the U.S. Supreme Court regarding District of Columbia versus Heller for the petitioner. Written on behalf of the American Public Health Assoc., American College of Preventive Medicine, American Trauma Society, and the American Assoc. of Suicidology, January 2008.

**Webster DW**.  Child Access Prevention (CAP) Laws.  In Gregg Lee Carter (Ed.) Entry in *Encyclopedia of Guns in American Society*.  Santa Barbara, CA:  ABC-CLIO, 2003.

*Reports*
Bushman B, Newman K, Calvert S, Downey G, Dredze M, Gottfredson M, Jablonski NG, Masten A, Morrill C, Neil DB, Romber D, **Webster D**.  Predictors of Youth Violence.  Report prepared at the request of the National Sciences Foundation, December 2013.

American Psychological Association Panel of Experts Report – (alphabetical listing of contributors) Cornell D, Evans AC Jr., Guerra NG, Kinscherff R, Mankowski E, Randazzo MR, Scrivner E, Sorenson SB, Tynan WD, **Webster DW**.  *Gun Violence: Prediction, Prevention and Policy.* American Psychological Association, Washington, DC, December 2013.

Consortium for Risk-Based Firearm Policy (DW Webster contributing member). *Guns, Public Health, and Mental Illness: An Evidence-Based Approach to State Policy.*  December 2013.

 Consortium for Risk-Based Firearm Policy (DW Webster contributing member). *Guns, Public Health, and Mental Illness: An Evidence-Based Approach to Federal Policy.*  December 2013.

**Webster DW**, Vernick JS, Vittes KA, McGinty EE, Teret SP, Frattaroli S.  *The Case for Gun Policy Reforms in America.*  Johns Hopkins Center for Gun Policy and Research, Johns Hopkins Bloomberg School of Public Health, Baltimore, MD, October 2012.

**Webster DW**. Whitehill JM, Vernick JS, Parker E.  *Evaluation of Baltimore's Safe Streets Program: Effects on Attitudes, Participants' Experiences, and Gun Violence*. Johns Hopkins Center for the Prevention of Youth Violence, January 2012.

**Webster DW**, Illangasekare SL.  Best Practices for the Prevention Youth Homicide and Serious Violence.  Johns Hopkins Urban Health Institute, October 2010.

**Webster DW**, Vernick JS, Mendel J.  Interim Evaluation of Baltimore's *Safe Streets* Program. Johns Hopkins Center for the Prevention of Youth Violence, Jan. 2009.

**Webster DW**, Mendel J.  Effects of Baltimore's *Operation Safe Kids* on Re-Arrest.  Johns Hopkins Center for the Prevention of Youth Violence, June 2008.

Daniel Webster, Sc.D, M.P.H.                                                    Page 15

*Reports (continued)*

**Webster DW.**  Interventions to reduce deaths and injuries associated with youth violence. White paper commissioned by the Robert Wood Johnson Foundation.  May 2006.

**Webster DW.**  Preventing intimate partner violence.  White paper commissioned by the Robert Wood Johnson Foundation.  June 2006.

**Webster DW**, Vernick JS, Teret SP.  How Cities Can Reduce Illegal Guns and Gun Violence.  Johns Hopkins Center for Gun Policy and Research, April 2006. Updated January 2008.

Campbell JC, **Webster DW**, O'Sullivan C, Roehl J, Mahoney P, White M, Guertin K.  Intimate Violence Risk Assessment Validation Study. Report submitted to the National Institute of Justice, September, 2004. 2000WTVX0011.

**Webster DW**, Kim A.  Evaluation of the Maryland Gun Violence Act of 1996**:** Effects on the Illicit Gun Market.  Prepared for the U.S. Bureau of Alcohol, Tobacco, and Firearms, September 2003.

**Webster DW**, Vernick JS, Kaljee L, Cameron DD, Frattaroli S, Johnson S.  Public attitudes About New Law Enforcement Technologies and Related to Strategies to Reduce Gun Violence.  Report by the Johns Hopkins Center for Gun Policy and Research to the National Institute of Justice, 2002.

**CURRICULUM VITAE**

Daniel W. Webster, Sc.D., M.P.H.

PART II

**TEACHING**

*Classroom Instruction*
Instructor:       Understanding and Preventing Violence, 1993- present.
                      Graduate Seminar in Injury Research and Policy, 2005 – present.
                      Graduate Seminar in Health and Public Policy, 2012 – present.
Co-Instructor:  Research and Evaluation Methods for Health Policy, 2008 – 2010.
Lead Instructor: Research and Evaluation Methods for Health Policy, 2011 – present.

Lecturer in these JHU courses:       Health Policy I: Social & Economic Determinants of Health
                                                  Proposal Writing (Health Policy & Management)
                                                  Introduction to Urban Health
                                                  Suicide as a Public Health Problem
                                                  Adolescence and Adolescent Health
                                                  Issues in Injury and Violence Prevention
                                                  Methodological Issues in Injury and Violence
                                                  Applications in Program Monitoring and Evaluation
                                                  Alcohol, Society, and Health
                                                  Baltimore and "The Wire": A Focus on Major Urban Issues
                                                  Community Health Practicum

*Advising and Thesis Committees*
Primary advisor to:       Kim Ammann Howard, PhD, 1997
                                  Jennifer Manganello, PhD, 2003
                                  Allegra Kim, PhD 2001 – 2006
                                  April Zeoli, PhD, 2002 - 2007
                                  Elizabeth Saylor, PhD candidate, 2003 - 2007
                                  Jennifer Mendel Whitehill, PhD, 2006 – 2011
                                  Jillian Fry, PhD, 2007 – 2012
                                  James Saltzman, MPH, 2007-2008
                                  Gayle Nelson, MPH, 2007-2009
                                  Summer Venable, MPH, 2008-2010
                                  Jeane Garcia Davis, MPH, 2008-2011
                                  Donald Chalfin, MPH, 2010 –
                                  Dara Johnson, MPH, 2011 – 2012
                                  Janis Sethness, MPH, 2011 – 2012
                                  Cassandra Kercher, PhD, 2011 –
                                  Shani Buggs, PhD, 2013 –
Co-advisor to:            Leonardo Goe (MHS Health Policy), 1997-98
                                  Rachel Garfield (MHS Health Policy), 1998-
                                  Emma (Beth) McGinty, PhD, 2010-2013

