Exhibit 11

To Defendants' Memorandum in Support of Motion for

Summary Judgment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STEPHEN V. KOLBE, *et al.*; | ) |
| | ) |
| | ) |
| *Plaintiffs*, | )   Case No.: 1:13-cv-02841-CCB |
| | ) |
| v. | ) |
| | ) |
| MARTIN O'MALLEY, *et al.*; | ) |
| | ) |
| | ) |
| *Defendants*. | ) |

## <u>DECLARATION OF KRISTIN JONES BRYCE</u>

I, Kristin Jones Bryce, under penalty of perjury, declare and state:

1.     I am over the age of 21, and I am competent to make this declaration and to swear to the matters contained herein.

2.     I am Chief of Staff to the Speaker of the Maryland House of Delegates, the Honorable Michael E. Busch.

3.     The attached is a true and correct copy of a document that was circulated amongst members of the General Assembly during consideration of Senate Bill 281, the Firearms Safety Act of 2013.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Kristin Jones Bryce

**TO: Governor's Legislative Office**

**FROM: Governor's Office of Crime Control & Prevention**

**RE: Senate Bill 281 – Assault Long Guns**

**DATE: February 19, 2013**

### I.    SB 281 Prohibits Assault Weapons

Senate Bill 281 would prohibit, with certain exceptions, "assault weapons." The definition of "assault weapon" in the bill includes "assault pistols," which are prohibited under current law, as well as "assault long guns" and "copycat weapons."

### II.    "Assault Long Guns" are Assault Weapons

SB 281 would prohibit "assault long guns" listed in *Public Safety Code,* §5-101(R)(2). The following list of specific assault weapons or their copies, regardless of which company produced and manufactured that assault weapon, would be prohibited:

**(i) American Arms Spectre da Semiautomatic carbine;**



Spectre Auto Carbine
http://members.shaw.ca/tmcveigh/Projects/GunRights/prohiblist.html

**(ii) AK–47 in all forms;**



AK-47 assault rifle
http://www.enemyforces.net/firearms/ak47.htm

**(iii) Algimec AGM–1 type semi–auto;**



Algimec AGM-1
http://45-70govt.tumblr.com/post/19758726574/al-gi-mec-agm-1-carbine-9x19mm

**(iv) AR 100 type semi–auto;**



Daewoo AR 100. Also see below, (xvi).

**(v) AR 180 type semi–auto;**



Costa Mesa Production Armalite AR-180 Semi-Automatic Rifle
http://www.rockislandauction.com/viewitem/aid/52/lid/1702

**(vi) Argentine L.S.R. semi–auto;**



Argentine LSR
http://www.alpharubicon.com/leo/faloperatorsmanual.htm

**(vii) Australian Automatic Arms SAR type semi–auto;**



Australian Automatic Arms Semi-Automatic Rifle
http://www.securityarms.com/firearm/3494

**(viii) Auto–Ordnance Thompson M1 and 1927 semi–automatics;**



Auto-Ordnance Thompson M1 Carbine 45 ACP
http://www.westernmassfirearms.com/catalog/item.aspx?id=338



Auto-Ordnance Corporation Thompson 1927 A1 Standard Semi-Automatic Rifle
http://www.rockislandauction.com/viewitem/aid/56/lid/574

**(ix) Barrett light .50 cal. semi–auto;**



Barrett 0.50 caliber model 82A1 "Light Fifty"
http://members.tripod.com/~combat_arms/weapons.html

**(x) Beretta AR70 type semi–auto;**



Beretta AR70 assault rifle
http://members.shaw.ca/tmcveigh/Projects/GunRights/prohiblist.html

**(xi) Bushmaster semi–auto rifle;**



Bushmaster .223 caliber Remington semiautomatic rifle
http://newsfeed.time.com/2012/12/19/bushmaster-223-weapon-used-in-newtown-shooting-a-lightning-rod-in-gun-debate/

**(xii) Calico models M–100 and M–900;**



Calico M-100 Rifle
http://thespecialistsltd.com/calico-m100



Calico M-900 Rifle
http://www.imfdb.org/wiki/Calico_Series_of_Rifles_and_Pistols

**(xiii) CIS SR 88 type semi–auto;**



Chartered Industries of Singapore SR-88 assault rifle
http://world.guns.ru/assault/sing/cis-sr--e.html

