Exhibit 29

To Defendants' Memorandum in Support of Motion for

Summary Judgment





HOME  POLITICS  ENVIRONMENT  CULTURE  PHOTO ESSAYS  BLOGS  SUBSCRIBE  DONATE

**Must Reads:** This Picture Has Creationists Terrified | Guns in America After Newtown

POLITICS
→ *Crime and Justice*, *Guns*, *Regulatory Affairs*, *Top Stories*

# US Mass Shootings, 1982-2012: Data From Mother Jones' Investigation

*The full data set from our in-depth investigation into mass shootings. Plus: additional cases from 2013.*

—By **Mark Follman**, **Gavin Aronsen**, **Deanna Pan**, and **Maggie Caldwell** | Fri Dec. 28, 2012 1:40 PM GMT

535    Tweet  1,971



**Editor's note, September 16, 2013:** Twelve people were killed and eight others injured in a mass shooting at the Washington Navy Yard on Monday. The incident is the fifth mass shooting in the US this year. Details of the additional cases from 2013 are included on our mass shootings map and in our our full data set below.

Since we began our investigation into mass shootings following the attack in Aurora, Colorado, in July 2012, we've heard from numerous readers, academic researchers, legislative aides, law enforcement officials, and others wanting access to our full data set. Here it is below, including links to sources where available. You can also download this data in CSV, XLS, or TXT formats, or click here for the full Google spreadsheet view. (The embedded version below does not support expanding the cells to see the full text in some places, but you can access it these other ways.)

**Update, 2/27/13:** We've dug up additional information on the shooters' weapons, now reflected in the data set below. More details and our updated analysis are in this story. For additional context and analysis from the investigation, click here, and for our full special report on gun laws, the NRA, and mass shootings, click here.

