Exhibit 30

To Defendants' Memorandum in Support of Motion for

Summary Judgment

# Mother Jones

# More Than Half of Mass Shooters Used Assault Weapons and High-Capacity Magazines

*Congress considers banning weapons that have caused carnage in shopping malls, schools, and city streets.*

By Mark Follman, Gavin Aronsen, and Jaeah Lee | Wed Feb. 27, 2013 3:01 AM GMT

The political fortunes of the Assault Weapons Ban of 2013 [1] have looked dim [2] from the start. But as Congress considers the new legislation put forth by Sen. Dianne Feinstein (D-Calif.), one thing is clear: If it were to pass, the bill would outlaw highly lethal firearms that dozens of mass shooters in the United States have used to unleash carnage.

More than half of the killers we studied in our investigation of 62 mass shootings over the last three decades [3] possessed weapons that would be banned by Feinstein's bill, including various semi-automatic rifles, guns with military features, and handguns using magazines with more than 10 rounds. The damage these weapons can cause has been on grim display since last summer, from Aurora to Milwaukee to Minneapolis to Newtown, where attacks carried out with them left a total of 118 people injured and dead [4].

Ultimately, "assault weapon" and "high-capacity magazine" are political terms—there is no official or widely accepted definition [5] for either, and different legislation has treated them differently [6]. Feinstein's new bill seeks to improve upon the 1994 ban she authored, which expired in 2004; gun manufacturers easily sidestepped that law [7] by making superficial modifications to their weapons.

"They got the most shots," said a Chicago teenager who prefers high-capacity magazines. "You can shoot forever."

The new legislation aims to outlaw weapons that let a shooter fire a large number of bullets quickly without having to reload. Law enforcement officials we consulted generally considered that to be a reasonable approach for distinguishing between firearms used for sport or self-defense and military-style weapons designed to maximize body counts.

Using the parameters of the new bill, we dove deeper into the data on mass shootings that we first began gathering in July after the slaughter at the movie theater in Aurora, Colorado. We dug up additional specific details on the perpetrators' guns and ammunition devices (often elusive, particularly with older cases). In

our initial analysis we had used broader criteria for "assault weapons," including some modified shotguns and bolt-action rifles; now, our more detailed chart and data set use four categories of firearms: semi-automatic handguns, rifles, revolvers, and shotguns. Across those four categories, we account for assault weapons and guns using high-capacity magazines that would be specifically outlawed by the new legislation. The data includes all guns recovered at the scene in each case, though not all of them were used in the crimes. Using this criteria we found:

- 42 guns with high-capacity magazines, across 31 mass-shooting cases
- 20 assault weapons, across 14 mass-shooting cases
- 33 cases involving assault weapons or high-capacity magazines (or both)

A total of 48 of these weapons (accounting for the overlap between the two categories) would be illegal under the new legislation.*

Feinstein's Assault Weapons Ban of 2013 isn't just about mass shootings, of course. By far the most common weapons used in these cases are semi-automatic handguns—the type of weapon also at the heart of the daily gun violence plaguing American communities [8]. Banning high-capacity magazines may be especially key with regard to these guns, not only because they're popular among mass shooters, but also because they tend to increase casualties in street violence, as a veteran ATF agent explained [6] to us in a recent interview.

The devices have appeal on the streets. A Chicago high school student [9] recently described his preference for 30-round magazines to a reporter for *This American Life*: "They got the most shots. You can shoot forever. Let out 15. Run back to where you going. Somebody else come out and let out five more. There you go."

---

Don't miss our yearlong investigation into gun laws and mass shootings [10]. And click here for the full view [11] of the below data set.

