Exhibit 32

To Defendants' Memorandum in Support of Motion for

Summary Judgment

# Assault Weapons Profile

**United States
Department of the Treasury**

Bureau of Alcohol, Tobacco and Firearms

**April 1994**

HV
7436
A87
1994

DEF000203



DEF000204

A87
1994

# Table of Contents

AK's - Norinco, Mitchell, Poly Technologies ........................................ 1

M-10, M-11, M-11/9, and M-12 ..................................................... 3

Action Arms UZI and Galil ......................................................... 5

Beretta AR-70 .................................................................... 7

Colt AR-15 ...................................................................... 9

Fabrique Nationale FN/FAL, FN/LAR, and FNC ................................. 11

Steyr AUG ..................................................................... 13

Intratec TEC-9, TEC-DC9, and TEC-22 ........................................ 15

Street Sweeper/Striker 12 (also including the USAS 12) .................... 17

Questions and Answers About Semi-Automatic Assault Weapons .... 19

Firearms Exempted in Proposed Legislation as
Hunting and Sporting Firearms ........................................... 21

ALBERTSONS LIBRARY
BOISE STATE UNIVERSITY

DEF000205

# AK's -- Norinco, Mitchell, Poly Technologies

## Background

These assault rifles are semi-automatic copies of machineguns designed in Communist block countries.  They are variations of post-World War II military rifles.

## Production

These firearms have been imported as follows:  Norinco from China, Mitchell from Yugoslavia, Poly Technologies from China.  In 1989, these assault rifles were banned from importation into the United States, because they did not meet the sporting purpose criteria under the Gun Control Act.  Approximately 100,000 of these firearms have been imported into the U.S., and are still in circulation.

## Ammunition Magazine

These assault rifles come equipped with a 30-round magazine.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 2,061 of the firearms traced for law enforcement officials nationwide.  The traces included 329 narcotics investigations and 272 murder cases.

* not all firearms used in crime are traced.

## Examples of Use in Crime

In a Detroit, Michigan suburb, a Norinco AK-47 was recovered in a narcotics-related double homicide.  The weapon had an obliterated serial number.  The AK-47 was one of the weapons purchased by an individual who was diverting them to drug traffickers.

Federal, State and local officers recently raided the Kentucky Courts public housing complex in Washington, DC, following the fatal shooting of police officer Jason White.  The seizure turned up six guns, including an AK-47 assault rifle.  The Kentucky Court Crew gang is suspected of doling out guns, including assault weapons, and crack from an apartment within firing range of where Officer White was gunned down.



Shown is Norinco AK-47

1

# M-10, M-11, M-11/9, and M-12

## Background

These semi-automatic assault pistols are manufactured in the United States, and designed as semi-automatic copies of submachine guns.  The M-11/9 weighs 3.25 pounds unloaded, 4.25 pounds when fully loaded, some of SWD's M-11/9 models were manufactured as rifles.

## Production

Approximately 100,000 of these firearms have been manufactured.

## Ammunition Magazine

These assault pistols come equipped with a 32-round magazine.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 3,091 of the firearms traced for law enforcement officials nationwide.  They were traced for 561 narcotics investigations, 313 murder cases, and 125 instances of assault.

According to ATF's Tracing Center, from 1991 through the present, the M11/9 has been in the top 10 firearms that were traced.

* not all firearms used in crime are traced.

## Examples of Use in Crime

In October 1992, a bank in Sykesville, Maryland was robbed by two gunmen using a MAC firearm that had been purchased in West Virginia.  Four tellers were taken hostage and shot.  Two of the tellers subsequently died.

In Atlanta, Georgia, 11 individuals were indicted in a gun-trafficking scheme.  For 2 years, nearly 1,000 guns were shipped illegally to New York, where many were recovered in crimes in New York City.  The men had converted a number of semi-automatic Cobray 9mm pistols (MAC 10) into automatic operation.

A Houston, Texas police officer made a traffic stop and was critically wounded, shot four or five times by the driver.  The suspect got away and later, the suspect attempted a robbery.  A trooper approached the suspect's car and was met with assault weapon fire.  After abandoning his car, the suspect continued shooting at the pursuing officers and a gun battle ensued.  The suspect was clutching a MAC 11 when he was killed.  A search of his vehicle disclosed an AK-47.



Shown is SWD M11/9

3

DEF000207

# Action Arms UZI and Galil

## Background

These assault rifles and pistols are semi-automatic copies of machineguns designed in Israel. They are variations of post-World War II military rifles.

## Production

In 1989, these assault rifles were banned from importation into the United States because they did not meet the sporting purpose criteria under the Gun Control Act. Approximately 10,000 of these firearms were imported into the U.S. prior to the ban and are in circulation today. The UZI assault pistol was banned from importation into the United States in 1993 by President Clinton because it did not meet the sporting purpose criteria under the Gun Control Act. The UZI assault rifle has the same appearance as the submachine gun, and was first imported in 1980. The Galil was introduced into U.S. commerce in 1982.

## Ammunition Magazine

The UZI Carbine chambers 9mm ammunition, and comes equipped with a 25-round magazine.

The Galil is a .308 caliber semi-automatic rifle and comes equipped with a 20-shot magazine.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 755 of the firearms traced for law enforcement officials nationwide. Galils were traced for 9 narcotics investigations, 2 murder cases, and 2 instances of assault. UZIs were traced for 151 narcotics investigations, 47 murder cases, and 30 instances of assault.

* not all firearms used in crime are traced.

## Examples of Use in Crime

A Louisville, Kentucky police officer stopped a suspect in a shooting incident. The officer found, in the suspect's car, a 9mm UZI with an obliterated serial number and loaded with a magazine of 17 rounds.

In Boston, Massachusetts, an undercover agent infiltrated an Asian gang involved in illegal narcotics and gun sales. The undercover agent bought over a kilo of 91% pure heroin (street value of $1 million), and 29 guns. The purchased firearms included an Action Arms UZI, an SWD/Cobray M-11/9 pistol, an Intratec TEC-9 (converted to fire fully automatic), and an AK-47 assault rifle.



