Exhibit 33

To Defendants' Memorandum in Support of Motion for

Summary Judgment



# BLACKHEART INTERNATIONAL®
### DEFENSE • EMERGENCY RESPONSE • PERSONAL DEFENSE • SPORTING

Civilian
Law Enforcement
Government/Military

# 2013 TACTICAL FIREARMS

DET001527

# Experience the BHI Difference

At Blackheart International, we know what works in the real world and what doesn't when it comes to tactical weaponry. As former U.S. Army Special Forces members and current trainers of domestic and international special operations teams, we are subject matter experts who apply practical lessons learned to our product development. We don't do gimmicks or cut corners because lives depend on the decisions we make as a manufacturer and supplier to the military.

We use only premium components manufactured and assembled to the highest possible standards. Our weapon components are selected for reliability, durability and practical performance in real-world combat conditions, and all BHI weapons meet the rigorous standards of practical tactical operational capability. How do we know? We've done it in both combat and law enforcement venues, and we continually train the A-teams who do it every day.

Unlike most mass-market manufacturers, we don't build paper tigers and put them into production. Our combat experience and lessons learned from ongoing training of special operations members through Blackheart International Training are part of every firearm we make. This gives consumers confidence that their BHI weapon will perform up to and, in many cases, exceed the exacting standards of military grade firearms in terms of performance and reliability.



**BLACKHEART INTERNATIONAL®**
DEFENSE • EMERGENCY RESPONSE • PERSONAL DEFENSE • SPORTING



THE BEST COMPONENTS MACHINED AND ASSEMBLED TO THE HIGHEST POSSIBLE STANDARDS

DEVELOPED BY U.S. ARMY SPECIAL FORCES VETERANS BASED ON *REAL-WORLD* COMBAT EXPERIENCE

NO GIMMICKS AND NO BULL, JUST ROCK-SOLID PERFORMANCE YOU CAN COUNT ON WHEN THE HEAT IS ON...WE GUARANTEE IT

# BHI-15 S²



BH-BHI15S-024

The BHI-15 S² is the rifle on which our entire BHI-15 series of firearms is based. This is a true "shooter's" semi-automatic AR that features a practical yet ergonomic design thanks to its collapsible stock, contoured pistol grip and BHI's exclusive BHI-15 modular hand guard system. A hard-chromed bolt carrier group, Titanium firing pin, Wolff springs and Geissele combat trigger ensures smooth, reliable operation while the chrome-lined free-float barrel delivers long-term durability and easy bore cleaning. For accuracy, dependability and tactical performance the BHI-15 S² has no equal.

## SPECIFICATIONS

| | |
|---|---|
| **Caliber:** | 5.56mm NATO |
| **Bolt Carrier Group:** | Gas-operated semi-auto, hard-chromed |
| **Charging Handle:** | PRI Gasbuster |
| **Capacity:** | 30 rounds 5.56mm NATO |
| **Stock:** | Magpul CTR collapsible |
| **Forend:** | Aluminum free-float tube |
| **Barrel:** | Chrome-lined, mid-length gas system |
| **Barrel Length:** | 16 inches |
| **Barrel Twist:** | 1:8 |
| **Barrel Finish:** | Manganese Phosphate |
| **Trigger:** | Geissele Super Dynamic Combat |
| **Upper Receiver:** | MIL-SPEC A3 flat top |
| **Lower Receiver:** | BHI-15 MULTI caliber aluminum |
| **Receiver Finish:** | Hard-coat black anodized |
| **Muzzle:** | Surefire Muzzle Brake/ Suppressor Adapter |

# BHI-15 SCA



BH-BHI15S-024-F-CA

The BHI-15 SCA is a modified version of the popular BHI-15 S² that was developed for legal sale in the state of California. It is the same as the BHI-15 S², but includes a magazine lock, 10-round magazine and an approved muzzle brake.

