Exhibit 51

To Defendants' Memorandum in Support of Motion for

Summary Judgment

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

CASE NO. 13-CV-02841-CCB

STEPHEN V. KOLBE, et al.,
    Plaintiffs,
vs.

MARTIN O'MALLEY, et al.,
    Defendants.
_____

| | |
|---|---|
| DEPOSITION OF: | GARY KLECK |
| TAKEN AT THE INSTANCE OF: | The DEFENDANTS |
| DATE: | January 2, 2014 |
| TIME: | Commenced at 2:36 p.m. |
| | Concluded at 6:33 p.m. |
| LOCATION: | 600 West Gaines Street |
| | Tallahassee, FL |
| REPORTED BY: | JUDY CHIN |
| | judychin@embarqmail.com |
| | RPR, CRR |

ACCURATE STENOTYPE REPORTERS, INC
2894 REMINGTON GREEN LANE
TALLAHASSEE, FL   32308   (850)878-2221

1  **Q**   So people certainly could flee in multiple
2  different directions while a shooter was shooting, is
3  that right?
4     **A**   Correct.
5     **Q**   And if you assume there were four exits as
6  there are in most theaters, two into the theater complex
7  and two out somewhere else, you would have had four
8  different places where people could have been running,
9  is that right?
10    **A**   Possibly.
11    **Q**   And in the time that it would take Mr. Holmes
12  to change magazines, is it possible that additional
13  people could have gotten out if he had had 10-round
14  magazines instead of a 100-round drum?
15    **A**   It's possible, but I don't think there was any
16  affirmative evidence of it.  But, sure, it is a logical
17  possibility.
18    **Q**   And, in fact, if he was firing with two
19  100-round drums, in order to get off two 100-rounds, he
20  only needed to reload once, is that right?
21    **A**   I'm not sure.  You said 200-round drum?  Did
22  you mean 100?
23    **Q**   I meant two 100-round drums.
24    **A**   Okay.
25        Yes, he would have had to reload once.

1  **Q** Whereas if he had been working with 10-round
2  magazines, he would have needed to reload 19 times to
3  fire the same number of rounds, is that right?
4  A   Yes.
5  **Q** Is the Tucson incident on here?
6  A   Yes.
7  **Q** And which incident is that on the rate of fire
8  page?
9  A   Oh, you are asking is it on the rate of fire
10 incident?  I don't know that.  It's included in the
11 appendix among the set of incidents I covered.
12 **Q** January 8th, 2011.  So it appears not to be in
13 the appendix for the rate of fire in mass shootings.
14 A   It is not in table one, yes.
15     It is included in the appendix as a scenario,
16 but it is not included in the rate of fire data.
17 **Q** Now, in the appendix as a scenario, there is
18 an indication that it took five minutes from the first
19 shot to the end.  I assume that comes from press
20 accounts?
21 A   Yes.
22 **Q** That was an outdoor incident, correct?
23 A   Correct.
24 **Q** In outdoor incidents would you expect it to be
25 much easier for people to flee?

1    A    On average, yes.

2    Q    Does it strike you as improbable that there
3 would still be people in the area to be shot five
4 minutes after an outdoor shooting incident began?

5         MR. SWEENEY: Objection.

6         THE WITNESS: No. It doesn't strike me as
7    improbable.

8 BY MR. FADER

9    Q    Why not?

10   A    Some people just panic. Some people freeze.
11 They react in all sorts of irrational ways. Some react
12 instinctively to flee and some react instinctively to be
13 as still as possible.

14   Q    I assume that it is true that for each of
15 these incidents you don't have somebody with a stopwatch
16 calculating exactly the first and the last shots, right?

17   A    Yes. With few exceptions. It depends on
18 eyewitness estimates.

19   Q    What are the exceptions?

20   A    Well, the exceptions would be, like if
21 somebody has made a 911 call and they leave the phone
22 open, then the police will be recording the call as they
23 normally would. And so you can hear gunshots on the
24 tape, the audiotape, and therefore a more accurate
25 timing is possible.

1   and the way that law enforcement officers use them?

2       A    No, I'm not aware of any such study.

3       Q    Any there any studies that look at how
4   civilians use fire arms in self-defense as far as how
5   they actually use the firearms, not whether they do?

6       A    Yes.  My survey with Marc Gertz asked people
7   what they had done with the gun.  And so we got a few
8   basic details, like whether they fired the gun, whether
9   they thought they wounded the offender and so on.

10      Q    And that would be contained in the
11  computerized data set of information that you have on
12  your computer?

13      A    Correct.

14      Q    Are there any firearms that you believe should
15  be banned?

16      A    Machine guns.  Fully-automatic weapons.

17      Q    Why?

18      A    Because they are indiscriminate fire.  They
19  are very different to control.  They are not fired one
20  shot at a time where the shooter can separately aim in
21  particularly intended targets.  Rather to a great degree
22  the rapid recoil from the gun and the fact that it will
23  continue firing as long as the trigger is depressed will
24  result in many rounds going in places that the shooter
25  did not intend, even if the shooter was a law abiding

1 citizen who was otherwise engaged in lawful
2 self-defense.
3     **Q**    And I meant to ask you this earlier: In your
4 opinion with respect to the rate of fire in the specific
5 mass shooting incidents, you say that in the incidents
6 that you looked at the rate of fire was substantially
7 less than the semi-automatic firearms used were capable
8 of?
9     A    Yes.
10     **Q**    What rate of fire are semi-automatic rifles
11 capable of?
12     A    People can easily fire -- probably the
13 untrained individual can easily, if they were just told
14 pull the trigger as fast as you can, they can probably
15 fire six rounds in a second.
16     **Q**    If they were firing six rounds in a second,
17 would that be indiscriminate firing after the first
18 round at least?
19     A    Less indiscriminate. It is obviously an
20 intermediate case.
21     **Q**    Less indiscriminate than the fully automatic
22 rifle case?
23     A    Yes.
24     **Q**    But once you start pulling the trigger pretty
25 fast, it is pretty hard to get right back on target

1  until you stop firing, isn't it?
2          MR. SWEENEY:  Objection.
3          THE WITNESS:  Well, again, that's more of a
4      hypothetical question than your phrasing suggests.
5      Because even people intending to shoot a lot of
6      people don't fire that fast; never mind defensive
7      gun users who would only want to fire the minimum
8      number of times necessary to preserve their own
9      safety.
10         And so if even mass shooters don't fire that
11     rapidly, even remotely as fast as six rounds per
12     second, or even one round per second, which is
13     probably about the fastest rate of fire I can
14     actually document -- it is a totally hypothetical
15     issue.  How indiscriminate it is, when and if
16     somebody actually fired as fast as they could pull
17     the trigger, they just don't actually do that.
18 BY MR. FADER
19     Q    Do you know whether James Holmes in the
20 theater in Aurora, Colorado fired at a rate of more than
21 one per second?
22     A    Don't know one way or the other.
23     Q    Do you know with Adam Lanza in Newtown when he
24 was actually in the classrooms he fired at a rate of
25 more than one round per second?