Exhibit 54

To Defendants' Memorandum in Support of Motion for

Summary Judgment



# One look and you'll see the difference.

Perhaps we should say: One *click* and you'll see the difference.

You see, with the new Colt H-BAR, one easy click on the rear sight at 100 meters moves the point of impact a mere ½" right or left. Or 1¼" up or down. And that's cutting it pretty fine.

In fact, this is the identical rear sight found on the U.S. military's new Colt M16A2.

If you're a competitive shooter, you'll also appreciate the new full-length heavy barrel for added stiffness and stability.

Adjustable rear sight flips to 300 or 800 meter apertures.

The point is, the new Colt H-BAR is the only 223 cal rifle that has *both* the look of an M16 and the precision of a first-rate target rifle.

And that's the difference.

The new H-BAR is one of four AR-15 models now available from Colt.

Target-style rear sight — Cartridge case deflector for left hand shooters
Forward bolt assist —
— New full-length heavy barrel

Be a safe shooter—never chamber a round until you are ready to shoot. Always read and follow the instruction manuals which accompany each firearm. Free instruction manuals and Colt catalogs are also available from the factory upon request.

**COLT®**
Hartford, CT 06101

The new Colt H-BAR.

DEF001524