Exhibit 59

To Defendants' Memorandum in Support of Motion for

Summary Judgment

 Violence Policy Center

# United States
## of Assault Weapons
### GUNMAKERS EVADING THE FEDERAL ASSAULT WEAPONS BAN



# Introduction

On September 13, 2004, the federal ban on assault weapons is scheduled to end.  As this date approaches, increasing attention has focused on the gun industry's almost complete success in evading the ban.  Based on the research conducted for this report, the Violence Policy Center (VPC) estimates that **there are more assault weapon manufacturers and assault weapons available for sale in America than ever before**.

Contained in this study are more than 40 companies that are currently marketing new assault weapons for sale legally in the United States.  Many of these companies either did not exist, or did not manufacture assault weapons, prior to the 1994 ban.[a]

Semiautomatic assault weapons manufactured by these gunmakers include: "copycat" AK-47s, AR-15s, UZIs, Galils, MP5s, and FN/FALs; semiautomatic versions of "classic" weapons such as the Tommy Gun and Sten; and, various hybrids.[b]  New AK-47s equipped with high-capacity ammunition magazines that can hold 20, 30, 40, or more rounds are common and can be purchased for less than $300.

At the same time, new assault weapon models that did not exist when the 1994 law was passed, such as the $199 Hi-Point Carbine used in the 1999 Columbine massacre, have been introduced and are selling briskly.

The VPC estimates that **more than one million new assault weapons have been manufactured for sale in the United States since passage of the 1994 law**.[c]

**If the 1994 ban is simply renewed, and not strengthened, every single one of the assault weapons pictured in this study will remain on the market, legal for sale to the American public.  Simple renewal of the ban will do absolutely nothing to address the threat posed by these weapons**.

---

[a]     Estimate taken from Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) production figures, analysis of gun industry trade publications and general readership gun magazines, and annual attendance at the S.H.O.T. (Shooting, Hunting, and Outdoor Trade) Show, the annual trade show for the gun industry.

[b]     Because of the transient nature of the gun industry and the lack of reliable, comprehensive information on firearms manufacturing in the United States, it is impossible to offer an exact number of manufacturers currently producing "copycat" assault weapons as well as the actual number of such guns manufactured.  For this study, the Violence Policy Center collected information from manufacturers attending the 2004 S.H.O.T. Show, reviewed advertisements by gunmakers in industry trade publications and consumer gun publications, and surveyed the Internet for manufacturer web sites.

[c]     The VPC estimate is taken from ATF production data, 1995 to 2001, and relies primarily on gunmakers who are known to manufacture only, or primarily, assault weapons.  This is an extremely conservative estimate and does not take into account the large numbers of assault weapons imported into the U.S. since 1994.  Production data from ATF is extremely limited.  Long guns are reported only as rifles or shotguns.  In addition, in 2004 the U.S. Congress banned for at least one year the future release of firearms production data to the general public.

This study contains four sections.

***Section One:  A Flawed Law*** details how virtually from the inception of the 1994 law America's firearms industry has easily evaded the ban's intent and bragged of its success in manufacturing "copycat" or "sporterized" assault weapons.  The section also briefly details the findings of a 2003 Violence Policy Center analysis of Federal Bureau of Investigation data which found that from 1998 through 2001, one out of five law enforcement officers slain in the line of duty were killed with an assault weapon, including "copycat" versions of banned weapons and assault weapons not covered by the original law.

***Section Two:  Legislation That Would Effectively Ban All Assault Weapons*** offers a brief summary of federal legislation—the "Assault Weapons Ban and Law Enforcement Protection Act of 2003"—that has been introduced in the U.S. Senate and House that would strengthen current law and address the industry's subversion of the 1994 ban.  The legislation is based on California's 1999 state assault weapons ban, which, unlike federal law, addresses the "copycat" issue.

