Exhibit 62

To Defendants' Memorandum in Support of Motion for

Summary Judgment

## DECLARATION OF STEPHEN SCHNEIDER

I, Stephen Schneider, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1.      I am over the age of 18, have personal knowledge of the facts and events referred to in this Affidavit, and am competent to testify to the matters stated below.

2.      I am the President of the Maryland Licensed Firearm Dealers Association, Inc. ("MLFDA").

3.      MLFDA represents the constitutional and economic interests of its numerous firearm dealer members in the State of Maryland as well as those of its members' customers and potential customers.  MLFDA advocates on behalf of its individual members, customers and potential customers.

4.      I also am the owner and operator of Atlantic Guns, a federal firearm licensed dealer and Maryland regulated firearms Dealer with locations in Silver Spring and Rockville, Maryland.  Atlantic Guns is a family business that was founded by George Schneider in 1950.

5.      In addition to offering gunsmithing and appraisal services, Atlantic Guns engages in the sale of firearms, including regulated firearms, firearm parts and equipment, magazines and ammunition.

6.      The implementation of SB 281 will cause MLFDA's individual members, including Atlantic Guns, significant economic injury, insofar as these entities currently sell firearms which will be more strictly regulated or prohibited by SB 281. SB 281's Handgun Qualification License requirement, for which the Maryland State Police have yet to establish implementing regulations, will effectively bring a stop to all handgun sales on October 1, 2013, with no way to know when those sales may resume. Furthermore, regulated long guns classified

as "assault weapons" by SB 281 represent a substantial number of all long guns sold by MLFDA's individual members, including Atlantic Guns. In fact, firearms based on the AR-15 platform currently are far and away the most commonly purchased long gun in Maryland, and are in common possession and use by the residents of Maryland. Additionally, MLFDA's individual members, including Atlantic Guns, will no longer be able to sell standard capacity detachable magazines holding in excess of ten rounds, which not only represents the loss of a significant portion of revenue for MLFDA's individual members, including Atlantic Guns, but also will necessitate the refunding to purchasers of regulated handguns some amount of the purchase price to compensate them for receiving a handgun with no included magazines, significantly diminishing the dealer's profit. Finally, there exists no market for detachable magazines holding ten rounds or fewer, in terms of magazines in circulation or scheduled for production, sufficient to provide all handgun purchasers with a magazine for their handgun; a purchaser may wait several months, or longer, before he or she can acquire any sort of magazine for a handgun purchased on or after October 1, 2013, rendering that handgun either a single-shot or totally unusable.

I declare under penalty of perjury that the foregoing is true and correct.

Stephen Schneider

Date 9/20/13