Exhibit 69

To Defendants' Memorandum in Support of Motion for

Summary Judgment



# The Legend Continues

Register   |   Login

HOME

CATALOG ▼   SHOP ONLINE ▼   CUSTOMER SERVICES ▼   COMPANY ▼   COLT IN THE MEDIA ▼   CONTACT

COLT PISTOLS

COLT REVOLVERS

COLT RIFLES

CUSTOM FIREARMS

SPECIAL EDITIONS



**SHOP ONLINE TOP 10**

Handgun Case All 1911 Models
45 ACP, 8 Rd Blue, Govt/Comm
45 ACP, 7 Rd Blue, Govt/Comm
14in Soft Pistol Case
45 ACP, 8 Rd Stainless,…
LaserMax CenterFire Laser…
Grey with Black Logo Colt…
Men's Black Single Action…
10mm, 8 Rd Blue, Delta Elite
380 Auto, 7 Rd Blue, Govt

**SELECT A RIFLE**

> Colt LE901-16S
> Colt LE6940 Series
> Colt LE6920 Series
> Colt California Compliant Carbines
> Colt Bolt Action Rifles

## About Colt Rifles

Colt rifle customers want the genuine article. They know that the story of today's Colt commercial and sporting rifles began with the Stoner AR-15® design that Colt transformed into a military-grade rifle -- the Colt M16 automatic rifle. First deployed in the early days of the Vietnam War, the M16 followed in the footsteps of its Colt ancestors, establishing the quality, reliability and performance benchmarks by which all tactical military rifles have since been measured.

Nearly half a century has elapsed since the United States Government first fielded the Colt M16. Since that time Colt has never surrendered its position as manufacturer of the world's preeminent combat rifles. During the War on Terror that followed September 11, 2001, American troops have increasingly been outfitted with the Colt M4 carbine, successor to the Colt M16 and proud bearer of the American and Colt military tradition.

Colt's rifles are the only rifles available to sportsmen, hunters and other shooters that are manufactured in the Colt factory and based on the same military standards and specifications as the United States issue Colt M16 rifle and M4 carbine. Colt customers want the best, and none of Colt's competitors can match the quality, reliability, accuracy and performance built into every Colt rifle.

**DOWNLOADS**

| | |
|---|---|
| 2013 Custom Shop Retail Price List | 195.1 KB |
| 2013 Retail Price List August (web) | 266.6 KB |
| 2014 Colt Catalog-Low | 7.1 MB |
| Archive Properties 2013 Price List | 415.0 KB |
| M2012 Spec Sheet | 985.6 KB |
| Mustang XSP Spec Sheet | 473.3 KB |

Copyright 2013 by Colt's Manufacturing Company LLC                                               Register   |   Login
Privacy Statement   |   Terms of Use   |   Terms & Conditions of Purchase         Shop Online | Catalog | Downloads | Contact | Site Map | Search
website by: Visual Planet - Swanzey Internet Group