Exhibit 70

To Defendants' Memorandum in Support of Motion for

Summary Judgment



# BUSHMASTER
## F I R E A R M S

Over 30 years of
quality and service

# 2011
## Bushmaster Product Catalog

FIREARMS / RECEIVERS / BARRELS
PARTS & ACCESSORIES





**RESPECT IS EARNED**

# WHAT GOES INTO A BUSHMASTER®
# IS WHAT MAKES IT A BUSHMASTER.

*Hard-coated aluminum receivers are corrosion-proof, lightweight and abrasion resistant.*

*Our highly efficient gas operating system delivers impeccably smooth, rapid cycling while significantly reducing felt recoil.*

*All Bushmaster® barrels are precision-machined from 4150 chrome moly-vanadium steel and hardened to C26-33 on the Rockwell scale for the utmost in accuracy and longevity. Barrels are also chrome lined for added corrosion resistance.*

*Relentless testing with over 6 million rounds fired each year.*

## SINCE 1978, THE FINEST COMMERCIAL AR-STYLE PLATFORM RIFLES IN THE WORLD

- Bushmaster® is the leading supplier of AR-style rifles and accessories in the U.S.
- Preferred choice of domestic, state and local law enforcement
- Serving law-enforcement agencies and militaries of more than 50 foreign nations
- A leading choice for competitive and recreational shooters and hunters

## TORTURE TESTED, BATTLE PROVEN

- Bushmaster® firearms and accessories undergo a rigorous testing process to ensure the highest levels of ruggedness, longevity and precision
- Proved by 32 years of experience in law enforcement, foreign military service, competitive shooting and hunting worldwide

## CONSISTENCY, ACCURACY AND QUALITY CONTROL

- Every Bushmaster® component is scrutinized and precision-tuned to deliver unmatched accuracy
- Bushmaster® barrels are made exclusively from fine 4150 chrome moly-vanadium steel
- Unmatched quality control with the most stringent series of inspections in the industry



# ANY PROBLEM, ONE SOLUTION.

## BUSHMASTER® ACR™ (ADAPTIVE COMBAT RIFLE). THE WORLD'S MOST ADAPTIVE MODULAR RIFLE.

- The first of its kind, and designed to master the extreme scenarios faced in the world of law enforcement and personal defense

- Redefines the term "modular" with the extraordinary ability to change calibers, barrel lengths and stock configurations in minutes — without the use of any tools

- Born of a collaborative effort between Bushmaster,® Magpul® and Remington® to create the ultimate military combat weapons system

- Built specifically for law enforcement and tactical markets

- Tested in the most brutal conditions on earth

- Now available in State Compliant, ORC, Basic Folder, Enhanced and LE

## TABLE OF CONTENTS

| | |
|---|---|
| ACR™ | 4 |
| Large Bore Rifles | 6 |
| Hunting Rifles | 7 |
| Patrolman Rifles | 10 |
| MOE™ Series Rifles | 12 |
| Competition Rifles | 16 |
| Law Enforcement Rifles | 19 |
| Price List | 20 |
| Receivers | 22 |
| Barrel Assemblies | 27 |
| Muzzle Brakes | 37 |
| Magazines | 39 |
| Pistol Grips and Buttstocks | 45 |
| Hand Guards and Accessories | 53 |
| Gunsmithing Accessories | 56 |
| Sights, Scopes and Mounts | 67 |
| Apparel | 82 |

# AS MISSION-ADAPTABLE AS THE PROFESSIONALS IT'S BUILT TO SERVE.



*Bushmaster® ACR™ Basic ORC*
*(ACR SS 16M4ORC B) (90836) Black*
*(ACR SS 16M4ORC C) (90837) Coyote*

**NEW**

*Bushmaster® ACR™ A-TACS® Basic*
*(ACR SS 16M4 A) (90820)*

**NEW**

## ONE RIFLE FOR AN INFINITE NUMBER OF EXTREME SCENARIOS

## ORC & BASIC ACR™ FEATURES

- 16 ½" cold hammer-forged barrel with melonite coating for extreme long life
- A2 birdcage-type hider to control muzzle flash
- Adjustable, two-position, gas piston-driven system for firing suppressed or unsuppressed, supported by hardened internal bearing rails
- Tool-less, quick-change barrel system available in 10.5", 14.5" and 16.5" and in multiple calibers
- Multi-caliber bolt carrier assembly quickly and easily changes from 223/5.56mm NATO to 6.8mm Rem SPC (spec II chamber)
- Free-floating MIL-STD 1913 monolithic top rail for optic mounting

- Fully ambidextrous controls including magazine release, bolt catch and release, fire selector and non-reciprocating charging handle
- High-impact composite hand guard with heat shield — accepts rail inserts
- High-impact composite lower receiver with textured magazine well and modular grip storage
- Fixed high-impact composite A-frame stock with rubber butt pad and sling mounts (ORC & A-TACS®)
- Folding and six-position telescoping high-impact polymer stock with rubber butt pad and sling mount (basic folder only)
- Magpul® MBUS front/rear flip sights (basic only)
- Ships in oversized hard case for accessory storage, includes 30-round PMAG™







*Bushmaster® State-Compliant ACR™*
*(ACR SS 16M4 BP) (90720)*

## STATE-COMPLIANT ACR™ FEATURES

- Permanently pinned and welded Izzy muzzle brake
- Tool-less quick change-over barrel system available in multiple calibers
- Free-floating MIL-STD 1913 monolithic top rail for optic mounting
- Two-point push-button sling front



*Bushmaster® Basic ACR™ Folder*
*(ACR SS 16M4BF B) (90838) Black*

**NEW**

*(ACR SS 16M4BF C) (90847) Coyote*
- Folding and six-position telescoping high-impact polymer stock with rubber butt pad and sling mounts

*Bushmaster® ACR™ Enhanced Configuration*
*(ACR FR 16M4 B) (90704)*

*Bushmaster® ACR™ Enhanced Configuration*
*(ACR FR 16M4 C) (90705)*

## ENHANCED ACR™ FEATURES

All the attributes of the basic ACR™ with these additional features:

- AAC® blackout flash hider with exceptional signature reduction
- Three-sided aluminum hand guard with integral MIL-STD 1913 rail for accessory mounting
- Folding and six-position telescoping high-impact polymer stock with rubber butt pad and sling mounts
- Two-point push-button sling front

*Complete listing of ACR™ parts and accessories section on page 46.*

**ADAPTIVE COMBAT RIFLES**

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---------|---------|---------------------|----------------|---------------|--------|--------|------|
| ACR SS 16M4 BP | 5.56mm/223 Rem. | 8.2 lbs. | 35" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,343 |
| ACR SS 16M4 A | 5.56mm/223 Rem. | 8.2 lbs. | 35" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,540 |
| ACR FR 16M4 B | 5.56mm/223 Rem. | 8.2 lbs. | 33"-36" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,699 |
| ACR FR 16M4 C | 5.56mm/223 Rem. | 8.2 lbs. | 35" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,699 |
| ACR SS 16M4BF B | 5.56mm/223 Rem. | 8.2 lbs. | 33"-36" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,490 |
| ACR SS 16M4BF C | 5.56mm/223 Rem. | 8.2 lbs. | 33"-36" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,490 |
| ACR SS 16M4ORC B | 5.56mm/223 Rem. | 8.0 lbs. | 35" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,343 |
| ACR SS 16M4ORC C | 5.56mm/223 Rem. | 8.0 lbs. | 35" | 16.5" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/melonite-coated bore/chamber | $2,343 |

# LARGE BORE

## THE BUSHMASTER® BA50.
## MONSTROUS LONG-RANGE POWER MEETS LONG-RANGE ACCURACY.



*Bushmaster® BA50 Carbine*
*(BCW3M 22-50BMGLW) (90101)*

*Bushmaster® BA50 Rifle*
*(BCW3M 30-50BMGLW) (90102)*

- Rifle (30" barrel) and carbine (22" barrel) versions
- Rate of twist: 1 in 15"
- Barrel free-floated within vented fore-end
- Bolt action: bolt is on left side of receiver
- Magpul® PRS adjustable buttstock with LimbSaver® recoil pad
- High-efficiency recoil-reducing brake minimizes rearward force comparable to 243 Win
- Disassembles like an AR-type rifle for cleaning and maintenance

- MIL-STD 1913 rail at 12 o'clock position on vented fore-end
- Lower receiver machined from T6-6061 aluminum billet
- Steel bipod with folding legs
- ErgoGrip Deluxe Tactical pistol grip
- Manganese phosphate finish on steel parts
- Hard anodized black finish on aluminum parts (mil. spec.)
- Shipped with Storm hard case and two 10-round magazines

## BIG-BORE POWER WITH THE SPEED AND VERSATILITY OF AR-STYLE RIFLE.



*450 Bushmaster® Rifle (shown)*
*(BCWVMS 20-45) (90431)*

*450 Bushmaster® Carbine*
*(BCWVMS 16-45) (90425)*

- 20" barrel rifle or 16" barrel carbine with 1 in 24" twist
- Upper and lower receivers made of mil. spec. aluminum
- Barrels free-floated within fore-ends for peak accuracy

- Izzy muzzle brake and gas-impingement system reduce recoil to a moderate thump for optimum multiple-shot control
- Shipped with hard case, yellow safety block, 5-round magazine and manual

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| BCW3M 22-50BMGLW | 50 BMG | 30 lbs. | 50" | 22" | 1"-14UNS-ZA | Lothar Walther barrel, free-floating with vented fore-end | $5,262 |
| BCW3M 30-50BMGLW | 50 BMG | 30 lbs. | 58" | 30" | 1"-14UNS-ZA | Lothar Walther barrel, free-floating with vented fore-end | $5,299 |
| BCWVMS 20-45 | 450 Bushmaster | 8.3 lbs. | 39.5" | 20" | 11/16 x 24 | 4150 chrome-moly steel w/coated bore/chamber | $1,441 |
| BCWVMS 16-45 | 450 Bushmaster | 8.1 lbs. | 35.5" | 16" | 11/16 x 24 | 4150 chrome-moly steel w/coated bore/chamber | $1,426 |



## 308 HUNTER AND 308 VISTA HUNTER.

*Available in Camo*



*Bushmaster® 308 Hunter Rifle*
*(BCWVMS 30820F Hunter) (90821)*    **NEW**

*Bushmaster® 308 Vista Rifle*
*(BCWVMS 30820F Vista) (90822)*   **NEW**

- 20" fluted 4150 chrome moly-vanadium barrel with crowned muzzle
- Mid-length gas system for smoother recoil
- Free-floating, vented aluminum fore-end
- Hogue® rubberized pistol grip
- A2 grip on Vista

- Standard A2 stock
- Two ¾" mini-risers for optics mounting
- MOE™ trigger guard for gloved finger
- Ships in lockable hard case, operator's safety manual and 5-round magazine

