**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **STEPHEN V. KOLBE, et al.** | * | |
| **vs.** | * | **Case No. 1:13-cv-02841-CCB** |
| **MARTIN O'MALLEY, et al.** | * | |
| | ****** | |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST OF
*AMICUS CURIAE* PINK PISTOLS**

Pursuant to Local Rule 103.3, *amicus curiae* Pink Pistols hereby files its Disclosure of

Affiliations and Financial Interest, and states as follows:

1.      Pink Pistols is an unincorporated association and has no corporate parent or affiliates.  No

publicly held corporation holds ten percent or more of its stock.

2.      Pink Pistols hereby states that, to the best of its knowledge, other than those entities that

have been disclosed by the parties there are no other corporations, unincorporated associations,

partnerships, or other business entities which are not parties to this suit that may have a financial interest

in the outcome of this litigation.

Respectfully submitted,

Date:  March 17, 2014

*Of Counsel*:
Brian S. Koukoutchos
28 Eagle Trace
Mandeville, LA  70471
(985) 626-5052

 */s/ James B. Astrachan*
James B. Astrachan, Bar No. 03566
Elizabeth A. Harlan, Bar No. 18285
ASTRACHAN GUNST THOMAS, P.C.
217 East Redwood Street, Suite 2100
Baltimore, MD  21202
(410) 783.3550
(410) 783.3530 (Facsimile)
jastrachan@agtlawyers.com
eharlan@agtlawyers.com
*Counsel for Amicus Curiae*
*Pink Pistols*