**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **STEPHEN V. KOLBE, et al.** | \* | |
| vs. | \* | **Case No. 1:13-cv-02841-CCB** |
| **MARTIN O'MALLEY, et al.** | \* | |
| | \*\*\*\*\*\* | |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for: *amicus curiae* National Rifle Association of America, Inc.

I certify that I am admitted to practice in this court.

 March 17, 2014                                   /s/ Vincent J. Colatriano
*Date*                                                            *Signature of Counsel*

                                                                           Vincent J. Colatriano     D. Md. No. 0-8023
                                                                           *Print Name*                        *Bar Number*

                                                                            COOPER & KIRK, PLLC
                                                                           *Firm Name*

                                                                            1523 New Hampshire Avenue, N.W.
                                                                           *Address*

                                                                            Washington, D.C. 20036
                                                                           *City/State/Zip*

                                                                            (202) 220-9600
                                                                           *Phone No.*

                                                                            (202) 220-9601
                                                                           *Fax No.*

                                                                            vcolatriano@cooperkirk.com
                                                                           *Email Address*