IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| **STEPHEN V. KOLBE, et al.** | * | |
| vs. | * | **Case No. 1:13-cv-02841-CCB** |
| **MARTIN O'MALLEY, et al.** | * | |
| | ****** | |

**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST OF
*AMICUS CURIAE* NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.**

Pursuant to Local Rule 103.3, *amicus curiae* National Rifle Association of America, Inc. ("NRA") hereby files its Disclosure of Affiliations and Financial Interest, and states as follows:

1. The NRA is a Section 501(c)(4) non-profit corporation and has no corporate parent. No publicly held corporation owns ten percent or more of its stock. The NRA has the following affiliates, i.e., entities that directly or indirectly it controls, is controlled by, or is under common control with:

- NRA Civil Rights Defense Fund.
- NRA Foundation Inc.
- NRA Special Contribution Fund.
- NRA Freedom Action Foundation.
- NRA Political Victory Fund.

In addition, there are many independent entities with which the NRA "affiliates" for various purposes, and those "affiliates" include Plaintiff Maryland State Rifle and Pistol Association. Only the entities listed above, however, are controlled by, control, or under common control with the NRA.

2. The NRA states that it has contributed to funding the representation of Plaintiffs in this litigation and that it may have a financial interest in this case in the event Plaintiffs prevail and seek an

award of attorneys' fees and costs. To the best of the NRA's knowledge, other than those entities disclosed by the parties there are no other corporations, unincorporated associations, partnerships, or other business entities which are not parties to this suit that may have a financial interest in the outcome of this litigation.

March 17, 2014                                                                 Respectfully submitted,

                                                            /s/ Vincent J. Colatriano
Vincent J. Colatriano, D. Md. No. 0-8023
*Of Counsel*:
Charles J. Cooper
David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 220-9600
(202) 220-9601 (fax)
vcolatriano@cooperkirk.com
ccooper@cooperkirk.com
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

*Counsel for* Amicus Curiae
*National Rifle Association of America, Inc.*