## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Northern Division)

| | | |
|---|---|---|
| **STEPHEN V. KOLBE, et al.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiffs,** | ) | **Case No.: 1:13-cv-02841-CCB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MARTIN J. O'MALLEY, et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

### <u>PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT</u>

Plaintiffs Stephen V. Kolbe, Andrew C. Turner, Wink's Sporting Goods, Atlantic Guns, Inc. and association Plaintiffs Associated Gun Clubs of Baltimore, Inc., Maryland Shall Issue, Inc., Maryland State Rifle and Pistol Association, Inc., National Shooting Sports Foundation, Inc., and Maryland Licensed Firearms Dealers Association, Inc. (collectively, "Plaintiffs"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 56, move for summary judgment on all counts of Plaintiffs' Third Amended Complaint for the reasons stated in their attached Memorandum and request a hearing on their Cross-Motion.

Respectfully submitted,


*/s/ John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
James W. Porter, III (Admitted *pro hac vice*)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2014, Plaintiffs' Cross-Motion for Summary Judgment, Plaintiffs' Memorandum in Support of Their Cross-Motion for Summary Judgment and In Opposition to Defendants' Motion for Summary Judgment, a proposed Order and Plaintiffs' Request for Hearing, were served, via electronic delivery to Defendants' counsel via CM/ECF system which will forward copies to Counsel of Record.


*/s/ John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)