Exhibit 6

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

## **DECLARATION OF JOHN JOSSELYN**

I, John Josselyn, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I am the Legislative Vice President of Associated Gun Clubs of Baltimore, Inc. ("AGC").

3. AGC is a Maryland corporation formed on July 1, 1944 when a number of World War II veterans in the Baltimore, Maryland area began looking for a place for recreational and competitive shooting. In addition to operating a target shooting range facility, providing hunting and target shooting instruction courses that promote general firearm safety, and offering programs and events that encourage adult and youth participation in the shooting sports, AGC supports, encourages, and actively promotes the private ownership of firearms for all law abiding citizens. AGC consists of 15 charter member clubs as well as 14 associate member clubs.

4. AGC's member clubs each have numerous individual members who currently own, are in the process of purchasing, and will in the future purchase, regulated handguns, including handguns with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

5. AGC's member clubs each have numerous individual members who currently own, are in the process of purchasing, and intend in the future to purchase, regulated long guns identified by SB 281 as "assault weapons," most of which come standard with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

6. SB 281 makes purchasing or receiving certain regulated long guns, commonly used by the residents of Maryland and classified by SB 281 as "assault weapons," illegal. Additionally, SB 281 has made purchasing in the state of Maryland standard capacity magazines with a capacity exceeding ten rounds illegal, severely compromising the effectiveness and utility of many firearms currently legally owned, and which may be legally purchased in the future.

7. At any given time at AGC's range in Marriottsville, Maryland, approximately 60% of our shooters will be shooting one of the firearms now banned by SB 281. We also routinely hold competitions, and have for many years, which are limited expressly to AR-15 platform rifles.

8. My understanding is that James Johnson, Chief of Police for Baltimore County, expressed skepticism that banned firearms were commonly used in competitions in Maryland. Through our counsel, we extended an invitation to Chief Johnson to be our guest at one of our competitions so he could observe for himself, but he has not come to visit our range.

I declare under penalty of perjury that the foregoing is true and correct.

_____          3/15/2014
John Josselyn                      Date