Exhibit 7

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

## DECLARATION OF PATRICK SHOMO

I, Patrick Shomo, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

2. I am the President of Maryland Shall Issue, Inc. ("MSI").

3. MSI is an all volunteer, non-partisan organization dedicated to the preservation and advancement of gun owners' rights in Maryland. MSI seeks to educate the community about the right of self-protection, the safe handling of firearms, and the responsibility that goes with carrying a firearm in public.

4. MSI has numerous individual members who currently own, are in the process of purchasing, and will in the future purchase, regulated handguns, including handguns with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

5. MSI has numerous individual members who currently own, are in the process of purchasing, and intend in the future to purchase if allowed to do so by law, banned long guns identified by SB 281 as "assault weapons," most of which come standard with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

6. SB 281 makes purchasing or receiving certain regulated long guns commonly used by the residents of Maryland and classified by SB 281 as "assault weapons," illegal. Additionally, SB 281 makes purchasing in the state of Maryland standard capacity magazines

with a capacity exceeding ten rounds illegal, severely compromising the effectiveness and utility of many firearms currently legally owned, and which may be legally purchased in the future.

7.   SB281 prohibits and makes criminal the intended activities of MSI's members to exercise their rights described above.

I declare under penalty of perjury that the foregoing is true and correct.

_____   _17 March 2014_
Patrick Shomo                Date

2