Exhibit 8

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

## **DECLARATION OF GREG NOLTE**

I, Greg Nolte, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this declaration, and am competent to testify to the matters stated below.

2. I am the Second Vice President of the Maryland State Rifle and Pistol Association ("MSRPA").

3. MSRPA maintains a state-wide network of gun-rights activists for informing legislators, other public officials and the media about the interests of the gun owning community, promotes marksmanship and safe firearms handling via affiliated clubs and statewide programs, organizes and sanctions state championship matches in all shooting disciplines, maintains a Political Action Committee for supporting state-level political candidates who are favorable to the gun-owning community, conducts Junior Programs in the shooting sports, and promotes hunter safety.

4. MSRPA's individual members currently own, are in the process of purchasing, and will in the future purchase, regulated handguns, including handguns with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

5. MSRPA's individual members currently own, or will wish to purchase in the future, banned long guns identified by SB 281 as "assault weapons," most of which come standard with detachable magazines with the capacity of more than ten rounds, primarily for the purpose of self-defense in their homes.

6. SB 281 makes purchasing or receiving certain regulated long guns classified by SB 281 as "assault weapons," even though those firearms are in common use by the residents of Maryland, illegal. Additionally, SB 281 makes purchasing in the state of Maryland standard capacity magazines with a capacity exceeding ten rounds illegal, severely compromising the effectiveness and utility of many firearms currently legally owned, and which may be legally purchased in the future.

7. SB281 prohibits and makes criminal the intended activities of MSRPA's members to exercise their rights described above.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____          _____3/14/14_____
Greg Nolte                                Date