**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | |
|---|---|
| **STEPHEN V. KOLBE,** *et al.***;** | ) |
| | ) |
|    **Plaintiffs,** | ) |
| | ) **Case No.: 1:13-cv-02841-CCB** |
| **v.** | ) |
| | ) |
| **MARTIN J. O'MALLEY,** *et al.***;** | ) |
| | ) |
|    **Defendants.** | ) |

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 9, which is an attachment to Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support, exists only in paper format. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and sever paper copies of the document identified above.

Dated: March 17, 2014

                                                      Respectfully submitted,

                                                      */s/ John Parker Sweeney*
                                                      John Parker Sweeney (Bar No. 08761)
                                                      T. Sky Woodward (Bar No. 10823)
                                                      BRADLEY ARANT BOULT CUMMINGS LLP
                                                      1615 L Street N.W., Suite 1350
                                                      Washington, D.C. 20036
                                                      P (202) 719-8216
                                                      F (202) 719-8316
                                                      JSweeney@babc.com

                                                      *Counsel for Plaintiffs*