Exhibit 17

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

*Chief James Johnson*
*Vol. 1*
*December 17, 2013*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

1  let me reframe it.
2          How many total of these firearms are in
3  circulation in the country?
4       A    Which weapons?
5       Q    The dangerous and unusual semi-automatic
6  long guns that you would like to see banned.
7          MR. FADER:  Object to the form.  You
8  could answer, if you know.
9       A    I believe five million.
10      Q    Five million.  What's the basis for
11 five million?
12      A    Study conducted by Mayors Against
13 Illegal Guns.
14      Q    And what study is that?
15      A    On the time and research that particular
16 piece, they've been conducting ongoing gun violence
17 reduction work for well over five years now.
18          I do want do draw your attention, though,
19 to a Baltimore County piece of work that I just
20 conducted, that indicated that approximately 5% of
21 the weapons were taken in at our Property Evidence

1     A     I am not a ballistics expert.
2     Q     All right. And what is the basis for
3  your opinion on the penetration force of the banned
4  firearms in a home situation?
5     A     I understand the high velocity capability
6  of many assault weapons. I've made a conscious
7  choice to select a certain type of round, 223 round,
8  for my Tactical Team use, to minimize the potential
9  that that weapon would exit the body of the
10 adversary.
11    Q     And would you agree with me that there
12 are similar rifles out there, for instance, the AR10
13 with a higher caliber, a more powerful cartridge
14 load, and greater body and building penetration
15 capability?
16    A     I'm not a ballistics experts, but I would
17 accept that there are likely other rounds and
18 weapons that would achieve the same velocity.
19    Q     In fact, the firearms that are banned, by
20 and large, are what would be considered a medium
21 power load for long guns, correct?