Exhibit 18

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

*Daniel Webster, ScD.*
*January 17, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



Gore Brothers
Reporting &
Videoconferencing
Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

1   Resistance of Body Armor Standard?
2       A    I haven't looked at that recently, no.
3       Q    But you have, you've -- you've seen it?
4       A    Yeah.
5       Q    And it has several classifications of body
6 armor in terms of what it's -- what they're expected to
7 stop by way of nature and caliber of bullet?
8       A    Um-hum.
9       Q    And would you agree with me that any rifle
10 can be expected to penetrate Class II soft armor?
11       A    Yes.
12       Q    Regardless of whether it's on the banned
13 list or not on the banned list in Maryland, it is
14 equally effective in penetrating the soft armor worn by
15 law enforcement officers of Class II type; am I
16 correct?
17       A    Yes.
18       Q    And some handguns can be expected to
19 penetrate the soft armor --
20       A    Yes, some.
21       Q    -- Class II, correct?

```
 1              Do you know who else testified in favor of
 2   the Act?
 3        A     There were a number of individuals, of
 4   course, the Governor testified in favor of it.  There
 5   were leaders from law enforcement from Baltimore,
 6   Baltimore County, Prince George's County, the State's
 7   Attorneys from those jurisdictions, I believe also came
 8   in support of it.
 9              Chief Johnson from Baltimore County was
10   among them, that's what I can remember right now.
11        Q     Were there any other experts like yourself
12   who have studied firearm and violence who testified in
13   support of 2013?
14        A     Not to my knowledge.
15        Q     And so, am I safe in concluding as far as
16   you know, the single paragraph on Page 5 of your report
17   and the two supporting citations are the only scholarly
18   information that was put before the General Assembly in
19   support of the Firearm Safety Act of 2013?
20        A     That I truly don't know.  I don't know if
21   others submitted things to them, so I'm really not
```

                                                                    114

1  sure.
2       Q     All right.
3       A     I only know what I did, and I -- I don't
4  even think I was there for the full testimony, those
5  gun days, the -- the testimony lasts pretty long, so
6  I -- I typically leave after I give my testimony.
7       Q     Now, you state in the first sentence of
8  that paragraph "Assault weapons and other firearms with
9  large-capacity ammunition feeding devices are commonly
10 used in mass shootings."  Do you see that?
11      A     Um-hum, yes.
12      Q     And those same devices are also commonly
13 used for lawful purposes, am I correct?  They're not
14 just used for mass shootings?
15      A     Yes, I assume so.  I mean, I don't think
16 it's been systematically studied to my knowledge, but
17 it's not unreasonable assumption that they're used to
18 lawful purposes, sure.
19      Q     And those lawful purposes would include
20 hunting?
21      A     Sure.

```
 1        Q      Sport target shooting?
 2        A      Um-hum, yes.
 3        Q      And even self-defense in the home, am I
 4   correct?
 5        A      I'm sure that they are sometimes used in
 6   -- in self-defense in the home.
 7        Q      All right.  Now, you go on to talk about
 8   incidents in which "law abiding citizens would need and
 9   be able to use a firearm that would hold more than ten
10   rounds of ammunitions are likely to be extremely rare;"
11   do you see that, sir?
12        A      Yes.
13        Q      Now, we already talked about data that you
14   cited in an earlier report that incidents involving the
15   discharge of more than ten rounds of ammunition are
16   very rare generally?
17        A      Yes.
18        Q      And that would be equally true with respect
19   to a home defense situation, correct?
20        A      Again, it hasn't been systematically
21   studied, but I -- that's not an unreasonable
```

1  you know, about the most extreme anti-social act one
2  can think of, okay.  So you -- you -- you have
3  variability in the weapon that they choose and,
4  although they all are trying to do mass harm.
5      Q    In your report you start out on Page 2 in
6  talking about the design and capability of firearms and
7  I believe this focuses very specifically on the issue
8  you just talked on, am I correct?
9      A    Yes.
10     Q    Did you do any original research for your
11 report?
12     A    Principally the only thing I did was
13 examine the trends just to get an understanding of the
14 general temporal pattern for the number of incidents
15 and the number of individuals shot or killed in public
16 mass shootings, that's -- that's the lone analysis that
17 I did.  As well as drawing upon available research.
18     Q    And when you talk about the trends that you
19 studied would that be the Mother Jones database?
20     A    Yes.
21     Q    Okay.  You would agree with me that of all