Exhibit 20

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al.  vs.*
*Martin J. O'Malley, et al.*

*Christopher S. Koper, Ph.D.*
*Vol. 1*
*February 3, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

1  additional work on the ban and got that funding from

2  them.

3       Q       And why did you revisit the issue again

4  reexamining your 2004 report in 2013?

5       A       For the 2013 book chapter, I was asked by

6  Daniel Webster if I would take part in the gun summit

7  at Johns Hopkins that you mentioned earlier, and they

8  asked if I would prepare basically a chapter that just

9  briefly summarized the results of the -- the 2004

10 report.

11      Q       All right.  In the last sentence of this

12 paragraph, you state, "My conclusions on the impact of

13 the federal ban are most accurately and completely set

14 forth in my 2004 and 2013 reports."  Do you see that,

15 sir?

16      A       Yes.

17      Q       So if I want to look at the most accurate

18 and complete conclusions that you've drawn on your work

19 on the federal ban, I would look to those two reports;

20 correct?

21      A       Yes.

1       Q       "There is not a clear rationale for

2   expecting the ban to reduce assaults and robberies with

3   guns."  Am I reading that correctly?

4       A       Yes.

5       Q       And that correctly and accurately state

6   your conclusion with respect to the impact on

7   firearm-related crime of the federal ban on assault

8   weapons and large capacity magazines; correct?

9       A       That's a partial statement of it.

10      Q       All right.  But -- but accurate in and of

11  itself?

12      A       Yes.

13      Q       Okay.  And when you say you would not

14  expect the assault weapon or large capacity magazine

15  ban to reduce assaults with guns, that would include

16  assaults leading to homicides; correct?

17      A       Not exactly.  What I'm saying here is I

18  don't expect the overall level of assaultive violence

19  with guns to change whether or not these guns and

20  magazines are available, but what I am hypothesizing is

21  that changes in the use of these guns and magazines

84

1  could affect the share of attacks that involve -- that

2  result in injuries or deaths.

3      Q      But -- but they -- you would not expect a

4  ban on assault weapons or large capacity magazines to

5  actually reduce the number of firearm-related assaults

6  or robberies; correct?

7      A      Correct.

8      Q      And you would not expect a ban on assault

9  weapons or large capacity magazines to reduce

10 firearm-related home invasions; correct?

11     A      No.  Correct, I mean.

12     Q      And you wouldn't expect a ban on assault

13 weapons or large capacity magazines to reduce the

14 number of firearms assaults on police officers;

15 correct?

16     A      Correct.  That's fair enough.

17     Q      On note 95 on that page, you address I

18 believe state bans on assault weapons in which you say,

19 "A few studies suggest that state-level assault weapon

20 bans have not reduced crime."  Am I reading that

21 correct?

1        A       Yes.

2        Q       And is that still your view today?

3        A       I've not seen any further studies of this

4    yet, but yes, I mean, essentially that's the

5    conclusion.

6        Q       All right.

7        A       With the qualifiers that are stated in the

8    rest of the footnote.

9        Q       Let's mark this as Exhibit 6, please.  Let

10   me show you what I've marked as Exhibit 6, which is an

11   article authored by Mark Gius, G-I-U-S, on an

12   examination of the effects of concealed weapon laws and

13   assault weapons bans on state-level murder rates.

14               (Koper Exhibit 6 was marked for

15   identification.)

16       A       Okay.

17       Q       And I first ask you are you familiar with

18   this article?

19       A       No.  I've not read this.

20       Q       And has anyone mentioned this to you?

21       A       Defense counsel did mention the existence

94

1    crimes resulting in death.  I think the percentage of

2    gunshot victimizations resulting in death.  I also

3    summarized in chapter nine of this report some of the

4    other findings that we had had in the '97 report when

5    we had looked at some different similar types of

6    outcome measures.

7          Q       On page 96 of your 2004 report marked as

8    Exhibit 5, that's your summary of your conclusions;

9    correct?

10         A       Yes.

11         Q       And in the third sentence you state, "There

12   has been no discernable reduction in the lethality and

13   injuriousness of gun violence," is that correct?

14         A       Yes.

15         Q       And is that still your view today based

16   upon your study and analysis of the impact of the

17   federal ban on assault weapons and large capacity

18   magazines?

19         A       Yes.  Based on the data that I analyzed,

20   it's still my view of it.  Again, subject to the

21   qualifications that I noted earlier.

1      Q      All right.  And are you aware of anyone

2  else's data with respect to studying the impact of the

3  federal ban on assault weapons and large capacity

4  magazines that reached a conclusion different from the

5  conclusion that you state here?

6      A      No.

7      Q      Would you agree with me that the government

8  interest to be served by the federal assault weapon ban

9  and large capacity magazine ban was the reduction of

10  firearm-related violence; correct?

