Exhibit 21

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

---

*Deputy Chief Henry Stawinski, III*
*Vol. 1*
*December 20, 2013*

---

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

1   included in the total number that aren't broken down?
2       A    That would be the total universe of guns.
3   Handguns.
4       Q    And of the total universe of guns, the
5   overwhelming number of them, although there's not a
6   breakdown here, would be handguns?
7       A    Yes.
8       Q    Would you agree with me that based on these
9   numbers, the firearms that have been banned in SB 281
10  are only very, very rarely used in crime in Prince
11  George's County?
12      MR. FADER: Object to the form. You can
13  answer it.
14      A    They are not common in Prince George's
15  County by any means.
16      Q    And my specific question is they're not
17  commonly used in crime in Prince George's County.
18      A    They're not commonly encountered in any
19  crime. And the illustration of what we've seized in
20  the course of these three years, I think speaks for
21  itself.