# Exhibit 22

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

**In The Matter Of:**

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

---

*Lieutenant Colonel William M. Pallozzi*
*Vol. 1*
*December 20, 2013*

---

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*

GORE BROTHERS
Reporting &
Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

Q Are they also required to qualify on patrol rifles?

A No. That's optional.

Q Is there any special training that the Maryland State Police requires of its officers if they are going to use patrol rifles?

A Yes, sir.

Q And what training?

A That's a totally separate school. It's three days, 24 hours of training. Separate set of standards. Everything. Same thing with the weapons, whether they're issued weapon or providing their own, they have to qualify with at least 80 percent on their regular primary weapon to even be qualified to even enter that program.

Q And do they have any annual or other periodic qualifications --

A Yes, sir. They have to qualify twice a year.

Q And what does that qualification consist of?

A Yes, sir.

Q But you no longer have that duty once you're retired from the Force; am I correct?

A That's correct.

Q Does the Maryland State Police have records on the type of firearms used in crime in Maryland?

A We capture UCR data from crime reporting systems. Data that we reported to the FBI. Locals report it to the State Police. We're the clearinghouse for the State of Maryland.

Then it's reported to the FBI, but it only categorizes handguns, rifles, other, as far as firearms. There are knives, you know, fists, stuff like that, but firearms is under the categories I told you.

Q Let me just understand. Handguns, rifles, and other?

A Other. Right. If there's something that's not clearly marked.

Q Would a shotgun be listed as a rifle or other under that system?

Q Who would know that at Maryland State Police?

A Well, if it's going to be in a pistol model, the technical experts they're using for the Handgun Roster Board would know that.

Q Is an M16 banned by SB 281?

A A military model would be, yes, sir.

Q Why would a military model be banned under --

A It's a military weapon.

Q SB 281 bans enumerated firearms that are --

A I'm not -- I'd have to look at the list specifically.

Q And I'm not trying to trick you. I just want to focus you on the enumerated firearms do not include military firearms in the sense of fully automatic and with the exception we discussed before, the AK47 all types.

A Um-hum.

Q The M16 is not on the list; would you agree with me?