Exhibit 23

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al.  vs.*
*Martin J. O'Malley, et al.*

*Lucy Allen*
*Vol. 1*
*January 24, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



**GORE BROTHERS**
Reporting &
Videoconferencing

*Since 1961 - Serving MD, DC & VA - Worldwide*

Min-U-Script® with Word Index

45

1   imagine there are only a hundred incidents, 28

2   of them would be no, and the mode is one, so the

3   mode would have to be more than 28, so at a

4   minimum that would be 28; and 28 plus 28 is 56,

5   and you're already over 50, so then the median

6   can't be two.

7       Q.   Now, we know from his chart that you're

8   looking at number of shots fired where he states

9   max 20, that there's at least one incident in

10  which 20 rounds were fired in self-defense,

11  correct?

12      A.   Correct.

13      Q.   And do we know how many other incidents

14  there may have been more than ten rounds fired

15  in self-defense in this study from what he's

16  presented by way of data?

17      A.   I asked him that question.  You cannot

18  tell from here.  You can tell it can't be very

19  many because given the -- given the statistics

20  he does give you, and he responded that -- I

21  don't recall his exact response, but it was a

22  very small number.

23      Q.   I understood you hadn't had a

24  conversation with him.  Did you have an e-mail

25  exchange with him?

1   would be the reason -- back up.

2       I don't know why they've maintained these --

3   these stories for self-defense.  My guess, my

4   speculation on why they maintain them is because

5   they think guns are helpful in self-defense and

6   they have collected stories where they've seen

7   that guns have been helpful in self-defense.

8   BY MR. SWEENEY:

9       Q.    Do you believe these stories are a

10  representative sample of firearms self-defense?

11      A.    I wouldn't particularly expect them to

12  be -- I would -- I would expect in terms of a

13  bias, it may be that the stories are when the

14  use of a gun has been particularly effective and

15  beneficial in self-defense.

16      Q.    And that would be a selection bias?

17      A.    There could be some selection bias.

18      Q.    All right.  Do you have any reason to

19  believe that these stories are a complete

20  recording of all instances in self-defense use

21  of firearms?

22      A.    I think the NRA is quite focused on

23  this issue of self-defense, and I have not

24  researched -- I should back up.

25          I think they're very interested in this

32

1   issue and I think they have -- in my experience,

2   they're quite diligent in finding stories and

3   finding information that supports the point that

4   guns can effectively be used in self-defense.

5   So I would expect that it may be a quite

6   comprehensive list.

7        Q.   Have you done any independent research

8   to verify that expectation?

9        A.   I haven't particularly done any

10  research to verify that.  I have note -- I note

11  that the number of rounds fired by individuals

12  is not inconsistent with the sort of data that I

13  have seen Kleck and others compile.

14       Q.   In Paragraph 9, you refer to a study of

15  incidents in the NRA stories for a five-year

16  period from '97 to 2001.  Is that what we've

17  marked as Allen Number 3, The Armed Citizen -

18  A Five Year Analysis that you produced today?

19       A.   Yes.

20       Q.   And who prepared that study?

21       A.   Claude Werner.

22       Q.   Who is he?

23       A.   He's a firearms instructor, firearms

24  expert instructor.  I believe he's a former

25  military person.