Exhibit 24

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

*John Josselyn*
*Vol. 1*
*December 3, 2013*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

51

1  Q   So, for these military competitions, are
2  you saying that an HBAR would not be permitted?
3  A   I'm not sure.  I haven't been able to
4  compete in the matches since I became legislative vice
5  president because I haven't had the time.
6  Q   During the time where the federal assault
7  weapons ban was in place, did they still have these
8  military matches?
9  A   Yes.
10 Q   And were AR-15s the weapon of choice, the
11 firearm of choice for use in those matches?
12 A   That goes back to the 1990s, and we were in
13 a transition period at that time where the AR-15
14 platform that was once viewed rather derisively as a
15 mouse gun began to show its stuff, that what it could
16 really do when the manufacturers improved their
17 manufacturing techniques, and they, they gained
18 respect.
19     And so, they were becoming more and more
20 common.
21 Q   So, what firearms --