Exhibit 28

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

| Table 27 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Law Enforcement Officers Feloniously Killed** | | | | | | | | | | | |
| Type of Weapon, 2003–2012 | | | | | | | | | | | |
| Type of weapon | Total | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| **Number of victim officers** | **535** | **52** | **57** | **55** | **48** | **58** | **41** | **48** | **56** | **72** | **48** |
| **Total firearms** | **493** | **45** | **54** | **50** | **46** | **56** | **35** | **45** | **55** | **63** | **44** |
| Handgun | 360 | 34 | 36 | 42 | 36 | 39 | 25 | 28 | 38 | 50 | 32 |
| Rifle | 92 | 10 | 13 | 3 | 8 | 8 | 6 | 15 | 15 | 7 | 7 |
| Shotgun | 38 | 1 | 5 | 5 | 2 | 8 | 4 | 2 | 2 | 6 | 3 |
| Type of firearm not reported | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 2 |
| **Knife or other cutting instrument** | **3** | **0** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **1** | **1** |
| **Bomb** | **2** | **0** | **0** | **0** | **0** | **0** | **2** | **0** | **0** | **0** | **0** |
| **Blunt instrument** | **1** | **1** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| **Personal weapons** | **3** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **2** | **1** |
| **Vehicle** | **33** | **6** | **2** | **5** | **2** | **2** | **4** | **3** | **1** | **6** | **2** |
| **Other** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |