Exhibit 31

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

---

*Anthony W. Batts*
*Vol. 1*
*December 19, 2013*

---

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



Gore Brothers Reporting & Videoconferencing
Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

6

1  of your deposition today.
2     A     Okay.  I'm looking at page five of the
3  document that is -- looks like Sub Category E.
4  Commissioner Anthony W. Batts, Baltimore City Police
5  Department.  Relates to training, firearms secured
6  by officers at the police department.  The lack of
7  the use of assault weapons.  The dangerousness of
8  assault weapons and high capacity magazines.
9  Opinion on assault weapons high capacity.  Lessons
10 learned from mass shooting incidents.  Gives the
11 address of the police organization.
12           Is that it on page six?
13    Q     Yes.
14    A     Okay.
15    Q     And are you generally familiar with the
16 subject matters that are listed there?
17    A     Generally.  I am not an expert, but
18 generally, yes.
19           MR. SWEENEY:  All right.  Please mark
20 that as Exhibit 1, Batts 1.
21           (Batts Exhibit 1 was marked for purposes

1  with?
2      A    Sure.
3      Q    Would you consider assault rifles to be
4  commonly found throughout the State of California?
5      A    How are you defining commonly?
6      Q    Just how would you define it?
7      A    I don't know.  I didn't ask the question,
8  but I will try to gauge it.  California has very
9  strict laws dealing with assault rifles, and they
10 have so for many years.  And there's been a pretty
11 dramatic push to get a handle on assault rifles.
12 But yet and still, as you crank down on those laws,
13 I think the availability is less and less.  But
14 there, again, we had talked about in crimes those
15 are rarities in the first place.
16     Q    But not criminal use, but simply
17 possession and use by law abiding citizens is
18 something you can find throughout the State of
19 California, correct?
20     A    I couldn't answer that.
21     Q    Okay.  You mentioned a role with the