Exhibit 32

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

*Joseph Vince, Jr.*
*Vol. 1*
*January 17, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing
Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

21

1 correlation between one bullet and another and then
2 subsets of that. And over time I've certainly had, I
3 wouldn't say courses, but I've had education and
4 experience in some types of ballistics, and especially
5 with ATF. I was in charge at one time with their IBIS
6 System, Integrated Ballistic Identification System, and
7 getting that out to law enforcement, so I did get some
8 knowledge of the use of that.
9  Q     There are a number of -- of experts in
10 ballistics employed by the ATF, are there not?
11     A     Yes, sir, there are.
12     Q     And you wouldn't consider yourself one of
13 them, would you?
14     A     No, sir, I would not.
15     Q     Did you have any course work outside of the
16 ATF in firearms?
17     A     Outside of the training as an agent, I
18 can't recall any at this time.
19     Q     All right. What was your training as an
20 agent in regards to firearms?
21     A     Well, you initially certainly go through --