Exhibit 33

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

## **DECLARATION OF MARC NARDONE**

I, Marc Nardone, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this declaration, and am competent to testify to the matters stated below.

2. On November 22, 2013, I went to the Senate Judicial Proceedings Committee and requested the Bill File for 2013 Senate Bill 281. A member of the Committee Staff provided me with four (4) envelopes of material that had been submitted both in opposition and in support of Senate Bill 281. I made a copy of each page of the file that I was given.

3. The Bill File I copied contained 1010 pages of material that was submitted to the Committee.

4. The Bill File that was produced during discovery by Defendants in this case contained only 350 pages of material.

5. After reviewing the material that was not included in Defendants produced bill file, I have concluded that the omitted material contains submissions in opposition to Senate Bill 281, including materials submitted in opposition by Plaintiff, Associated Gun Clubs.

I declare under penalty of perjury that the foregoing is true and correct.

_____        3-17-14
Marc Nardone                                            Date