Exhibit 34

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

Senate Bill 281

OPPOSE SENATE BILL 281

Dear Senators of the Great State of Maryland:

I OPPOSE Governor O'Malley's regulated assault weapon ban and his proposal for a 10 round magazine limit.

I am a retired Maryland State Trooper with 25 years of dedicated service to the citizens of Maryland. I was a highly decorated trooper involved in shootings and made hundreds of drug arrests. I received the medal of valor, Governor's citation, Superintendents commendation and numerous other awards.

I was involved in a shooting in 1988 at the Maryland House on I-95 Harford County. I encountered an armed felon with a hostage. I fired a total of 21 rounds at the felon. I had a 6 shot revolver and a 15 shot semi-automatic pistol. I shot him 8 times. If I did not have my back up pistol I would not be alive today.

I am also a veteran. I have trained with fully automatic weapons, M-16, M-60 machine gun, AK47 and Uzi. These are true assault weapons, not these civilian versions of so called labeled regulated assault weapons for civilian use.

These regulated assault weapons in Maryland are semi-automatic. They were labeled this way by the 1994 assault weapon ban. These in reality are not true assault weapons. I oppose the 10 round magazine limit because it took 21 rounds for me to stop this felon. Even with my military and police training it still took 21 rounds. It's not like in the movies when you shoot someone they go down. It is a terrible feeling when you are in a situation like this. Believe me! My point is if you have 2, 3 or 4 assailants in a home invasion and they are armed, God help you if you have a 7 round magazine like New York passed or a 10 round magazine that Governor O'Malley wants. Home invasions are happening more and more in this state some in broad daylight.

These semi-automatic rifles are used for hunting, target practice, shooting competitions, self defense, and collecting. These semi-automatic rifles were used by individual citizens to protect their property in the Los Angeles riots, in New Orleans Katrina storm and are used every day for home personal defense and deterring crime.

The Governor shall not take away my second amendment rights and my human rights to defend myself and family from serious bodily injury and or death by any means.
This is why I oppose the 10 round magazine limit in SB 281 and urge the senate to keep the laws as they are. Remember criminals do not obey laws! The people who commit hideous acts of violence like in Connecticut are criminals and mentally insane. There are

46,000 assault weapons in Maryland. I don't fear these law abiding citizens. I fear the criminals and mentally insane who commit these hideous, murderous acts of violence.

Thank you.

Sincerely,

*Lawrence J. Nelson*

Lawrence J. Nelson
email address: centurionnelson@yahoo.com
1520 Lady Anne Court
Jarrettsville, Maryland  21084