Exhibit 36

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment




MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT. GOVERNOR

STATE OF MARYLAND
**MARYLAND STATE POLICE**
1201 REISTERSTOWN ROAD
PIKESVILLE, MARYLAND 21208-3899
410-486-3101
TOLL FREE: 1-800-525-5555
TTY: 410-486-0677

August 28, 2013

COLONEL
MARCUS L. BROWN
SUPERINTENDENT

Mr. Lawrence G. Kane
National Shooting Sports Foundation, Inc.
11 Mile Hill Road
Newtown, CT  06470

Dear Mr. Kane

Thank you for your correspondence to Colonel Marcus L. Brown, Superintendent of the Maryland Department of State Police (MDSP), regarding the Firearms Safety Act of 2013. As Chief of the Department's Support Services Bureau, Colonel Brown has asked that I respond on his behalf.

Maryland Senate Bill 281 is effective October 1, 2013 and has made some significant changes in existing law to reduce gun violence and protect the citizens of Maryland. Based on existing law and Senate Bill 281, your questions are answered below.

1. AR-15, regardless of its operating system, is an AR-15 and any copy of an AR-15, whether it be a copy of the AR-15 with a piston operating system or a copy of the AR-15 with the gas operating system, is a regulated firearm, and as of October 1, 2013, an assault long gun.
2. .22 caliber AR-15 style weapons are still not considered assault weapons. "Other rifles" styled after enumerated assault weapons, but in different calibers, are also not considered assault weapons if they do not have "internal components necessary for full operation and function" that are interchangeable with those of an enumerated weapon.
3. Maryland does not have a definition for "heavy barrel". Excluding the Bushmaster semi-auto rifle, all imitations of the Colt AR-15 Sporter H-Bar rifle are not prohibited.

Recently, the Licensing Division has attempted to open the line of communication between the MDSP and the firearms community by posting advisories on mdsp.org/licensing division webpage. The advisories are being generated to provide timely responses to frequent questions and concerns. Attached is a copy of the advisory dated July 29, 2013.

*"Maryland's Finest"*

NSSF - 000403

Mr. Lawrence G. Kane
August 28, 2013
Page Two

    Should you have any additional questions or concerns, please do not hesitate to contact Lieutenant John G. Cook, Assistant Commander of our Licensing Division. He may be reached by mail at 1111 Reisterstown Road, Pikesville, Maryland 21208 or by telephone at 410-653-4509.

                          Sincerely,

                          Lieutenant Colonel W. M. Pallozzi
                          Chief
                          Support Services Bureau

MLB:WMP:jgc

cc:    Colonel Marcus L. Brown, Superintendent, MDSP
        Lieutenant John G. Cook, Assistant Commander, Licensing Division

Attachment.

NSSF - 000404