Exhibit 37

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment




**STATE OF MARYLAND**
**MARYLAND STATE POLICE**
1201 REISTERSTOWN ROAD
PIKESVILLE, MARYLAND 21208-3899
410-486-3101
TOLL FREE: 1-800-525-5555
TDD: 410-486-0677

ROBERT L. EHRLICH, JR.
GOVERNOR

MICHAEL S. STEELE
LT. GOVERNOR

COLONEL EDWARD T. NORRIS
SUPERINTENDENT

September 15, 2003

Mr. William R. Lynch
5050 Woodhurst Drive
Frederick, MD 21703

Dear Mr. Lynch:

Thank you for your email to Governor Robert L. Ehrlich, Jr. regarding guns classified as assault weapons in the State of Maryland. Governor Ehrlich has received your email and has asked me to respond on his behalf.

Your letter was forwarded to Major Anthony C. Satchell, Commander of the Maryland State Police Licensing Division, for inquiry. Major Satchell has advised that after extensive research and consultation with our legal department, it has been determined that based on using the Colt AR-15 H-B as the standard, the Bushmaster DCM, having an equal or greater barrel diameter, should not be classified as an assault weapon. The Licensing Division will continue to research other AR-15 models on an individual basis and make a recommendation to the Maryland General Assembly regarding their classification.

During the past legislative session, a bill was introduced entitled House Bill 844 Assault Weapons Ban, which would have effectively banned all assault weapons from being sold, purchased, transferred or received in Maryland. The current administration opposed this legislation; subsequently, the bill was defeated. This case serves as an example of the Governor's commitment to work with the State Legislature, special interest groups, and private citizens to ascertain that adequate legislation is balanced between ensuring public safety and protecting the rights of the citizens of Maryland.

Thank you again for your email to Governor Ehrlich. If you have any questions or need additional information, please contact Major Satchell. He may be reached by telephone at 410-799-0191, extension 305 or by mail at 7751 Washington Boulevard, Jessup, Maryland 20794.

Sincerely,

Edward T. Norris
Superintendent

ETN:JVP:tlc

cc: Major Anthony C. Satchell, Commander, Licensing Division

*"Maryland's Finest"*

AGC - 000348