Exhibit 38

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

**FM 3-22.9**

# RIFLE MARKSMANSHIP
# M16-/M4-SERIES WEAPONS



# August 2008

DISTRIBUTION RESTRICTION: Approved for public release; distribution is unlimited.

# HEADQUARTERS
# DEPARTMENT OF THE ARMY

# Chapter 2

# Weapon Characteristics, Accessories, and Ammunition

This chapter describes the general components, characteristics, accessories, and ammunition for M16- and M4-series weapons, and includes a brief explanation of how to mount the various accessories.

## SECTION I. RIFLES AND CARBINES

All M16-/M4-series weapons are magazine-fed, gas-operated, air-cooled, shoulder-fired 5.56-millimeter weapons. This section describes the general characteristics and components of M16-/M4-series weapons.

## CHARACTERISTICS OF M16-/M4-SERIES WEAPONS

2-1. Table 2-1 describes the general characteristics of M16-/M4-series weapons.

Table 2-1. Characteristics of M16-/M4-series weapons.

| CHARACTERISTICS | M4-SERIES | M16A2/A3 | M16A4 | M16A1 |
|---|---|---|---|---|
| **WEIGHT (lb)** | | | | |
| Without magazine and sling | 6.49 | 7.78 | 9.08 | 6.35 |
| With sling and loaded: | | | | |
|    20-round magazine | 7.19 | 8.48 | 9.78 | 6.75 |
|    30-round magazine | 7.50 | 8.79 | 10.09 | 8.06 |
| Bayonet knife, M9 | 1.50 | 1.50 | 1.50 | 1.50 |
| Scabbard | 0.30 | 0.30 | 0.30 | 0.30 |
| Sling, M1 | 0.40 | 0.40 | 0.40 | 0.40 |
| **LENGTH (in)** | | | | |
| Rifle w/bayonet knife | N/A | 44.88 | 44.88 | 44.25 |
| Overall rifle length | N/A | 39.63 | 39.63 | 39.00 |
| Buttstock closed | 29.75 | N/A | N/A | N/A |
| Buttstock open | 33.0 | N/A | N/A | N/A |
| **OPERATIONAL CHARACTERISTICS** | | | | |
| Barrel rifling-righthand 1 twist (in) | 7 | 7 | 7 | 12 |
| Muzzle velocity (fps) | 2,970 | 3,100 | 3,100 | 3,250 |
| Cyclic rate of fire (rounds per min) | 700-900 | 700-900 | 800 | 700-800 |
| **MAXIMUM EFFECTIVE RATE OF FIRE (rounds per min)** | | | | |
| Semiautomatic | 45 | 45 | 45 | 45-65 |
| 3-round burst | 90 | 90 (A2) | 90 | N/A |
| Automatic | 150-200 A1 | 150-200 A3 | N/A | 150-200 |
| Sustained | 12-15 | 12-15 | 12-15 | 12-15 |
| **RANGE (m)** | | | | |
| Maximum range | 3,600 | 3,600 | 3,600 | 2,653 |
| Maximum effective range: | | | | |
|    Point target | 500 | 550 | 550 | 460 |
|    Area target | 600 | 800 | 600 | N/A |