Exhibit 40

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

Fwd: 10 round magazines

From: gwink222 <gwink222@aol.com>
To: cwink59400 <cwink59400@aol.com>
Subject: Fwd: 10 round magazines
Date: Mon, Nov 11, 2013 2:42 pm

Wink 's Sporting Goods
12122A Carol Lane
Princess Anne, MD 21853
410-621-0400
410-651-1862 Fax

-----Original Message-----
From: Darren Gates <       >
To: gwink222 <       >
Sent: Mon, Nov 11, 2013 11:18 am
Subject: Re: 10 round magazines

Good morning. There is not a lot there but here is what I currently have available in 10rd mags...

**FNH**
47009 - FNP-9M
63330 - FNS-9
**Ruger**
90351 - 10rd SR9-40
90325 - 10rd SR9-9
90412 - 10rd SR45
**Glock** - Nothing there
**Taurus 24/7 9mm** - Nothing there
**Beretta** - PX4 9mm only. Nothing in 40S&W, 92A1 or CX4
**Springfield** - Nothing there

We receive items into the warehouse all the time but keep in mind that Maryland joined the ranks of other 10rd capacity states like New York, New Jersey, etc.
The pool wasn't very deep before and now we have Maryland shops looking for the same 10rd magazines.
Unfortunately, I don't have a timeline if when we will be getting more 10rd mags in.



**Darren Gates**
Inside Sales Representative

**Big Rock Sports**
2209 Quarry Drive
Suite C-30
Reading, PA 19609
Office 800-334-2661 ext 8777
Mobile 570-225-8771

http://mail.aol.com/38172-111/aol-6/en-us/mail/PrintMessage.aspx

11/11/2013

WSG - 000304

Fwd: 10 round magazines

Fax 866-813-8435

From:
To:
Sent: Monday, November 11, 2013 10:58:47 AM
Subject: 10 round magazines

Darren: We are struggling to sell handguns and constantly looking for guns with 10 round magazines. We have several guns that need 10 round magazines in order to sell them in Maryland. Also there are customers needing 10 round magazines for guns they have now.

Here are a few that we really need now, but if you can think of others you have in stock that I could possible use let me know.
FNH 9 & 40
Beretta 92, PX4 in 9 & 40
Taurus PT 24-7 9mm and 9s-9mm.
All Glocks but mostly 22's and 17's.
Ruger SR9 and 40
Beretta CX4 Storm 9 & 40
Springfield XD and XDM in both 9 & 40
Please let me know what is in stock, if they even have one in 10 round, when you might have them and also when you last had them. Thanks, Gary
Wink 's Sporting Goods
12122A Carol Lane
Princess Anne, MD 21853
410-621-0400
410-651-1862 Fax

This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected. If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please notify the sender immediately by return e-mail message and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.

RE: I NEED 10 ROUND MAGS, PLEASE

From: Earl Hammaker <EarlHammaker@bonitz-jsc.com>
To: cwink59400 <cwink59400@aol.com>
Subject: RE: I NEED 10 ROUND MAGS, PLEASE
Date: Mon, Nov 11, 2013 2:58 pm

fns 9mm, 8-in stock-- don't know when we will get more once we sell out
fns 40s&w, -2 in stock, on order no idea when they will be in

taurus 24/7, discontinued by "us" dont know if they will reorder now or not
taurus mod. 92 9mm- out of stock on order now idea when taurus will ship some

glock 22, -13 in stock on order, waiting for glock to send them
glock 17, -143 in stock on order,,
haven't seen glock mags in general since july

beretta 92, -1 in stock, on order,, saw I little shot of mags in sept. not enough to even fill show orders, the time before that was november of 2012

beretta px4, 9mm not even set up
beretta px4, 40cal 2 in stock, on order less than 20 were in stock in the month of October

springfield xd9, 0 in stock on order-- haven't seen either one since February
springfield xd40, 0 in stock on order-- see above

springfield xdm 40 and 9mm ,, we dont stock an xdm less than 11 rounds for either caliber

ruger sr9, 58 in stock
ruger sr40, 0-instock


Earl Hammaker
Bonitz Brothers Inc
5340 Jaycee Avenue
Suite A
Harrisburg, Pa 17112
800-825-7060 ext 6970
fax 800-933-3285
[illegible]


From: [illegible]
Sent: Monday, November 11, 2013 10:26 AM
To: Earl Hammaker
Subject: I NEED 10 ROUND MAGS, PLEASE

Earl,

I know I ask you constantly for 10 round mags, but I'm asking again. I have several handguns here that I need 10 round mags to sell with them. I also have customers needing 10 round mags for firearms they already have.

Here are a few that I really need now, but if you can think of others you have in stock that I could use, let me know.

RE: I NEED 10 ROUND MAGS, PLEASE

FNH - FNS 9 and 40   "Taurus PT 24-7 9MM and Model 92 9MM   All Glocks But really need Models 22 and 17

Beretta 92, PX4 in 9 and 40   Also the Beretta CX4 Storm (I guess they take the same as 92 and PX4)

Ruger SR9 and 40

Springfield XD's in 9 and 40   Springfield XDM in 9 and 40

Please let me know:   what you have in stock,  when you think you may have them.

When did you last have?

Thanks,

Carol
410-621-0400