Thesis committees:          Kathleen Roche, PhD in MCH, 1998
                            Shannon Frattaroli, PhD in HPM, 1998
                            Li-Hui Chen, PhD in HPM, 1999
                            Marsha Rosenberg, PhD in Mental Hygiene, 2001
                            Lisa Hepburn, PhD in HPM, 2001
                            Swapnil P. Maniar, PhD in PFHS, 2005
                            Maria Bulzacchelli, PhD in HPM, 2006
                            April Zeoli, PhD in HPM, 2007
                            Anne Outwater, PhD in Nursing, 2007
                            Donna Ansara, PhD in PFHS, 2008
                            Vanessa Kuhn, PhD in HPM, 2010
                            Susan Ganbarpour, DrPH, 2011
                            Mahua Mandel, PhD, 2012
                            Lareina La Flair, PhD, 2012
                            Gregory Tung, PhD, 2012
                            Michael Kim, PhD, 2013

Preliminary oral exam       Shannon Frattaroli, Marguerite Roe, Li-Hui Chen, Mary Beth Skupien,
committees:                 Monique Shepard, Beth Hooten, Farfifteh Duffy, Mary Garza, Lisa
                            Hepburn, Marc Starnes, Jennifer Manganello, Allegra Kim, Christina
                            Pallitto, Swapnil Maniar, Christine Koth, Maria Bulzacchelli, Margaret
                            Haynes, Frank Franklin, Donna Ansara, Vanessa Kuhn, Susan
                            Ghanbarpour, Greg Tung, Adam, Milam, Michael Kim, Beth McGinty.

Post-Doctoral Mentoring     Lorraine Freed, MD, MPH, RWJ Clinical Scholar 1996-98
                            Shannon Frattaroli, Kellogg Community Health Scholar, 1999-2000
                            Barry Solomon, MD, Pediatric Fellow, 1999-2002
                            Erica Sutton, MD, NIMH Violence Research Fellow, 2003-2005
                            Lareina LaFlair, PhD, NIDA Drug Dependency Epidemiology, 2012-

*Program Management / Training Program Involvement*
Program Head, PhD program in Health and Public Policy, 2006 – 2007; 2012 - present.

Faculty Director, Certificate Program in Injury Control, 1999- 2012.

Executive Committee and Core Faculty, Interdisciplinary Research Training Program on Violence
(pre- and post-doctoral training program funded by NIMH), 1999-present

Resource Faculty, Alcohol, Injury and Violence Training Program (pre-doctoral training program
funded by NIAAA), 2001-2007.

## ACADEMIC COMMITTEES

Appointments and Promotions, School of Public Health, 2012 –
Conflict of Interest Committee, School of Public Health, 2011 – 2012
Academic Policy and Admissions Committee, HPM, 2006 – 2007, 2012 – present
Faculty Development Committee, HPM, 2010 - present
Qualifying Exam Committee, HPM, 1998- 1999, 2001 – 2008, Chair 2004 – 2008.
HPM Doctoral Admissions Committee, 2006 – 2007.
Affirmative Action Committee, School, 2005 – 2010.
4 Ad Hoc Committees for Appointments and Promotions, 2006 – present.
Search Committee, Leon Robertson Chair in Injury Control, 2005 – 2006.
Academic Policy and Admissions Committee, HPM, 1997- 1999
Strategic Planning Committee, HPM, 2003 - present
Ad-Hoc Committee on Statistics Training, HPM, 1997-1998
Research Policy Committee, HPM, 1995-97

## RESEARCH GRANT PARTICIPATION

*Active Support*

| | |
|---|---|
| Title: | Effects of Drug and Gun Law Enforcement on Violence in Baltimore |
| Dates: | 1/1/14 – 12/31/14 (extended funding depending on progress) |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | The Abell Foundation |
| Funding Level: | $144,918 |
| Effort: | 15% |
| Main Objectives: | Estimate the effects of law enforcement activities directed at drug and gun law violations on violent crime in Baltimore from 1986 through 2012. |

| | |
|---|---|
| Title: | Gun Owners Perspectives on Safe Gun Ownership and Sales Practices |
| Dates: | 10/01/2013 – 03/31/16 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Harold B. Simmons Foundation |
| Funding Level: | $411,421 |
| Effort: | 20% |
| Main Objectives: | To gather data from focus groups and surveys to study gun owners' attitudes relevant to safe and responsible firearm sales and storage practices. |

| | |
|---|---|
| Title: | Prescription Opioid Addiction Research Study |
| Dates: | 09/01/2012 – 08/31/2014 |
| Principal Investigator: | Colleen L. Barry |
| Sponsoring Agency: | AIG |
| Funding Level: | $430,655 |
| Main Objectives: | To assess of the growing problem of prescription opioid addiction, and to identify promising policy and clinical approaches to address the problem. |
| Effort: | 10% |

Daniel Webster, Sc.D., M.P.H.                                                                    page 19

**RESEARCH GRANT PARTICIPATION** *continued*

Title:               National Gun Violence Research Center - subcontract
Dates:               05/01/13 – 05/31/14
Principal Investigator: Daniel W. Webster
Sponsoring Agency:   Police Executive Research Forum
Funding Level:       $41,762
Effort:              20%
Main Objectives:     Assist PERF with designing and conducting studies of innovative policing
                     strategies to combat gun violence.


Title:               Evaluation of the Effects of Permit to Purchase Handgun Laws
Dates:               9/1/12 - 8/31/14.
Principal Investigator: Daniel W. Webster
Sponsoring Agency:   The Joyce Foundation
Funding Level:       $222,242
Main Objectives:     The evaluate the effects of changes in permit to purchase handgun laws in
                     Connecticut and Missouri on homicides and the diversion of guns to criminals.
Effort:              25%


Title:               Johns Hopkins Center for the Prevention of Youth Violence
Dates:               9/15/11 – 9/14/16
Principal Investigator: Philip Leaf
Sponsoring Agency:   Centers for Disease Control and Prevention
Funding Level:       $6 million
Main Objectives:     Develop, implement, and evaluate a comprehensive community intervention to
                     prevent youth violence in the Park Heights neighborhood of Baltimore.
Effort:              20% to 25%


Title:               Gun Violence Reduction Program
Dates:               1/01/11 – 12/31/13
Principal Investigator: Daniel W. Webster
Sponsoring Agency:   Anonymous donor
Funding Level:       $500,000
Main Objectives:     Conduct research, policy analysis, and technical assistance to inform efforts to
                     reduce the availability of illegal guns and gun violence.
Effort:              10% to 40%


Title:               Evaluation of Baltimore Policing Strategies to Reduce Gun Violence
Dates:               10/1/2010 – 3/31/2012.
Principal Investigator: Daniel W. Webster
Sponsoring Agency:   U.S. Dept. of Justice, Bureau of Justice Assistance
Funding Level:       $60,000
Main Objectives:     Develop unbiased estimates of the impact of 3 strategies being implemented by
                     Baltimore police to reduce violence.
Effort:              15%

Daniel Webster, Sc.D., M.P.H.                                                                page 20