**(xiv) Claridge HI TEC C–9 carbines;**



Claridge Hi-Tec C-9 Carbine
http://www.securityarms.com/firearm/3144

**(xv) Colt AR–15, CAR–15, and all imitations except Colt AR–15 10 Sporter H–BAR rifle;**



Colt AR-15 rifle
http://guns.findthebest.com/q/11/1218/What-are-the-dimensions-of-the-Colt-AR-15-Rifle



Colt CAR-15
http://world.guns.ru/assault/usa/colt-car-15-xm-177-e.html

**(xvi) Daewoo MAX 1 and MAX 2, aka AR 100, 110C, K–1, and 12 K–2;**



Daewoo Max 1 assault rifle
http://www.falfiles.com/forums/printthread.php?t=317238&pp=40



Daewoo Max 2 assault rifle
http://www.ammosmith.com/forum/index.php?topic=3498.0



Daewoo AR-110C
http://www.ar15.com/archive/topic.html?b=7&f=93&t=1062705



Daewoo K1A1
http://world.guns.ru/assault/skor/daewoo-k1-and-k2-e.html



Daewoo K2
http://world.guns.ru/assault/skor/daewoo-k1-and-k2-e.html

**(xvii) Dragunov Chinese made semi–auto;**



Dragunov sniper rifle
http://deadlyweapons-army.blogspot.com/2011/07/deadly-dragunov-sniper-rifle.html

**(xviii) Famas semi–auto (.223 caliber);**



FAMAS semi-automatic rifle
http://www.icollector.com/Rare-Pre-Ban-French-Semi-Automatic-FAMAS-Bullpup-Rifle-with-a-Full-Complement-of-Accessories_i14553497

**(xix) Feather AT–9 semi–auto;**



Feather Industries, Inc. AT-9 semi-automatic
http://picturearchive.gunauction.com/7354200214/9812096/318e3c44d4e73f1465bf73487993d693.jpg

**(xx) FN LAR and FN FAL assault rifle;**



FN FAL assault rifle
http://world.guns.ru/assault/be/fn-fal-e.html

**(xxi) FNC semi–auto type carbine;**



FNC Semi-auto carbine
http://www.remtek.com/arms/fn/fnc/index.htm

**(xxii) F.I.E./Franchi LAW 12 and SPAS 12 assault shotgun;**



Franchi Law 12 semi-automatic shotgun
http://www.icollector.com/Luigi-Franchi-Law-12-12-ga-SN-S77268-Semi-auto-tactical-shotgun-with-pistol-grip-stock-shoulder-sto_i9896381



Franchi SPAS 12 Assault Shotgun
http://en.wikipedia.org/wiki/File:Franchi_SPAS-12_Shotgun.JPG

**(xxiii) Steyr–AUG–SA semi–auto;**



Steyr AUG A3 SA
http://www.tactical-life.com/online/products/steyrs-aug/

**(xxiv) Galil models AR and ARM semi–auto;**



Galil AR 7.62 mm
http://world.guns.ru/assault/isr/galil-e.html



Galil ARM 5.56 mm, with bipods unfolded
http://world.guns.ru/assault/isr/galil-e.html

**(xxv) Heckler and Koch HK–91 A3, HK–93 A2, HK–94 A2 and A3;**



HK 91 A3
http://www.prebanarmory.com/hk-91-a3-2/



HK 93 A2
http://www.prebanarmory.com/hk-93-a2/



HK 94 A2
http://www.hkspecialiststore.com/product_detail.php?Category=29&Page_Number=1&Index_S
eq=1121



HK 94 A3
http://www.gunauction.com/search/displayitem.cfm?itemnum=9800886

**(xxvi) Holmes model 88 shotgun;**



"Sawed off" Holmes Model 88 Shotgun
http://img.photobucket.com/albums/v99/smallestminority/sawedoff.jpg

**(xxvii) Avtomat Kalashnikov semiautomatic rifle in any format;**



Avtomat Kalishnikova Model AK-47 Assault Rifle
http://en.wikipedia.org/wiki/File:AK-47_type_II_Part_DM-ST-89-01131.jpg