**Update, 7/30/13:** We've updated our data set with four more mass shootings that have taken place in 2013.

**Mother Jones' Investigation: US Mass Shootings, 1982-2012**

US mass shootings | Weapon categories

| Case | Location | Date | Year | Summary | Fatalities | Injured | Total vi... |
|---|---|---|---|---|---|---|---|
| **Washington Navy Yard shooting** | Washington, D.C. | 9/16/2013 | 2013 | Aaron Alexis, 34, a military veteran an... | 13 | 8 | |
| **Hialeah apartment shooting** | Hialeah, Florida | 7/26/2013 | 2013 | Pedro Vargas, 42, set fire to his apart... | 7 | 0 | |
| **Santa Monica rampage** | Santa Monica, California | 6/7/2013 | 2013 | John Zawahri, 23, armed with a home... | 6 | 3 | |
| **Pinewood Village Apartment shooting** | Federal Way, Washington | 4/21/2013 | 2013 | Dennis Clark III, 27, shot and killed his... | 5 | 0 | |
| **Mohawk Valley shootings** | Herkimer County, New York | 3/13/2013 | 2013 | Kurt Myers, 64, shot six people in neig... | 5 | 2 | |
| **Newtown school shooting** | Newtown, Connecticut | 12/14/2012 | 2012 | Adam Lanza, 20, shot his mother dea... | 28 | 2 | |
| **Accent Signage Systems shooting** | Minneapolis, Minnesota | 9/27/2012 | 2012 | Andrew Engeldinger, 36, upon learning... | 7 | 1 | |
| **Sikh temple shooting** | Oak Creek, Wisconsin | 8/5/2012 | 2012 | U.S. Army veteran Wade Michael Pag... | 7 | 3 | |
| **Aurora theater shooting** | Aurora, Colorado | 7/20/2012 | 2012 | James Holmes, 24, opened fire in a m... | 12 | 58 | |
| **Seattle cafe shooting** | Seattle, Washington | 5/20/2012 | 2012 | Ian Stawicki, 40, gunned down four pa... | 6 | 1 | |
| **Oikos University killings** | Oakland, California | 4/2/2012 | 2012 | One L. Goh, 43, a former student, ope... | 7 | 3 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Su Jung Health Sauna shooting** | Norcross, Georgia | 2/22/2012 | 2012 | Jeong Soo Paek, 59, returned to a K... | 5 | 0 |
| **Seal Beach shooting** | Seal Beach, California | 10/14/2011 | 2011 | Scott Evans Dekraai, 42, opened fire... | 8 | 1 |
| **IHOP shooting** | Carson City, Nevada | 9/6/2011 | 2011 | Eduardo Sencion, 32, opened fire at a... | 5 | 7 |
| **Tucson shooting** | Tucson, Arizona | 1/8/2011 | 2011 | Jared Loughner, 22, opened fire outsi... | 6 | 13 |
| **Hartford Beer Distributor shooting** | Manchester, Connecticut | 8/3/2010 | 2010 | Omar S. Thornton, 34, shot up his Ha... | 9 | 2 |
| **Coffee shop police killings** | Parkland, Washington | 11/29/2009 | 2009 | Maurice Clemmons, 37, a felon who w... | 4 | 1 |
| **Fort Hood massacre** | Fort Hood, Texas | 11/5/2009 | 2009 | Army psychiatrist Nidal Malik Hasan, ... | 13 | 30 |
| **Binghamton shootings** | Binghamton, New York | 4/3/2009 | 2009 | Jiverly Wong, 41, opened fire at an A... | 14 | 4 |
| **Carthage nursing home shooting** | Carthage, North Carolina | 3/29/2009 | 2009 | Robert Stewart, 45, opened fire at a n... | 8 | 3 |
| **Atlantis Plastics shooting** | Henderson, Kentucky | 6/25/2008 | 2008 | Disgruntled employee Wesley Neal Hig... | 6 | 1 |
| **Northern Illinois University shooting** | DeKalb, Illinois | 2/14/2008 | 2008 | Steven Kazmierczak, 27, opened fire... | 6 | 21 |
| **Kirkwood City Council shooting** | Kirkwood, Missouri | 2/7/2008 | 2008 | Charles "Cookie" Lee Thornton, 52, w... | 6 | 2 |
| **Westroads Mall shooting** | Omaha, Nebraska | 12/5/2007 | 2007 | Robert A. Hawkins, 19, opened fire in... | 9 | 4 |
| **Crandon shooting** | Crandon, Wisconsin | 10/7/2007 | 2007 | Off-duty sheriff's deputy Tyler Peterso... | 6 | 1 |
| **Virginia Tech massacre** | Blacksburg, Virginia | 4/16/2007 | 2007 | Virginia Tech student Seung-Hui Cho,... | 33 | 23 |
| **Trolley Square shooting** | Salt Lake City, Utah | 2/12/2007 | 2007 | Sulejman Talović, 18, rampaged throu... | 6 | 4 |
| **Amish school shooting** | Lancaster County, Pennsylvan... | 10/2/2006 | 2006 | Charles Carl Roberts, 32, shot 10 you... | 6 | 5 |
| **Capitol Hill massacre** | Seattle, Washington | 3/25/2006 | 2006 | Kyle Aaron Huff, 28, opened fire at a... | 7 | 2 |
| **Goleta postal shootings** | Goleta, California | 1/30/2006 | 2006 | Former postal worker Jennifer Sanma... | 8 | 0 |
| **Red Lake massacre** | Red Lake, Minnesota | 3/21/2005 | 2005 | Jeffrey Weise, 16, murdered his grand... | 10 | 5 |
| **Living Church of God shooting** | Brookfield, Wisconsin | 3/12/2005 | 2005 | Living Church of God member Terry M... | 7 | 4 |
| **Damageplan show shooting** | Columbus, Ohio | 12/8/2004 | 2004 | Nathan Gale, 25, possibly upset about... | 5 | 7 |
| **Lockheed Martin shooting** | Meridian, Mississippi | 7/8/2003 | 2003 | Assembly line worker Douglas William... | 7 | 8 |
| **Navistar shooting** | Melrose Park, Illinois | 2/5/2001 | 2001 | Fired employee William D. Baker, 66, ... | 5 | 4 |
| **Wakefield massacre** | Wakefield, Massachusetts | 12/26/2000 | 2000 | Michael McDermott, 42, opened fire o... | 7 | 0 |
| **Hotel shooting** | Tampa, Florida | 12/30/1999 | 1999 | Hotel employee Silvio Leyva, 36, gunn... | 5 | 3 |

535    PRINT    EMAIL    43     Tweet  1,971     5.8k


**MARK FOLLMAN** *Senior Editor*
Mark Follman is a senior editor at *Mother Jones*. Read more of his stories, follow him on Twitter, or contact him with tips or feedback at mfollman (at) motherjones (dot) com. RSS | TWITTER


**GAVIN ARONSEN**
For more of Gavin's stories, click here.


**DEANNA PAN**
Deanna Pan is a former senior editorial fellow at *Mother Jones*.

### IF YOU LIKED THIS, YOU MIGHT ALSO LIKE...

**A Guide to Mass Shootings in America**

**Probiotics - Warning**
Shocking! Here's What