| Mother Jones' Investigation: Assault Weapons and High-Capacity Magazines | | | | |
|---|---|---|---|---|
| Case & location | Date | Guns possessed | Guns with high-capacity magazines | Assault weapons per Feinstein bill |
| **Sandy Hook Elementary** | 12/14/2012 | 10mm Glock, 9mm SIG | 4 | 2 |
| **Accent Signage Systems** | 9/27/2012 | 9mm Glock semiautom | 1 | 0 |
| **Sikh temple - Oak Creek,** | 8/5/2012 | 9mm Springfield Armor | 1 | 0 |
| **Aurora movie theater - C** | 7/20/2012 | Two .40-caliber Glock | 2 | 1 |
| **Seattle cafe - WA** | 5/20/2012 | Two .45-caliber semiau | unknown | 0 |
| **Oikos University - Oaklan** | 4/2/2012 | .45-caliber semiautoma | 0 | 0 |
| **Su Jung Health Sauna -** | 2/22/2012 | .45-caliber semiautoma | unknown | 0 |

| Location | Date | Weapon | | |
|---|---|---|---|---|
| Hair salon - Seal Beach, | 10/14/2011 | .45-caliber Heckler & | unknown | |
| IHOP - Carson City, NV | 9/6/2011 | AK-47 Norinco Arms va | 2 | 2 |
| Tucson shooting - AZ | 1/8/2011 | 9mm Glock 19 semiaut | 1 | 0 |
| Hartford Distributors - M | 8/3/2010 | Two 9mm Ruger SR9 s | 1 | 0 |
| Coffee shop - Parkland, | 11/29/2009 | 9mm Glock 17 semiaut | unknown | 0 |
| Fort Hood massacre - TX | 11/5/2009 | FN Five-seveN semiau | 1 | 0 |
| Immigration center - Bing | 4/3/2009 | 9mm Beretta, .45-calib | 1 | 0 |
| Nursing home - Carthage | 3/29/2009 | Winchester 1300 pump | 0 | 0 |
| Atlantis Plastics - Hende | 6/25/2008 | .45-caliber Hi-Point ser | unknown | 0 |
| Northern Illinois Universi | 2/14/2008 | 9mm Glock 19, Hi-Poin | 3 | 0 |
| City Council - Kirkwood, | 2/7/2008 | .40-caliber Smith & We | unknown | 0 |
| Westroads Mall - Omaha | 12/5/2007 | WASR-10 Century Arm | 1 | 1 |
| Homecoming party - Cra | 10/7/2007 | AR-15 SWAT semiauto | unknown | 1 |
| Virginia Tech - Blacksbu | 4/16/2007 | 9mm Glock 19, .22-cal | 2 | 0 |
| Trolley Square - Salt Lak | 2/12/2007 | Mossberg Maverick 88 | 0 | 0 |
| Amish school - Lancaste | 10/2/2006 | Springfield semiautoma | unknown | 0 |
| Capitol Hill afterparty - S | 3/25/2006 | .40-caliber Ruger, one | unknown | 1 |
| Goleta post office - CA | 1/30/2006 | 9mm Smith & Wesson | 1 | 0 |
| Red Lake Senior High Sc | 3/21/2005 | .40-caliber Glock 23, .2 | unknown | 0 |
| Living Church of God - E | 3/12/2005 | 9mm Beretta semiautor | unknown | 0 |
| Damageplan show - Colu | 12/8/2004 | 9mm Beretta 92FS sen | unknown | 0 |
| Lockheed Martin - Meridi | 7/8/2003 | .45-caliber Ruger P90 | unknown | 0 |
| Navistar - Melrose Park, | 2/5/2001 | SKS 1954R, .30-calibe | unknown | 0 |
| Edgewater Technology - | 12/26/2000 | .32-caliber Retolaza se | 1 | 1 |
| Radisson Bay Harbor Inn | 12/30/1999 | 9mm Lorcin semiautom | unknown | 0 |
| Xerox office - Honolulu | 11/2/1999 | 9mm Glock 17 semiaut | 1 | 0 |
| Wedgwood Baptist - Fort | 9/15/1999 | .380-caliber, 9mm Rug | 1 | 0 |
| Day trader spree - Atlant | 7/29/1999 | .45-caliber Colt 1911-A | unknown | 0 |
| Columbine High School - | 4/20/1999 | 9mm Intratec DC-9 ser | 1 | 2 |
| Thurston High School - S | 5/21/1998 | 9mm Glock, .22-caliber | 2 | 0 |
| Westside Middle School | 3/24/1998 | FIE 380, .380-caliber S | 1 | 0 |
| Connecticut Lottery - Ne | 3/6/1998 | 9mm semiautomatic ha | 1 | 0 |
| Caltrans maintenance ya | 12/18/1997 | 7.62mm AK-47 Chinese | 1 | 1 |
| R.E. Phelon - Aiken, SC | 9/15/1997 | 9mm semiautomatic ha | unknown | 0 |
| Municipal trailer - Fort La | 2/9/1996 | 9mm Glock semiautom | unknown | 0 |
| Walter Rossler - Corpus | 4/3/1995 | 9mm Ruger semiautom | unknown | 0 |
| Fairchild Air Force Base | 6/20/1994 | MAK-90 semiautomatic | 1 | 1 |
| Chuck E. Cheese's - Aur | 12/14/1993 | .25-caliber semiautoma | unknown | 0 |
| Long Island Rail Road - | 12/7/1993 | 9mm Ruger P89 semia | 1 | 0 |
| Luigi's - Fayetteville, NC | 8/6/1993 | .22-caliber rifle; two 12 | unknown | 0 |
| 101 California Street - Sa | 7/1/1993 | Two Intratec DC-9, .45 | 3 | 2 |
| County office - Watkins G | 10/15/1992 | 9mm Llama semiautom | unknown | 0 |
| Lindhurst High School - | 5/1/1992 | .22-caliber sawed-off ri | unknown | 0 |
| Royal Oak post office - M | 11/14/1991 | .22-caliber Ruger sawe | unknown | 0 |
| University of Iowa - Iowa | 11/1/1991 | .38-caliber Taurus revo | 0 | 0 |
| Luby's - Killeen, TX | 10/16/1991 | 9mm Glock 17, 9mm R | 2 | 0 |
| GMAC - Jacksonville, FL | 6/18/1990 | .30-caliber Universal M | 1 | 0 |
| Standard Gravure - Louis | 9/14/1989 | Two Intratec MAC-11, | 1 | 3 |
| Stockton schoolyard - St | 1/17/1989 | 9mm Taurus semiautor | 1 | 1 |
| ESL - Sunnyvale, CA | 2/16/1988 | .380 ACP Browning, 9n | unknown | 0 |
| Shopping centers spree | 4/23/1987 | Sturm, Ruger Mini-14 s | 1 | 0 |
| Edmond post office - OK | 8/20/1986 | .22-caliber, two .45-cal | unknown | 0 |
| McDonald's - San Ysidro | 7/18/1984 | 9mm Browning P35 Hi- | 1 | 1 |
| Dallas nightclub - TX | 6/29/1984 | 9mm Smith & Wesson | 1 | 0 |
| Welding shop - Miami | 8/20/1982 | Mossberg 500 Persuad | 0 | 0 |