Shown is UZI Pistol

5

DEF000208

# Beretta AR-70

## Background

These assault rifles are semi-automatic copies of machineguns designed in Italy. They are variations of post-World War II military rifles.

## Production

In 1989, these assault rifles were banned from importation into the United States because they did not meet the sporting purpose criteria under the Gun Control Act. Approximately 1,000 of these firearms were imported into the U.S. prior to the ban, and remain in circulation.

## Ammunition Magazine

This gas-operated semi-automatic 5.56 x 45 mm assault rifle comes equipped with a 30-round ammunition magazine.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 3 of the firearms traced for law enforcement officials nationwide.

* not all firearms used in crime are traced.

## Examples of Use in Crime

In April 1992, ATF agents in Fargo, North Dakota recovered a Beretta AR-70, another long gun, 3 handguns and approximately 8,000 rounds of ammunition from a convicted illegal manufacturer of explosives.

In May 1993, the San Bernardino, California Sheriff's Office recovered a Beretta AR-70 and Intratec TEC 9 mm pistol and two pounds of methamphetamine from a suspected drug dealer. The suspect was convicted under California law of possessing an unregistered assault weapon and is awaiting trial on the drug charges.



Shown is Beretta AR70

7

DEF000209

# Colt AR-15

## Background

These assault rifles are semi-automatic copies of machineguns manufactured in the United States.  Semi-automatic versions of the M-16, they are variations of post-World War II military rifles.

## Production

Approximately 400,000 of these firearms have been manufactured.  In 1989, these assault rifles were banned from re-importation into the United States because they did not meet the sporting purpose criteria under the Gun Control Act.

## Ammunition Magazine

The Colt AR-15 comes equipped with a 5-round detachable box magazine.  However, this firearm is typically fitted with a 30-round magazine as shown below.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 1,802 of the firearms traced for law enforcement officials nationwide.  They were traced for 212 narcotics investigations, 106 murder cases, and 39 instances of assault.

* not all firearms used in crime are traced.

## Examples of Use in Crime

In San Fernando Valley, California, a son shot and killed his father using an AR-15.  He then opened fire on the police as they arrived on the scene.  One police officer was killed.

Seven-year old Dantrell Davis and his mother were walking to school in the Chicago, Illinois housing project where they lived.  A sniper armed with an AR-15 fired into the area as part of a violent feud between gangs.  A shot hit the boy in the head and he was killed instantly.



Shown is AR-15

9

DEF000210

# Fabrique Nationale
# FN/FAL, FN/LAR, and FNC

## Background

These assault rifles are semi-automatic copies of machineguns designed in Belgium, and used by various NATO countries. They are variations of post-World War II military rifles.

## Production

In 1989, these assault rifles were banned from importation into the United States because they did not meet the sporting purpose criteria under the Gun Control Act. Approximately 30,000 of these firearms had been imported into the U.S., and are in circulation today.

## Ammunition Magazine

These semi-automatic assault rifles come equipped with a 30-round magazine.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 39 of the firearms traced for law enforcement officials nationwide.

* not all firearms used in crime are traced.

## Examples of Use in Crime

Police in Las Vegas, Nevada recovered an FN rifle and silencer, RPB 9mm converted machinegun and 2,268 rounds of ammunition from a convicted burglar.

A suspect was arrested by ATF agents in St. Louis, Missouri for dealing in cocaine. The suspect was arrested at his residence with 30 firearms in his possession, the majority of which were assault weapons, including an FN FNC assault rifle.



Shown is FN FNC

11

# Steyr AUG

## Background

These assault rifles are semi-automatic copies of machineguns designed in Austria. They are used by military forces in Austria, Australia and various NATO countries, and are variations of post-World War II military rifles.

## Production

In 1989, these assault rifles were banned from importation into the United States because they did not meet the sporting purpose criteria under the Gun Control Act. Approximately 10,000 of these firearms were imported into the U.S. prior to the ban, and remain in circulation. They have subsequently been manufactured in the United States in limited quantities.

## Ammunition Magazine

This semi-automatic assault rifle comes equipped with either a 30 or 40-shot magazine.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 18 of the firearms traced for law enforcement officials nationwide.

* not all firearms used in crime are traced.

## Examples of Use in Crime

A self-styled survivalist and weapons expert was arrested by ATF agents in Dallas, Texas for posession of a large quantity of cocaine. Police searched a storage unit owned by the suspect and seized 2 Steyr AUGs and parts to convert them to fully automatic operation (all of the work to convert had been completed on the guns), a grenade launcher on a Colt AR-15 with the parts to convert the firearm to fully automatic, another AR-15 and several other firearms. The suspect later was convicted on Federal firearms charges and received 27 months in prison.



Shown is Steyr AUG

13

DEF000212

# Intratec TEC-9, TEC-DC9, and TEC-22

## Background

The TEC-9 weighs 50 ounces unloaded, and 72 ounces when fully loaded.

## Production

This semi-automatic assault pistol is manufactured domestically by Intratec in Miami. Approximately 200,000 have been manufactured.

## Ammunition Magazine

The TEC-9 chambers 9mm ammunition and comes equipped with a 36-round magazine.

## Numbers Traced *

During the years 1990 to 1993, these firearms accounted for 3,710 of the firearms traced for law enforcement officials nationwide.  They were traced for 638 narcotics investigations, 319 murder cases, and 234 instances of assault.

According to ATF's Tracing Center, from 1991 through 1993, the TEC-9 has been in the top 10 firearms that were traced.

* not all firearms used in crime are traced.

## Examples of Use in Crime

An ATF undercover agent in Colorado Springs, Colorado attempted to buy illegally purchased firearms from members of a Los Angeles based street gang (in Colorado).  The gang members critically wounded the agent with a TEC-9, 9mm semi-automatic pistol.

In Anchorage, Alaska, the police department investigated an armed robbery in which a TEC-9 semiautomatic assault pistol was used.  The suspect was one of 17 defendants in an ATF drug/gun conspiracy investigation.

A convicted felon with gang affiliations was arrested after taking a TEC-22 into the Louisiana State University Medical Center.