# BHI-15 SBR²



BH-BHI15S-SBR001

There are many short-barrel rifles on the market today, but none can compare to the BHI-15 SBR². This NFA weapon is built using the same lower receiver assembly, upper receiver, hard-chromed bolt carrier group, Titanium firing pin and Gasbuster charging handle as the BHI-15 S2, but comes with a chrome-lined 11-inch free-float barrel, carbine-length gas system and the carbine-length version of the BHI-15 Hand Guard System, which allows customized placement of rails and forearm accessories. (ALL NFA RULES APPLY)

## SPECIFICATIONS

| | |
|---|---|
| **Caliber:** | 5.56mm NATO |
| **Bolt Carrier Group:** | Gas-operated semi-auto, hard-chromed |
| **Charging Handle:** | PRI Gasbuster |
| **Capacity:** | 30 rounds 5.56mm NATO |
| **Stock:** | Magpul CTR collapsible |
| **Forend:** | Aluminum free-float tube carbine-length |
| **Barrel:** | Chrome-lined, carbine-length gas system |
| **Barrel Length:** | 11 inches |
| **Barrel Finish:** | Manganese Phosphate |
| **Trigger:** | Geissele Super Dynamic Combat (SDC) |
| **Upper Receiver:** | MIL-SPEC A3 flat top |
| **Lower Receiver:** | BHI-15 MULTI caliber aluminum |
| **Receiver Finish:** | Hard-coat black anodized |
| **Muzzle:** | Surefire Muzzle Brake/ Suppressor Adapter |

# BHI-15 SPR²



BH-BHI15SPR-001

The BHI-15 SPR² (Special Purpose Rifle) was developed to provide long-range accuracy in a semi-automatic platform. Like the BHI-15 S², the BHI-15 SPR² includes premium internal components and superior upper and lower receivers, but comes with a 20-inch chrome-lined free-float barrel, rifle-length gas system and rifle-length BHI-15 Hand Guard System. Shooting accuracy is further enhanced with a Magpul PRS stock, which offers adjustable cheek riser height and length-of-pull. The DPMS Panther Tactical Grip delivers more direct trigger pull, and support to reduce fatigue when waiting for the shot.

## SPECIFICATIONS

| | |
|---|---|
| **Caliber:** | 5.56mm NATO |
| **Bolt Carrier Group:** | Gas-operated semi-auto, hard-chromed |
| **Charging Handle:** | PRI Gasbuster |
| **Capacity:** | 20 rounds 5.56mm NATO |
| **Stock:** | Magpul PRS |
| **Forend:** | Aluminum free-float tube |
| **Barrel:** | Chrome-lined, rifle-length gas system |
| **Barrel Length:** | 20 inches |
| **Barrel Finish:** | Manganese Phosphate |
| **Trigger:** | Geissele Super Dynamic Combat |
| **Upper Receiver:** | MIL-SPEC A3 flat top |
| **Lower Receiver:** | BHI-15 MULTI caliber aluminum |
| **Receiver Finish:** | Hard-coat black anodized |
| **Muzzle:** | Surefire muzzle brake/ suppressor adapter |



## *BHI-15* $S^2$ **AR57 Rifle**

BH-BHI15-57L-002S



The BHI-15 $S^2$ AR57 Rifle
blends the lightweight AR57 upper
with the premium BHI-15 $S^2$ lower receiver. The
upper features a fluted 16-inch barrel and Gen 2 receiver,
making it significantly lighter than its predecessor. This combination
delivers the ultimate 5.7x28mm carbine shooting experience.