***Section Three:  Assault Weapon Manufacturers*** contains brief profiles of 42 gunmakers that currently market post-ban, "copycat" assault weapons as well as new assault weapon types.  Each profile contains available company contact information (address, telephone, fax, and web address) as well as examples of the assault weapons sold by the gunmaker.

***Section Four:  A Listing of Assault Weapon Manufacturers by State*** is a chart listing the state and city of each of the 42 current assault weapon manufacturers.

# Section One:  A Flawed Law

The 1994 law banned specific assault weapons by name—e.g. UZI, Avtomat Kalashnikov (AK-47), AR-15—as well as their "copies or duplicates." The law also classifies as assault weapons semiautomatic firearms that can accept a detachable ammunition magazine and have two additional assault weapon design characteristics. But immediately after the 1994 law was enacted, the gun industry evaded it by making slight, cosmetic design changes to banned weapons—including those banned by name in the law—and continued to manufacture and sell these "post-ban" or "copycat" guns.

> *"…the Kalashnikov [AK-47], in various forms and guises, has flourished.  Today there are probably more models, accessories and parts to choose from than ever before."*
> *Gun World, August 2001*

Changes that allow an assault weapon to stay on the market can be as minor as removing a flash suppressor at the end of a gun's barrel.  The gun industry dubbed this process "sporterization."  Gunmakers' quick and successful evasion of the law was no secret.  In February 1995, just five months after the ban's enactment, lead sponsor Senator Dianne Feinstein (D-CA), in a *60 Minutes* interview, charged that the industry was violating both "the spirit and intent of the law" and promised, "I can assure you if I can figure a way to stop it, I'll try to do that."[1]

In the nearly 10 years following that interview, the situation has gone from bad to worse.  Today, of the nine assault weapon brand/types banned by name and manufacturer in the law,[2] six of the brand/types are still marketed in post-ban,

---

[1]     *60 Minutes*, CBS News Transcripts, Sunday, February 5, 1995.  "Does this violate the spirit and intent of the law?  Absolutely.  Should they be doing this?  No.  And I think it does say that there are craven interests out there who simply want to use this legislation to profiteer wherever they possibly can.  And I can assure you if I can figure a way to stop it, I'll try to do that."

[2]     The law states, "The term `semiautomatic assault weapon' means—(A) any of the firearms, or copies or duplicates of the firearms in any caliber, known as—(i) Norinco, Mitchell, and Poly Technologies Avtomat Kalashnikovs (all models); (ii) Action Arms Israeli Military Industries UZI and Galil; (iii) Beretta Ar70 (SC-70); (iv) Colt AR-15; (v) Fabrique National FN/FAL, FN/LAR, and FNC; (vi) SWD—10, M-11/9, and M-12; (vii) Steyr AUG; (viii) INTRATEC TEC-9, TEC-DC9 and TEC-22; and (ix) revolving cylinder shotguns, such as (or similar to) the Street Sweeper and Striker 12…."

**Guns Banned by the 1994 Law[3] and Their Legal Counterparts[4]**



---

3      First horizontal row of chart.

4      Second and third horizontal rows of chart.

"copycat" configurations.[5]   In fact, gunmakers openly boast of their ability to circumvent the ban.   Their success is described in an August 2001 *Gun World* magazine article about the Vepr II assault rifle, a "sporterized" version of the AK-47:

> In spite of assault rifle bans, bans on high capacity magazines, the rantings of the anti-gun media and the rifle's innate political incorrectness, the Kalashnikov [AK-47], in various forms and guises, has flourished.  Today there are probably more models, accessories and parts to choose from than ever before.

Equally blunt was an article in the May 2003 issue of *Gun World* reviewing a post-ban, AR-15 "copycat," the LE Tactical Carbine:

> Strange as it seems, despite the hit U.S. citizens took with the passage of the onerous crime bill of 1994 [which contained the federal assault weapons ban], ARs are far from dead.   Stunned momentarily, they sprang back with a vengeance and seem better than ever.  Purveyors abound producing post-ban ARs for civilians and pre-ban models for government and law enforcement agencies, and new companies are joining the fray.