## 308 ORC RIFLE. FOR SHOOTERS WHO INTEND TO IMMEDIATELY ADD THIRD-PARTY OPTICS.



*Bushmaster® 308 ORC*
*(BCWVMF 308160RCE) (90702)*   **NEW**

- Caliber — 308 Win/7.62 NATO 18" heavy profile with mid-length gas system and A2 birdcage flash hider
- Receiver length Picatinny optics rail with two ½" optics risers
- Milled gas block

- Heavy oval hand guards
- Six-position telescoping stock — reduces overall length by 4" when collapsed for convenient carry
- Shipped in a lockable hard case with operator's safety manual, 20-round magazine and yellow safety block

**LARGE BORE/308 HUNTING**

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---------|---------|--------------------|--------------|--------------|--------|--------|------|
| BCWVMS 30820F Hunter | 308 WIN./7.62 NATO | 8.2 lbs. | 35" | 16.5" | 5/8 x 24 | Chrome-moly steel w/coated bore/chamber | $1,518 |
| BCWVMS 30820F Vista | 308 WIN./7.62 NATO | 8.2 lbs. | 35" | 16.5" | 5/8 x 24 | Chrome-moly steel w/coated bore/chamber | $1,618 |
| BCWVMF 308160RCE | 308 WIN./7.62 NATO | 7.75 lbs. | 37.25" | 16" | 5/8 x 24 | Chrome-moly steel w/coated bore/chamber | $1,418 |

# BUSHMASTER® PREDATOR RIFLES



*Bushmaster® Predator Rifle
(PCWVMS 20FPRED8) (90629)*

## A SLIGHTLY SHORTER, LIGHTER BUSHMASTER® — THE QUICKEST, MOST DEADLY PREDATOR IN THE FOOD CHAIN.

- 20" Bushmaster® barrel is fluted 4150 chrome moly-vanadium steel (non-chrome-lined) with sharp 1 x 8" twist rifling for the heavier bullets typically used on bigger varmints and predators
- Features include a hybrid SAAMI spec. chamber
- Two-stage competition trigger (3 ½-lb. takeoff, 1-lb. letoff)

- Vented tubular aluminum free-floater fore-end with bipod stud
- Hogue® rubberized pistol grip
- 5-round magazine (legal for hunting in most states)
- Shipped with safety bock and operator's manual in a lockable, foam-padded hard case

# BUSHMASTER® A-TACS® PREDATOR RIFLES



*Bushmaster® A-TACS® Predator Rifle
(PCWVMS 20FPRED8 A) (90823)*

**NEW**

- Coated in A-TACS® digital camouflage for superior concealment
- Fluted 20" extra-heavy Bushmaster® predator barrel (1" dia. out to gas block) with 11" competition muzzle crown
- 1 in 8" twist (non-chrome-lined) for the heavier bullets, free-floated with a vented aluminum fore-end

- Two-stage competition trigger (3 ½-lb. takeoff, 1-lb. letoff)
- Shipped with 5-round magazine and manual in a lockable, foam-padded hard case

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| PCWVMS 20FPRED8 | 5.56mm/223 Rem. | 8 lbs. | 38.25" | 20" | Crowned | Fluted, chrome-moly steel (non-chrome-lined) | $1,359 |
| PCWVMS 20FPRED8 A | 5.56mm/223 Rem. | 8 lbs. | 38.25" | 20" | Crowned | Fluted, chrome-moly steel (non-chrome-lined) | $1,459 |

**PHONE ORDERS: 1.800.998.7928**



# BUSHMASTER® VARMINTER RIFLE



*Bushmaster® Varminter Rifle*
*(PCWVMS 24FVAR9) (90641)*

## EXTENDED-RANGE ACCURACY, RAPID FOLLOW-UPS, LIGHT RECOIL AND BUSHMASTER® RELIABILITY — BUILT SPECIFICALLY FOR VARMINT HUNTERS.

- 24" extra-heavy Bushmaster® varmint barrel (1" dia. out to gas block) with 11° competition crowned muzzle

- Shipped with hard case, 5-round magazine and manual

- Fluted barrel (non-chrome-lined) with a 1-in-9" rate of twist is free-floated within the vented fore-end

- Competition two-stage trigger (3 ½-lb. takeoff, 1-lb. letoff)

# BUSHMASTER® A-TACS® VARMINTER RIFLE



*Bushmaster® A-TACS® Varminter Rifle*
*(PCWVMS 24FVAR9 A) (90824)*   **NEW**

- Coated in A-TACS® digital camouflage for superior concealment

- Fluted 24" extra-heavy Bushmaster® varmint barrel (1" dia. out to gas block) with 11° competition muzzle crown

- 1-in-9" twist (non-chrome-lined) free-floated with a vented aluminum fore-end

- Two-stage competition trigger (3 ½-lb. takeoff, 1-lb. letoff)

- Shipped with hard case, 5-round magazine and manual

**223 HUNTING**

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| PCWVMS 24FVAR9 | 5.56mm/223 Rem. | 8.4 lbs. | 42.25" | 24" | Crowned | Fluted, extra heavy profile/chrome-moly steel | $1,374 |
| PCWVMS 24FVAR9 A | 5.56mm/223 Rem. | 8.4 lbs. | 42.25" | 24" | Crowned | Chrome-moly steel w/coated bore/chamber | $1,474 |

# M4 TYPE PATROLMAN'S CARBINES



**BEST SELLER**

*M4 Type Patrolman's Carbine (shown)*
*(BCWA3F 16M4) (90289)*

*M4 Type Patrolman's Carbine*
*(BCWA2F 16M4) (90216)*

## OUT ON PATROL, AT THE RANGE OR EVEN AT HOME.
## VERSATILITY FOR ALL OF THE ABOVE.

- 16" barrel is chrome-lined in both bore and chamber
- Features A2 birdcage-type suppressor to control muzzle flash
- Six-position telestock for light weight and quick handling

- A2 (fixed handle) features 1 MOA elevation and ½ MOA windage adjustments
- A3 (removable handle) features ½ MOA elevation and ½ MOA windage adjustments

# 6.8MM SPC & 7.62 X 39MM CARBINES



*6.8mm SPC Caliber (A3 — Removable Handle)*
*Rifle with Telestock (shown)*
*(BCWA3F 16M468) (90298)*

*7.62 x 39mm (A3 — Removable Handle)*
*Rifle with Telestock*
*(BCWA3F 16M439) (90297)*

## A POWERFUL ARGUMENT
## FOR VERSATILITY OF THE AR PLATFORM.

- 6.8mm SPC (Special Purpose Cartridge) delivers the added power and improved terminal energy of a 270 cal.; over 2600 FPS velocity with 115-gr. bullets
- 7.62 x 39mm delivers the added power and similar performance of a 30-30 cal.; over 2300 FPS velocity with 122-gr. bullets

- 16" M4 profile barrel fitted with Izzy muzzle brake
- Six-position telestock standard. Other options available
- Shipped with hard case, sling, 26-round magazine and manual

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| BCWA3F 16M4 | 5.56mm/223 Rem. | 6.7 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $1,224 |
| BCWA2F 16M4 | 5.56mm/223 Rem. | 6.7 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $1,150 |
| BCWA3F 16M468 | 6.8mm SPC | 6.57 lbs. | 32.75" | 16" | 5/8 x 24 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $1,314 |
| BCWA3F 16M439 | 7.62 x 39mm | 6.57 lbs. | 32.75" | 16" | 5/8 x 24 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $1,314 |



# QUAD RAIL PATROLMAN'S CARBINE



*Quad Rail A3*
*(BCWA3F 16M4 QR) (90831)*

*Quad Rail A2*
*(BCWA2F 16M4 QR) (90830)*

**NEW**

- 16" 4150 chrome moly-vanadium barrel is chrome-lined in both bore and chamber with A2 birdcage-type suppressor free-float quad rail fore-end
- Free-float quad rail fore-end increases accuracy and enables accessory mounting

- Six-position telestock for light weight and quick handling
- Ships with a lockable hard case, operator safety manual, yellow safety block, sling and 30-round magazine

## ORC® CARBINES



*ORC Carbine with Telestock*
*(BCWVMF 16M4ORC) (90391)*

### ANY OPTICS, ANY PURPOSE, ANYWHERE.
### THE BUSHMASTER® ORC® (OPTICS READY CARBINE).

- 16" M4 profile barrel is chrome-lined in both bore and chamber
- A2 (fixed handle) birdcage suppressor
- Receiver-length Picatinny optics rail featuring two ½" optics riser blocks

- Bushmaster® front flip-up sight can be mounted over the milled gas block
- Features heavy oval M4-type handguards
- Six-position telestock reduces overall length by 4" when fully collapsed

**PATROLMAN'S CARBINES**

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---------|---------|---------------------|----------------|---------------|--------|--------|------|
| BCWA3F 16M4 QR | 5.56mm/223 Rem. | 8.2 lbs. | 35" | 16" | ½ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $1,336 |
| BCWA2F 16M4 QR | 5.56mm/223 Rem. | 8.2 lbs. | 35" | 16" | ½ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $1,262 |
| BCWVMF 16M4ORC | 5.56mm/223 Rem | 6 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $1,068 |

# MOE™ M4-TYPE CARBINE



*MOE™ A-TACS® Carbine*
*(BCWA3F 16M4 MOEA) (90826)*

*Black*
*(BCWA3F 16M4 MOE) (90291)*

*Flat Dark Earth*
*(BCWA3F 16M4 MOED) (90687)*

*OD Green*
*(BCWA3F 16M4 MOEG) (90688)*

## THE NO. 1 AR-STYLE PLATFORM IN AMERICA, ENHANCED WITH MAGPUL® EQUIPMENT.

- 16" barrel is chrome lined in both bore and chamber
- Magpul® MBUS rear flip sight
- Magpul® MOE™ adjustable buttstock with strong A-frame design and rubber buttplate
- Magpul® MOE™ pistol grip accepts MIAD storage cores; 30-round PMAG™
- Available in Black, OD Green, Flat Dark Earth and A-TACS®

# MOE™ GAS PISTON CARBINE



**NEW**

*MOE™ Gas Piston Carbine*
*(BCWA3F 16M4 GP MOE) (90825)*

*Flat Dark Earth*
*(BCWA3F 16M4 GP MOED) (90843)*

*OD Green*
*(BCWA3F 16M4 GP MOEG) (90844)*

- 16" barrel is chrome-lined in both bore and chamber with gas piston system
- Magpul® MOE™ carbine handguard fits over gas piston system and accepts rail sections
- Magpul® MBUS rear flip sight
- Magpul® MOE vertical grip
- Magpul® MOE™ adjustable stock with strong A-frame design and rubber butt pad
- Magpul® MOE™ pistol grip, accepts MIAD storage cores
- 30-round PMAG™ in Black (all SKUs)
- Available in Black, OD Green and Flat Dark Earth