11      A      You could view it that way or you could

12  view it more specifically as trying to get a reduction

13  in shootings in incidents with high numbers of shots

14  fired.  And so, you know, again, I tended to view --

15  judge this more specifically in terms of effects on gun

16  injuries and gun deaths.  As I noted in the report,

17  given the trends in use of assault weapons and large

18  capacity magazines that had been observed to that

19  point, I felt it was actually premature to make any

20  definitive conclusions about the ban's effects on gun

21  deaths and injuries.  I felt that the effects of the

96

1    ban were still unfolding at that time and might still

2    take a while to fully unfold.

3        Q       Isn't it true that as you sit here today,

4    you cannot conclude with a reasonable degree of

5    scientific probability that the federal ban on assault

6    weapons and large capacity magazines reduced crimes

7    related to guns?

8        A       Correct.

9        Q       And it didn't reduce the number of deaths

10   or injuries caused by guns either; correct?

11       A       Correct.

12       Q       Returning to your report for a moment,

13   Professor.  I lost my copy of.

14               On paragraph five at the top of page two

15   you say, "Based on my research, I found, among other

16   things, that assault pistols" --

17       A       I'm sorry.  Could you clarify for me?

18       Q       I'm sorry.  Page two.

19       A       Page two.  Got you.

20       Q       Paragraph five.

21       A       Uh-huh.

97

1    Q      Under "Summary of Findings."

2    A      Okay.

3    Q      You state, "Based on my research, I found,

4  among other things, that assault pistols are used

5  disproportionately in crime in general, and that

6  assault weapons more broadly were disproportionately

7  used in murder and other serious crimes in some

8  available data sources," correct?

9    A      Yes.

10   Q      Let's see if we can pull that apart so I

11 can understand what you're saying here.  Now, how do

12 you define assault pistols?

13   A      Handguns that have the military style

14 features qualifying as assault weapons.

15   Q      And would you agree with me that they

16 became popularly used by criminals in connection with

17 the so-called crack epidemic of the 1980s?

18   A      I don't know that I can make a statement

19 that specific.  I can say that, I mean, there are

20 statistics in the report on how widely they were used

21 in crime.  Generally assault weapons accounted for a

98

1    small percentage of crime guns.  Assault pistols tended

2    to be used more often than assault rifles.

3        Q       And is it your understanding that assault

4    pistols have been continuously banned in the State of

5    Maryland since at least 1994?

6        A       Yes.

7        Q       And that the challenge by my clients to the

8    ban on assault weapons does not include a challenge to

9    the ban on assault pistols, do you understand that?

10       A       Okay.  Yeah.

11       Q       Now, when you say assault weapons more

12   broadly, are you including assault pistols within the

13   definition of assault weapons when you say assault

14   weapons more broadly were disproportionately used in

15   murder and other serious crimes?

16       A       Yes.  That's a reference to assault weapons

17   in general, so it would be assault pistols and assault

18   rifles together.

19       Q       All right.  And would you agree with me

20   that evidence does not support that assault rifles as

21   opposed to assault pistols are disproportionately used

111

1    Guns that one could look at on that issue.

2         Q        What I'm trying to do is understand your

3    data and your study and conclusions to be drawn from

4    that.

5         A        Uh-huh.

6         Q        Am I correct from footnote 13 here that

7    only one case of mass murders of four or more persons

8    in the period 1992 to 1994 involved an assault weapon?

9         A        Yes.

10        Q        And as you sit here today, do you know

11   whether that assault weapon was an assault pistol or an

12   assault long gun?

13        A        I would have to look for that in the '97

14   report.  But I would also note to that that I don't

15   know if this was a very representative sample of mass

16   murders.  It was just based on a sample that we found

17   through some newspaper reports at the time.

18        Q        And one should always be careful in

19   extrapolating conclusions from such small database of

20   points; correct?

21        A        Yeah, one has to be cautious.  There is

113

1   in your 2004 report on page 15?

2          A      Oh, got you.  Okay.  Yeah, you're correct.

3          Q      All right.  So the one report of an assault

4   weapon used in the 1992/1994 period for mass murders of

5   four or more persons was in fact an assault pistol;

6   correct?

7          A      It would seem so.

8          Q      Okay.

9          A      Now, there's some additional relevant data

10  on page 14.  So on page 14, I was making reference to a

11  compilation of mass shooting incidents that Gary Kleck,

12  a professor at Florida State, had put together on

13  incidents where I believe his criteria was where six or

14  more people were killed or a total of 12 or more were

15  shot.  And as I said here, assault weapons or other

16  semi-automatics, large capacity magazines were involved

17  in six, at least 15 shooting incidents.