**RESEARCH GRANT PARTICIPATION** *continued*

| | |
|---|---|
| Title: | Impact of Safe Streets' Outreach Workers on the Lives of Their Clients |
| Dates: | 12/1/09 – 6/30/10 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Baltimore City Health Department |
| Funding Level: | $72,000 |
| Main Objectives: | Measure the impact of the Safe Streets program on program participants and analyze of the relationships between program activities and gun violence. |
| Effort: | 25% |

| | |
|---|---|
| Title: | Effects of the Lethality Assessment Program on Intimate Partner Violence |
| Dates: | 3/15/10 – 3/14/12 |
| Principal Investigator: | Daniel Webster |
| Sponsoring Agency: | Centers for Disease Control and Prevention (through Center grant to JHU) |
| Funding Level: | $388,282 |
| Main Objectives: | Estimate the effects of the Maryland Lethality Assessment program on intimate partner homicide and repeat intimate partner violence. |
| Effort: | 20% |

*Prior Support*

| | |
|---|---|
| Title: | Gun Violence Reduction Program |
| Dates: | 1/01/08 – 12/31/10 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Anonymous donor |
| Funding Level: | $500,000 |
| Main Objectives: | Conduct research, policy analysis, and technical assistance to inform efforts to reduce the availability of illegal guns and gun violence. |
| Effort: | 25% |

| | |
|---|---|
| Title: | Analyzing and Developing Policies to Limit Firearm Access by High-Risk People |
| Dates: | 5/1/09 – 4/30/11 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | The Joyce Foundation |
| Funding Level: | $179,971 |
| Main Objectives: | Research and describe state laws pertaining to firearm prohibitions for substance abusers and the potential public safety gains for expanding current prohibition categories for firearm purchase and possession. |
| Effort: | 15% year 1, 18% year 2 |

| | |
|---|---|
| Title: | Data for Combating Illegal Guns |
| Dates: | 1/01/08 – 12/31/08 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Maryland Governor's Office for Crime Control and Prevention |
| Funding Level: | $75,419 |
| Main Objectives: | Assist Baltimore and Maryland State Police to collect and analyze data on crime guns and illegal gun trafficking. |

Daniel Webster, Sc.D., M.P.H.                                                                                     page 21

**RESEARCH GRANT PARTICIPATION**
*Prior Support (cont.)*

| | |
|---|---|
| Title: | Analyzing & Assisting Innovative City-Level Efforts to Prevent Gun Violence |
| Dates: | 5/1/07 – 4/30/09 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | The Joyce Foundation |
| Funding Level: | $175,000 |
| Main Objectives: | Analyze data on illegal gun trafficking and provide consultation to enhance data to inform efforts to stem gun trafficking in Milwaukee. Case study of Chicago Police Department's efforts to thwart gun trafficking. |

| | |
|---|---|
| Title: | Evaluation of the California Firearms Domestic Violence Intervention Project |
| Dates: | 1/15/07 – 1/14/10 |
| Principal Investigator: | Garen Wintemute (UC Davis) and Shannon Frattaroli (JHBSPH) |
| Sponsoring Agency: | California Department of Justice |
| Funding Level: | $31,481 subcontract from UC Davis for first year |
| Main Objectives: | Evaluate a program in 2 California counties to enhance implementation of state laws prohibiting certain domestic violence offenders from possessing firearms. |
| Effort: | 10% |

| | |
|---|---|
| Title: | Baseline Data for Evaluating a Community Initiative to Reduce Youth Homicides |
| Dates | 3/01/07 – 2/28/09 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Baltimore City Health Department |
| Funding Level: | $75,122 |
| Main Objectives: | Collect and analyze baseline data on violent crime and youths' attitudes relevant to gun violence in intervention and comparison neighborhoods. |
| Effort: | 6% |

| | |
|---|---|
| Title: | Evaluation of a community gun violence prevention initiative in Baltimore. |
| Dates: | 9/1/05 – 8/31/10 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Centers for Disease Control and Prevention |
| Funding Level: | $745,352 |
| Main Objectives: | Estimate the impact of the initiative on youth gun violence victimization and perpetration and attitudes and behaviors of high risk youth. |
| Effort: | 25%-30% |

| | |
|---|---|
| Title: | Effects of a Formal Danger Assessment and Risk Communication Intervention on Actions Taken to Reduce Risks of Intimate Partner Violence |
| Dates: | 9/1/04 – 8/31/09 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Centers for Disease Control and Prevention |
| Funding Level: | $485,000 |

Daniel Webster, Sc.D., M.P.H.                                                        page 22

**RESEARCH GRANT PARTICIPATION (cont.)**

Main Objectives:    Determine whether a formal, quantitative assessment of danger, and a standard protocol for communicating the assessed risk of future partner violence and scientific support for protection strategies is more effective than current procedures in motivating protective actions and lowers risk for future violence.
Effort:             20%-25%


Title:              Reducing Illegal Gun Trafficking Through Research and Technical Assistance
Dates:              5/1/05 – 4/30/08
Principal Investigator: Daniel W. Webster
Sponsoring Agency:  The Joyce Foundation

Funding Level:      $181,117
Main Objective:     Disseminate research findings to law enforcement agencies, advocates, and the media on policies shown to reduce illegal gun trafficking.
Effort:             25%-30%


Title:              Effects of Police Stings of Gun Dealers on the Illegal Gun Market
Dates:              11/1/03 - 10/31/04
Principal Investigator: Daniel W. Webster
Sponsoring Agency:  The Overbrook Foundation
Funding Level:      $37,000
Main Objectives:    Assess the impact of police stings of 12 gun dealers suspected of making illegal gun sales in Chicago on the flow of new guns into the illicit gun market.
Effort:             20%


Title:              Evaluating and Developing Policies to Regulate Licensed Gun Dealers
Dates:              4/1/02 - 3/31/04
Principal Investigator: Daniel W. Webster
Sponsoring Agency:  The John D. and Catherine T. MacArthur Foundation
Funding Level:      $260,000
Main Objectives:    1) Document state policies and enforcement practices relevant to the regulation and oversight of licensed gun dealers; 2) Assess the effect of those measures on gun trafficking; and 3) Develop recommendations for effective strategies for deterring illegal gun sales involving licensed gun dealers.
Effort:             35%


Title:              Working with Health Commissioners to Reduce Gun Violence
Dates:              7/01/03 - 6/30/04
Principal Investigator: Jon S. Vernick
Sponsoring Agency:  Richard and Rhoda Goldman Fund
Funding Level:      $100,000
Main Objective:     Identify and provide technical assistance to city or county health commissioners in order to use public health powers to shut down corrupt gun dealers who endanger the public's health.
Effort:             15%

Daniel Webster, Sc.D., M.P.H.                                                                page 23