**(xxviii) Manchester Arms "Commando" MK–45, MK–9;**



Manchester Arms "Commando" MK-45
http://www.hunt101.com/data/548/medium/Manchester_Arms_Mk45_LH.jpg



Manchester Arms "Commando" MK-9
http://www.gunauction.com/search/displayitem.cfm?itemnum=6789023

**(xxix) Mandell TAC–1 semi–auto carbine;**

*Image not available*

**(xxx) Mossberg model 500 Bullpup assault shotgun;**



Mossberg 500 bullpup shotgun, http://world.guns.ru/shotgun/usa/mossberg-500-e.html

**(xxxi) Sterling Mark 6;**



Sterling Armament Company Mark 6 9mm Submachine Gun
http://www.gunstar.co.uk/Deactivated-Submachine-Gun/Sterling-Armament-Company-Mark-6-Serial-Number-1-gun-for-sale-gs85417.aspx

**(xxxii) P.A.W.S. carbine;**



Police Automatic Weapon Systems model ZX8 carbine
http://www.gunauction.com/search/displayitem.cfm?itemnum=9007340

**(xxxiii) Ruger mini–14 folding stock model (.223 caliber);**



Ruger Mini-14, SS, folding stock
http://www.armslist.com/posts/824153/washington-rifles-for-sale--ruger-mini-14-folding-stock-ss-1-magazine

**(xxxiv) SIG 550/551 assault rifle (.223 caliber);**



SIG 551 .223 caliber
http://www.kitsune.addr.com/Firearms/Auto-Rifles/SIG_SG_550.htm



SIG 550 – SAR Europe Sport .223
http://www.setac.de/lehrgaenge_leihwaffen_buechsen.html

**(xxxv) SKS with detachable magazine;**



SKS with detachable magazine
http://wintergardentacticalguns.com/index.php?main_page=product_info&products_id=90

**(xxxvi) AP–74 Commando type semi–auto;**



Adler-Jager AP74 rifle - .22 LR
http://www.imfdb.org/wiki/M16_rifle_series

**(xxxvii) Springfield Armory BM–59, SAR–48, G3, SAR–3, 10 M–21 sniper rifle, M1A, excluding the M1 Garand;**



BM-59 rifle
http://www.ar15.com/archive/topic.html?b=6&f=6&t=322980



Springfield Armory SAR-48 rifle
http://members.shaw.ca/tmcveigh/Projects/GunRights/prohiblist.html



Springfield Armory SAR-3
http://www.arizonaresponsesystems.com/finish/pagefinishgallery.shtml



20 round mag, Harris bipod and scope not included.

Springfield Armory SPG M21 Tactical M1A .308
https://www.iammo.com/Firearms-Training/Rifles/31761-SA9121_Springfield-Armory-SPG-M21-Tactical-M1A-308-Winchester-22-Barrel-10-1-Round-Capacity-Walnut-Stock-Blued-Finish-SA9121

**(xxxviii) Street sweeper assault type shotgun;**



Street Sweeper
http://www.atf.gov/firearms/guides/identification-of-nfa-firearms.html#street-sweeper

**(xxxix) Striker 12 assault shotgun in all formats;**



Striker 12 Shotgun
https://www.handgunclub.com/hca/2011/06/22/judging-the-taurus-judge-illegal-in-california/

**(xl) Unique F11 semi–auto type;**



Unique F11 semi-automatic bullpup
http://www.hunt101.com/showphoto.php?photo=610611

**(xli) Daewoo USAS 12 semi–auto shotgun;**



Daewoo USAS-12 semi-automatic shotgun
http://www.chicompany.net/index.php?main_page=product_info&products_id=8

**(xlii) UZI 9mm carbine or rifle;**



UZI 9mm Carbine Model A
http://www.msgunowners.com/t310-black-rifle-pics

**(xliii) Valmet M–76 and M–78 semi–auto;**



Valmet M-76 .223
http://parallaxscurioandrelicfirearmsforums.yuku.com/topic/4454



Valmet M-78 .308
http://usedfirearms.ca/ads/3-valmets-the-holy-grail-new-in-box-m78-7-62x39-m78-308-and-hunter-in-308/