| Assault weapons and high-cap mags | [Weapon categories](#) | > |
| --- | --- | --- |
| | | < |

*Correction: Due to a labeling mistake, the chart at the top originally showed a total of 62 weapons rather than 48.*

**Source URL:** http://www.motherjones.com/politics/2013/02/assault-weapons-high-capacity-magazines-mass-shootings-feinstein

**Links:**
[1] http://www.feinstein.senate.gov/public/index.cfm/assault-weapons-ban-summary
[2] http://www.motherjones.com/mojo/2013/01/assault-weapons-ban-just-doesnt-have-votes
[3] http://www.motherjones.com/politics/2012/07/mass-shootings-map
[4] http://www.motherjones.com/politics/2012/12/mass-shootings-victims-2012
[5] http://www.nytimes.com/2013/01/17/us/even-defining-assault-weapons-is-complicated.html?_r=0&amp;pagewanted=all
[6] http://www.motherjones.com/politics/2013/01/high-capacity-magazines-mass-shootings
[7] http://www.washingtonpost.com/blogs/wonkblog/wp/2012/12/17/everything-you-need-to-know-about-banning-assault-weapons-in-one-post/
[8] http://www.fbi.gov/about-us/cjis/ucr/crime-in-the-u.s/2011/crime-in-the-u.s.-2011/tables/expanded-homicide-data-table-8
[9] http://www.thisamericanlife.org/radio-archives/episode/488/transcript
[10] http://www.motherjones.com/special-reports/2012/12/guns-in-america-mass-shootings
[11] https://docs.google.com/spreadsheet/ccc?key=0Ah9Oqlm_qMOGdDJMczNPMXJUdmx6andjX1lnTG93N0E#gid=0