Shown is TEC 9 (DC 9)

15

DEF000213

# Street Sweeper/Striker 12
# (also including the USAS 12)

## Background

On March 1, 1994, these assault shotguns were classified as destructive devices under the National Firearms Act. As such, they may still be manufactured, but must be registered with ATF.

## Production

In 1984 and 1988, these shotguns were denied for importation because they did not meet the sporting purpose criteria under the Gun Control Act. They have subsequently been manufactured in the United States. Approximately 18,000 have been manufactured domestically to date.

The Striker was originally designed in Rhodesia and manufactured in South Africa for the purposes of crowd control. The Street Sweeper is a domestic copy of the original Striker 12. The USAS-12 was originally produced in Korea and was based on an automatic version of the weapon used by the military.

## Ammunition Magazine

These shotguns come equipped with magazine capacities of 12 shotgun shell rounds.

## Numbers Traced *

During the years 1991 to 1993, these shotguns accounted for 176 of the firearms traced for law enforcement officials nationwide. They were traced for 42 narcotics investigations, 11 murder cases, and 6 instances of assault.

* not all firearms used in crime are traced.

## Examples of Use in Crime

In New Orleans, Louisiana, a multiple conviction felon, with a conviction for drive-by shootings, was found in possession of a Street Sweeper and TEC-22. He was a known gang member and escaped from custody after an initial arrest. He has been recaptured and is a suspect in several California homicides.

A Street Sweeper was confiscated from a tax protester in Minneapolis, Minnesota during a DWI. The Street Sweeper was decorated with Nazi insignias -- the words "White Power" and swastikas.

A Street Sweeper was confiscated from a suspect who was believed to have participated in the recent Brooklyn Bridge attack on a group of Hasidic Jews in New York City.



Shown is Street Sweeper

17

DEF000214

# Questions and Answers About Semi-Automatic Assault Weapons

## What are semi-automatic assault weapons?

As defined in the Senate Crime Bill and in legislation pending in the House of Representatives, assault weapons are large capacity, semi-automatic firearms designed and configured for rapid fire, combat use (the Street Sweeper/Striker 12 shotguns have a wind-up drum). Most are patterned after machine guns used by military forces. They have distinct features which separate them from sporting firearms.

Many are banned from being imported into the United States, but all can be legally manufactured in this country. Passing assault weapons legislation removes these guns from circulation.

## Why ban semi-automatic assault weapons?

Assault weapons make up only 1% of the guns in circulation in the United States. They account for up to 8% of the guns traced by law enforcement officials in the investigation of criminal activity. They are preferred by criminals over law abiding citizens 8 to 1. A number of these guns rank in the top 10 of all guns traced in relation to crime.

The way to show that we are serious about violent crime is to ban assault weapons. We are not being tough on gangsters if we allow open access to gangster weapons. Passing assault weapons legislation puts an end to an arms race on our streets.

## Some people say semi-automatic assault weapons are just different looking versions of sporting firearms?

Some people might try to tell us that a diesel locomotive is like a family sedan because they have internal combustion engines. Assault weapons were designed for rapid fire, close quarter shooting at human beings. That is why they were put together the way they were. You will not find these guns in a duck blind or at the Olympics. They are mass produced mayhem.

## Can't conventional sporting firearms be fitted with large magazines?

The legislation now pending in Congress bans ammunition magazines with a capacity greater than 10 rounds.

If someone crafts an illegal magazine, we can prosecute that person. Right now factories legally turn out such magazines and distribute them by the truckload.

19

DEF000215

## Don't some gun owners say that this ban will lead to a ban of their semiautomatic sporting firearms?

The legislation pending in Congress specifically exempts nearly 700 conventional sporting firearms from its provisions. This legislation doesn't threaten the law abiding gun owners; it protects them and protects those who own no guns at all.

## Will banning these firearms have an impact on crime?

Yes, it will. These guns help the criminals who have them to commit their crimes, adding to the carnage. They embolden the crook. Access to them shifts the balance of power to the lawless.

It is also a matter of principle that we ban these semi-automatic assault weapons. For people who say they are serious about addressing violent crime, it is time to vote seriously about the firearms criminals prefer.

## The AR-15 comes equipped with a 5-round magazine. How can you classify this firearm as a rapid fire assault weapon?

Any weapon that takes a detachable magazine will hold a magazine of a larger capacity. Large capacity magazines of up to 150 rounds are available in unknown quantities for all of the firearms identified in this legislation, except the Street Sweeper. However, twenty and fifty-round magazines are readily available for use with these firearms.

20

DEF000216

# Firearms Exempted in Proposed Legislation as Hunting and Sporting Firearms

## Centerfire Rifles—Autoloaders

Browning BAR Mark II Safari Semi-Auto Rifle
Browning BAR Mark II Safari Magnum Rifle
Browning High-Power Rifle
Heckler & Koch Model 300 Rifle
Iver Johnson M–1 Carbine
Iver Johnson 50th Anniversary M–1 Carbine
Marlin Model 9 Camp Carbine
Marlin Model 45 Carbine
Remington Nylon 66 Auto-Loading Rifle
Remington Model 7400 Auto Rifle
Remington Model 7400 Rifle
Remington Model 7400 Special Purpose Auto Rifle
Ruger Mini-14 Autoloading Rifle (w/o folding stock)
Ruger Mini Thirty Rifle

## Centerfire Rifles—Lever & Slide

Browning Model 81 BLR Lever-Action Rifle
Browning Model 81 Long Action BLR
Browning Model 1886 Lever-Action Carbine
Browning Model 1886 High Grade Carbine
Cimarron 1860 Henry Replica
Cimarron 1866 Winchester Replicas
Cimarron 1873 Short Rifle
Cimarron 1873 Sporting Rifle
Cimarron 1873 30″ Express Rifle
Dixie Engraved 1873 Rifle
E.M.F. 1866 Yellowboy Lever Actions
E.M.F. 1860 Henry Rifle
E.M.F. Model 73 Lever-Action Rifle
Marlin Model 336CS Lever-Action Carbine
Marlin Model 30AS Lever-Action Carbine
Marlin Model 444SS Lever-Action Sporter
Marlin Model 1894S Lever-Action Carbine
Marlin Model 1894CS Carbine
Marlin Model 1894CL Classic
Marlin Model 1895SS Lever-Action Rifle
Mitchell 1858 Henry Replica
Mitchell 1866 Winchester Replica
Mitchell 1873 Winchester Replica
Navy Arms Military Henry Rifle
Navy Arms Henry Trapper
Navy Arms Iron Frame Henry
Navy Arms Henry Carbine
Navy Arms 1866 Yellowboy Rifle
Navy Arms 1873 Winchester-Style Rifle
Navy Arms 1873 Sporting Rifle
Remington 7600 Slide Action
Remington Model 7600 Special Purpose Slide Action