**SPECIFICATIONS**
Semi-automatic
5.7x28mm chamber
16-inch free-float barrel
Milled 7075 T6 aluminum upper receiver
MULTI caliber aluminum lower receiver
Geissele Super Dynamic Combat trigger
Wolff trigger springs
Stark SE-1 pistol grip
Hard-coat anodized finish
750 rounds per minute
6.15 pounds

## *BHI-15* *MIL-SPEC²* **AR57 Rifle**

BH-BHI15-57L-002



An entry level firearm, the
BHI-15 MIL-SPEC² AR57 Rifle combines the
Gen 2 AR57 16-inch upper receiver assembly
with a MIL-SPEC lower receiver. The upper features
a fluted 16-inch barrel and Gen 2 receiver.

**SPECIFICATIONS**
Semi-automatic
5.7x28mm chamber
16-inch free-float barrel
Milled 7075 T6 aluminum upper receiver
MULTI caliber aluminum lower receiver
MIL-SPEC trigger group
A2 pistol grip
Hard-coat anodized finish
750 rounds per minute
5.91 pounds

## *BHI-15* $S^2$ **AR57 SBR**

BH-BHI15-57S-002S



NFA rules apply
The BHI-15 $S^2$ AR57 SBR finds no
equal in the growing short-barrel rifle field
thanks to its rock-solid Gen 2 AR57 12-inch
upper and combat-inspired BHI-15 $S^2$ lower. This rifle delivers
unparalleled shooter ergonomics, smooth operation and mission
reliability for discreet personal defense or a long day at the range.

**SPECIFICATIONS**
Semi-automatic
5.7x28mm chamber
12-inch free-float barrel
Milled 7075 T6 aluminum upper receiver
MULTI caliber aluminum lower receiver
Geissele Super Dynamic Combat trigger
Wolff trigger springs
Stark SE-1 pistol grip
Hard-coat anodized finish
750 rounds per minute
5.80 pounds

## *BHI-15* *MIL-SPEC²* **AR57 SBR**

BH-BHI15-57S-002

NFA rules apply
A no-nonsense short-barrel rifle
that's ideal for sport shooting or discreet
personal defense, the BHI-15 MIL-SPEC² AR57
SBR is based on the stout BHI-15 MIL-SPEC lower
receiver and the Gen 2 AR57 12-inch upper receiver.

**SPECIFICATIONS**
Semi-automatic
5.7x28mm chamber
12-inch free-float barrel
Milled 7075 T6 aluminum upper receiver
MULTI caliber aluminum lower receiver
MIL-SPEC trigger group
A2 pistol grip
Hard-coat anodized finish
750 rounds per minute
5.56 pounds

## *BHI-15* $S^2$ **AR57 Pistol**

BH-BHI15-57P-002

NO NFA STAMP REQUIRED!
The BHI-15 $S^2$ AR57 Pistol features the Gen 2
AR57 12-inch upper receiver and the same
lower receiver assembly as the AR57 short- and
long-barrel rifles but does not include a stock, making it
legal to purchase and own without an NFA stamp.

**SPECIFICATIONS**
Semi-automatic
5.7x28mm chamber
12-inch free-float barrel
Milled 7075 T6 aluminum upper receiver
MULTI caliber aluminum lower receiver
Geissele Super Dynamic Combat trigger
Wolff trigger springs
Stark SE-1 pistol grip
Hard-coat anodized finish
750 rounds per minute

# BHI SOPMOD AK²



The BHI SOPMOD AK weapon system is the modernization of one of the most reliable rifles in the world. With its hammer-forged barrel and stamped receiver, we use only the highest quality Russian SAIGA AKs as the base weapon. Starting with a converted SAIGA 7.62x39mm, we build-up the SOPMOD AK with the best AK accessories on the market. These upgrades enable the AK to accept rail-mounted optics and accessories. Ergonomic improvements such as the enhanced selector lever (with finger tab) allow the operator to employ the weapon more quickly. The end result is a Blackheart International-enhanced battle rifle that delivers the quality and reliability of a Russian SAIGA AK combined with accessories that enable faster target acquisition and engagement. Select-fire (full-auto) available for government/military clients.