Just such a post-ban AR-type assault rifle,  the Bushmaster XM15 M4 A3, was used by the Washington, DC-area snipers to kill 10 and injure three in October 2002. The snipers' Bushmaster is even marketed as a "Post-Ban Carbine."

In addition to the threat assault weapons pose to the general public, they continue to pose a unique threat to law enforcement.  The May 2003 Violence Policy Center study *"Officer Down"—Assault Weapons and the War on Law Enforcement* (http://www.vpc.org/studies/officecont.htm)  revealed  that,  according  to  Federal Bureau of Investigation data, one in five law enforcement officers (41 of 211) slain in the line of duty from January 1998 through December 2001 were slain with an assault weapon, many of which were "post-ban" models that will remain untouched by a renewal of current law.

---

[5]        Assault weapons that have not been reintroduced are the Beretta AR70, Street Sweeper and Striker 12 assault shotguns (the latter two guns were re-classified by ATF as subject to the strict regulations of the National Firearms Act of 1934), and Steyr AUG.

# Section Two:  Legislation That Would Effectively Ban All Assault Weapons

Legislation to address the industry's subversion of the 1994 ban has been introduced in the 108th Congress by Representatives Carolyn McCarthy (D-NY) and John Conyers (D-MI) in the U.S. House of Representatives (H.R. 2038) and Senator Frank Lautenberg (D-NJ) in the U.S. Senate (S. 1431).  The legislation is based on California's 1999 state assault weapons ban, which, unlike federal law, addresses the "copycat" issue.  The "Assault Weapons Ban and Law Enforcement Protection Act of 2003" would:

- **Expand the list of named, banned assault weapons**.  The limited list of banned assault weapons contained in the original law is expanded to address new, post-ban weapons marketed by the industry as well as assault weapons not covered by the 1994 law.

- **Improve the definition of "assault weapon" to cover all assault weapons.**  The definition is refined to include firearms that accept a detachable ammunition magazine and incorporate *one* other assault weapon characteristic such as a pistol grip or folding stock.  Current law requires the presence of two such characteristics before a gun is labeled an "assault weapon."  The narrowness of this definition has resulted in a proliferation of post-ban assault weapons, including legal versions of guns—such as the MAC-10 and AR-15—banned by name in the 1994 law.

- **Revise the list of assault weapon characteristics to delete some extraneous characteristics and better define others**.  Some "assault weapon" characteristics used to define such weapons in current law actually have no bearing on whether the firearm functions as an assault weapon.   For example, the ability to attach a bayonet to the barrel of a gun has no bearing on whether the firearm functions as an assault weapon.  In addition, the term "pistol grip" is clarified to include so-called "thumbhole stocks" or  other design features that perform the same function.

- **Clarify the term "firearm" as used in the assault weapons ban to include the frame or receiver of a prohibited gun.**  The "receiver" of any firearm is its major working part.  Receivers and frames are defined by the Gun Control Act of 1968 as "firearms."  The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), however, has adopted a different interpretation of this basic federal gun law in the case of assault weapons, determining that the term "firearm" as applied to assault weapons does not include receivers or frames.   This interpretation allows gun dealers and wholesalers to sell new receivers of otherwise banned guns.  Furthermore, all of the other parts necessary to make an assault weapon are readily available, often sold as "parts kits."

Compounding this problem is the fact that it is legal for an individual to manufacture a firearm for personal use.

- **Prohibit manufacturers from using pre-ban, high-capacity ammunition magazines in post-ban assault weapons.**  Under the 1994 law, no new firearm may be manufactured or sold in the United States with an ammunition magazine that has a capacity greater than 10 rounds.  Assault weapon manufacturers are circumventing the law by equipping new guns with "grandfathered" high-capacity magazines of 10 rounds or more.