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---------|---------|---------------------|----------------|---------------|--------|--------|------|
| BCWA3F 16M4 MOE | 5.56mm/223 Rem. | 6.42 lbs. | 32.5" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16M4 MOED | 5.56mm/223 Rem. | 6.42 lbs. | 32.5" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16M4 MOEG | 5.56mm/223 Rem. | 6.42 lbs. | 32.5" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16M4 MOEA | 5.56mm/223 Rem. | 6.42 lbs. | 35.5" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,347 |
| BCWA3F 16M4 GP MOE | 5.56mm/223 Rem. | 6.22 lbs. | 35.5" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,396 |
| BCWA3F 16M4 GP MOED | 5.56mm/223 Rem. | 6.22 lbs. | 35.5" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,396 |
| BCWA3F 16M4 GP MOEG | 5.56mm/223 Rem. | 6.22 lbs. | 35.5" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,396 |



## MOE™ MID-LENGTH



NEW

### 16" MOE™ MID-LENGTH BLACK
*(BCWA3F 16M4 ML MOE) (90827)*

- 16" barrel is chrome-lined in both bore and chamber
- Mid-length gas system for smoother recoil
- Magpul® MOE™ mid-length handguard, accepts rail sections
- Magpul® MBUS rear flip sight
- Magpul® MOE™ adjustable stock with strong A-design and rubber butt pad

*Flat Dark Earth  (BCWA3F 16M4 ML MOED) (90839)*

*OD Green  (BCWA3F 16M4 ML MOEOD) (90840)*

- Magpul® MOE™ pistol grip, accepts MIAD storage cores
- Magpul® MOE™ vertical grip
- Available in Black, Flat Dark Earth and OD Green
- Ships with a lockable hard case, operator safety manual, yellow safety block sling and 30-round PMAG™ in Black (all SKUs)

## MOE™ 308 MID-LENGTH



NEW

### 16" MOE™ 308
*(BCWA3F 30816 ML MOE) (90828)*

- 308 Win./7.62 NATO 16" heavy profile barrel with chrome-lined bore and chamber
- Mid-length gas system for smoother recoil
- Magpul® MOE™ handguard, accepts rail sections
- Magpul® MBUS rear flip sight
- Magpul® MOE™ pistol grip, accepts MIAD storage cores



*Flat Dark Earth*
*(BCWA3F 30816 ML MOED)*
*(90841)*

*OD Green*
*(BCWA3F 30816 ML MOEG)*
*(90842)*

- Magpul® ACS adjustable stock storage compartments and rubber butt pad
- Magpul® MOE™ vertical grip
- 20-round MAG™ in Black (all SKUs)
- Available in Black, Flat Dark Earth and OD Green
- Ships with a lockable hard case, operator safety manual, yellow safety block, sling and 30-round PMAG™ in Black (all SKUs)

MODULAR CARBINE / MOE™ SERIES

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| BCWA3F 16M4 ML MOE | 5.56mm/223 Rem. | 5.9 lbs. | 32-7/8" | 16" | ½ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16M4 ML MOED | 5.56mm/223 Rem. | 5.9 lbs. | 32-7/8" | 16" | ½ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16M4 ML MOEOD | 5.56mm/223 Rem. | 5.9 lbs. | 32-7/8" | 16" | ½ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 30816 ML MOE | 308Win./7.62 Nato | 6.10 lbs. | 34" | 16" | 5/8 x 24 | 4150 chrome-moly steel w/coated bore/chamber | $1,448 |
| BCWA3F 30816 ML MOED | 308Win./7.62 Nato | 6.10 lbs. | 34" | 16" | 5/8 x 24 | 4150 chrome-moly steel w/coated bore/chamber | $1,448 |
| BCWA3F 30816 ML MOEG | 308Win./7.62 Nato | 6.10 lbs. | 34" | 16" | 5/8 x 24 | 4150 chrome-moly steel w/coated bore/chamber | $1,448 |

# MOE™ DISSIPATOR



*MOE™ Dissipator*
*(BCWA3F 16D MOE) (90829)*

**NEW**

*Flat Dark Earth*
*(BCWA3F 16D MOED) (90845)*

*OD Green*
*(BCWA3F 16D MOEG) (90846)*

- 16" heavy profile barrel with chrome-lined bore and chamber, rifle length sight radius
- Mid-length gas system for smoother recoil
- Magpul® MOE™ rifle length handguard, accepts rail sections
- Magpul® MBUS rear flip sight
- Magpul® ACS adjustable stock storage compartments and rubber butt pad

- Magpul® MOE™ pistol grip, accepts MIAD storage cores
- Magpul® MOE™ vertical grip
- Available in Black, Flat Dark Earth and OD Green
- Ships with a lockable hard case, operator safety manual, yellow safety block, sling and 30-round PMAG™ in Black (all SKUs)

# A.R.M.S. M4-TYPE CARBINE



*ARMS M4-Type Carbine with Telestock*
*(BCWA3F 16M4 ARMS) (90290)*

## THIS M4-TYPE GIVES YOU FRONT AND REAR FLIP SIGHTS, ALLOWING FOR OPTICS AND IRON SIGHTS IN THE SAME CARBINE.

- 16" barrel is chrome-lined in both bore and chamber
- A.R.M.S. 41-B front flip sight and A.R.M.S. 40 rear flip sight for instant conversion to optics mounting

- Magpul® MOE™ adjustable buttstock with strong A-frame design and streamlined look; 30-round PMAG™
- Hogue® pistol grip for non-slip handling

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| BCWA3F 16D MOE | 5.56mm/223 Rem. | 6.42 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16D MOED | 5.56mm/223 Rem. | 6.42 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16D MOEG | 5.56mm/223 Rem. | 6.42 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,247 |
| BCWA3F 16M4 ARMS | 5.56mm/223 Rem. | 6.22 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/coated bore/chamber | $1,568 |



# A-TACS® M4-TYPE CARBINE



*A-TACS® M4-Type Carbine with Telestock*
*(BCWA3F 16M4-ATAC) (90694)*

**NEW**

## THE NO. 1 AR-STYLE PLATFORM IN AMERICA, ENHANCED WITH MAGPUL® ORIGINAL EQUIPMENT.

- 16" 4150 chrome moly-vanadium barrel is chrome-lined in both bore and chamber
- Features A2 birdcage-type suppressor to control muzzle flash
- A-TACS® coated upper/lower receivers, stock, pistol grip, delta ring and hand guards
- Six-position telestock for light weight and quick handling

- Receiver-length Picatinny optics rail
- A.R.M.S.® 40L low profile flip-up rear sight
- Shipped in a lockable hard case with operator's safety manual, 30-round magazine, yellow safety block and black web sling
- One-year Bushmaster® warranty

## GAS PISTON ORC



*Bushmaster® Gas Piston ORC*
*(BCWA3F 16M4 GP NS) (90805)*

## THIS GAS PISTON CARBINE WAS DEVELOPED FOR SHOOTERS WHO INTEND TO ADD 3RD-PARTY OPTICS.

- Ultra-reliable, cool-operating gas piston operating system
- Accepts wider range of ammunition; less gas pressure required to operate
- Offers improved reliability with cleaner operation and reduced recoil
- Prevents fouling of the upper receiver and bolt carrier

- Easy cleaning of hard chrome-plated piston; access via detented plug in the gas block
- 16" 4150 chrome moly-vanadium barrel is chrome-lined in both bore and chamber with A2 birdcage-type suppressor
- Six-position adjustable telestock
- Shipped with hard case, yellow safety block, sling, 30-round magazine and manual

*MOE™ SERIES/ENHANCED M4*

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| BCWA3F 16M4-ATAC | 5.56mm/223 Rem. | 6.22 lbs. | 35.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/chrome-lined/chamber | $1,336 |
| BCWA3F 16M4 GP NS | 5.56mm/223 Rem. | 6.6 lbs. | 32.5" | 16" | ½ x 28 | 4150 chrome-moly steel w/chrome-lined/chamber | $1,336 |

# COMPETITION / CARBON 15

## TAC-DRIVING AR-STYLE ACCURACY, MILITARY-PROVEN PERFORMANCE.



*DCM-XR (A3 — Removable Handle)*
*(PCWA3S 20DCM8XR) (90581)*

*DCM-XR (A2 — Fixed Handle) (shown)*
*(PCWA2S 20DCM8XR) (90543)*

- Heavy 1", match-grade, button-rifled barrels with 1-in-8" twist
- Stay Straight™ dual aperture rear sight modified to accept four sizes
- Buttstock features a 3.62-lb. lead counterbalance weight

- Competition front sight available in either .052" or .062" widths
- Two-stage competition trigger, factory set for a 3.5-lb. first stage and a 1-lb. letoff, per CMP/NRA competition regulations
- Shipped with hard case, sling, two 10-round magazines and manual

## AMAZING AR-STYLE ACCURACY IN YOUR CHOICE OF THREE BARRELS.



*20" (A3 — Removable Handle)*
*Chrome-Lined Barrel (shown)*
*(BCWA3S 20) (90325)*

*20" (A2 — Fixed Handle)*
*Chrome-Lined Barrel*
*(BCWA2S 20) (90242)*

*24" (A3 — Removable Handle)*
*Chrome-Lined Barrel*
*(BCWA3S 24) (90333)*

*24" (A2 — Fixed Handle)*
*Chrome-Lined Barrel*
*(BCWA2S 24) (90247)*

*20" (A3 — Removable Handle)*
*Stainless Steel Barrel*
*(BCWA3S 20SS) (90331)*

*20" (A2 — Fixed Handle)*
*Stainless Steel Barrel*
*(BCWA2S 20SS) (90246)*

- A2 (fixed handle) upper receiver features a 300-800 meter rear sight system (with 1 MOA elevation and ½ MOA windage adjustments)
- A3 (removable handle) upper receiver has a 300-600 meter rear sight system with ½ MOA elevation and windage adjustments
- Shipped with hard case, sling, 30-round magazine and manual

- A3 (removable handle) upper receiver features a Picatinny mounting rail for easy attachment of most accessory sights, scopes or optic devices
- 4150 Chrome-moly steel barrels available in 20" and 24" lengths
- Available with optional polished stainless steel barrel

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| PCWA3S 20DCM8XR | 5.56mm/223 Rem. | 13.85 lbs. | 38.5" | 20" | Crowned | 1" diameter competition, chrome-moly vanadium steel | $1,381 |
| PCWA2S 20DCM8XR | 5.56mm/223 Rem. | 13.5 lbs. | 38.5" | 20" | Crowned | 1" diameter competition, chrome-moly vanadium steel | $1,306 |
| BCWA3S 20 | 5.56mm/223 Rem. | 8.78 lbs. | 39.5" | 20" | ½ x 28 | Heavy profile chrome-lined bore/chamber | $1,187 |
| BCWA2S 20 | 5.56mm/223 Rem. | 8.43 lbs. | 39.5" | 20" | ½ x 28 | Heavy profile chrome-lined bore/ chamber | $1,112 |
| BCWA3S 24 | 5.56mm/223 Rem. | 9.29 lbs. | 43.5" | 24" | ½ x 28 | Heavy profile chrome-lined bore/chamber | $1,202 |
| BCWA2S 24 | 5.56mm/223 Rem. | 8.93 lbs. | 43.5" | 24" | ½ x 28 | Heavy profile chrome-lined bore/chamber | $1,127 |
| BCWA3S 20SS | 5.56mm/223 Rem. | 8.78 lbs. | 39.5" | 20" | ½ x 28 | Polished 416 stainless steel | $1,187 |
| BCWA2S 20SS | 5.56mm/223 Rem. | 8.43 lbs. | 39.5" | 20" | ½ x 28 | Polished 416 stainless steel | $1,112 |