18         Q      Can you --

19         A      Some of them had assault rifles, I think.

20         Q      Now, can you separate out how many of those

21  six incidents involved assault weapons as opposed to

121

1    that it was a higher -- that they showed up in a higher

2    share of mass public shootings than you would expect;

3    correct?

4               MR. FADER:  Objection.

5               THE WITNESS:  Again, if you calculate the

6    data in that particular way, I think that this

7    statement was also conveying some other nuances.  One

8    being that this type of weaponry, assault weapons and

9    large capacity magazines, showed up more often in the

10   mass public shooting incidents, the killings of police

11   than they did in other types of gun crimes, and I think

12   it may have also been in reference to some statistics I

13   report later on the -- based on the Mother Jones data

14   that's been reported.

15   BY MR. SWEENEY:

16        Q      But based upon your data in your 2004

17   report, it's not fair to say that other firearms with

18   large capacity magazines are used in a higher share of

19   mass public shootings; correct?

20               MR. FADER:  Objection.  You can answer.

21               THE WITNESS:  They -- yes, that would be

122

1   fair, fair to say.

2   BY MR. SWEENEY:

3        Q       Okay.  Let's turn to the killings of law

4   enforcement officers part of that sentence.  And what

5   data do you have to support your statement that assault

6   weapons are used in a higher share of killings of law

7   enforcement officers?

8        A       On page 15, "Criminal Use of Assault

9   Weapons," one of the second to the last bullet point,

10  gun used in murders of police '92 to '94, overall for

11  that period they were seven to nine percent of the

12  weapons and they accounted for, if you look at footnote

13  12, they accounted for as many as 16 percent in 1994.

14       Q       Right.  And as we said before, that data

15  included assault pistols in addition to assault long

16  guns; correct?

17       A       Correct.

18       Q       And at least half of those were assault

19  pistols that you would want to discount for purposes of

20  looking at SB 281 which only affects assault rifles;

21  correct?

126

1    happened during that period of time or two or three

2    more murders with assault weapons had happened during

3    that period of time, that would significantly impact

4    these percentages; correct?

5         A      Yes.

6         Q      So these are very small numbers and they're

7    highly susceptible to variability depending upon

8    particular incidents in a particular year; correct?

9         A      Yeah.  One has to be cautious, yes.

10        Q      Right.  Yeah.  And thankfully both mass

11   public shootings and killings of law enforcement

12   officers are extremely rare events; correct?

13        A      Certainly rare in a statistical sense in

14   that, you know, your likelihood of experiencing one of

15   those is very small.  I guess from a policy maker's

16   perspective or the citizenry's perspective, there comes

17   a question of, you know, if, you know, how much is too

18   much?  If you have a couple of these events occurring,

19   you know, every year even though it's a statistically

20   rare event, it might be of concern.

21        Q      I think we can all agree that we would like

128

1      A       We never calculated that number, so I don't

2   know.

3      Q       All right.  It would be not a whole

4   percentage point; correct?

5      A       I think it would be a very small rate, yes.

6      Q       Very, very small rate; correct?

7      A       Probably.

8      Q       Would you agree with me that law

9   enforcement officers are far more likely to be killed

10  by motor vehicles in the line of duty than assault

11  rifles?

12     A       Yes.

13     Q       Vastly more likely to be killed by handguns

14  than by assault rifles?

15     A       Yes.

16     Q       Possibly even more likely to be killed by

17  shotguns than by assault rifles?  Probably more likely?

18     A       Probably.

19     Q       Okay.  Now, the number of mass public

20  shootings is also thankfully quite low; correct?

21     A       Yes.

129

1      Q      Even if we were to assume that all mass

2   public shootings to date had been committed with an

3   assault rifle, if we were to ban all assault rifles,

4   could we safely assume that we would not have any mass

5   public shootings?

6      A      I don't think you can assume that there

7   would be no mass public shootings.  One might expect

8   that if offenders are using different type of weaponry

9   that perhaps the incidents might result in fewer people

10  shot.

11     Q      But we could still expect to see mass

12  public shootings?

13     A      Yes.  Yes.

14     Q      Could we even predict with a reasonable

15  degree of scientific probability that the number of

16  incidents of mass public shootings will decrease if we

17  ban assault weapons?

18     A      I guess it depends on exactly how you're

19  defining mass shootings, you know, the number of --

20  number of people who have to be shot for it to qualify

21  as a mass public shooting.  I think it will be -- it

131

1   and considering mass shootings by the number of people

2   shot as opposed to the number of people killed --

3        A      Uh-huh.

4        Q      -- and if you assume four or more, can you

5   state to a reasonable degree of scientific probability

6   based upon the evidence available to you that banning

7   assault rifles will reduce the number of incidents of

8   mass shootings?

9        A      I can't say that based -- I mean, I can't

10  make a firm projection of that based on any particular

11  available data.  There might be data to suggest that

12  there could be some reduction in that, but it's hard to

13  really clearly project what that would be or how

14  difficult it might be to detect statistically.