**RESEARCH GRANT PARTICIPATION (cont.)**
*Previous Support:* (cont.)

| | |
|---|---|
| Title: | Separating Kids from Guns Program |
| Dates: | 10/01/01 - 9/30/03 |
| Principal Investigator: | Shannon Frattaroli |
| Co-PI: | Daniel W. Webster |
| Sponsoring Agency: | The David and Lucille Packard Foundation |
| Funding Level: | $300,000 |
| Main Objective: | Conduct research, perform policy analysis, disseminate information relevant to protecting children and adolescents from unsupervised access to guns. |
| Effort: | 25% |

| | |
|---|---|
| Title: | Johns Hopkins Center for Gun Policy and Research |
| Dates: | 01/01/99 - 4/30/04 |
| Sponsoring Agency: | The Joyce Foundation |
| Principal Investigator: | Stephen P. Teret (1995-2001), Jon S. Vernick (2001-present) |
| Co-Prin. Invest.: | Daniel W. Webster (2001-present) |
| Funding Level: | 2001-2003: $600,000 |
| Main Objective: | Develop and analyze policies to reduce firearm injuries. |
| Responsibilities: | Co-direct Center, initiate and conduct research and analysis relevant to gun policy; develop and analyze gun policy surveys; assist groups working to reduce gun violence; serve as resource to media and policymakers. |
| Effort: | 15% (05/01/03 - 4/30/04) |
| | 35% (05/01/01 - 4/30/03) |
| | 25% (01/01/00 - 4/30/01) |
| | 35% (01/01/96 - 12/31/99) |
| | 20% (01/01/95 - 12/31/96) |

| | |
|---|---|
| Title: | Effects of Minimum Age Restrictions on Handgun Purchase and Possession – Center for the Prevention of Youth Violence |
| Dates: | 10/01/00 - 9/30/05 |
| Principal Investigator: | Daniel W. Webster |
| Sponsoring Agency: | Centers for Disease Control and Prevention |
| Funding Level: | $306,695 |
| Main Objective: | Estimate the effects of minimum age restrictions on handgun purchases and possession on youth homicide offending and suicides |
| Responsibilities: | Design study, oversee data collection, plan and oversee data analysis, interpret data, make presentations at professional meetings, write articles |
| Effort: | 33% - 20% |

| | |
|---|---|
| Title: | Evaluation of Instruments to Assess Risk for Intimate Partner Violence |
| Dates: | 08/01/00 - 03/31/04 |
| Principal Investigator: | Jacquelyn C. Campbell |
| Sponsoring Agency: | National Institute of Justice |
| Funding Level: | $619,792 |

Daniel Webster, Sc.D., M.P.H.                                                                    page 24

**RESEARCH GRANT PARTICIPATION (cont.)**
*Previous Support: (cont.)*Main Objective:     Determine the sensitivity, specificity, and predictive
                                            value of four instruments designed to assess future risk for violent
                                            victimization by an intimate partner.
Responsibilities:          Co-Investigator, consult on study design, plan and conduct data analysis, write
                           articles for publication.
Effort:                    20%


Title:                     The Center for Injury Research and Policy:
Dates:                     1987-2005
Sponsoring Agency:         Centers for Disease Control and Prevention

Principal Investigator:    Ellen MacKenzie
Funding Level:             1999-2003: $750,000 per year.
Main Objective:            One of the eight regional injury control research centers.
Responsibilities:          Evaluate state-level gun policies, direct study of risk factors for serious injuries
                           from intimate partner assaults, develop research proposals, serve as resource to
                           students, media, practitioners, and policy makers.
Effort:                    10% (09/03/03 - 8/31/04)          20% (04/01/94 - 08/31/94)
                           10% (09/01/00 - 8/31/01)          50% (07/01/92 - 03/31/94)
                           20% (09/01/99 - 8/31/00)          100% (04/01/92 - 06/30/93)
                           25% (09/01/94 - 08/31/98)         10% (09/01/98 - 08/31/99)


Title:                     Developing and Analyzing Data for Effective Gun Law Enforcement
Dates:                     03/01/01 - 02/28/02
Principal Investigator:    Daniel W. Webster
Sponsoring Agency:         Governor's Office of Crime Control and Prevention
Funding Level:             $102,911
Main Objective:            Develop databases for information about the sources of crime guns and the
                           prosecution of gun crimes
Effort:                    35%


Title:                     Developing a Dataset of State Gun Laws
Dates:                     12/01/00 - 11/30/01
Principal Investigator:    Jon S. Vernick
Sponsoring Agency:         Annie E. Casey Foundation
Funding Level              $45,000
Main Objective:            Determine the presence and effective dates of specific types of gun laws in
                           each of the 50 U.S. states and the District of Columbia. Create a dataset with
                           this information and provide the information to interested researchers.
Responsibilities:          Provide input into decisions about what laws to research and dataset format.
Effort:                    10%


Title:                     Effects of Personalized Guns in Maryland
Dates                      9/1/99 - 8/31/00
Sponsoring Agency:         The Abell Foundation

**RESEARCH GRANT PARTICIPATION (cont.)**

*Previous Support:* (cont.)

| | |
|---|---|
| Funding Level: | $40,533 |
| Principal Investigator: | Stephen Teret |
| Main Objective: | Assess likely effects of a law to require personalized guns in Maryland |
| Responsibilities: | Examine likely consumer reactions to personalized guns, effects on mortality |
| Effort: | 10% |

| | |
|---|---|
| Title: | Risk Factors for Homicide in Violent Intimate Relationships |
| Dates: | 09/01/96 - 02/28/00 |
| Sponsoring Agency: | NIDA, NIMH, CDC, NIJ, NIA |
| Principal Investigator: | Jacquelyn Campbell |
| Funding Level: | $1,267,744 |
| Main Objective: | Determine risk factors for homicide or attempted homicide among women involved in violent intimate relationships and develop predictive screening devices for clinicians, shelter workers, and the courts. |
| Responsibilities: | Assist in study design, assess data completeness and reliability, construct and evaluate predictive models, and write articles. |
| Effort: | 10% (09/01/99 - 02/28/00) |
| | 25% (09/01/98 - 08/31/99) |
| | 10% (09/01/97 - 08/31/98) |
| | 15% (09/01/96 - 08/31/97) |

| | |
|---|---|
| Title: | Preventing Firearm Suicide and Unintentional Deaths Through Safer Gun Design |
| Dates: | 01/01/00 - 12/31/00 |
| Principal Investigator: | Jon S. Vernick |
| Sponsoring Agency: | Funders' Collaborative for Gun Violence Prevention |
| Funding Level: | $176,755 |
| Main Objective: | Evaluate potential benefits of safer gun designs |
| Responsibilities: | Co-Investigator, consult on study design and data analysis |
| Effort: | 10% |

| | |
|---|---|
| Title: | Public Attitudes About New Law Enforcement Technologies |
| Dates: | 06/01/97 – 05/31/99 |
| Sponsoring Agency: | National Institute of Justice |
| Principal Investigator: | Daniel W. Webster |
| Funding Level: | $266,625 |
| Main Objectives: | Assess public attitudes relevant to law enforcement strategies to detect concealed weapons in high-crime areas including the use of new technology, concerns about safety, privacy, and fairness in the way that law enforcement officials apply new technology. Qualitative study of residents of a high-crime neighborhood in Baltimore and a national phone survey of urban residents. |
| Responsibilities: | Oversee all aspects of the project including managing subcontracts, design the study and data collection instruments, analyze data, write reports and articles. |
| Effort: | 33% |