**(xliv) Weaver Arms "Nighthawk" semi–auto carbine; or**



Weaver Arms Nighthawk Carbine
http://members.shaw.ca/tmcveigh/Projects/GunRights/prohiblist.html

**(xlv) Wilkinson Arms 9mm semi–auto "Terry".**



Wilkinson Arms Terry Carbine 9 mm Luger Semi-Automatic
http://www.gunauction.com/buy/8349990/rifles-for-sale/semi-auto-rifle/wilkinson-arms-terry-carbine-9mm-luger-semi-auto-never-fired-no-reserv

### III.     "Copycat Weapons" are Assault Weapons[1]

In SB 281, a "copycat weapon" is defined as follows:

(I) a semiautomatic centerfire rifle that can accept a detachable magazine and has any of the following[2]:

1.  A pistol grip that protrudes conspicuously beneath the action of the weapon[3];
    http://www.coltsmfg.com/Catalog/ColtRifles.aspx



---

2.  A thumbhole stock[4];
    http://www.eabco.com/102201.html





---

[1] *See* SB 281, page 6, line 3.

[2] "detachable magazine" means an ammunition feeding device that can be removed readily from a firearm without requiring disassembly of the firearm action or without the use of a tool, including a bullet or cartridge.

[3] "pistol grip that protrudes conspicuously beneath the action of the weapon" means a grip that allows for a pistol–style grasp in which the web of the trigger hand between the thumb and index finger can be placed below the top of the exposed portion of the trigger while firing.

[4] "thumbhole stock" means a stock with a hole that allows the thumb of the trigger hand to penetrate into or through the stock while firing.

3. A folding or telescoping stock;
   http://www.mesatactical.com/index.php?id=55



4. A grenade launcher or flare launcher;
   http://i217.photobucket.com/albums/cc176/marauderjohn/5mgl1.jpg



5. A flash suppressor[5]; or
   http://www.defensereview.com/krinkov-aow-mini-ak-by-precision-weapons-corporationpwc/



6. A forward pistol grip[6];
   http://ultimak.com/gg1131.htm

---

[5] "flash suppressor" means a device that functions, or is intended to function, to perceptibly reduce or redirect muzzle flash from the shooter's field of vision.

[6] "forward pistol grip" means a grip that allows for a pistol–style grasp forward of the trigger



**Centerfire v. Rimfire**



(ii) a semiautomatic centerfire rifle that has a fixed magazine with the capacity to accept more than 10 rounds;
http://www.gunsamerica.com/937616069/Chinese_SKS_with_20_RD_box_ma.htm\



(iii) a semiautomatic centerfire rifle that has an overall length of less than 30 inches;
http://www.ar15.com/forums/t_1_5/1422473_SIG_MPX_Just_Announced.html



(iv) a semiautomatic pistol that can accept a detachable magazine and has any of the following:

1.  A threaded barrel, capable of accepting a flash suppressor, forward handgrip, or silencer;

    http://www.cheaperthandirt.com/product/83594#



2.  A second handgrip;

    Steyr TMP 9mmPara 001.jpg
    http://en.wikipedia.org/wiki/File:Steyr_TMP_9mmPara_001.jpg



3. A shroud that is attached to or that partially or completely encircles the barrel, except for a slide that encloses the barrel, and that allows the bearer to fire the weapon without burning the bearer's hand; or

Dan Wesson Model 445 Alaskan Guide Special
http://www.cz-usa.com/press-releases/72/



4. The capacity to accept a detachable magazine outside the pistol grip;



(v) a semiautomatic pistol with a fixed magazine that can accept more than 10 rounds;

(vi) a semiautomatic shotgun that has:

1. A folding or telescoping stock; and

2. A pistol grip that protrudes conspicuously beneath the action of the weapon, thumbhole stock, or vertical handgrip;

http://www.saiga-12.com/



---

(vii) a shotgun with a revolving cylinder.

http://world.guns.ru/shotgun/safr/striker-protecta-e.html



**Assault Weapons Generally**
http://smartgunlaws.org/