21

DEF000217

Rossi M92 SRC Saddle-Ring Carbine
Rossi M92 SRS Short Carbine
Savage 99C Lever-Action Rifle
Uberti Henry Rifle
Uberti 1866 Sporting Rifle
Uberti 1873 Sporting Rifle
Winchester Model 94 Side Eject Lever-Action Rifle
Winchester Model 94 Trapper Side Eject
Winchester Model 94 Big Bore Side Eject
Winchester Model 94 Ranger Side Eject Lever-Action Rifle
Winchester Model 94 Wrangler Side Eject

### Centerfire Rifles—Bolt Action

Alpine Bolt-Action Rifle
A-Square Caesar Bolt-Action Rifle
A-Square Hannibal Bolt-Action Rifle
Anschutz 1700D Classic Rifles
Anschutz 1700D Custom Rifles
Anschutz 1700D Bavarian Bolt-Action Rifle
Anschutz 1733D Mannlicher Rifle
Barret Model 90 Bolt-Action Rifle
Beeman/HW 60J Bolt-Action Rifle
Blaser R84 Bolt-Action Rifle
BRNO 537 Sporter Bolt-Action Rifle
BRNO ZKB 527 Fox Bolt-Action Rifle
BRNO ZKK 600, 601, 602 Bolt-Action Rifles
Browning A-Bolt Rifle
Browning A-Bolt Stainless Stalker
Browning A-Bolt Left Hand
Browning A-Bolt Short Action
Browning Euro-Bolt Rifle
Browning A-Bolt Gold Medallion
Browning A-Bolt Micro Medallion
Century Centurion 14 Sporter
Century Enfield Sporter #4
Century Swedish Sporter #38
Century Mauser 98 Sporter
Cooper Model 38 Centerfire Sporter
Dakota 22 Sporter Bolt-Action Rifle
Dakota 76 Classic Bolt-Action Rifle
Dakota 76 Short Action Rifles
Dakota 76 Safari Bolt-Action Rifle
Dakota 416 Rigby African
E.A.A./Sabatti Rover 870 Bolt-Action Rifle
Auguste Francotte Bolt-Action Rifles
Carl Gustaf 2000 Bolt-Action Rifle
Heym Magnum Express Series Rifle
Howa Lightning Bolt-Action Rifle
Howa Realtree Camo Rifle
Interarms Mark X Viscount Bolt-Action Rifle
Interarms Mini-Mark X Rifle
Interarms Mark X Whitworth Bolt-Action Rifle
Interarms Whitworth Express Rifle
Iver Johnson Model 5100A1 Long-Range Rifle
KDF K15 American Bolt-Action Rifle
Krico Model 600 Bolt-Action Rifle
Krico Model 700 Bolt-Action Rifles

22

Mauser Model 66 Bolt-Action Rifle
Mauser Model 99 Bolt-Action Rifle
McMillan Signature Classic Sporter
McMillan Signature Super Varminter
McMillan Signature Alaskan
McMillan Signature Titanium Mountain Rifle
McMillan Classic Stainless Sporter
McMillan Talon Safari Rifle
McMillan Talon Sporter Rifle
Midland 1500S Survivor Rifle
Navy Arms TU-33/40 Carbine
Parker-Hale Model 81 Classic Rifle
Parker-Hale Model 81 Classic African Rifle
Parker-Hale Model 1000 Rifle
Parker-Hale Model 1100M African Magnum
Parker-Hale Model 1100 Lightweight Rifle
Parker-Hale Model 1200 Super Rifle
Parker-Hale Model 1200 Super Clip Rifle
Parker-Hale Model 1300C Scout Rifle
Parker-Hale Model 2100 Midland Rifle
Parker-Hale Model 2700 Lightweight Rifle
Parker-Hale Model 2800 Midland Rifle
Remington Model Seven Bolt-Action Rifle
Remington Model Seven Youth Rifle
Remington Model Seven Custom KS
Remington Model Seven Custom MS Rifle
Remington 700 ADL Bolt-Action Rifle
Remington 700 BDL Bolt-Action Rifle
Remington 700 BDL Varmint Special
Remington 700 BDL European Bolt-Action Rifle
Remington 700 Varmint Synthetic Rifle
Remington 700 BDL SS Rifle
Remington 700 Stainless Synthetic Rifle
Remington 700 MTRSS Rifle
Remington 700 BDL Left Hand
Remington 700 Camo Synthetic Rifle
Remington 700 Safari
Remington 700 Mountain Rifle
Remington 700 Custom KS Mountain Rifle
Remington 700 Classic Rifle
Ruger M77 Mark II Rifle
Ruger M77 Mark II Magnum Rifle
Ruger M77RL Ultra Light
Ruger M77 Mark II All-Weather Stainless Rifle
Ruger M77 RSI International Carbine
Ruger M77 Mark II Express Rifle
Ruger M77VT Target Rifle
Sako Hunter Rifle
Sako Fiberclass Sporter
Sako Safari Grade Bolt Action
Sako Hunter Left-Hand Rifle
Sako Classic Bolt Action
Sake Hunter LS Rifle
Sako Deluxe Lightweight
Sako Super Deluxe Sporter
Sako Mannlicher-Style Carbine
Sako Varmint Heavy Barrel