## SPECIFICATIONS

- Russian SAIGA 7.62x39mm
- Stamped receiver
- Hammer-forged, chrome-lined barrel
- Collapsible and foldable stock
- SAW-style pistol grip
- Enhanced selector lever
- Aluminum quad-rail forend
- Angled fore grip
- 30-round Bulgarian polymer waffle magazine

**Weight:** 8.7 pounds (w/o magazine)
**Length:** Folded (29.0 inches)
        Unfolded-Collapsed (36.9 inches)
        Unfolded-Extended (40.1 inches)



### ALSO AVAILABLE WITH A FOLDING AND COLLAPSIBLE STOCK



**Includes the new AKARS sight mounting system**

BH-SOPMOD-7.62-SL-MM02 (semi-auto, collapsible stock)
BH-SOPMOD-7.62-SL-MM01 (semi-auto, folding & collapsible stock)
Select-fire (full-auto) available for government/military clients.

# BHI M92 AK SBR

BH-BHI-M92SBR-002

Built from the Serbian M92 pistol, this tactical SBR provides 7.62x39mm semi-auto firepower in a compact package.
- 10-inch barrel
- (2) 30-round magazines
- side-folding stock
- aluminum quad-rail forend

**subject to availability**



## BHI-15 *SF*

See BHI-15 SBR[2] for specifications; specifications the same except for select-fire, trigger and 14.5-inch barrel availability

suppressor and optics not included

The BHI-15 SF Enhanced Battle Rifle was developed to provide maximum performance, durability and reliability for the most challenging missions anywhere on the globe. The real-world tactical experience applied to this rifle's design has culminated in a precision firearm that delivers optimal combat maneuverability, accuracy and mission-specific modularity. Key features include:

– BHI-15 Hand Guard System
– Hard-chromed bolt carrier group
– Geissele Super Select-Fire (SSF) trigger
– Surefire muzzle brake/ suppressor adapter
– PRI Gasbuster charging handle
– Machined aluminum lower receiver
– Titanium firing pin
– Wolff springs
– Stark SE-1 pistol grip
– Magpul CTR collapsible stock

**Caliber:** 5.56mm NATO
**Bolt Carrier Group:** Gas-operated semi-auto, hard-chromed
**Charging Handle:** PRI Gasbuster
**Capacity:** 30 rounds 5.56mm NATO
**Stock:** Magpul CTR collapsible
**Forend:** Aluminum free-float tube carbine-length (11-in. barrel) mid-length (14.5-in. barrel)
**Barrel:** Chrome-lined, mid-length & carbine-length gas systems
**Barrel Length:** 11 inches or 14.5 inches
**Barrel Finish:** Manganese Phosphate
**Trigger:** Geissele Super Select-Fire single-stage/2-stage
**Upper Receiver:** MIL-SPEC A3 flat top
**Lower Receiver:** BHI-15 MULTI caliber aluminum
**Receiver Finish:** Hard-coat black anodized
**Muzzle:** Surefire muzzle brake/ Suppressor Adapter

### BHI-15 SF 11-inch barrel rifle
**Weight:** 6.54 pounds (w/o magazine)
**Length:** Collapsed (27.1 inches) Extended (30.4 inches)

### BHI-15 SF 14.5 inch barrel rifle
**Weight:** 6.74 pounds (w/o magazine)
**Length:** Collapsed (31.3 inches) Extended (34.6 inches)