- **Ban the Importation of high-capacity ammunition magazines.**  Currently,  ATF regulations allow for the importation of foreign-made, high-capacity magazines manufactured prior to the 1994 ban.  This not only ensures that there will always be a supply of high-capacity magazines available for sale in the United States, but also dramatically increases the possibility that the manufacture date of new high-capacity magazines can be falsified.

As seen by the product lines of these manufacturers, the firearms industry has successfully evaded the 1994 ban.  Therefore, simple renewal of the existing ban will do nothing to address the severe danger that assault weapons pose to public safety.  Reauthorization of the ban must include substantial improvements to prevent the gun industry from continuing to flood America's streets with these deadly weapons.

## Section Three:  Assault Weapon Manufacturers

*This section contains brief profiles of gunmakers that currently market post-ban, "copycat" assault weapons as well as new assault weapon types.  Each profile contains available company contact information (address, telephone, fax, and web address) as well as examples of the assault weapons sold by the gunmaker.*

**Alexander Arms, LLC**
**www.alexanderarms.com**

US Army, Radford Arsenal
P.O. Box 1
Radford, VA  24143
540-639-8356  phone
540-639-8353  fax





*50 Beowulf Entry*



*21 Genghis Entry*

**American Spirit Arms, Corp.**
**www.gunkits.com**

15001 N. Hayden Road
Suite 112
Scottsdale, AZ  85260
888-486-5487  phone
480-483-5301  fax





*ASA C.A.R. 16" Rifle .223 cal*



*ASA 16" M4 Rifle .223 cal*

10

**Arizona Expert Arms**
**www.azexarms.com**



AZEX
723 W. Commerce
Unit Bay 2
Gilbert, AZ  85233
480-507-0200   phone



*FAL*



*AK-47*

11

**ArmaLite, Inc.**
**www.armalite.com**

745 South Hanford Street
Geneseo, IL  61254
309-944-6939  phone
309-944-6949  fax





*AR 10-A4 Carbine*



*M15A2 Carbine*

**Armscor Precision Inc.**
**www.armscor.com.ph**

5329 South Cameron
Suite 110
Las Vegas, NV  89119
702-362-7750  phone
702-362-5019  fax





*MAK22*



*MAK22FS*



*M1600*



*M1600R*

**Arsenal Inc.**
**www.arsenalinc.com**

5015 W. Sahara Avenue
#125
Las Vegas, NV  89146
888-539-2220  phone
702-643-2088  fax







14

**B & K Custom Firearms**
**www.bandkcustomfirearms.com**

P.O. Box 17445
Jacksonville, FL  32245
904-727-9580  phone



15

**Barrett Firearms Manufacturing, Inc.**
**www.barrettrifles.com**

P.O. Box 1077
Murfreesboro, TN  37133
615-896-2938  phone
615-896-7313  fax





*Barrett M468*

**Beretta U.S.A. Corp.**
**www.berettausa.com**



17601 Beretta Drive
Accokeek, MD  20607
301-283-2191  phone



**Bobcat Weapons Inc.**
**www.bobcatweapons.com**



P.O. Box 21017
Mesa, AZ  85277-1017
480-832-0844  phone
206-350-5274  fax



*BW-5 9mm Standard Sporting Rifle*

**Bushmaster Firearms, Inc.**
**www.bushmaster.com**

P.O. Box 1479
Windham, ME  04062
800-998-7928  phone
207-892-8068  fax





*Carbon 15 Type 21 Pistol*



*XM15 E2S M4 Type Post-Ban Carbine*



*XM15 E2S Dissipator Carbine*

19

**Cavalry Arms Corp.**
**www.cavalryarms.com**

929 E. Juanita Avenue
Suite 101