# CARBON 15 FLAT-TOP CARBINE

**COMES WITH A FLAT TOP AND FLAT OUT-PERFORMS OTHER CARBINES.**



*Carbon 15 "Flat-Top" Carbine*
*(AZ-C1516M4FT) (90728)*



*Carbon 15 SuperLight ORC Optic*
*(MAZ-C1516SLORC) (90689)*

- Durable Carbon 15 composite receivers are an amazing 40% lighter than comparable aircraft aluminum receivers; includes Picatinny rail for simple optics mounting
- 16" M4 profile barrel chambered for 5.56mm/.223 Rem. is chrome-lined
- Muzzle fitted with Izzy flash suppressor

- AR-type front sight; dual aperture flip-up rear sight
- SuperLight 16" threaded 1x9 barrel twist
- 4-position fiberite telestock
- Shipped with optic hard case, sling, 30-round magazine and manual

# BUSHMASTER® PISTOLS

**FOR DURABILITY, RELIABILITY AND OUTSTANDING CONTROL, THERE ARE NO RIVALS.**



*Carbon 15 Type 21S*
*(AZ-C15P21S) (90735)*



*Carbon 15 (9mm) Pistol Type 21S*
*(AZ9-C15P21S) (90744)*



**NEW**

*Pit Viper Pistol Type AP21*
*(AP-21) (90711)*

- Receivers and other parts are molded of super-durable, water-resistant Carbon 15 composite
- Stainless steel match grade barrel includes an A2 birdcage flash suppressor

- Bolt carrier is black oxide finished; other critical steel parts are manganese phosphate finished for superior corrosion and rust protection
- Picatinny optics rail with integral dual aperture rear sight and an A2-type square post front sight

COMPETITION/CARBON 15

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| AZ-C1516M4FT | 5.56mm/223 Rem. | 5.77 lbs. | 32.75" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $905 |
| MAZ-C1516SLORC | 5.56mm/223 Rem. | 5.50 lbs. | 32.75" | 16" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $820 |
| AZ-C15P21S | 5.56mm/223 Rem. | 3.25 lbs. | 20" | 7.25" | $\frac{1}{2}$ x 28 | 416 match-grade stainless steel | $845 |
| AZ9-C15P21S | 9mm | 2.88 lbs. | 20" | 7.25" | $\frac{1}{2}$ x 36 | 416 match-grade stainless steel | $845 |
| AP-21 | 5.56mm/223 Rem. | 3.49 lbs. | 23" | 7.25" | $\frac{1}{2}$ x 28 | 4150 chrome-moly steel w/chrome-lined bore/chamber | $874 |

# ACR™ PATROL



*ACR™ Patrol Carbine*
*(ACRPSS 16M4 B) (90723)*

## WITH A 16 ½" COLD HAMMER-FORGED BARREL AND AAC BLACKOUT FLASH SUPPRESSOR, THIS RIFLE IS PERFECT FOR THE LAW ENFORCEMENT PROFESSIONAL.

- AAC Blackout flash hider with exceptional signature reduction, compatible with AAC ratchet-mount suppressors
- Adjustable, two-position, gas piston-driven system for firing suppressed or unsuppressed, supported by hardened internal bearing rails
- Tool-less quick-change barrel system available in 10.5", 14.5", 16.5" and in multiple calibers
- Ships in nylon soft case for law enforcement use, includes 2-point push button sling and three 30-round PMAGs

# ACR™ SPECIAL PURPOSE



*ACR™ Special Purpose Carbine*
*(ACRPFR 14M4 B) (90721)*
*(ACRPFR 16M4 B) (90722)*

## THE SIX-POSITION TELESCOPING STOCK AND 14 ½" BARREL EFFECTIVELY ADAPTS TO THE MULTITUDE OF DYNAMIC TACTICAL ENVIRONMENTS.

All the attributes of the ACR™ Patrol model with these additional features:

- 14 ½" and 16 ½"cold hammer-forged barrel with an innovative coating for extremely long life
- Folding and six-position telescoping high-impact polymer stock with rubber butt pad and sling mounts
- Ships in nylon soft case for law enforcement use, includes single point sling and three 30-round PMAG™ magazines

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---------|---------|---------------------|----------------|---------------|--------|--------|------|
| ACRPSS 16M4 B | 5.56mm/223 Rem. | 8.2 lbs. | 35" | 16.5" | ½ x 28 | Chrome-moly steel w/coated bore/chamber | POR |
| ACRPFR 14M4 B | 5.56mm/223 Rem. | 8.3 lbs. | 32-35" | 14.5" | ½ x 28 | Chrome-moly steel w/coated bore/chamber | POR |
| ACRPFR 16M4 B | 5.56mm/223 Rem. | 8.3 lbs. | 32-35" | 14.5" | ½ x 28 | Chrome-moly steel w/coated bore/chamber | POR |





*M4A3 Carbine with Telestock*
*(BCWA3F 14M4) (90274)*

## WHETHER DEFENDING FREEDOM OR ENFORCING LAW, THE M4-TYPE HAS PROVEN RELIABLE FOR BOTH.

- 14.5" barrel is chrome-lined in both bore and chamber
- A2 birdcage flash suppressor to control muzzle flash and rise
- Available in A2 (fixed handle) or A3 (removable handle)

- Six-position telescoping buttstock for light weight and quick handling
- Shipped with hard case, sling, magazine and manual



*11.5" Barrel*
*(A3 — Removable Handle)*
*Entry Carbine*
*(BCWA3F 11.5) (90260)*

## COMPACT AND POWERFUL, THE 11.5" BARREL WORKS HARD EVEN IN TIGHT QUARTERS.

- 11.5" barrel is chrome-lined in both bore and chamber
- A2 birdcage flash suppressor to control muzzle flash and rise
- Available in A2 (fixed handle) or A3 (removable handle)

- Six-position telescoping buttstock for light weight and quick handling
- Shipped with hard case, sling, magazine and manual

| Order # | Caliber | Weight w/o Magazine | Overall Length | Barrel Length | Muzzle | Barrel | MSRP |
|---|---|---|---|---|---|---|---|
| BCWA3F 14M4 | 5.56mm/223 Rem. | 6.22 lbs. | 31" | 14.5" | $\frac{1}{2}$ x 28 | Chrome-moly steel w/chrome-lined bore/chamber | POR |
| BCWA3F 11.5 | 5.56mm/223 Rem. | 6.11 lbs. | 28" | 11.5" | $\frac{1}{2}$ x 28 | Chrome-moly steel w/chrome-lined bore/chamber | POR |

LAW ENFORCEMENT

## ADDITIONAL FIREARMS NOT SHOWN LISTED BELOW

| Order No. | SAP# | Description | MSRP |
|---|---|---|---|
| A2C15P97S | 90737 | 7.25" Carbon 15 Type 97S Pistol w/Stainless Steel | $875 |
| BCWA2F 16M468 | 90217 | 16" 6.8mm SPC Carbine - A2 | $1,239 |
| BCWA2F 11.5/5.5 | 90198 | 11.5" Carbine - A2 | $1,135 |
| BCWA3F 11.5/5.5 | 90262 | 11.5" Carbine - A3 | $1,209 |
| BCWA2F 14M4IZ | 90207 | 14.5" M4A2 Type Carbine | $1,150 |
| BCWA3F 14M4IZ | 90275 | 14.5" M4A3 Type Carbine | $1,224 |
| BCWA2F 16 | 90212 | 16" Heavy Barrel Carbine - A2 | $1,135 |
| BCWA3F 16 | 90280 | 16" Heavy Barrel Carbine - A3 | $1,209 |
| BCWA2F 16SL | 90218 | 16" SuperLight Carbine - A2 | $1,135 |
| BCWA3F 16SL | 90304 | 16" SuperLight Carbine - A3 | $1,209 |
| BCWA2F 16D | 90213 | 16" "Dissipator" Carbine - A2 | $1,150 |
| BCWA3F 16D | 90281 | 16" "Dissipator" Carbine - A3 | $1,224 |
| BCWWMF 16FMC | 90386 | 16" Modular Carbine w/Telestock | $1,680 |
| PCWVMS 16 | 90611 | 16" V Match Carbine | $1,150 |
| PCWVMS 20AH | 90626 | 20" V Match Rifle | $1,165 |
| PCWVMS 24AH | 90639 | 24" V Match Rifle | $1,180 |
| PCWVMS 24-PSS | 90636 | 24" Stainless Varmint Special | $1,374 |
| A2C15M4PRE | 90732 | 14.5" Carbon 15 Model 4 Carbine | $905 |
| A2C-C15RM4FT | 90751 | 16" Carbon 15 "Top Loading" Carbine | $905 |
| A29-C15R16FT | 90747 | 16" Carbon 15 9mm Carbine | $905 |
| A2C15P97 | 90736 | 7.25" Carbon 15 Type 97 Pistol | $800 |

### Magazines

| Order # | Description | Caliber | Capacity | Materials | Packaging | Each UPC# | MSRP | Qty Per Ctn. |
|---|---|---|---|---|---|---|---|---|
| F1001693 | AR15 Magazine | AR15 .223 Cal. / 5.56mm | 5 | Stainless steel | Clampack | 604206116932 | $23.90 | 10 |
| F1001691 | AR15 Magazine | AR15 .223 Cal. / 5.56mm | 10 | Stainless steel | Clampack | 604206116925 | $23.90 | 10 |
| F1001692 | AR15 Magazine | AR15 .223 Cal. / 5.56mm | 20 | Stainless steel | Clampack | 604206116918 | $25.90 | 10 |
| F1001690 | AR15 Magazine | AR15 .223 Cal. / 5.56mm | 30 | Stainless steel | Clampack | 604206116901 | $25.90 | 10 |
| F1009066 | Magazine Coupler | AR15 .223 Cal. / 5.56mm | 30 | Polymer | Clampack | 604206129635 | $26.20 | 10 |