15       Q      We have to work with a legal standard for

16  expert opinion in the reasonable probability range.

17       A      Uh-huh.

18       Q      I'm not sure in the legal context what, you

19  know, firm means as you mean it, but I'm trying to

20  understand whether you can state your opinion to a

21  reasonable degree of scientific probability that

1      Q      And is this the work that you're referring

2   to there?

3      A      Yes.

4      Q      Did we have a clean copy somewhere here

5   that we can mark as an exhibit?  Can you mark that as

6   the Exhibit Number 10?  Thank you.

7             We've marked as Exhibit 10 that thesis.

8   Has this been published anywhere?

9             (Koper Exhibit 10 was marked for

10  identification.)

11     A      No.  This is the master's thesis.  I -- I

12  believe they are -- I think you can get these through

13  the library, but it's not a publication, per se.

14     Q      All right.  Did you yourself review any of

15  the Mother Jones data to check the accuracy and

16  validity of this analysis?

17     A      I've done very limited work with the Mother

18  Jones data myself.  It's the -- in this case, it's Luke

19  Dillon's analysis.  He's responsible for conducting

20  that.

21     Q      All right.  And do you have any information

1  on how Mother Jones itself compiled the data on which

2  Luke Dillon relies here?

3       A       My understanding is that they did this

4  through extensive media searches look for mass public

5  shooting incidents over the last roughly 20-some years

6  going back to '82.

7       Q       And the Mother Jones data hasn't been

8  published in any peer review journal; correct?

9       A       Correct.

10       Q       And --

11       A       To my knowledge.

12       Q       Right.  And have you studied the criteria

13  by which they've selected the data?

14       A       Yes.  They were looking for all incidents

15  where four or more people were killed and that occurred

16  in a public location.  They were -- almost all of them

17  were lone shooter cases.

18       Q       Would you agree with me that mass public

19  shootings are not on the uprise?  They're not

20  increasing?

21       A       No.  Actually their data make it seem that

1  which one might try to infer that, but the case, yeah,

2  it's not as clear.  It's fair to say.

3  BY MR. SWEENEY:

4      Q      Now, in paragraph eight of your report, you

5  state in the second sentence that Maryland's

6  recently-enacted ban on assault weapons and large

7  capacity magazines has the quote "potential" close

8  quote to accomplish a couple of things; correct?

9      A      Yes.  Okay.

10     Q      Now, when you say potential, I'm trying to

11 understand what you mean here.  Would you agree with me

12 that any law would have the potential to produce a

13 benefit?

14             MR. FADER:  Objection.

15             THE WITNESS:  Might depend on -- on what it

16 is.  In this case, you know, I'm saying potential based

17 largely on my studies of the federal assault weapons

18 ban and what -- what we found there.

19 BY MR. SWEENEY:

20     Q      Can you state with a reasonable degree of

21 scientific probability that the ban on assault weapons

171

1    and large capacity magazines in Maryland will reduce

2    the number of crimes committed with assault weapons and

3    other firearms with large capacity magazines?

4         A    I can't put a probability on that.  You

5    know, all I can say is based on the experience with the

6    federal assault weapons ban, that there are grounds for

7    believing that the Maryland law could achieve that in

8    extrapolating from the results of the federal study.

9    Otherwise, one has to actually study the implementation

10   of the Maryland law to begin putting, you know,

11   probabilities on it and measuring those effects.

12        Q    All right.  Can you say to a reasonable

13   degree of scientific probability that the ban on

14   assault weapons and large capacity magazines in

15   Maryland will reduce the number of shots fired in gun

16   crimes?

17        A    Not sure what you mean by a reasonable

18   probability 'cause I just I can't put a probability on

19   it and tell you how likely it is to occur.

20        Q    Can you say to a reasonable degree of

21   scientific probability that the Maryland ban on assault

172

1   weapons and large capacity magazines will reduce the

2   number of gunshot victims in such crimes?

3        A      Again, same answer.  I can't state it with

4   an exact probability at this time.

5        Q      And if I ask you the same question with

6   respect to number four, reduce the number of wounds per

7   gunshot victim, and five, reduce the lethality of

8   gunshot injuries when they do occur, and six, reduce

9   the substantial societal costs that flow from

10  shootings, would your answer be the same?

11       A      Yes.

12       Q      Okay.  Now, the Maryland law does not

13  prohibit all semi-automatic firearms; correct?

14       A      Correct.

15       Q      And criminals can substitute semi-automatic

16  firearms that aren't banned; correct?

17       A      Those and other guns.

18       Q      Right.  And isn't that variable something

19  that you can't control and one of the reasons why you

20  can't say to any probability whether or not the ban

21  will accomplish the six items that you state in