Daniel Webster, Sc.D., M.P.H.                                                                page 26

**RESEARCH GRANT PARTICIPATION (cont.)**
*Previous Support: (cont.)*

Title:                    Evaluation of the California Violence Prevention Initiative
Dates:                    07/01/93 - 04/15/96
Sponsoring Agency:        The California Wellness Foundation
Principal Investigator:   Stephen P. Teret
Co-Prin. Investigator:    Daniel W. Webster
Funding Level:            $3.1 million

Main Objectives:          Conduct process and outcome evaluation of a statewide violence prevention
                          initiative involving advocacy for policies to reduce violence, community
                          mobilization, leadership development for community activists for violence
                          prevention, and research applicable to violence prevention.
Responsibilities:         With PI, oversee and manage all aspects of the evaluation of the initiative.
                          Design data collection instruments and protocols for the evaluation of the
                          policy and community action components.  Analyze data from periodic
                          statewide surveys to assess changes in public support for violence prevention
                          policy initiatives.
Effort:                   50%

Title:                    Evaluation of Violence Prevention Public Education Campaign
Dates:                    04/01/94 - 03/31/95
Sponsoring Agency:        The California Wellness Foundation
Principal Investigator:   Daniel W. Webster
Funding Level:            $40,000
Main Objectives:          The describe all facets of the campaign and the political and social context in
                          which the campaign is conducted and evaluate the effects of the campaign on
                          public opinion, opinion leaders, the media, and policy makers.
Responsibilities:         Oversee all aspects of the evaluation and coordinate evaluation activities with
                          those conducting the campaign.  Analyze data from public opinion polls,
                          policy maker surveys, and newspaper coverage of violence and guns.
Effort:                   20%

Title:                    Planning "The Consortium on Gun Policy and Information"
Dates:                    04/01/94 - 10/31/94
Sponsoring Agency:        The Joyce Foundation
Principal Investigator:   Stephen P. Teret
Funding Level:            $40,000
Main Objectives:          To assess the need for a "Consortium on Gun Policy and Information" that
                          would provide factual information on firearms and the public's health to
                          various consumers.  Examine the feasibility of creating a Consortium, explore
                          the policy role that such an organization might fulfill, and describe the methods
                          by which accurate information could be disseminated.
Responsibilities:         Participate in the planning sessions and be involved in crafting gun injury
                          epidemiology materials developed for the media and other consumers.
Effort:                   10%

Daniel Webster, Sc.D., M.P.H.                                                                page 27

## PRESENTATIONS

*Scientific Meetings*

**Webster DW.**  Effects of Missouri's permit to purchase handgun licensing law on the diversion of firearms to criminals and homicides.  Presented at the annual meetings of the American Public Health Association, Boston, November 2013.
 )

Vittes KA, **Webster DW**, Vernick JS.  Associations between state gun sales laws and the source of criminals' handguns they used to commit crime. Presented at the annual meetings of the American Public Health Association, Boston, November 2013.

**Webster DW**.  Effects of Baltimore's Safe Streets Program on Gun Violence and Youth Attitudes toward Resolving Conflicts with Guns.  Presented at the World Health Summit, Berlin, Germany, October 2013.

**Webster DW.**  Safe Streets Baltimore – program effects on gun violence, youth attitudes, and the lives of program participants.  Presented at the meetings of the Society for the Advancement of Violence and Injury Research, Baltimore, June 2013.

Parker EM, Gielen AC, Castillo R, **Webster DW**. Intimate Partner Violence and Patterns of Safety Strategy Use among Women Seeking Temporary Protective Orders: A Latent Class Analysis. Presented at the meetings of the Society for the Advancement of Violence and Injury Research, Baltimore, June 2013.

**Webster DW.**  State gun laws' effects on the intra- and interstate diversion of guns used by criminals.  Presented at the annual meetings of the American Society of Criminology, Washington, DC, November 2011.

**Webster DW**.  Effects of state gun sales laws on the exportation of guns used by criminals. Presented at the annual meetings of the American Public Health Association Meetings, Washington, DC, November 2011.

**Webster DW**, Mendel JS, Vernick. Evaluating Baltimore's Safe Streets Program's effects on violence.  Presented at the annual meetings of the Amer. Public Health Assoc., Denver, Nov. 2010.

**Webster DW**, Vernick JS, Mendel JS.  Interim evaluation of Baltimore's Safe Streets initiative: Effects on gun violence.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

**Webster DW**.  Impact of danger assessment screening and safety education on abused women's perceived risk of serious re-abuse.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

Mendel JS, **Webster DW**, Vernick JS.  Street outreach to prevent gun violence in Baltimore: An analysis of high-risk conflict mediation.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

*Presentations at Scientific Meetings (cont.)*

Vernick JS, **Webster DW.**  An environmental approach to preventing firearm violence: targeting illegal gun trafficking.  Annual Meetings of Amer. Public Health Assoc., Philadelphia, Nov. 2009.

Vittes KA, **Webster DW**.  Potential effects of expanding firearm prohibitions in the U.S.: analysis of data from a national survey of prisoners.  Presented at the Annual Meetings of the American Public Health Association, Philadelphia, November 2009.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Effects of Policies to Promote Firearm Dealer and Owner Accountability on Firearm Trafficking.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW.** Firearm violence roundtable: Data collection, data quality, and data access. Roundtable discussion led at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW**, Vernick JS.  Implementation of a Community Gun Violence Prevention Program: A Focus on Outreach Workers' Efforts.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW**, Mahoney P, Campbell JC, Ghanbarpou S, Stockman J.  Factors associated with seeking a long term protective order and staying away among women seeking temporary protective orders against a male partner.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, November 2007.

**Webster DW**, Mahoney P, Campbell JC, Ghanbarpou S.  Communicating empirically-based information about risks and protection strategies to survivors of intimate partner violence.  Presented at the Annual Meeting of the American Public Health Association, Washington, DC, Nov. 2007.