23

DEF000219

Sako TRG–S Bolt-Action Rifle
Sauer 90 Bolt-Action Rifle
Savage 110G Bolt-Action Rifle
Savage 110CY Youth/Ladies Rifle
Savage 110WLE One of One Thousand Limited Edition Rifle
Savage 110GXP3 Bolt-Action Rifle
Savage 110F Bolt-Action Rifle
Savage 110FXP3 Bolt-Action Rifle
Savage 110GV Varmint Rifle
Savage 112FV Varmint Rifle
Savage Model 112FVS Varmint Rifle
Savage Model 112BV Heavy Barrel Varmint Rifle
Savage 116FSS Bolt-Action Rifle
Savage model 116FSK Kodiak Rifle
Savage 110FP Police Rifle
Steyr-Mannlicher Sporter Models SL, L, M, S, S/T
Steyr-Mannlicher Luxus Model L, M, S
Steyr-Mannlicher Model M Professional Rifle
Tikka Bolt-Action Rifle
Tikka Premium Grade Rifles
Tikka Varmint/Continental Rifle
Tikka Whitetail/Battue Rifle
Ultra Light Arms Model 20 Rifle
Ultra Light Arms Model 28, Model 40 Rifles
Voere VEC 91 Lightning Bolt-Action Rifle
Voere Model 2165 Bolt-Action Rifle
Voere Model 2155, 2150 Bolt-Action Rifles
Weatherby Mark V Deluxe Bolt-Action Rifle
Weatherby Lasermark V Rifle
Weatherby Mark V Crown Custom Rifles
Weatherby Mark V Sporter Rifle
Weatherby Mark V Safari Grade Custom Rifles
Weatherby Weathermark Rifle
Weatherby Weathermark Alaskan Rifle
Weatherby Classicmark No. 1 Rifle
Weatherby Weatherguard Alaskan Rifle
Weatherby Vanguard VGX Deluxe Rifle
Weatherby Vanguard Classic Rifle
Weatherby Vanguard Classic No. 1 Rifle
Weatherby Vanguard Weatherguard Rifle
Wichita Classic Rifle
Wichita Varmint Rifle
Winchester Model 70 Sporter
Winchester Model 70 Sporter WinTuff
Winchester Model 70 SM Sporter
Winchester Model 70 Stainless Rifle
Winchester Model 70 Varmint
Winchester Model 70 Synthetic Heavy Varmint Rifle
Winchester Model 70 DBM Rifle
Winchester Model 70 DBM–S Rifle
Winchester Model 70 Featherweight
Winchester Model 70 Featherweight WinTuff
Winchester Model 70 Featherweight Classic
Winchester Model 70 Lightweight Rifle
Winchester Model 70 Ranger Rifle
24
Winchester Model 70 Super Express Magnum
Winchester Model 70 Super Grade

DEF000220

Winchester Model 70 Custom Sharpshooter
Winchester Model 70 Custom Sporting Sharpshooter Rifle

## Centerfire Rifles—Single Shot

Armsport 1866 Sharps Rifle, Carbine
Brown Model One Single Shot Rifle
Browning Model 1885 Single Shot Rifle
Dakota Single Shot Rifle
Desert Industries G–90 Single Shot Rifle
Harrington & Richardson Ultra Varmint Rifle
Model 1885 High Wall Rifle
Navy Arms Rolling Block Buffalo Rifle
Navy Arms #2 Creedmoor Rifle
Navy Arms Sharps Cavalry Carbine
Navy Arms Sharps Plains Rifle
New England Firearms Handi-Rifle
Red Willow Armory Ballard No. 5 Pacific
Red Willow Armory Ballard No. 1.5 Hunting Rifle
Red Willow Armory Ballard No. 8 Union Hill Rifle
Red Willow Armory Ballard No. 4.5 Target Rifle
Remington-Style Rolling Block Carbine
Ruger No. 1B Single Shot
Ruger No. 1A Light Sporter
Ruger No. 1H Tropical Rifle
Ruger No. 1S Medium Sporter
Ruger No. 1 RSI International
Ruger No. 1V Special Varminter
C. Sharps Arms New Model 1874 Old Reliable
C. Sharps Arms New Model 1875 Rifle
C. Sharps Arms 1875 Classic Sharps
C. Sharps Arms New Model 1875 Target & Long Range
Shiloh Sharps 1874 Long Range Express
Shiloh Sharps 1874 Montana Roughrider
Shiloh Sharps 1874 Military Carbine
Shiloh Sharps 1874 Business Rifle
Shiloh Sharps 1874 Military Rifle
Sharps 1874 Old Reliable
Thompson/Center Contender Carbine
Thompson/Center Stainless Contender Carbine
Thompson/Center Contender Carbine Survival System
Thompson/Center Contender Carbine Youth Model
Thompson/Center TCR '87 Single Shot Rifle
Uberti Rolling Block Baby Carbine

## Drillings, Combination Guns, Double Rifles

Baretta Express SSO O/U Double Rifles
Baretta Model 455 SxS Express Rifle
Chapuis RGExpress Double Rifle
Auguste Francotte Sidelock Double Rifles
Auguste Francotte Boxlock Double Rifle
Heym Model 55B O/U Double Rifle
Heym Model 55FW O/U Combo Gun
Heym Model 88b Side-by-Side Double Rifle
Kodiak Mk. IV Double Rifle
Kreighoff Teck O/U Combination Gun
Kreighoff Trumpf Drilling

25

DEF000221

Merkel Over/Under Combination Guns
Merkel Drillings
Merkel Model 160 Side-by-Side Double Rifles
Merkel Over/Under Double Rifles
Savage 24F O/U Combination Gun
Savage 24F–12T Turkey Gun
Springfield Inc. M6 Scout Rifle/Shotgun
Tikka Model 412s Combination Gun
Tikka Model 412S Double Fire
A. Zoli Rifle-Shotgun O/U Combo

### Rimfire Rifles—Autoloaders

AMT Lightning 25/22 Rifle
AMT Lightning Small-Game Hunting Rifle II
AMT Magnum Hunter Auto Rifle
Anschutz 525 Deluxe Auto
Armscor Model 20P Auto Rifle
Browning Auto-22 Rifle
Browning Auto-22 Grade VI
Krico Model 260 Auto Rifle
Lakefield Arms Model 64B Auto Rifle
Marlin Model 60 Self-Loading Rifle
Marlin Model 60ss Self-Loading Rifle
Marlin Model 70 HC Auto
Marlin Model 990l Self-Loading Rifle
Marlin Model 70P Papoose
Marlin Model 922 Magnum Self-Loading Rifle
Marlin Model 995 Self-Loading Rifle
Norinco Model 22 ATD Rifle
Remington Model 522 Viper Autoloading Rifle
Remington 552BDL Speedmaster Rifle
Ruger 10/22 Autoloading Carbine (w/o folding stock)
Survival Arms AR–7 Explorer Rifle
Texas Remington Revolving Carbine
Voere Model 2115 Auto Rifle