14.5-inch: BH-BHI15SF-14.5-01

11-inch: BH-BHI15SF-11-01

**THESE ARE SELECT-FIRE, FULLY AUTOMATIC FIREARMS FOR SALE TO AUTHORIZED MILITARY AND GOVERNMENT CLIENTS ONLY**

# BHI AR-15/M16 Lightning-Lok Titanium Firing Pin



BH-001-251

The BHI AR15/M16 Titanium Firing Pin represents a significant upgrade to standard steel AR15/M16 firing pins. Most notable is the reduced weight. This 40-percent reduction in weight over steel delivers a firing pin which travels faster in the bolt, producing a quicker lock time and minimizing the opportunity for shot disturbance. The reduced weight of Titanium also minimizes the chance of "slam-fire" since it carries less momentum than conventional steel pins. In addition to the all-Titanium construction, the BHI AR15/M16 Titanium Firing Pin comes with a hard Titanium Nitride (TiNi) coating. This hard surface has an inherent lubricity that improves the friction coefficient for quicker, smoother travel through the bolt, resulting in an overall improvement in mechanical efficiency. The TiNi coating is also resistant to corrosion and high temperatures, effectively eliminating galling, fretting and seizing. And thanks to its hard, smooth surface, the firing pin resists fouling buildup and is easier to clean than coarse steel pins.

# BHI Hard-Chromed Bolt Carrier Group



BH-001-250

All key components of our bolt carrier group (bolt carrier, bolt, cam pin, firing pin and gas key) feature a hard-chromed coating with a slick satin finish. The benefits of this special coating are significant when compared to conventional manganese phosphate-coated components. Our hard-chromed bolt carrier group stays cleaner during use and resists fouling better than conventional bolt carrier groups, thereby maximizing operational performance and mechanical efficiencies, and minimizing the chance of failure. And thanks to the hard, slick finish, these components are easier to clean during routine maintenance and offer enhanced durability and life.

# BHI Quick-Adjust Weapon Sling

The BHI Quick-Adjust weapon sling allows you to meet fast-changing tactical situations. Built for a variety of weapon platforms, the sling is constructed of heavy-duty, 1.25-inch wide Denier nylon webbing (versus one-inch straps common with competing sling designs) for enhanced weight distribution, and features a long shoulder pad for maximum comfort. By simply pulling the adjustment strap the sling can transition the firearm from "loose carry" to a solid, tight-to-the-body shooting position in a snap. The adjustment strap is integrated (not loose), and features a Fastex buckle assembly so the rifle can be "cut away" from the operator if needed. This sling is available with sewn-in QD sling swivels or as an adjustable sling without swivels to work with multiple sling swivel styles and weapon platforms. Maximum length is 82 inches, making this sling long enough for use with various weapons, and to fit over soldiers wearing armor and a rucksack.

lift the release
buckle to lengthen

pull the quick-adjust strap
forward to shorten

BH-000-009-BKS (w/sewn-in QD swivels)
BH-000-009-BK (w/o swivels)

## Stripped Upper/Lower Receivers



BH-001-150

**BHI-15 Billet Lower Receiver**
• Semi-auto, MULTI caliber
• CNC-machined from solid aluminum billet
• No dimensional inconsistencies like standard forged receivers
• Oversized magazine well lip
• Reinforced receiver extension tube
• Hard-anodized finish



BH-001-375

**A3 Stripped Flat Top Upper Receiver**
• MIL-SPEC forged 7075T6 aluminum
• Hard coat anodized black finish
• Machined T marks

## BHI-15 Hand Guard System

Developed as a universal fit on most 5.56mm NATO contoured barrels (a low-profile gas block is required), the unique BHI Hand Guard System design lets you add only the rails you need for your mission-specific requirements. The aluminum tube assembly allows your barrel to free-float for increased accuracy and heat dissipation, while the mounting slots give you control over the exact placement of required rail components. This allows you to "mix-and-match" rails (sold separately) to satisfy ongoing equipment configurations.