Mesa, AZ  85204
480-833-9685  phone





*CAV-15 Rifleman*



*CAV-15 Trooper*

20

**Century International Arms Inc.**
**www.centuryarms.com**

1161 Holland Drive
Boca Raton, FL  33487
561-998-1997  phone
561-998-1993  fax







**Colt's Manufacturing Company LLC**
**www.colt.com**

P.O. Box 1868
Hartford, CT  06144-1868
860-236-6311  phone
860-244-1442  fax





*Match Target M4*

**DoubleStar Corp.**
**www.star15.com**

Box 430
Winchester, KY  40391
859-745-1757  phone
859-745-4638  fax





*DSC STAR-15 Rifle*



*DSC STARCAR Carbine*

23

**DPMS (Defense Procurement
Manufacturing Services, Inc.)
www.pantherarms.com**

3312 12th Street SE
St. Cloud, MN  56304
320-258-4448  phone
320-258-4449  fax





*Panther 16″ AP4 Post Ban w/Miculek Comp (RFA2-AP4PMC)*



*Panther AP4 Training Rifle .22LR Post Ban (RFA2-AP422P)*

24

**DS Arms, Inc.**
**www.dsarms.com**

P.O. Box 370
Barrington, IL  60011
847-277-7258  phone
847-277-7259  fax





*SA58 Tactical Rifle*

**Eagle Arms**
**www.eagle-arms.com**

P.O. Box 146
Geneseo, IL  61254
309-944-6977  phone
309-944-6978  fax









**Entréprise Arms**
**www.entreprise.com**



15861 Business Center Drive
Irwindale, CA  91706-2062
626-962-8712  phone
626-962-4692  fax



*Imbel Rifle*



*STG 58C Carbine*

27

**Feather USA**
**www.featherusa.com**

P.O. Box 247
Eaton, CO  80615
800-519-0485  phone





*Rav-22LR*



*Rav-45ACP*

28

**Fulton Armory**
**www.fulton-armory.com**

8725 Bollman Place, #1
Savage, MD  20763
301-490-9485  phone
301-490-9547  fax





*Liberator FAR-15 Rifle (aka "Guardian II")*

**Heckler & Koch**
**www.hk-usa.com**

21480 Pacific Blvd.
Sterling, VA  20166-8903
703-450-1900  phone
703-450-8160  fax





**Hi-Point Firearms**
**www.mkssupply.com**

8611-A North Dixie Drive
Dayton, OH  45414
877-425-4867  phone
937-454-0503  fax





*9mm Carbine*



*40 S&W Carbine*

**Kahr Arms/Auto-Ordnance**
**www.tommygun.com**

P.O. Box 220
Blauvelt, NY 10913
845-735-4500  phone
845-735-4610  fax





*Thompson 1927A-1/1927A-1C*



*Thompson M1*



*Thompson 1927A-1 "Commando"*

**Knight's Manufacturing Company**
**www.knightarmco.com**

7750 9th Street S.W.
Vero Beach, FL  32968
772-778-4643  phone





*SR-15 M-4 Carbine*



*SR-15 M-5 Rifle*

33

**L&G Weaponry**
**www.faxworldcom.com/lgweap**

Huntington Beach, CA
714-840-3772  phone
714-625-4631  fax



*L&G AR-15 A2 16" Heavy Barrel Rifle*



*L&G AR-15 A2 20" Heavy Barrel Rifle*

34

**L.A.R. Manufacturing, Inc.**
**www.largrizzly.com**

4133 West Farm Road
West Jordan, UT  84088
801-280-3505  phone
801-280-1972  fax





*Grizzly 15*

**Les Baer Custom, Inc.**
**www.lesbaer.com**

29601 34th Avenue
Hillsdale, IL  61257
309-658-2716  phone
309-658-2610  fax





*Les Baer Custom Thunder Ranch Rifle*

**Ohio Ordnance Works**
**www.ohioordnanceworks.com**

310 Park Drive
P.O. Box 687
Chardon, OH  44024
440-285-3481  phone
440-286-8571  fax





*VZ 2000*

**Olympic Arms, Inc.**

**www.olyarms.com**

624 Old Pacific Highway SE
Olympia, WA  98513
360-459-7940  phone
360-491-3447  fax





*PCR-7 Eliminator*[4]



*OA-98 Pistol*



*CAR-97M4*

---

[4]      "PCR" stands for "politically correct rifle."