### Tools | Tool Kits

| Order # | Multi-tool | Caliber | Details | Materials | Packaging | Each UPC# | MSRP | Qty Per Ctn. |
|---|---|---|---|---|---|---|---|---|
| – | Multi-tool | Any AR Rifle | 10 AR specific tool bits, carbon scrapper, dental pick, 3/16" pin punch, flat blade screwdriver on pocket clip, AZ front sight adjustment tool, 8/32 threaded end | Machined Steel | Box | – | $80.00 | 10 |
| F1001694 | Field Repair Kit | AR15 .223 Cal. / 5.56mm | Includes: High breakage and loss items for AR15 | – | Clampack | 604206116895 | $35.90 | 10 |
| F1009976 | Emergency Survival Kit w/ Sight tool | AR15 .223 Cal. / 5.56mm | Packed in a belt mountable carrying case | – | Clampack | 604206129376 | $105.60 | 10 |
| F1009116 | Lost Parts Kit | AR15 .223 Cal. / 5.56mm | Most critical springs, detents, inserts, pins | – | Clampack | 604206129383 | $11.80 | 10 |
| F1009887 | Bolt Carrier Assembly (with Key Staked On) | AR15 .223 Cal. / 5.56mm | Complete bolt & bolt carrier assembly | Chrome-lined | Clampack | 604206129390 | $177.00 | 10 |
| F1009935 | Bolt Assembly (complete) | AR15 .223 Cal. / 5.56mm | Bolt, extractor assb., pins, gas rings, ejector assb. | – | Clampack | 604206129406 | $69.50 | 10 |
| F1009693 | Lower Receiver Parts Kit | AR15 .223 Cal. / 5.56mm | Everything necessary to completely build up lower | – | Clampack | 604206129413 | $73.40 | 10 |
| F1009974 | Charging Handle Assembly | AR15 .223 Cal. / 5.56mm | Precision machined with spring loaded latch installed | 707516 anodized aircraft aluminum, mil. spec. finish | Clampack | 604206129420 | $37.00 | 10 |
| F1009069 | Izzy Flash Suppressor (Compensator) | AR15 .223 Cal. / 5.56mm | 3 gas ports, ribbed, closed bottom | Gun steel/manganese phosphate finished | Clampack | 604206129444 | $46.00 | 10 |
| F1009497 | Armorer's Wrench (for Newest Model Telestocks) | AR15 .223 Cal. / 5.56mm | Hex combo wrench for 6 position tele & bbl nut | – | Clampack | 604206129499 | $60.80 | 10 |
| F1009055 | Drift 4 piece Punch Set | AR15 .223 Cal. / 5.56mm | 1/16", 3/32", 1/8", 5/32" | Steel | Clampack | 604206129505 | $51.70 | 10 |
| F1009325 | Hand Guard Tool | AR15 .223 Cal. / 5.56mm | Helps remove AR15/M16 two-piece handguards | – | Clampack | 604206129529 | $33.60 | 10 |
| F1009333 | IMP1 Receiver Push Pin Tool | AR15 .223 Cal. / 5.56mm | For installation & removal of pivot & takedown pins | Black nylon | Clampack | 604206129536 | $11.30 | 10 |
| F1009056 | Competition Trigger | AR15 .223 Cal. / 5.56mm | 3 ½ lb.(1st Stage) and 1 lb. (2nd Stage) | – | Clampack | 604206129581 | $78.00 | 10 |
| F1009033 | Single Point Tactical Harness | AR15 .223 Cal. / 5.56mm | – | – | Clampack | 604206129642 | $67.50 | 10 |
| F1009022 | STRAC Grip | AR15 .223 Cal. / 5.56mm | – | Advanced polymer | Clampack | 604206129659 | $52.50 | 10 |

### Scope Mounts

| Order # | Description | Caliber | Capacity | Materials | Packaging | Each UPC# | MSRP | Qty Per Ctn. |
|---|---|---|---|---|---|---|---|---|
| – | Tactical Scope Mounts | AR15 .223 Cal. / 5.56mm | – | ZZ Alloy & Steel | Clampack | – | $87.30 | 10 |
| F1009397 | B.M.A.S. Mini Scope Risers (½" riser) | AR15 .223 Cal. / 5.56mm | 1 ¼" long x ½" tall | Anodized aircraft aluminum | Clampack | 604206129574 | $99.00 | 10 |
| F1009433 | B.M.A.S. Rear Flip Sight (Clamp On) | AR15 .223 Cal. / 5.56mm | Flip-up auxiliary sight, ½ MOA windage adjustment | Aircraft aluminum, black oxide finish | Clampack | 604206129550 | $151.40 | 10 |
| F1009472 | B.M.A.S. Rear Flip Sight (Low Profile) | AR15 .223 Cal. / 5.56mm | Flip-up sight, thumb screw, stem | Steel base, aluminum stem | Clampack | 604206129567 | $148.00 | 10 |
| F1009416 | B.M.A.S. Front Flip Sight (For V Match Rifles & Carbines) | AR15 .223 Cal. / 5.56mm | Sight clamps around milled sight bases/gas blocks | Anodized aircraft aluminum | Clampack | 604206129475 | $138.00 | 10 |

### Stocks|Grips|Handguards|Stock Assb.

| Order # | Multi-tool | Caliber | Details | Materials | Packaging | Each UPC# | MSRP | Qty Per Ctn. |
|---|---|---|---|---|---|---|---|---|
| F1009487 | Pistol Grip (A2) | AR15 .223 Cal. / 5.56mm | Standard A2 hollow grip | Molded black plastic | Clampack | 604206129543 | $24.80 | 10 |
| F1009538 | Telestocks Butt Pad | AR15 .223 Cal. / 5.56mm | Fits ribbed-style 6 position telestocks | Black rubber | Clampack | 604206129482 | $22.40 | 10 |
| F1009360 | Telestock Assembly (Original Style Fiberite) | AR15 .223 Cal. / 5.56mm | 4 position | Fiberite with aluminum extrusion extension tube | Clampack | 604206129437 | $124.00 | 10 |
| F1009471 | 4-Rail Split Handguards (Carbine) | AR15 .223 Cal. / 5.56mm | Position placement is 12,3,6,9 o'clock | Anodized aircraft aluminum | Clampack | 604206129468 | $254.00 | 10 |
| F1009477 | Handguard Rails (carbine) | AR15 .223 Cal. / 5.56mm | Fits AR15/M16 handguards, placement 12 & 6 o'clock | Anodized aircraft aluminum | Clampack | 604206129451 | $67.00 | 10 |

### Cleaning Kits

| Order # | Description | Size & Container | Packaging | Each UPC# | MSRP | Qty Per Ctn. |
|---|---|---|---|---|---|---|
| F1001695 | AR Starter Kit | 13.5" x 5.5" x 2.5" | Clampack | 604206116888 | $65.80 | 10 |
| F1008999 | Universal Cleaning System w/Squeeg-e | 6" x 7.5" x 4" | Clampack | 604206129918 | $59.90 | 5 |
| F1008998 | Military Cleaning System w/Squeeg-e | 6" x 7.5" x 4" | Clampack | 604206129925 | $45.90 | 5 |
| F1008997 | Shotgun Cleaning System w/Squeeg-e | 6" x 7.5" x 4" | Clampack | 604206129932 | $37.90 | 5 |
| F1008996 | Rifle Cleaning System w/Squeeg-e | 6" x 7.5" x 4" | Clampack | 604206129949 | $37.90 | 5 |
| F1008995 | Pistol Cleaning System w/Squeeg-e | 6" x 7.5" x 4" | Clampack | 604206129956 | $41.90 | 5 |

### Chemicals

| Order # | Description | Size & Container | Packaging | Each UPC# | MSRP | Qty Per Ctn. |
|---|---|---|---|---|---|---|
| F1008994 | Bore Cleaner/Polish | 4 oz. bottle | Bottle | 604206129963 | $5.00 | 6 |
| F1008993 | Bore Cleaner/ Polish | ½ oz. bottle | Bottle | 604206129970 | $2.50 | 12 |
| F1008992 | Bore Rinse | 4 oz. bottle | Bottle | 604206129987 | $5.60 | 6 |
| F1008991 | Bore Rinse | 1 oz. bottle | Bottle | 604206129994 | $3.70 | 12 |
| F1008990 | Premium Lubricant | 4 oz. bottle | Bottle | 604206130006 | $6.90 | 6 |
| F1008989 | Premium Lubricant | ½ oz. bottle | Bottle | 604206130013 | $2.90 | 12 |

Ask our sales representative about state-compliant rifles.

Bushmaster® Packaged Parts & Accessories (dealer sales only).



# ACCESSORIES



PRICE LIST/ACCESSORIES

# LOWER RECEIVERS



## A ROCK-SOLID, RELIABLE BASE: BUSHMASTER MODULAR LOWER RECEIVER

- Receivers and components some of the most reliable on the market
- Modular design makes part replacement/maintenance simple
- Available as complete assemblies or as stripped housings, with or without buttstocks

Lower Receiver Assembly with Pistol Grip
(A LOW W/O STK) .............................................. $285.00

Available for Multi-Caliber
(A LOW W/O STK-MUL) ....................................... $285.00



## SIX POSITION TELESTOCK AND PISTOL GRIP LOWER RECEIVERS

- Complete lower unit with all Bushmaster components, ready to snap onto your upper receiver
- FFL is required for purchase, or order through your FFL dealer
- \* Note: Assemblies with telestocks may still be illegal in some states. Check your state and country statutes to determine legality. Also available — lower assembly with ATF-approved fixed length tele-style stock.

Lower w/Telestock (A LOW TELEP) ....................... $370.00

Available for Multi-Caliber (A LOW TELE-MUL) .......... $370.00

Lower w/Fixed Telestock (A LOW PERMX) ............. $370.00



## STRIPPED LOWER RECEIVERS

- Build a Bushmaster rifle from the ground up with our stripped lower receiver housings
- Machined from highest quality aircraft aluminum forgings
- Requires a Bushmaster complete lower receiver parts kit and your choice of buttstock
- Bushmaster offers a complete rifle build-up video, or you may also reference the U.S. government M16A2 technical manual

Stripped Lower for 5.56mm (9349102-S)............. $200.00

Stripped Lower for Multi-Caliber (9349102-S-MUL) . $200.00



## CARBON 15
## STRIPPED LOWER RECEIVERS

- Molded of carbon fiber, these units are lightweight, durable and cooler
- They are solid color throughout — no finish to wear through
- These are the same receivers we use on our "flat-top" carbine and others
- Standard AR parts (like our lower receiver parts kit) are ready to drop right in

C15 M4 Type Receiver (AZ15780) ....................... $200.00

C15 R21/97/97S Receiver (AZ15180) ............... $200.00

C15 P21/97 Pistol Receiver (AZ15179) .............. $200.00

## TRAPDOOR AND SKELETON STOCK LOWER RECEIVERS

- Available in solid A2 buttstock with trapdoor storage compartment or sleek, lightweight skeleton stock
- Skeleton stock features a rubber butt pad, neoprene foam sleeve over extension tube and multiple mounting points for the Q.D. sling swivel (included)

5.56mm/.223 Caliber (A LOW STD) .................... $345.00

Available for Multi-caliber (A LOW STD-MUL) ........... $345.00

Lower w/Ace Skeleton Stock (A LOW Skeleton) ..... $425.00



\*Note: FFL required for purchase of any lower receiver.