**Webster DW**, Vernick JS, Bulzacchelli MT.  Association Between Regulations and Oversight of Firearm Dealers and Gun Trafficking.  Presented at the Annual Meeting of the American Society of Criminology, Atlanta, November 2007.

Campbell JC, O'Sullivan C, Roehl J, **Webster DW**, Mahoney P, White M, Eliacin J, Guertin K. What battered women know and do to protect themselves from abuse:  results and methodological challenges from the domestic violence risk assessment validation experiment. Paper presented at the 9th International Family Violence Research Conference, Portsmouth, NH, July 2005.

**Webster DW**, Vernick JS, Manganello JA, Zeoli AM.  Effects of youth-focused firearm laws on youth suicides. Paper presented at the annual meeting of the American Public Health Association, Washington, DC, November 2004.

Vernick JS, **Webster DW**, Pierce MW, Johnson SB, Frattaroli S. Judging the constitutionality of injury interventions using empirical data: The case of concealed weapons detectors. Paper presented at the annual meeting of the American Public Health Association, Washington, DC, November 2004.

Daniel Webster, Sc.D., M.P.H.                                                                    page 29

## PRESENTATIONS
### *Presentations at Scientific Meetings (cont.)*

Vernick JS, Lewin NL, Beilenson PL, Mair JS, Lindamood MM, Teret SP, **Webster DW**.  Using local public health powers as a tool for gun violence prevention: The Baltimore Youth Ammunition Initiative. Paper to be presented at the annual meeting of the American Public Health Association, Washington, DC, November 2004.

**Webster DW**.  Cracking down on corrupt gun dealers in Chicago: Effects on the illicit gun market. Paper presented at the annual meeting of the American Public Health Association, San Francisco, November 2003.

Campbell JC, **Webster DW**, Mahoney P, Rhoel J, O'Sullivan C. Domestic violence risk assessment and history of injury. Presented at the Annual Meeting of the American Public Health Association, San Francisco, November 2003.

Kim A, **Webster DW**.  Effects of a one-gun-a-month purchase limit on illicit gun trafficking and availability. Presented at the Annual Meeting of the American Public Health Association, San Francisco, November 2003.

Campbell JC, **Webster DW**, Chouaf K, et al. "If I can't have you, no one can": Further exploration of estrangement increasing risk of intimate partner femicide. Presented at the Annual Meetings of the American Society of Criminology, Chicago, November 2002.

Kim A, **Webster DW**.  The effects of the 1996 Maryland Gun Violence Prevention Act on Illicit Gun Markets. Presented at the Annual Meeting of Amer. Public Health Assoc., Philadelphia, Nov. 2002.

**Webster DW**, Vernick JS, Hepburn L.  The association between licensing, registration, and other gun sales laws and the state-of-origin of crime guns.  Presented at the National Association for Injury Control Research Centers meeting, Pittsburgh, May 2001.

**Webster DW**, Vernick JS, Hepburn L.  The association between licensing, registration, and other complementary gun sales laws and the state-of-origin of crime guns.  Presented at the annual meetings of the American Public Health Association, Boston, November 2000.

Campbell JC, **Webster DW**, et al.  Risk factors for intimate partner femicide among women in physically abusive relationships.  Presented at the annual meetings of the American Public Health Association, Boston, November 2000.

**Webster DW**, Vernick JS, Hepburn L.  Can comprehensive gun control and enforcement keep guns from being used in crime?  Presented at the annual meetings of the American Society of Criminology, Toronto, Ont., November 1999.

Roche K, **Webster DW**, Alexander C, Ensminger M.  Neighborhood effects on the association between parenting and youth fighting.  Presented at the American Sociological Association Annual Meetings, 1999.

Daniel Webster, Sc.D., M.P.H.                                                                 page 30

*Presentations at Scientific Meetings (cont.)*

**Webster DW**.  Assessing sources of data on risk factors for intimate partner homicide: Proxy respondent surveys versus police records.  Femicide Research Working Meeting, Chapel Hill NC, February 1999.

**Webster DW**, Campbell JC, Curry MA.  Issues of using proxy informants in femicide research.  Annual meetings of the American Society of Criminology, Washington DC,  November 1998.

McFarlane J, **Webster DW**, Campbell JC, Block CR, Ulrich Y.  Femicide with and without suicide by an intimate partner: A comparative analysis.  Annual meetings of the American Society of Criminology, Washington DC, November 1998.

**Webster DW**, Vernick JS, Huang K.  The effects of Maryland's law banning Saturday Night Specials on homicides. American Public Health Assoc. Annual Meeting, Washington DC, Nov. 1998.

Vernick JS, **Webster DW**, Huang K.  Maryland's 1988 law banning Saturday Night Special handguns:  Effects on intermediate outcomes.  American Public Health Association Annual Meeting, Washington DC, November 1998.

**Webster DW.**  Investigating a sudden increase in the lethality of shootings in Baltimore: A case study.  American Public Health Association Annual Meeting, Indianapolis IN, November 1997.

Freed LH, Wilson MHS, Longwell JJ, Carrese J, **Webster DW**.  Deterrent to gun carrying among incarcerated adolescent males.  Presented at the Annual Meeting of the Robert Wood Johnson Clinical Scholars Meeting, November 1998.

**Webster DW**, Kaljee L, Vernick JS, Cameron DD.  Attitudes about new law enforcement technologies and strategies for detecting concealed weapons in a high-crime urban community.  Presented at the National Institute of Justice Annual Research and Evaluation Meetings, Washington DC, July 1998.

**Webster DW**, Campbell JC.  Issues in using case-control methods in homicide research.  Annual Meetings of the American Society of Criminology, San Diego CA, November 1997.

**Webster DW.**  Methodological challenges to evaluating the Brady Law.  Annual Meetings of the Homicide Research Working Group, Shepherdstown, WV, June 9 1997.

**Webster DW.**  Modifying guns tor reduce child and adolescent mortality: A Risk Analysis.  American Public Health Association Annual Meeting, New York, November 1996.

Howard KA, **Webster DW.**  Beliefs about keeping firearms in the home.  Presented at the American Public Health Association Annual Meeting, New York, November 1996.

**Webster DW.**  School-based efforts to reduce adolescent violence.  Presented at Children Harmed and Harmful:  Risks and Risk-Taking Among 10-15 Year-Olds, Working Conference.  Chicago, September 1994.

Daniel Webster, Sc.D., M.P.H.                                                                     page 31

*Presentations at Scientific Meetings (cont.)*

**Webster DW.**  Tackling the problem of gun carrying among youth:  Behavior change vs. environmental change.  Paper presented at the National Conference on Risk-Taking Behaviors Among Children and Adolescents.  Arlington, VA, June 1994.