### Rimfire Rifles—Lever & Slide Action

Browning BL–22 Lever-Action Rifle
Marlin 39TDS Carbine
Marlin Model 39AS Golden Lever-Action Rifle
Remington 572BDL Fieldmaster Pump Rifle
Norinco EM–321 Pump Rifle
Rossi Model 62 SA Pump Rifle
Rossi Model 62 SAC Carbine
Winchester Model 9422 Lever-Action Rifle
Winchester Model 9422 Magnum Lever-Action Rifle

### Rimfire Rifles—Bolt Actions & Single Shots

Anschutz Achiever Bolt-Action Rifle
Anschutz 1416D/1516D Classic Rifles
Anschutz 1418D/1518D Mannlicher rifles
Anschutz 1700D Classic Rifles
Anschutz 1700D Custom Rifles
Anschutz 1700 FWT Bolt-Action Rifle
Anschutz 1700D Graphite Custom Rifle

26

DEF000222

Anschutz 1700D Bavarian Bolt-Action Rifle
Armscor Model 14P Bolt-Action Rifle
Armscor Model 1500 Rifle
BRNO ZKM-452 Deluxe Bolt-Action Rifle
BRNO ZKM 452 Deluxe
Beeman/HW 60-J-ST Bolt-Action Rifle
Browning A-Bolt 22 Bolt-Action Rifle
Browning A-Bolt Gold Medallion
Cabanas Phaser Rifle
Cabanas Master Bolt-Action Rifle
Cabanas Esproneeda IV Bolt-Action Rifle
Cabanas Leyre Bolt-Action Rifle
Chipmunk Single Shot Rifle
Cooper Arms Model 36S Sporter Rifle
Dakota 22 Sporter Bolt-Action Rifle
Krico Model 300 Bolt-Action Rifles
Lakefield Arms Mark II Bolt-Action Rifle
Lakefield Arms Mark I Bolt-Action Rifle
Magtech Model MT-22C Bolt-Action Rifle
Marlin Model 880 Bolt-Action Rifle
Marlin Model 881 Bolt-Action Rifle
Marlin Model 882 Bolt-Action Rifle
Marlin Model 883 Bolt-Action Rifle
Marlin Model 883SS Bolt-Action Rifle
Marlin Model 25MN Bolt-Action Rifle
Marlin Model 25N Bolt-Action Repeater
Marlin Model 15YN "Little Buckaroo"
Mauser Model 107 Bolt-Action Rifle
Mauser Model 201 Bolt-Action Rifle
Navy Arms TU-KKW Training Rifle
Navy Arms TU-33/40 Carbine
Navy Arms TU-KKW Sniper Trainer
Norinco JW-27 Bolt-Action Rifle
Norinco JW-15 Bolt-Action Rifle
Remington 541-T
Remington 40-XR Rimfire Custom sporter
Remington 541-T HB Bolt-Action Rifle
Remington 581-S Sportsman Rifle
Ruger 77/22 Rimfire Bolt-Action Rifle
Ruger K77/22 Varmint Rifle
Ultra Light arms Model 20 RF Bolt-Action Rifle
Winchester Model 52B Sporting Rifle

## Competition Rifles—Centerfire & Rimfire

Anschutz 64-MS Left Silhouette
Anschutz 1808D RT Super Match 54 Target
Anschutz 1827B Biathlon Rifle
Anschutz 1903D Match Rifle
Anschutz 1803D Itermediate Match
Anschutz 1911 Match Rifle
Anschutz 54.18MS REP Deluxe Silhouette Rifle
Anschutz 1913 Super Match Rifle
Anschutz 1907 Match Rifle
Anschutz 1910 Super Match II
Anschutz 54.18MS Silhouette Rifle
Anschutz Super Match 54 Target Model 2013

27

DEF000223

Anschutz Super Match 54 Target Model 2007
Beeman/Feinwerkbau 2600 Target Rifle
Cooper Arms Model TRP–1 ISU Standard Rifle
E.A.A./Weihrauch HW 60 Target Rifle
E.A.A./HW 660 Match Rifle
Finnish Lion Standard Target Rifle
Krico Model 360 S2 Biathlon Rifle
Krico Model 400 Match Rifle
Krico Model 360S Biathlon Rifle
Krico Model 500 Kricotronic Match Rifle
Krico Model 600 Sniper Rifle
Krico Model 600 Match Rifle
Lakefield Arms Model 90B Target Rifle
Lakefield Arms Model 91T Target Rifle
Lakefield Arms Model 92S Silhouette Rifle
Marlin Model 2000 Target Rifle
Mauser Model 86–SR Specialty Rifle
McMillan M–86 Sniper Rifle
McMillan Combo M–87/M–88 50-Caliber Rifle
McMillan 300 Phoenix Long Range Rifle
McMillan M–89 Sniper Rifle
McMillan National Match Rifle
McMillan Long Range Rifle
Parker-Hale M–87 Target Rifle
Parker-Hale M–85 Sniper Rifle
Remington 40–XB Rangemaster Target Centerfire
Remington 40–XR KS Rimfire Position Rifle
Remington 40–XBBR KS
Remington 40–XC KS National Match Course Rifle
Sako TRG–21 Bolt-Action Rifle
Steyr-Mannlicher Match SPG–UIT Rifle
Steyr-Mannlicher SSG P–I Rifle
Steyr-Mannlicher SSG P–III Rifle
Steyr-Mannlicher SSG P–IV Rifle
Tanner Standard UIT Rifle
Tanner 50 Meter Free Rifle
Tanner 300 Meter Free Rifle
Wichita Silhouette Rifle