Recessed top channel allows 1.5-inch front sight and full-length rails to co-witness to the A3 upper receiver's Picatinny rail

Streamlined, one-piece aluminum tube is only 1-7/8 inches in diameter

Two-piece mounting clamp easily secures the hand guard directly onto the barrel nut

All mounting QD holes and rail slots are ambidextrous for left- or right-hand operators

Free-float tube design ensures maximum accuracy and ventilation

Expansive GatorGrip texturing provides superior grip for weapon retention and muzzle control

Slots accommodate 1.5-, 2- or 4-inch Picatinny rails for multiple accessory configurations

Front and rear QD sling swivel holes allow quick change of sling mounting position to meet ongoing equipment needs



Carbine-Length (8.625 inches)



Mid-Length (10.5 inches)



Rifle-Length (14 inches)

| | |
|---|---|
| **BHI-15 Hand Guard System (Carbine)** | BH-001-220C |
| **BHI-15 Hand Guard System (Mid)** | BH-001-220M |
| **BHI-15 Hand Guard System (Rifle)** | BH-001-220R |
| **BHI-15 Picatinny Rail (1.5-inch)** | BH-001-221-V2 |
| **BHI-15 Picatinny Rail (2-inch)** | BH-001-222 |
| **BHI-15 Picatinny Rail (4-inch)** | BH-001-223 |
| **BHI-15 Picatinny Rail (8.625-inch)** | BH-001-224C |
| **BHI-15 Picatinny Rail (10.5-inch)** | BH-001-224M |
| **BHI-15 Picatinny Rail (14-inch)** | BH-001-224R |

**OPTIONAL PICATINNY RAILS**
Top Rails: 8.625, 10.5 & 14 inches
Accessory Rails: 1.5, 2 & 4 inches

# BHI-15 Upper Receiver Assemblies



**BHI-15 *SBR* Upper**  BH-BHI15SBR-UPPER11
The BHI-15 SBR Upper includes the same premium receiver components as our S and SPR uppers, but includes an 11-inch barrel and carbine-length hand guard.

All BHI-15 Uppers receive BHI's exclusive hard-chromed bolt carrier group & Titanium/TiNi-coated firing pin



**BHI-15 *S* Upper**  BH-BHI15S-UPPER
Combining an A3 upper receiver with a precision 16-inch chrome-lined barrel and BHI's modular hand guard system, the BHI-15 S Upper is a drop-in upgrade for any AR-style platform.

## SPECIFICATIONS

| | |
|---|---|
| **Caliber:** | 5.56mm NATO |
| **Bolt Carrier Group:** | Gas-operated semi-auto, hard-chromed |
| **Charging Handle:** | PRI Gasbuster charging handle |
| **Gas System:** | Mid-length (16-inch barrel) Rifle-length (20-inch barrel) Carbine-length (11-inch barrel) |
| **Gas Block:** | Low-profile |
| **Forend:** | Aluminum free-float tube |
| **Barrel:** | Chrome-lined |
| **Barrel Length:** | 11, 16 or 20 inches |
| **Barrel Twist:** | 1:8 (S, SPR); 1:9 (SBR) |
| **Barrel Finish:** | Manganese Phosphate |
| **Receiver** | |
| **Composition:** | A3 flat top |
| **Receiver Finish:** | Hard-coat black anodized |
| **Muzzle:** | Surefire Muzzle Brake/Suppressor Adapter |



**BHI-15 *SPR* Upper**  BH-BHI15SPR-UPPER
A 20-inch barrel designed for medium- to long-range tactical shooting is the hallmark of the BHI-15 SPR Upper. Fitted with BHI's hand guard system and A3 upper receiver, the SPR delivers sub-MOA accuracy far surpassing competing uppers.

# AR57 Upper/Lower Receiver Assemblies

BH-001-017-G2

**AR57 12-Inch SBR Upper Receiver, Gen 2**
Includes 12-inch "SBR" barrel, flash suppressor, bolt, "carbine" buffer; Installs on AR-15, M16/M4 lower receivers • NFA rules apply

BH-001-012-G2

**AR57 16-Inch Rifle Upper Receiver, Gen 2**
Package includes 16-inch barrel, flash suppressor, bolt, "carbine" buffer

# BHI Lower Receiver Assemblies

All BHI-15 lower receiver assemblies are based on the BHI-15 lower receiver—precision-engineered from aluminum for maximum strength and to reduce dimensional inconsistencies. Built with Wolff springs, oversized mag well lip for easy mag insertion, receiver extension tube reinforcement for strength and a durable hardened black anodized finish. The multi-caliber designation allows custom-built rifles in a variety of calibers.