**Rapid Fire**
**www.ohiorapidfire.com**



537 North Elm Street
Troy, OH  45373
937-332-0833  phone



*A2*



*RF 33*



*AK*



*FN/FAL Carbine*

39

**Red Jacket Firearms**[5]
**www.ronbr.com/redjacketfirearms.html**

9378 S. Choctow Drive
Baton Rouge, LA  70819
225-214-3707  phone





*AMD65 7.62X39*

---

[5]       Weapon manufactured by Red Jacket Firearms for sale by JoeKen Firearms.  Photo taken from JoeKen Firearms (www.joeken.net).

40

**Robinson Armament Company**
**www.robarm.com**

P.O. Box 16776
Salt Lake City, UT  84116
801-355-0401  phone
801-355-0402  fax





*VEPR KTR-03*



*M96 Expeditionary Rifle*

**Rock River Arms, Inc.**
**www.rockriverarms.com**

1042 Cleveland Road
Colona, IL  61241
309-792-5780  phone
309-792-5781  fax





## CAR A2'S

| | |
|---|---|
| CALIBER . . . . . . . . . . . . . . . . . . . .223/5.56 | |
| WEIGHT . . . . . . . . . . . . . . . . . . 7 Pounds | |
| TRIGGER . . . . . . . . . . *National Match Two Stage* | |
| BARREL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16˝ Chrome Moly, 1:9 Twist | |
| HANDGUARDS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Mid Length or CAR Handguards | |
| BUTTSTOCK . . . . . . . . . . . . . . . . . . . . . . A2 or Tactical A4 Non-collapsible Buttstock | |
| OPTIONS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Black or Green, Muzzle Brake | |

### CAR A2 - CAR HANDGUARDS
With A2 Buttstock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$700** • Retail **$925**
With A4 Non-collapsible Buttstock, Black only. . . . . . **$725** • Retail **$950**

### CAR A2M - MID LENGTH HANDGUARDS
With A2 Buttstock. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$700** • Retail **$925**
With A4 Non-collapsible Buttstock, Black only. . . . . . **$725** • Retail **$950**