# UPPER RECEIVERS



### BUSHMASTER A1 UPPER RECEIVERS

- This version includes an elevation adjustment
- Forward assist assembly available in either "teardrop" type button or round type
- Aircraft quality aluminum forgings are used for superior strength, and they include integral cartridge case deflector
- Finish is a mil. spec., non-reflective hard anodized with a baked on dry film lube coating inside to ensure long wear and smooth carrier operation

Complete A1 Upper Receiver Assembly (A1UR-M2 ... $160.00

Stripped A1 Upper Receiver Assembly
(8448524-M2) ................................................. $125.00



### COMPLETE A2 UPPER RECEIVER

- Forged of 707 aircraft aluminum, units are machined to meet or exceed mil. spec.
- Hard anodized to a dark gray non-reflective finish
- Includes an Integral brass deflector and a baked-on dry film lube coating inside for long wear and smooth carrier operation
- Charging handle not included

Complete A2 Upper Receiver (A2UR-M2) ............... $195.00



### BUSHMASTER A2 STRIPPED UPPER RECEIVER

- Fully machined, hard anodize finished forging is dry-lubed and ready to assemble
- Ready to assemble with top Bushmaster quality parts
- Requires a rear sight, forward assist assembly and ejection port cover assembly for completion

Bushmaster A2 Stripped Upper Receiver
(9349063-M2) ................................................. $125.00



### V MATCH (FLAT TOP) UPPER RECEIVER

- The A3 "flat-top" with its Picatinny rail allows virtually unlimited mounting of scopes, sights and optics
- Carefully machined from 7075T6 aircraft aluminum forgings and is complete as shown with ejection port cover and forward assist

V Match (Flat Top) Upper Receiver (VUR-M2) ......... $190.00



### STRIPPED V MATCH (FLAT TOP) UPPER RECEIVER

- Fully machined and hard anodize finished aircraft quality aluminum forging ready for assembly
- Requires ejection port cover assembly and forward assist assembly for completion

Stripped V Match (Flat Top) Upper Receiver
(8448524-V-M2) ................................................. $155.00



### CARBON 15 MOLDED UPPER RECEIVERS

- Tough yet lightweight, these upper receivers are molded of carbon fiber composite originally developed for the aerospace industry
- Impervious to corrosion, they are solid color throughout — no surface finish to wear off
- Use these receivers to build the lightest AR-type rifle around; no ejection port covers or forward-assist assemblies required

Carbon 15 Flat-Top Upper Receiver (AZ15747)........ $155.00

Carbon 15 Flat-Top Upper Receiver
w/Forward Assist & Dust Cover (AZ15747FADC).... $190.00

Carbon 15 Pistol Upper Receiver (AZ15067) ............. $139.95

# LOWER RECEIVER PARTS & KITS



## TWO-STAGE TRIGGER GRIP

As used in our Predator/Varmint rifles
(TR-TS) ........................................................... $129.95

## COMPLETE LOWER RECEIVER PARTS KIT

- Everything necessary to completely build up your lower receiver
- Kits available with either AR15-Type or M16* components (lower receiver and auto sear are not included)

AR15-Type Lower Parts Kit
(ALOW KIT) ........................................................ $69.50

M16 Lower Parts Kit
(MLOW KIT) ....................................................... $69.50

*NOTE: M16 parts require FFL or MG Tax Stamp. M16 parts are NOT legal for sale in California.

## DCM COMPETITION COMPLETE LOWER RECEIVER PARTS KIT



- Parts shown above plus our adjustable two-stage competition trigger

AR15-Type Lower Parts Kit
(ALOWKITCOMP) ................................................. $170.95

### FIELD REPAIR KIT

- High breakage and loss items in a heavy zip-lock bag

AR-15 (A FIELD) .......... $31.95
M-16 (M FIELD) .......... $31.95

*NOTE: M16 parts are NOT legal for sale in California.

## BUSHMASTER BA50 FIELD REPAIR KIT

- All necessary parts for emergency field repairs on the new Bushmaster BA50 .50 BMG caliber rifle and carbine

Bushmaster BA50 Field Repair Kit
(BMG FIELD) ...................................................... $74.95

## LOST PARTS KIT FOR AR15-TYPE RIFLE

- Contains all the most critical springs, detents, inserts and pins — will get your gun back to full function in short order

Competition Trigger
(CP-KIT) ...................... $13.50



### BUSHMASTER RECEIVER SPRING PACKAGE

- Top quality Bushmaster Spring Kit



(SM SPRING PACK) ................................................. $2.95



## XM15/AR15-TYPE/M16 EMERGENCY SURVIVAL KIT

- Survival kit is packed in a belt mountable Olive Drab carrying case
- Specify with part numbers below: A1 Type (round front sight post) or A2 Type (square front sight post) and AR15-Type (AR) or M16 (M) parts

Survival Kit w/A1 Sight Tool
AR-15 (AR EMERG A1) M-16 (M EMERG A1) .............. $63.95

Survival Kit w/A2 Sight Tool
AR-15 (AR EMERG A2) M-16 (M EMERG A2) .............. $63.95

Note: M16 parts require an FFL or Form 4 for purchase.

## COMPLETE AR15-TYPE SPARE PARTS KIT

- One "super-kit" that will take care of all your AR15-Type rifle's spare parts needs

Complete AR15-Type Spare Parts Kit w/Rifle Buffer Spring
(ARPARTSKIT) .............. $39.50

Complete AR15-Type Spare Parts Kit w/Carbine Buffer Spring
(ARPARTSKIT-C) ............ $39.50

Note: If you have our fixed length telestock, please choose the rifle buffer spring package.

## AR15-TYPE SPRING PACKAGE

- Normal wear springs in the gun, including the buffer spring

Telestock Carbine
(A COMP SPR PKG-C) ........................................... $10.50

Standard A2 Solid Stock
(A COMP SPR PKG) ............................................... $10.50

## MAGPUL ENHANCED ALUMINUM TRIGGER GUARD FOR AR15-TYPE/M16



- Drop-in oversized trigger guard that replaces the standard plastic or metal type
- Made in U.S.A. Instructions included.

(MAG015) $19.95



### AR15-TYPE OR M16* AMBIDEXTROUS SAFETY SELECTOR

- Installs easily into your lower receiver
- For the M16 part, an FFL or a copy of your Form 4 is required for sale

AR15-Type (MMT-0007K) ...................................... $36.95

M16* (MMT-0006K) ............................................. $36.95

*M16 parts are NOT legal in California.

### AR15-TYPE/M16 ACCU-WEDGE



- Accu-Wedge eliminates play between upper and lower receivers for a more solid feel
- Easily installed, no modifications required
- Buffers the cycling system to reduce wear on the impacting surfaces

Accu-Wedge (ACU1B) ............................................... $6.50

### AMBIDEXTROUS MAGAZINE RELEASE



- Release magazines from either side of the receiver
- Uses stock button and spring
- Made in U.S.A.

Ambidextrous Magazine Release
(8448638-ambi) ................................................... $95.95



### AR15-TYPE BOLT RELEASE EXTENSION

- A finely machined aluminum lever to help high power competitors get back on target faster by keeping the forearm hand in place
(SSP-1) ..................................... $47.95

### QUICK-PULL TAKEDOWN PIN FOR CARBON 15 TOP LOADING CARBINE



- Makes opening the receivers of the top loading carbine easier and faster

Quick-Pull Takedown Pin
(AZC-15120) ........................................................ $3.95

### EXPANDABLE TENSIONING PIN FOR ALL AR15-TYPE RIFLES

- Designed to cure a loose fit between older upper and lower receivers

Expandable Tensioning Pins
(ARTP) ............................................................... $36.95

### ANTI-WALK PINS FOR XM15, AR15-TYPE AND M16

- Designed to prevent trigger or sear pin walkout under rapid fire conditions

Set of Two Pins with Circlips
(WE-002) ............................................................ $6.50

### OFFSET PIN

- Adapts a Colt lower receiver (with large hole) to M16 forward assist type upper receiver with smaller hole

Offset Pin
(NES-06) ............................................................. $6.50

### INDIVIDUAL LOWER RECEIVER PARTS FOR LATE MODEL COLT AR15-TYPES

- These are the hard-to-find parts for the late model Colts requiring the larger .172" diameter hammer and trigger pins

Hammer (8448612-SCK) ........................................ $23.50

Trigger (8448592-SC) ........................................... $21.50

Disconnector (8448635-SC) ..................................... $7.50

Hammer or Trigger Pin (8448609 C) ........................ $3.50

All 5 parts in a kit (AR COLT KIT) ............................. $53.95

### M16*A2 THREE SHOT BURST SET



- Installation of this set in your M16A1 machine gun will give you a "three-shot-burst" capability as in the M16A2
- An FFL is required for sale, or a copy of your Form 4. Not legal for installation in anything but a licensed machine gun.

M16 A2 Three Shot Burst Set
(3SHOT BURST KIT) .............................................. $63.95

### M16* FULL AUTO SEAR



- Includes pivot pin, bushing and spring
- Note: An FFL or Tax Stamp is required for purchase

M16 Full Auto Sear
(8448595) ......................................................... $31.95

### AR15-TYPE OR M16* "RE-HAB" KIT



- Hammer, trigger, safety selector and disconnector
- M16 kit must be used in a Title II receiver for legality — an FFL or Tax Stamp is required for sale

For Semi-Auto AR15-Type
(A REHAB) ......................................................... $35.95

For Full-Auto M16
(M REHAB) ......................................................... $35.95

*Note: M16 parts are NOT legal for sale in California.

# LOWER RECEIVER PARTS & KITS

NOTE THE DIFFERENCES* BETWEEN THE CORRESPONDING PARTS IN EACH DRAWING.



### AR15-Type Parts

Hammer with J pin 8558612-SK

Safety Selector Lever 9381367-S

Note "closed" area
Trigger 8448592-S

Disconnector 9349114-S

Bolt Carrier 8448507-S

### M16 Parts

Hammer with J pin 8558612-K

Safety Selector Lever 9381367

*Note "closed" area
Trigger 8448592

Disconnector 8448635

Bolt Carrier 8448507

### Individual Parts for Lower Receivers

| | |
|---|---|
| Bolt Catch Assembly (A BCAT ASS) | $6.50 |
| Bolt Catch (8448628) | $5.50 |
| Bolt Catch Spring (8448633) | $ .55 |
| Bolt Catch Plunge (8448634) | $ .55 |
| Bolt Catch Pin (MS16562-119) | $ .55 |
| Buffer Detent (8448582) | $1.60 |
| Buffer Detent Spring (8448583) | $ .55 |
| AR15-Type Disconnector (9349114-S) | $5.95 |
| M16 Disconnector* (8448635) | $5.95 |
| Disconnector Spring (8448594) | $ .55 |
| AR15-Type Hammer w. J pin (8448612-SK) | $14.95 |
| M16 Hammer w. J pin* (8448612-K) | $14.95 |
| Hammer Pin (8448609), Trigger Pin (8448609), or Sear Pin* (8448599) each | $1.00 |
| Hammer Spring (8448611) | $1.00 |
| Magazine Catch Assembly (A MC ASS) | $4.95 |
| Magazine Catch (8448638) | $3.50 |
| Magazine Catch Button (8448636) | $1.50 |
| Magazine Catch Spring (8448637) | $ .55 |
| Pistol Grip A2 (9349127) | $12.95 |
| Pistol Grip Screw (AN501D416-18) | $ .65 |
| Pistol Grip Screw Washer (MS35335-61) | $ .45 |
| Pivot Pin — Front (8448621) | $4.20 |

| | |
|---|---|
| Pivot Pin Detent (8448585) | $ .55 |
| Pivot Pin Spring (8448586) | $ .55 |
| AR15-Type Safety Selector (9381367-S) | $10.95 |
| M16 Safety Selector* (9381367) | $10.95 |
| Safety Detent (8448631) | $1.00 |
| Safety Detent Spring (8448516) | $ .85 |
| Take Down Pin — Rear (8448584) | $4.20 |
| Take Down Pin Detent (8448585) | $ .55 |
| Take Down Pin Spring (8448586) | $ .55 |
| Trigger for M16* (8448592) | $11.95 |
| Trigger for AR15-Type (8448592-S) | $11.95 |
| Trigger w. Spring for AR15-Type (9349115-S) | $12.95 |
| Trigger Spring (8448593) | $1.00 |
| Trigger Guard (8448587) | $5.50 |
| Trigger Guard Roll Pin (MS16562-35) | $ .55 |

## A STATEMENT FROM BUSHMASTER REGARDING MACHINE GUN PARTS

The position of the Bureau of Alcohol, Tobacco and Firearms (ATF) is that if your AR15-Type rifle contains even one M16 component, it is a machine gun. If you own an AR15-Type from any manufacturer, check to make sure there are no M16 components in its assemblies. If there are, remove them immediately. Machine them to AR configuration, or replace them and destroy the M16 components. Refer to the illustrations below to determine if you have M16 components in your assemblies. If you have any questions about your parts, give us a call and we'll be glad to supply you with the legally acceptable parts.