**Webster DW.**  Individual vs. community perspective on the study and prevention of youth weapon carrying.  Public Health Service Annual Professional Meetings, Baltimore, MD, April 1994.

**Webster DW**, Wilson MEH.  The role of primary care pediatricians in preventing firearm injuries to children and youth.  Johnson & Johnson Pediatric Institute Conference on the Pediatrician's Role in Violence Prevention, Dulles, VA, March 1994.

**Webster DW**, Gainer PS, Champion, HR.  Determinants of weapon carrying within a sample of inner city junior high school students.  Paper to be presented at the American Public Health Association Annual Meetings, Washington, DC, November 1992.

**Webster DW.**  Short-term effects of a primary prevention program for youth violence.  American Psychiatric Association Annual Meetings, Washington, DC, May 1992.

**Webster DW**, Sykes L, Champion HR, Gainer PS.  The effects of Washington D.C.'s epidemic of gun violence on trauma center admissions and wound profiles.  American Public Health Association Annual Meetings, Atlanta, GA, November 1991.

Champion HR, Oschner MG, **Webster DW.**  A retrospective review of over 300 abdominal gunshot wounds at an urban Level I trauma center.  International Society of Surgery Conference, Stockholm, Sweden, August 1991.

Wilson MEH, **Webster DW**, Duggan AK, Pakula LC.  Firearm injury prevention counseling:  are pediatricians and parents ready?  American College of Physicians Annual Meetings, April 1991.

**Webster DW**, Wilson MEH, Duggan AK.  Parental beliefs and practices concerning firearm injury prevention.  American Public Health Association Annual Meetings, New York, October 1990.

**Webster DW**, Wilson MH, Duggan AK. Determinants of pediatrician firearm injury prevention counseling practices. American Public Health Assoc. Annual Meetings, New York, October 1990.

**Webster DW**, Wilson MH, Duggan AK. Pediatrician attitudes and practices concerning firearm injury prevention counseling. Amer. Pediatric Soc./Soc. Pediatric Research Meetings, Chicago, 1990.

Waller AE, **Webster DW**, Baker SP.  Homicide and suicide among children, United States, 1980-1985.  American Public Health Association Annual Meeting, Chicago, October 1989.

Keyl PM, **Webster DW**, Smith GS, Baker SP.  The effect of Maryland's seat belt law on fatality risks.  SAE Conference on the Evaluation of Trends in Auto Safety, National Highway Traffic Safety Administration, Washington, DC, May 1989.

Daniel Webster, Sc.D., M.P.H.                                                                page 32

*Presentations at Scientific Meetings (cont.)*
**Webster DW**, Baker SP.  Geographical patterns of general aviation fatalities.  American Public Health Association Meetings, Boston, November 1988.

*Invited Presentations / Seminars / Webinars*
Evidence to Support Efforts to Reform America's Gun Laws. The Brady Campaign Summit. Washington, DC, November 2013.

A Way Forward for Policies to Reduce Gun Violence in America. Invited to be a William J. Clinton Distinguished Lecturer for the Clinton School of Public Service, University of Arkansas, Little Rock, Sept. 10, 2013.

Public Health Approaches to Reducing Gun Violence.  The Group Dynamics Seminar Series, Institute for Social Research, University of Michigan, Ann Arbor, MI, October 7, 2013.

Preventing Intimate Partner Homicides by Keeping Firearms from Perpetrators of Domestic Violence. Summit on Civil Protection Orders, National Council of Juvenile and Family Court Judges, Washington, DC, June 2013.

Data and Informatics needs for gun violence prevention research. Webinar for the Public Health Informatics Working Group for the American Medical Informatics Association. June 2013.

Webinar: Gun Violence: The Healthcare Providers Role in Prevention, National Healthcare Collaborative on Violence and Abuse., June 2013.

Firearm Policy and Gun Violence Prevention.  Webinar for California Public Health Grand Rounds, May 2013.

Public Health Interventions to Reduce Gun Violence to Youth.  Keynote session, Pediatric Academic Societies Annual Meeting, May 2013.

Priorities for a Public Health Research Agenda to Reduce the Threat of Firearm-Related Violence: Workshop.  Institute of Medicine, Washington, DC, April 2013.

Preventing Violence with Policies to Keep Guns from High-Risk People. George Washington University, School of Public Health, Forum – From Dialogue to Action: Preventing Gun Violence, April 5, 2013.

Research to Inform Policies to Keep Guns from High Risk People.  The United States General Accountability Office, April 3, 2013.

Policy Priorities for Reducing Youth Gun Violence: A Way Forward.  Semi-annual meeting of the Maternal and Child Health Section of the American Public Health Association, February 2013.

Daniel Webster, Sc.D., M.P.H.                                                                  page 33

*Invited Seminars (cont.)*

Importance of Assessing Threats to Study Validity: Cautions About Applying Questionable Evidence to Policies and Programs to Reduce Violence. Evidence for Violence Prevention Across the Lifespan and Around the World: A Workshop of the Forum on Global Violence Prevention, Institute of Medicine, Washington, DC, January 23-24, 2013.

Preventing Gun Violence to Youth.  Keynote presentation, King Holiday Celebration, Martin Luther King, Jr. Center for Non-Violence, New York, NY, January 2013.

Changing the Code of the Street in Baltimore's Most Violent Neighborhoods: Evaluation of a *CeaseFire*-like Intervention.  Patricia F. Waller Lecture. University of North Carolina, October 2012.

Reducing Risk for Reassault of Victims of Intimate Partner Violence. Network for Public Health Law's Eastern Region Symposium.  University of Maryland Law School, Baltimore, June 26, 2012.

Firearm Seller Accountability Measures and the Diversion of Guns to Criminals.  Congressional briefing organized by George Mason University's Center for Evidence Based Crime Policy, Washington, DC, February 2012.

Research with Victims of Intimate Partner Violence:  Risks, Benefits, and Safety Strategies.  Plenary session, Advancement of Ethical Research Conference, National Harbor, MD, December 2011.

Evaluating Baltimore's Replication of Chicago's *CeaseFire* Program:  Effects on Youth Attitudes and Gun Violence.  Centers for Disease Control and Prevention, Atlanta, January 7, 2010.

Public Health Approaches to Gun Violence Prevention.  Conference on Promoting Community Safety and Preventing Violence: Integrating Lessons from Research and Practice.  Ohio State University, Columbus, OH, June 2009.

Keys to States Keeping Guns From Criminals and Reducing Gun Violence.  Meeting of State Legislators Against Gun Violence, Gracie Mansion, New York, May 8, 2009.