### Shotguns—Autoloaders

American Arms/Franchi Black Magic 48/AL
Benelli Super Black Eagle Shotgun
Benelli Super Black Eagle Slug Gun
Benelli M1 Super 90 Field Auto Shotgun
Benelli Montefeltro Super 90 20-Gauge Shotgun
Benelli Montefeltro Super 90 Shotgun
Benelli M1 Sporting Special Auto Shotgun
Benelli Black Eagle Competition Auto Shotgun
Beretta A–303 Auto Shotgun
Beretta 390 Field Auto Shotgun
Beretta 390 Super Trap, Super Skeet Shotguns
Beretta Vittoria Auto Shotgun
Beretta Model 1201F Auto Shotgun
Browning BSA 10 Auto Shotgun
Browning BSA 10 Stalker Auto Shotgun
Browning A–500R Auto Shotgun

28

Browning A–500G Auto Shotgun
Browning A–500G Sporting Clays
Browning Auto-5 Light 12 and 20
Browning Auto-5 Stalker
Browning Auto-5 Magnum 20
Browning Auto-5 Magnum 12
Churchill Turkey Automatic Shotgun
Cosmi Automatic Shotgun
Maverick Model 60 Auto Shotgun
Mossberg Model 5500 Shotgun
Mossberg Model 9200 Regal Semi-Auto Shotgun
Mossberg Model 9200 USST Auto Shotgun
Mossberg Model 9200 Camo Shotgun
Mossberg Model 6000 Auto Shotgun
Remington Model 1100 Shotgun
Remington 11–87 Premier Shotgun
Remington 11–87 Sporting Clays
Remington 11–87 Premier Skeet
Remington 11–87 Premier Trap
Remington 11–87 Special Purpose Magnum
Remington 11–87 SPS–T Camo Auto Shotgun
Remington 11–87 Special Purpose Deer Gun
Remington 11–87 SPS–BG-Camo Deer/Turkey Shotgun
Remington 11–87 SPS-Deer Shotgun
Remington 11–87 Special Purpose Synthetic Camo
Remington SP–10 Magnum-Camo Auto Shotgun
Remington SP–10 Magnum Auto Shotgun
Remington SP–10 Magnum Turkey Combo
Remington 1100 LT–20 Auto
Remington 1100 Special Field
Remington 1100 20-Gauge Deer Gun
Remington 1100 LT–20 Tournament Skeet
Winchester Model 1400 Semi-Auto Shotgun

### Shotguns—Slide Actions

Browning Model 42 Pump Shotgun
Browning BPS Pump Shotgun
Browning BPS Stalker Pump Shotgun
Browning BPS Pigeon Grade Pump Shotgun
Browning BPS Pump Shotgun (Ladies and Youth Model)
Browning BPS Game Gun Turkey Special
Browning BPS Game Gun Deer Special
Ithaca Model 87 Supreme Pump Shotgun
Ithaca Model 87 Deerslayer Shotgun
Ithaca Deerslayer II Rifled Shotgun
Ithaca Model 87 Turkey Gun
Ithaca Model 87 Deluxe Pump Shotgun
Magtech Model 586–VR Pump Shotgun
Maverick Models 88, 91 Pump Shotguns
Mossberg Model 500 Sporting Pump
Mossberg Model 500 Camo Pump
Mossberg Model 500 Muzzleloader Combo
Mossberg Model 500 Trophy Slugster
Mossberg Turkey Model 500 Pump
Mossberg Model 500 Bantam Pump
Mossberg Field Grade Model 835 Pump Shotgun

29

Mossberg Model 835 Regal Ulti-Mag Pump
Remington 870 Wingmaster
Remington 870 Special Purpose Deer Gun
Remington 870 SPS–BG-Camo Deer/Turkey Shotgun
Remington 870 SPS-Deer Shotgun
Remington 870 Marine Magnum
Remington 870 TC Trap
Remington 870 Special Purpose Synthetic Camo
Remington 870 Wingmaster Small Gauges
Remington 870 Express Rifle Sighted Deer Gun
Remington 879 SPS Special Purpose Magnum
Remington 870 SPS–T Camo Pump Shotgun
Remington 870 Special Field
Remington 870 Express Turkey
Remington 870 High Grades
Remington 870 Express
Remington Model 870 Express Youth Gun
Winchester Model 12 Pump Shotgun
Winchester Model 42 High Grade Shotgun
Winchester Model 1300 Walnut Pump
Winchester Model 1300 Slug Hunter Deer Gun
Winchester Model 1300 Ranger Pump Gun Combo & Deer Gun
Winchester Model 1300 Turkey Gun
Winchester Model 1300 Ranger Pump Gun

## Shotguns—Over/Unders

American Arms/Franchi Falconet 2000 O/U
American Arms Silver I O/U
American Arms Silver II Shotgun
American Arms Silver Skeet O/U
American Arms/Franchi Sporting 2000 O/U
American Arms Silver Sporting O/U
American Arms Silver Trap O/U
American Arms WS/OU 12, TS/OU 12 Shotguns
American Arms WT/OU 10 Shotgun
Armsport 2700 O/U Goose Gun
Armsport 2700 Series O/U
Armsport 2900 Tri-Barrel Shotgun
Baby Bretton Over/Under Shotgun
Beretta Model 686 Ultralight O/U
Beretta ASE 90 Competition O/U Shotgun
Beretta Over/Under Field Shotguns
Beretta Onyx Hunter Sport O/U Shotgun
Beretta Model SO5, SO6, SO9 Shotguns
Beretta Sporting Clay Shotguns
Beretta 687EL Sporting O/U
Beretta 682 Super Sporting O/U
Beretta Series 682 Competition Over/Unders
Browning Citori O/U Shotgun
Browning Superlight Citori Over/Under
Browning Lightning Sporting Clays
Browning Micro Citori Lightning
Browning Citori Plus Trap Combo
Browning Citori Plus Trap Gun
Browning Citori O/U Skeet Models
Browning Citori O/U Trap Models