BH-BHI15S-LOWER-F



BH-BHI15SPR-LOWER-F





**BHI-15 *S* Lower**
BHI-15 MULTI caliber aluminum receiver, Magpul CTR collapsible stock, Geissele SDC trigger, Stark pistol grip

**BHI-15 *SPR* Lower**
BHI-15 MULTI caliber aluminum receiver, Magpul PRS adjustable stock, Geissele SDC trigger, DPMS Panther Tactical pistol grip

www.bhiarms.com

## BHI-15 S Executive Package

The **BHI-15 (S) Executive Package** was developed specifically to provide a complete tactical support system for your BHI-15 S² rifle. Packed in a protective discreet padded nylon case and housed in a durable hard travel case, the BHI-15 (S) Executive Package includes everything you need to support your rifle's tactical or sporting applications. This package can also be used for any AR-15 platorm, but the included rails are for use only with the BHI-15 hand guard system.

BH-BHI15S-EXPKG-MC




### PACKAGE CONTENTS
- Hard travel case with discreet padded nylon case
- Aimpoint Micro-H1 with QD mount and lens covers
- Insight M3X Tactical illuminator light
- Harris bipod & adapter
- Magpul flip-up front and rear sights
- 1.5-, 2- and 4-inch rails
- AR-15 Multitasker tool
- J. Dewey field cleaning kit
- (1) 5-round loose ammo speed loader
- (1) 10-round stripper clip speed loader
- M16/M4 Handbook
- (4) Lancer L5 AWM magazines, 30-round

### DISCREET NYLON CASE FEATURES
- 44-inch padded nylon rifle case
- (4) Adjustable/moveable rifle retention straps
- Padded divider, removable
- (3) General purpose accessory pouches with mesh front
- (4) AR / AK magazine pouches with retention bands
- Universal pistol pouch
- (4) Universal pistol magazine pouches
- Sewn-in carrying handles
- Adjustable shoulder strap
- Size of nylon case: 44 x 14 x 6 inches

## BHI-15 SPR Executive Package

The **BHI-15 SPR Executive Package** was developed specifically to provide a complete tactical support system for your BHI-15 SPR² rifle. Packed in a protective discreet padded nylon case and housed in a durable hard travel case, the BHI-15 SPR Executive Package includes everything you need to support your rifle's tactical or sporting applications. This package can also be used for any AR-15 platorm, but the included rails are for use only with the BHI-15 hand guard system.

BH-BHI15SPR-EXPKG-MC




### PACKAGE CONTENTS
- Hard travel case with discreet padded nylon case
- Leupold Mark-AR 3x9 scope
- Harris bipod & adapter
- Magpul flip-up front and rear sights
- 1.5-, 2- and 4-inch rails
- Freedom Reaper Scope mount
- AR-15 Multitasker tool
- J. Dewey field cleaning kit
- (1) 5-round loose ammo speed loader
- (1) 10-round stripper clip speed loader
- M16/M4 Handbook
- (4) magazines, 20-round

### DISCREET NYLON CASE FEATURES
- 44-inch padded nylon rifle case
- (4) Adjustable/moveable rifle retention straps
- Padded divider, removable
- (3) General purpose accessory pouches with mesh front
- (4) AR / AK magazine pouches with retention bands
- Universal pistol pouch
- (4) Universal pistol magazine pouches
- Sewn-in carrying handles
- Adjustable shoulder strap
- Size of nylon case: 44 x 14 x 6 inches

# BHI M4 Ops Package



BH-M4OPS-01-CT-BK

The **M4 Ops Package** was developed to provide a complete tactical support system for your M4 or other AR-style rifle. Packed in a protective discreet padded nylon case and housed in a durable hard travel case, the M4 Ops Package includes everything you need to support your rifle's tactical or sporting applications.