**RPB Industries**
**www.rpbusa.com**

P.O. Box 367
Avondale Estates, GA  30002
800-858-0809  phone







*MPA20 SSA*



**Tactical Weapons Training Academy**
**www.tactical-weapons.com**



4613 E. Ivy Street
Suite 102
Mesa, AZ  85205
480-830-5652  phone
928-396-1538  fax



*SP10 9mm Sporting Rifle*



*SW 760 Sporting Rifle*

**Tactical Weapons Training Academy**



*SW AR47 CAR 7.62*39 Sporting Rifle*



*SW 32 Sporting Rifle*

**Tromix Corp.**
**www.tromix.com**

405 N. Walnut Avenue, #8
Broken Arrow, OK  74012
918-251-5640  phone





*223 Tack-Hammer:  FDR*



*.204 Ruger Tack-Hammer*

46

**Valkyrie Arms, Ltd.**
**www.valkyriearms.com**

120 State Avenue NE, #381
Olympia, WA  98501
360-482-4036  phone





*Browning 1919 A4 .30 caliber*



*US M3-A1 Grease Gun*



*Sten Gun*

**Vector Arms, Inc.**
**www.vectorarms.com**

270 West 500 North
North Salt Lake, UT  84054
801-295-1917  phone
801-295-9316  fax



*Full-Size Post-Ban UZI*



*Mini Post-Ban UZI*



*RPD Semi-Auto*

48

**Vector Arms, Inc.**



*V-53*



*AK-47*



*AK-47*

**Vulcan Armament, Inc.**
**www.vulcanarmament.com**

P.O. Box 2473
Inver Grove Heights, MN  55076-8473









*V15-100 Rifle*

50

**Vulcan Armament, Inc.**



*V94-100*



*V73-100 Rifle*

**Wilson Combat & Scattergun Technologies**
**www.wilsoncombat.com**

2234 CR 719
Berryville, AR  72616
870-545-3635  phone
870-545-3310  fax





*UT-15 Urban Tactical Rifle*



*M-4T Tactical Carbine*

52

**Z-M Weapons**
**www.zmweapons.com**

203 South Street
Bernardston, MA  01337
413-648-9501  phone
413-648-0219  fax





*LR-300SRF Post Ban Compensated Fixstock*

## Section Four:
## A Listing of Assault Weapon Manufacturers by State

| State | Manufacturer | City |
|-------|--------------|------|
| Arkansas | Wilson Combat & Scattergun Technologies | Berryville |
| Arizona | American Spirit Arms, Corp. | Scottsdale |
| | Arizona Expert Arms | Gilbert |
| | Bobcat Weapons Inc. | Mesa |
| | Cavalry Arms Corp. | Mesa |
| | Tactical Weapons Training Academy | Mesa |
| California | Entréprise Arms | Irwindale |
| | L&G Weaponry | Huntington Beach |
| Colorado | Feather USA | Eaton |
| Connecticut | Colt's Manufacturing Company LLC | Hartford |
| Florida | B & K Custom Firearms | Jacksonville |
| | Century International Arms Inc. | Boca Raton |
| | Knight's Manufacturing Company | Vero Beach |
| Georgia | RPB Industries | Avondale Estates |
| Illinois | ArmaLite, Inc. | Geneseo |
| | DS Arms, Inc. | Barrington |
| | Eagle Arms | Geneseo |
| | Les Baer Custom, Inc. | Hillsdale |
| | Rock River Arms, Inc. | Colona |
| Kentucky | DoubleStar Corp. | Winchester |

55

| State | Manufacturer | City |
|---|---|---|
| Louisiana | Red Jacket Firearms | Baton Rouge |
| Maine | Bushmaster Firearms, Inc. | Windham |
| Maryland | Beretta U.S.A. Corp. | Accokeek |
| | Fulton Armory | Savage |
| Massachusetts | Z-M Weapons | Bernardston |
| Minnesota | DPMS (Defense Procurement Manufacturing Services, Inc.) | St. Cloud |
| | Vulcan Armament, Inc. | Inver Grove Heights |
| Nevada | Armscor Precision Inc. | Las Vegas |
| | Arsenal Inc. | Las Vegas |
| New York | Kahr Arms/Auto-Ordnance | Blauvelt |
| Ohio | Hi-Point Firearms | Dayton |
| | Ohio Ordnance Works | Chardon |
| | Rapid Fire | Troy |
| Oklahoma | Tromix Corp. | Broken Arrow |
| Tennessee | Barrett Firearms Manufacturing, Inc. | Murfreesboro |
| Utah | L.A.R. Manufacturing, Inc. | West Jordan |
| | Robinson Armament Company | Salt Lake City |
| | Vector Arms, Inc. | North Salt Lake |
| Virginia | Alexander Arms, LLC | Radford |
| | Heckler & Koch | Sterling |
| Washington | Olympic Arms, Inc. | Olympia |
| | Valkyrie Arms, Ltd. | Olympia |

The Violence Policy Center (VPC) is a national non-profit educational organization that conducts research and public education on firearms violence and provides information and analysis to policymakers, journalists, advocates, and the general public.  The Center examines the role of firearms in America, analyzes trends and patterns in firearms violence, and works to develop policies to reduce gun-related death and injury.  This study was authored by VPC Executive Director Josh Sugarmann and VPC Policy Analyst Marty Langley, and was edited by VPC Publications Coordinator Aimée Newth.  Research assistance was supplied by Sofia Checa.  This study was funded in part with the support of The David Bohnett Foundation, The California Wellness Foundation, Richard and Rhoda Goldman Fund, The George Gund Foundation, The Joyce Foundation, and, The John D. and Catherine T. MacArthur Foundation.  Past studies released by the VPC include:

- *Vest Buster:  The .500 Smith & Wesson Magnum—The Gun Industry's Latest Challenge to Law Enforcement Body Armor* (June 2004)
- *A Further Examination of Data Contained in the Study "On Target" Regarding Effects of the 1994 Federal Assault Weapons Ban* (April 2004)
- *Really Big Guns:  Even Bigger Lies* (March 2004)
- *Illinois:  Land of Post-Ban Assault Weapons* (March 2004)
- *When Men Murder Women:  An Analysis of 2001 Homicide Data* (September 2003)
- *Bullet Hoses—Semiautomatic Assault Weapons:  What Are They?  What's So Bad About Them?* (May 2003)
- *"Officer Down"—Assault Weapons and the War on Law Enforcement* (May 2003)
- *Firearms Production in America 2002 Edition—A Listing of Firearm Manufacturers in America with Production Histories Broken Out by Firearm Type and Caliber* (March 2003)
- *"Just Like Bird Hunting"—The Threat to Civil Aviation from 50 Caliber Sniper Rifles* (January 2003)
- *Sitting Ducks—The Threat to the Chemical and Refinery Industry from 50 Caliber Sniper Rifles* (August 2002)
- *License to Kill IV:  More Guns, More Crime* (June 2002)
- *American Roulette:  The Untold Story of Murder-Suicide in the United States* (April 2002)
- *The U.S. Gun Industry and Others Unknown—Evidence Debunking the Gun Industry's Claim that Osama bin Laden Got His 50 Caliber Sniper Rifles from the U.S. Afghan-Aid Program* (February 2002)
- *"A .22 for Christmas"—How the Gun Industry Designs and Markets Firearms for Children and Youth* (December 2001)
- *Kids in the Line of Fire:  Children, Handguns, and Homicide* (November 2001)
- *Unintended Consequences:  Pro-Handgun Experts Prove That Handguns Are a Dangerous Choice For Self-Defense* (November 2001)
- *Voting from the Rooftops:  How the Gun Industry Armed Osama bin Laden, Other Foreign and Domestic Terrorists, and Common Criminals with 50 Caliber Sniper Rifles* (October 2001)
- *Shot Full of Holes:  Deconstructing John Ashcroft's Second Amendment* (July 2001)
- *Hispanics and Firearms Violence* (May 2001)
- *Where'd They Get Their Guns?—An Analysis of the Firearms Used in High-Profile Shootings, 1963 to 2001* (April 2001)
- *A Deadly Myth:  Women, Handguns, and Self-Defense* (January 2001)
- *Handgun Licensing and Registration:  What it Can and Cannot Do* (September 2000)
- *Pocket Rockets:  The Gun Industry's Sale of Increased Killing Power* (July 2000)
- *Guns For Felons:  How the NRA Works to Rearm Criminals* (March 2000)
- *One Shot, One Kill:  Civilian Sales of Military Sniper Rifles* (May 1999)
- *Cease Fire:  A Comprehensive Strategy to Reduce Firearms Violence* (Revised, October 1997)

*Violence Policy Center, 1140 19th Street, NW, Suite 600, Washington, DC  20036*
*202-822-8200  phone, 202-822-8205  fax, www.vpc.org web*

©July 2004, Violence Policy Center

**About the Violence Policy Center**

The Violence Policy Center (VPC) is a national nonprofit educational
organization working to reduce death and injury from firearms. As America's
premier think tank on gun policy, the VPC studies current firearms issues and
provides information to policymakers, journalists, public health professionals,
and grassroots activists.

 **Violence Policy Center**      www.vpc.org