Sales of M16 components by Bushmaster Firearms International, LLC will only be made to the following categories of customers: (1) Class 3 (NFA) Dealer, (2) Individual who has a registered NFA weapon, (3) Federal Firearms Licensee with a customer who has a registered NFA weapon.

# UPPER RECEIVER/ BARREL ASSEMBLIES



## PRECISION-CRAFTED, MODULAR DESIGN. BUSHMASTER UPPER RECEIVER/BARREL ASSEMBLIES.

- Infinite configuration possibilities — the versatile Bushmaster modular AR platform
- Barreled upper receivers can be used on existing AR rifle or carbine lower units
- All receivers feature integral brass deflectors and hard anodized finish
- Each assembly is factory headspaced, test-fired and ready to use
- Bushmaster 4150 chrome moly-vanadium steel barrels feature hard chrome lining in both bore and chamber for extended barrel life
- Optional stainless steel barrels offer exceptional durability and weather resistance
- Threaded muzzles



## .450 CALIBER UPPER ASSEMBLY

- Add the hard-hitting punch of the 450 Bushmaster to your Bushmaster lower receiver instantly
- AR-type gas operating system drastically reduces recoil for excellent second shot control
- Aluminum forearm free-floats the barrel for optimum accuracy
- Heavy barrel is hard-chrome lined in bore and chamber for exceptional durability and features 1 in 24" twist rifling, optimized for the .450 bullet
- Includes 5-round .450 specific magazine

Bushmaster .450 — 20" Bbl Rifle Upper Assembly
(BURVMB 20-45)............................................... $795.00

Bushmaster .450 — 16" Bbl  Carbine Upper Assembly
(BURVMB 16-45)............................................... $785.00



## 6.8MM SPC CALIBER UPPER ASSEMBLY

- 6.8mm SPC (Special Purpose Cartridge) was specifically developed for military applications and is now available commercially
- Velocity averages 2600 FPS with 115-gr. bullets
- The 6.8mm SPC was specially adapted to fit the AR15-Type magazine
- 16" M4-profile barrel is fitted with Izzy muzzle brake
- 26-round magazine included

Bushmaster 6.8mm SPC — 16" Bbl A3 Rifle Upper Assembly
(BURA3B 16M468) ............................................ $785.00

Bushmaster 6.8mm SPC — 16" Bbl  A2 Rifle Upper Assembly
(BURA2B 16M468) ............................................ $685.00



## 7.62X39MM CALIBER UPPER ASSEMBLY

- Same features as the 6.8mm SPC (below left)

Bushmaster 7.62x39mm —
16" Bbl A3 Rifle Upper Assembly
(BURA3B 16M439)............................................ $785.00

Bushmaster 7.62x39mm —
16" Bbl  A2 Rifle Upper Assembly
(BURA2B 16M439)............................................ $685.00



## 5.56MM/.223 CALIBER GAS PISTON UPPER ASSEMBLY

- Bushmaster Gas Piston system offers improved reliability and control to the already dependable AR-type rifle platform
- Eliminates carbon buildup, gas leaks and heat within the upper receiver
- Requires less gas pressure to operate — functions with a wider range of ammunition with reduced recoil
- Includes A3 handle on flat-top upper, or solid handle on A2 version
- B.M.A.S. flip-up front sight and birdcage suppressor on both

Bushmaster 5.56mm/.223 Caliber A3 Gas Piston Upper Assembly
(BURA3B 16M4-GP) ....................................... $1,130.00

Bushmaster 5.56mm/.223 Caliber A2 Gas Piston Upper Assembly
(BURA2B 16M4-GP) ....................................... $1,030.00



## VARMINTER/PREDATOR .223 CAL. UPPER ASSEMBLY

- Vented free-floating fore-end and scope risers on a flat-top upper
- 11° competition muzzle crown and milled gas block
- Fluted, extra heavy, non-chrome-lined 20" barrel with 1 in 8" twist

Bushmaster Predator Upper Assembly
(PURVMB 20FPRED8)........................................ $775.00

- Fluted, extra heavy, non-chrome-lined 24" barrel with 1 in 9" twist

Bushmaster Varminter Upper Assembly
(PURVMB 24FVAR9)........................................... $785.00

# UPPER RECEIVER/
# BARREL ASSEMBLIES



### STAINLESS VARMINT SPECIAL .223 CAL. UPPER ASSEMBLY

- Vented free-floating fore-end and scope risers on a flat-top upper with milled gas block
- Stainless steel, heavy, non-chrome-lined 24" barrel with 1 in 9" twist

Stainless Steel Varmint Special
(PURVMB 24-9SS) .............................................. $785.00

- Stainless steel, heavy, non-chrome-lined 24" barrel with 1 in 9" twist

Varmint Special Upper without Bolt, Carrier Assembly and Charging Handle
(PURVM 24-9SS) ............................................... $635.00



### MODULAR CARBINE UPPER ASSEMBLY

- Fluted, chrome-lined, chrome moly steel 16" barrel with 1 in 9" twist
- Milled gas block, flip-up sights, 4-rail fore-end with rail covers
- Bipod/sling stud, flat-top upper receiver with bolt carrier, charging handle and forward assist

Complete Upper Receiver
(BURVMB 16FMC) ............................................. $990.00
Without Bayonet Lug or Suppressor
(PURVMB 16FMC) ............................................. $990.00



### BUSHMASTER 14.5" M4-TYPE UPPER ASSEMBLY W/ IZZY SUPPRESSOR

M4A3 .223 Caliber Upper Assembly
(BURA3B 14.5M4 IZ) .......................................... $725.00
Same Assembly Less Bolt, Carrier and Charging Handle
(BURA3 14.5M4 IZ) ........................................... $575.00
M4A2 .223 Caliber Upper Assembly
(BURA2B 14.5M4 IZ) .......................................... $625.00
Same Assembly Less Bolt, Carrier and Charging Handle
(BURA2 14.5M4 IZ) ........................................... $475.00

State-compliant uppers also available.

### 16" HEAVY CARBINE UPPER ASSEMBLY

- 16" barrel carbines offer compact size, balanced swing weight, and great accuracy called for in many tactical situations
- Standard issue for many law enforcement and military units
- Available in both A3 and A2 versions, with or without bolt, carrier, and charging handle

16" Heavy A3 Carbine Upper Assembly
(BURA3B 16) .................................................... $685.00
Same Heavy A3 Assembly Less Bolt, Carrier and Charging Handle
(BURA3 16) ..................................................... $535.00
16" Heavy A2 Carbine Upper Assembly
(BURA2B 16) .................................................... $585.00
Same Heavy A2 Assembly Less Bolt, Carrier and Charging Handle
(BURA2 16) ..................................................... $435.00

### 16" M4 PATROLMAN'S CARBINE UPPER ASSEMBLY

- Similar to our M4-type carbines, but with additional barrel length (16") to make them legal for sale to individual officers
- Forged, lightweight 7075T6 aircraft-quality aluminum receivers incorporate all M16A2 design improvements including cartridge case deflector, bolt catch assembly and raised ribs for protection against accidental magazine release
- Available in both A3 and A2 versions, with or without bolt, carrier, and charging handle

16" A3 Patrolman's Carbine Upper Assembly
(BURA3B 16M4) ............................................... $695.00
Same A3 Assembly Less Bolt, Carrier and Charging Handle
(BURA3 16M4) ................................................. $545.00
16" A2 Patrolman's Carbine Upper Assembly
(BURA2B 16M4) ............................................... $595.00
Same A2 Assembly Less Bolt, Carrier and Charging Handle
(BURA2 16M4) ................................................. $445.00

### BUSHMASTER 16" DISSIPATOR CARBINE UPPER ASSEMBLY

- Gas block located behind the front sight base and under the full-length handguards to guard against heat buildup

A3 Dissipator Carbine Upper Assembly
(BURA3B 16D) .................................................. $705.00
Same A3 Assembly Less Bolt, Carrier and Charging Handle
(BURA3 16D) ................................................... $555.00
A2 Dissipator Carbine Upper Assembly
(BURA2B 16D) .................................................. $605.00
Same A2 Assembly Less Bolt, Carrier and Charging Handle
(BURA2 16D) ................................................... $455.00



### BUSHMASTER 16" SUPERLIGHT UPPER ASSEMBLY

Superlight A3 Carbine Upper Assembly
(BURA3B 16SL) ................................................. $695.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURA3 16SL) ................................................... $545.00

Superlight A2 Carbine Upper Assembly
(BURA2B 16SL) ................................................. $595.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURA2 16SL) ................................................... $445.00

### BUSHMASTER "V MATCH" 16"/20"/24" UPPER ASSEMBLY

16" V Match Carbine Upper Assembly
(BURVMB 16) .................................................... $625.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURVM 16) ...................................................... $475.00

20" V Match Rifle Upper Assembly
(BURVMB 20AH) ................................................ $625.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURVM 20AH) .................................................. $475.00

24" V Match Rifle Upper Assembly
(BURVMB 24AH) ................................................ $635.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURVM 24AH) .................................................. $485.00

### BUSHMASTER 20"/24" NATIONAL MATCH TARGET UPPER ASSEMBLY

20" A3 w/A3 Carry Handle
(BURA3B 20) ..................................................... $685.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURA3 20) ....................................................... $535.00

20" A2 Solid Carry Handle
(BURA2B 20) ..................................................... $585.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURA2 20) ....................................................... $435.00

24" A3 w/A3 Carry Handle
(BURA3B 24) ..................................................... $695.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURA3 24) ....................................................... $545.00

24" A2 Solid Carry Handle
(BURA2B 24) ..................................................... $595.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURA2 24) ....................................................... $445.00

20" A3 Stainless w/A3 Handle
(BURA3B 20SS) .................................................. $735.00

Same Assembly Less Bolt, Carrier adn Charging Handle
(BURA3 20SS) .................................................... $585.00

20" A2 Stainless Solid Carry Handle
(BURA2B 20SS) .................................................. $635.00

Same Assembly Less Bolt, Carrier and Charging Handle
(BURA2 20SS) .................................................... $535.00

State-compliant uppers also available.