Effects of Baltimore's Safe Streets Program: A Public Health Approach to Reducing Gun Violence. Trauma Seminar Series, Johns Hopkins Hospital, March 2009.

Effective Strategies for Combating Illegal Guns and Gun Violence.  Roundtable on Gun Violence Prevention, International Association of Chiefs of Police, Chicago, IL, November 2008.

Research Supporting the Lethality Assessment Program.  Maryland Judicial Conference, Linthicum Heights, MD, June 20, 2008.

Evidence-Based Strategies for Reducing Illegal Guns and Gun Violence.  Seminar for the Baltimore Police Department Command Staff Training, Baltimore, May 22, 2008.

Preventing Gun Violence.  Invited seminar for the Baltimore City Circuit Court Judges, April 2008.

Daniel Webster, Sc.D., M.P.H.                                                                    page 34

*Invited Seminars (cont.)*
How Cities Can Reduce Gun Violence.  Mid-Atlantic Regional Meeting, Mayors Against Illegal
Guns, March 2007.Strategies to Reduce Illegal Gun Trafficking.  Harvard Injury Control Research
Center, January 2007.

Expert Panel, Midwest meeting of Mayors Against Illegal Guns, Chicago, October 2006.

Expert Panel for Mayors Against Illegal Guns Summit.  New York, April 2006.

Promising Approaches for Violence Prevention.  Association of Baltimore Area Grantmakers,
Baltimore, March 2006.

Evidence of the Effectiveness of Gun Policies.  Graduate Seminar in Injury Research and Policy,
Johns Hopkins Bloomberg School of Public Health, February 2004.

Recent Research on Gun Violence Prevention.  Seminar at the 2003 Child Advocacy Leadership
Institute, Advocates for Children and Youth, Washington, DC, November 2003.

Gun Policy: Understanding the Research and Defending the Data.  Seminar at 2002 Child Advocacy
Leadership Institute, National Association of Child Advocates, Washington, DC, November 2002.

Preventing Gun Violence Among Youth.  Seminar for the University of Maryland Journalism
Fellowship in Child and Family Policy, Washington, DC, November 2002.

Opportunities for Preventing Gun Violence in the U.S.  Robert W. Leraas Lecture, St. Olaf College,
Northfield MN, October 2002.

The Impact of Gun Safe Storage Laws on Firearm Mortality Risks among Youth.  National Academy
of Sciences, Institute of Medicine Meeting on Youth and Gun Violence. Washington, DC, Sept 2002.

Recent Research on the Effectiveness of Gun Policies.  Citizens' Conference to Stop Gun Violence.
Arlington, VA, February 2002.

How Criminally-Involved Youth Obtain Their Guns.  Citizens' Conference to Stop Gun Violence.
Arlington, VA, February 2002.

The Role of Alcohol in Interpersonal Violence.  Johns Hopkins University, Center for Injury
Research and Policy Seminar, October 2001.

Risk Factors for Near Fatal Intimate Partner Assaults.  Johns Hopkins University, Department of
Mental Hygiene's Seminar Series on Violence Research, September 2001.

Effects of child access prevention gun laws on unintentional gun deaths to children.  Presented at the
annual meeting of the Handgun Epidemic Lowering Plan (HELP) Network, Atlanta, April 2001.

*Invited Seminars (cont.)*
Public health models for reducing gun violence.  Grand rounds presentation at George Washington University School of Medicine, Washington, DC, April 2000.

Methodological challenges to studying risk factors for intimate partner homicide.  Seminar for the Center for Injury Research and Policy, Johns Hopkins School of Public Health, March 1999.

School-based interventions to reduce youth violence: Do our programs fit the problem?  Annual conference of Maryland State School Health Council, Ocean City MD, April 1998.

The role of health professionals in the prevention of youth violence.  Continuing medical education seminar at Bethesda Memorial Hospital, Boynton Beach, FL, February 1998.

Determinants of youth violence and scientific support for interventions.  Best Practices in Adolescent Health Conference, Annapolis MD, May 1996.

Media advocacy and public health: A case study of a campaign to increase support for handgun restrictions.  Johns Hopkins University School of Public Health Seminar, April 1995.

The evaluation of the policy program of the California Wellness Foundation's Violence Prevention Initiative, MPH Seminar, November 1995.

The limitations of skill-focused conflict resolution curricula for reducing youth violence.  Handgun Epidemic Lowering Plan (HELP) Network Annual Meeting.  Chicago, September 1994.

Promising public health approaches to violence prevention.  Presentation to the Board of Directors, Physicians for Social Responsibility, Bethesda, MD, March 1994.

The ability of gun laws to reduce deaths and injuries.  Presentation to the Maryland State Office of Strategic Drug Enforcement Coordination, Columbia, MD, January 1994.

The limitations of conflict resolution curricula for adolescents.  National Symposium on Violence, Safety, and Health in Urban Schools.  Sponsored by the Council of Great City Schools, Washington, DC, December 1993.

The role of public health in violence prevention.  JHU Seminar sponsored by the Department of Mental Hygiene and The Injury Prevention Center, December 1993.

Research on Strategies to Prevent Youth Violence. Creative Solutions to Problem of Urban Violence. Symposium sponsored by the Baltimore Urban League and the YMCA. Baltimore, April 6, 1993.

Public Health Professionals' Role in Reducing Injuries from Violence.  Preventive Medicine in Minority Communities:  First or Last Resort?  Symposium sponsored by the Student National Medical Association of The Johns Hopkins School of Medicine.  Baltimore, MD, April 3, 1993.

Daniel Webster, Sc.D., M.P.H.                                                    page 36

*Invited Seminars (cont.)*
Health Professionals' Role in Limiting Children's Access to Firearms.  Surgeon General's Invitational
Workshop.  Keeping Kids Safe:  Strategies for Preventing Violence and Injury, Columbia, MD,
November 19, 1992.

A Legislative Agenda for Violence Reduction.  Consortium of Virginia Urban Municipalities,
Williamsburg, VA, July 10, 1992.

Keynote Address:  The epidemiology of violence and public health approaches to the problem.  13th
Annual Institute of the Virginia Organization of Health Care Social Workers, Richmond, June 1992.


**ADDITIONAL INFORMATION**

*Research Objectives*
To study the causes and prevention of interpersonal and self-inflicted violence and associated
injuries; to study the effectiveness interventions intended to reduce severe forms of violence; to
develop and assess instruments designed to assess the risk for future violence.

*Keywords*
violence, violence prevention, firearm injuries, gun policy, evaluation, domestic violence.

*Community Involvement*:
Coach, Bethesda-Chevy Chase Baseball Youth League 2001- 2010.

Served as Co-Chair of Social Justice Committee and as a member of the Board of Trustees at Temple
Emanuel, Kensington, MD, 2004- 2007.