30

DEF000226

Browning Special Sporting Clays
Browning Citori GTI Sporting Clays
Browning 325 Sporting Clays
Centurion Over/Under Shotgun
Chapuis Over/Under Shotgun
Connecticut Valley Classics Classic Sporter O/U
Connecticut Valley Classics Classic Field Waterfowler
Charles Daly Field Grade O/U
Charles Daly Lux Over/Under
E.A.A./Sabatti Sporting Clays Pro-Gold O/U
E.A.A./Sabatti Falcon-Mon Over/Under
Kassnar Grade I O/U Shotgun
Krieghoff K–80 Sporting Clays O/U
Krieghoff K–80 Skeet Shotgun
Krieghoff K–80 International Skeet
Krieghoff K–80 Four-Barrel Skeet Set
Krieghoff K–80/RT Shotguns
Krieghoff K–80 O/U Trap Shotgun
Laurona Silhouette 300 Sporting Clays
Laurona Silhouette 300 Trap
Laurona Super Model Over/Unders
Ljutic LM–6 Deluxe O/U Shotgun
Marocchi Conquista Over/Under Shotgun
Marocchi Avanza O/U Shotgun
Merkel Model 200E O/U Shotgun
Merkel Model 200E Skeet, Trap Over/Unders
Merkel Model 203E, 303E Over/Under Shotguns
Perazzi Mirage Special Sporting O/U
Perazzi Mirage Special Four-Gauge Skeet
Perazzi Sporting Classic O/U
Perazzi MX7 Over/Under Shotguns
Perazzi Mirage Special Skeet Over/Under
Perazzi MX8/MX8 Special Trap, Skeet
Perazzi MX8/20 Over/Under Shotgun
Perazzi MX9 Single Over/Under Shotguns
Perazzi MX12 Hunting Over/Under
Perazzi MX28, MX410 Game O/U Shotguns
Perazzi MX20 Hunting Over/Under
Piotti Boss Over/Under Shotgun
Remington Peerless Over/Under Shotgun
Ruger Red Label O/U Shotgun
Ruger Sporting Clays O/U Shotgun
San Marco 12-Ga. Wildflower Shotgun
San Marco Field Special O/U Shotgun
San Marco 10-Ga. O/U Shotgun
SKB Model 505 Deluxe Over/Under Shotgun
SKB Model 685 Over/Under Shotgun
SKB Model 885 Over/Under Trap, Skeet, Sporting Clays
Stoeger/IGA Condor I O/U Shotgun
Stoeger/IGA ERA 2000 Over/Under Shotgun
Techni-Mec Model 610 Over/Under
Tikka Model 412S Field Grade Over/Under
Weatherby Athena Grade IV O/U Shotguns
Weatherby Athena Grade V Classic Field O/U
Weatherby Orion O/U Shotguns
Weatherby II, III Classic Field O/Us
Weatherby Orion II Classic Sporting Clays O/U

31

DEF000227

Weatherby Orion II Sporting Clays O/U
Winchester Model 1001 O/U Shotgun
Winchester Model 1001 Sporting Clays O/U
Pietro Zanoletti Model 2000 Field O/U

## Shotguns—Side by Sides

American Arms Brittany Shotgun
American Arms Gentry Double Shotgun
American Arms Derby Side-by-Side
American Arms Grulla #2 Double Shotgun
American Arms WS/SS 10
American Arms TS/SS 10 Double Shotgun
American Arms TS/SS 12 Side-by-Side
Arrieta Sidelock Double Shotguns
Armsport 1050 Series Double Shotguns
Arizaga Model 31 Double Shotgun
AYA Boxlock Shotguns
AYA Sidelock Double Shotguns
Beretta Model 452 Sidelock Shotgun
Beretta Side-by-Side Field Shotguns
Crucelegui Hermanos Model 150 Double
Chapuis Side-by-Side Shotgun
E.A.A./Sabatti Saba-Mon Double Shotgun
Charles Daly Model Dss Double
Ferlib Model F VII Double Shotgun
Auguste Francotte Boxlock Shotgun
Auguste Francotte Sidelock Shotgun
Garbi Model 100 Double
Garbi Model 101 Side-by-Side
Garbi Model 103A, B Side-by-Side
Garbi Model 200 Side-by-Side
Bill Hanus Birdgun Doubles
Hatfield Uplander Shotgun
Merkell Model 8, 47E Side-by-Side Shotguns
Merkel Model 47LSC Sporting Clays Double
Merkel Model 47S, 147S Side-by-Sides
Parker Reproductions Side-by-Side
Piotti King No. 1 Side-by-Side
Piotti Lunik Side-by-Side
Piotti King Extra Side-by-Side
Piotti Piuma Side-by-Side
Precision Sports Model 600 Series Doubles
Rizzini Boxlock Side-by-Side
Rizzini Sidelock Side-by-Side
Stoeger/IGA Uplander Side-by-Side Shotgun
Ugartechea 10-Ga. Magnum Shotgun

## Shotguns—Bolt Actions & Single Shots

Armsport Single Barrel Shotgun
Browning BT-99 Competition Trap Special
Browning BT-99 Plus Trap Gun
Browning BT-99 Plus Micro
Browning Recoilless Trap Shotgun
Browning Micro Recoilless Trap Shotgun
Desert Industries Big Twenty Shotgun

32

DEF000228

Harrington & Richardson Topper Model 098
Harrington & Richardson Topper Classic Youth Shotgun
Harrington & Richardson N.W.T.F. Turkey Mag
Harrington & Richardson Topper Deluxe Model 098
Krieghoff KS–5 Trap Gun
Krieghoff KS–5 Special
Krieghoff K–80 Single Barrel Trap Gun
Ljutic Mono Gun Single Barrel
Ljutic LTX Super Deluxe Mono Gun
Ljutic Recoilless Space Gun Shotgun
Marlin Model 55 Goose Gun Bolt Action
New England Firearms Turkey and Goose Gun
New England Firearms N.W.T.F. Shotgun
New England Firearms Tracker Slug Gun
New England Firearms Standard Pardner
New England Firearms Survival Gun
Perazzi TM1 Special Single Trap
Remington 90–T Super Single Shotgun
Snake Charmer II Shotgun
Stoeger/IGA Reuna Single Barrel Shotgun
Thompson/Center TCR '87 Hunter Shotgun.''.

33

DEF000229