## BHI M4 OPS PACKAGE CONTENTS
- Wheeled, polymer travel case with discreet padded nylon case
- (4) Lancer L5 AWM magazines, 30-round
- (1) 5-round loose ammo speed loader
- (1) 10-round stripper clip speed loader
- AR-15 Multitasker tool
- J. Dewey field cleaning kit
- M16/M4 Handbook
- AR Owner's Manual
- (2) Firearm Usage & Maintenance Log Books

## BHI OPS RIFLE CASE FEATURES
- (4) adjustable/moveable rifle retention straps and muzzle cap
- Padded divider, removable w/pockets for manuals/targets
- (3) general-purpose accessory pouches w/mesh front
- (4) M4/AK magazine pouches with retention bands
- Universal pistol pouch
- (4) universal pistol magazine pouches
- Suppressor pouch
- Sewn-in carrying handles
- Adjustable shoulder strap
- Size of nylon case: 44x14x6 inches

# BHI AK Ops Package



BH-AKOPS-01-OD-BK

The **AK Ops Package** was developed to provide a complete tactical support system for your AK rifle. Packed in a discreet padded nylon case and housed in a durable hard travel case, the **AK Ops Package** includes everything you need to support your rifle's tactical or sporting applications.

## AK OPS PACKAGE CONTENTS
- Wheeled, polymer travel case with discreet padded nylon case
- (4) Polymer magazines, 30-round
- AK cleaning kit w/sight tool & broken shell extractor
- AK Handbook
- AK Owner's Manual
- (2) Firearm Usage & Maintenance Log Books
- AK-47 Zero Targets

## BHI OPS RIFLE CASE FEATURES
- (4) adjustable/moveable rifle retention straps and muzzle cap
- Padded divider, removable w/pockets for manuals/targets
- (3) general-purpose accessory pouches w/mesh front
- Universal pistol pouch
- (4) universal pistol magazine pouches
- Suppressor pouch
- Sewn-in carrying handles
- Adjustable shoulder strap
- Size of nylon case: 44x14x6 inches

www.bhiarms.com

## ALSO AVAILABLE FROM BLACKHEART INTERNATIONAL

### Field Handbooks

    

BH-012-007    BH-012-009    BH-012-003    BH-012-005    BH-012-004

These handbooks are designed as quick reference training guides for all owners of AK-47, AR-15, M16/M4 and HK 416 series rifles, and Glock pistols. These handbooks give the "what" and "how" as well as the "why" necessary to teach the proper operation and employment of the weapons. Topics include:

- background/specifications of the weapons
- instructions on their operation
- disassembly and assembly procedures
- proper firing procedures
- malfunction/misfire procedures



Blackheart International is the One-Stop Source for all your tactical equipment, weapons training and firearms instruction needs. We've been supplying and training U.S. Special Operations members since 1999, and now serve the civilian market with premium tactical gear and defensive weapon courses.



You won't find more current, up-to-date, full-color manuals anywhere in the world on the most common Soviet Bloc and NATO weapons currently in use around the globe. Our Operator's Guide series of manuals are authored and published in a joint effort by former Special Forces personnel from Blackheart International. Ideal for foreign weapons familiarization classes. Each manual gives the reader:



- background/specifications of the weapons
- instructions on their operation
- disassembly and assembly procedures
- proper firing procedures
- malfunction/misfire procedures

### Targets



### Owner's Manuals

 

**visit www.bhigear.com for complete BHI publications listings**

## Blackheart International, LLC
### RR3 Box 115, Philippi, WV 26416
### 304.457.1280 ph | 304.457.1281 fax
### www.bhigear.com    www.bhiarms.com