### BUSHMASTER 11.5" BARREL UPPER ASSEMBLY WITH 5.5" FLASH SUPPRESSOR

A3 Carbine Assembly with 5.5" Flash Suppressor
(BURA3B 11.5/5.5) ........................................... $695.00

Same A3 Assembly Less Bolt, Carrier and Charging Handle
(BURA3 11.5/5.5) ............................................. $545.00

A2 Carbine Assembly with 5.5" Suppressor
(BURA2B 11.5/5.5) ........................................... $595.00

Same A2 Assembly Less Bolt,  Carrier and Charging Handle
(BURA2 11.5/5.5) ............................................. $445.00

### UPPER RECEIVER/BARREL ASSEMBLIES FOR NFA CLASS 3 & PISTOLS

Due to BATF regulations restricting barrel length, the upper receiver/barrel assemblies below are legal for installation only on weapons registered as short barreled rifles, full autos or pistols, and cannot be sold to the general public without proper paperwork and permitting. For any questions regarding these uppers, please consult our sales professionals.



### BUSHMASTER 11.5" BARREL UPPER ASSEMBLY

A3 Carbine Upper Assembly
(BURA3B 11.5) .................................................. $685.00

Same A3 Assembly Less Bolt, Carrier and Charging Handle
(BURA3 11.5) .................................................... $535.00

A2 Carbine Upper Assembly
(BURA2B 11.5) .................................................. $585.00

Same A2 Assembly Less Bolt, Carrier and Charging Handle
(BURA2 11.5) .................................................... $435.00

### BUSHMASTER 14.5" M4 BARREL UPPER ASSEMBLY

M4A3 Carbine Upper Assembly
(BURA3B 14.5M4) ............................................. $695.00

Same M4A3 Assembly Less Bolt, Carrier and Charging Handle
(BURA3 14.5M4) ............................................... $545.00

M4A2 Carbine Upper Assembly
(BURA2B 14.5M4) ............................................. $595.00

Same M4A2 Assembly Less Bolt, Carrier and Charging Handle
(BURA2 14.5M4) ............................................... $445.00

14.5" heavy barrel uppers also available.

# UPPER RECEIVER PARTS

### BUSHMASTER COMPLETE BOLT & BOLT CARRIER ASSEMBLY

AR15-Type
(8448501-S) ...................................................... $137.95

M16
(8448501) ........................................................ $137.95

*NOTE: M16 parts are NOT legal for sale in California.



### AR15-TYPE OR M16 BOLT CARRIER ASSEMBLY WITH KEY STAKED ON

• Chrome-lined for smooth bolt functioning and long life

AR15-Type
(8448505-S) ...................................................... $92.50

M16*
(8448505) ......................................................... $92.50

NOTE: M16 bolt carriers must be used in Title II receivers for legality. An FFL or Tax Stamp is required for purchase.

*M16 parts are NOT legal for sale in California.



### COMPLETE AR15-TYPE BOLT ASSEMBLY

• Includes bolt, extractor assembly, pins, gas rings, ejector assembly

Complete AR15-Type Bolt Assembly
(8448509) ......................................................... $56.00

### BOLT CAM PIN

• Machined of hardened steel to military specs. or better
• Manganese phosphated for protection against rust or corrosion



Bolt Cam Pin
(8448502) ............................................................ $4.50



### CHROME STEEL FIRING PIN

• A standard, mil. spec. firing pin for the AR15-Type or M16

AR15-Type
(8448503-S) ....................................................... $7.50

M16
(8448503) .......................................................... $7.50



### TITANIUM FIRING PIN

• Titanium is 40% lighter than steel for faster lock time and greater accuracy
• Patented, precision machined pin improves safety by reducing the possibility of a "slam fire"

AR15-Type
(13-7015) .......................................................... $42.50

---

### AR15-TYPE OR M16 BOLT CARRIER WITHOUT KEY

• Same quality chrome-lined carrier, but without the carrier key

AR15-Type
(8448507-S) ...................................................... $78.95

M16*
(8448507) ......................................................... $78.95



CAUTION: Bolt carrier keys must be "staked" onto the carrier for safe and proper functioning in your rifle. For information on this procedure, or any AR15-Type assembly/disassembly work, we recommend the Bushmaster video or the U.S. government M16 technical manual (see Gunsmithing Section).

*M16 parts are NOT legal for sale in California.





## BOLT CARRIER REBUILD KIT

• Includes all parts shown to rebuild your bolt and carrier

AR15-Type
(A BC REBUILD) .................................................. $37.95

M16*
M BC REBUILD) .................................................. $37.95

*NOTE: M16 parts are NOT legal for sale in California.
WARNING: Key must be staked onto carrier.



## EJECTION PORT COVER ASSEMBLY

• Manganese phosphate finished in matte gray/black color to match hard anodized uppers

Ejection Port Cover Assembly
(A EJ COV ASS)...................................................... $12.95

## FORWARD ASSIST ASSEMBLIES — TEARDROP OR ROUND STYLE

• Machined from 4140 ordinance steel

• Manganese phosphate finished

Teardrop Style
(9349086-TD KIT) ................................................ $21.50

Round Style
(9349086 KIT) ...................................................... $21.50



## CHARGING HANDLE ASSEMBLY

• Precision machined from 7075T6 aircraft-quality aluminum forgings, they are hard anodize finished per U.S. mil. spec. — with spring-loaded latch installed

Charging Handle Assembly
(8448517)............................................................. $26.50

AR15-Type/M16 (Charging Handle with Tactical Latch)
(8448517-TL) ........................................................ $42.95



## AR15-TYPE/M16 CHARGING HANDLE TACTICAL LATCH

• Sturdy steel construction — improves on the standard charging handle latch and allows easy weapon charging, or left- handed operation when using a scope or other optics

AR15-Type/M16 (Latch Only)
(1005-249-02) .................................................... $21.95

## ENIDINE HYDRAULIC BUFFER – RATE REDUCER



• Drop-in replacement for standard buffers, with units designed for either rifles or carbines

• Quality alloy steels with a black oxide finish; action rod is nickel plated for smooth operation

• Rear "bumper" is molded black polyurethane

For Carbines
(HB-1A) ............................................................... $89.95

For Rifles
(HB-2A) ............................................................... $99.95

## INDIVIDUAL PARTS FOR UPPER RECEIVERS

Bolt Cam Pin
(8448502)............................................................. $4.50

Bolt Carrier Key with screws/must be staked
(AR BC KEY/SCREW) ........................................... $15.95

Bolt Gas Rings (set of 3)
(8448511K)........................................................... $3.15

Ejector Assembly
(A EJECT ASS)....................................................... $3.50

Extractor Assembly
(A EXTRAC ASS) ................................................... $14.95

Extractor
(8448512)............................................................. $13.95

Extractor Pin
(8448513)............................................................. $1.00

Extractor Spring
(8448755SP) ........................................................ $1.50

Extractor Spring Insert
(8448754)............................................................. $ .80

Firing Pin
(8448503-S) ......................................................... $7.50

Firing Pin Retaining Pin
(8448504)............................................................. $1.00

# BARRELS

BUSHMASTER BARRELS are the finest AR15-Type/M16-Type barrels made — machined from 4150 chrome moly-vanadium steel. We also offer 20"/24" heavy profile barrels machined from stainless steel. Most Bushmaster barrels are hard chrome-lined (except the Stainless Steel, Varminter, Predator, DCM and 9mm) to offer corrosion resistance in the bore and chamber. The chrome lining is much harder than barrel steel and effectively doubles barrel life with proper care (exactly why the military specifies the process). Chrome's lubricity (i.e., "slipperiness") reduces friction, increases velocity, aids in chambering and extraction, and speeds barrel cleaning. Bushmaster barrels are manganese phosphate finished (except the Stainless) to guard against exterior rust or corrosion, and to provide the same matte black, non-reflective finish found on quality military-type arms.

Rifling. Bushmaster barrels have 6 grooves and lands, right hand twist, 1 turn in 9" (except for DCM & Predator barrels — 1 in 8"). The 1 in 9" twist offers optimal results for the widest variety of commercially available .223/5.56mm ammunition.

Forged Front Sights. Our standard front sights are machined from steel forgings to offer superior tensile strength. We do not use castings, which may crack or break if you accidentally drop your rifle.

Headspacing. Barrel assemblies are headspaced at the factory and are shipped ready for assembly and use. Barrel assemblies can be ordered with either a stepped, crowned muzzle or a threaded muzzle for attachment of a flash suppressor or muzzle brake. BATF rulings permit permanent factory installation of muzzle brakes/suppressors on barrels if the overall length (barrel & brake, etc.) equals at least 16". Ask your Bushmaster representative about factory-installed muzzle brake/compensator/flash suppressor options available, or see muzzle brakes/suppressors in this catalog.

Purchase Two Ways. In the listings below, Bushmaster barrels can be purchased as "Complete Assemblies," which include all parts forward of the upper receiver: handguards; gas tube; delta ring kit; etc. as shown here:



Bushmaster barrels can also be purchased as "Barrel Only," which includes the barrel, barrel nut, handguard cap and complete front sight assembly (with sight post and sling swivel) as a savings to those shooters who already have handguards. An example of "Barrel Only" configuration is shown here:



Note: "Barrel Only" assemblies of 16" or longer length will not include flash suppressors; order those separately from our Muzzle Brakes/Suppressors/Compensators Section.

Barrel Fluting Option. Fluting is the process of milling 6 grooves into the barrel's surface to increase cooling capability by increasing the barrel's surface area. Depending upon barrel length, fluting increases surface area by as much as 180% and can reduce barrel weight by as much as 20%. Because of the extensive machining involved, order fulfillment on fluted barrels can take longer. Ask your sales representative about availability when ordering fluted barrels. To order a barrel with fluting, simply add $50.00 to the price of the barrel (or assembly), and add an "F" to the end of the part number. Note: Fluting is not available on some barrels, such as the A2 Gov't. Profile, the M4-Type barrel and some Stainless Steel barrels. Fluting is included on Varminter and Predator barrels (Predator shown below).



Pre-ban/Post-ban. A caution for our customers: when the Assault Weapons Ban of 1994 expired on Sept. 13th, 2004, it became legal to again offer features on the AR15-Type rifle such as flash suppressors and bayonet lugs that had been deemed illegal for those previous 10 years. Though that federal legislation has expired, certain states have retained their own versions of assault weapons ban statutes. Buyers should check their own state and county laws to determine the local legality of rifles or parts such as barrels with these features and accessories.