Exhibit 41

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

# THE COMPLETE
# AR-15/M16 SOURCEBOOK

What

Every



Shooter

Needs to

Know



Duncan Long

**PALADIN PRESS**
**BOULDER, COLORADO**

**Also by Duncan Long:**

AK47: The Complete Kalashnikov Family of Assault Rifles
The AR-15/M16: A Practical Guide
Assault Pistols, Rifles, and Submachine Guns
AR-15/M16 Super Systems
Combat Revolvers: The Best (and Worst) Modern Wheelguns
Hand Cannons: The World's Most Powerful Handguns
Homemade Ammo: How to Make It, How to Reload It, How to Cache It
The Mini-14: The Plinker, Hunter, Assault, and Everything Else Rifle
Mini-14 Super Systems
Modern Combat Ammunition
Modern Sniper Rifles
Ruger .22 Automatic Pistol: Standard/Mark I/Mark II Series
Streetsweepers: The Complete Book of Combat Shotguns
The Sturm, Ruger 10/22 Rifle and .44 Magnum Carbine
The Terrifying Three: Uzi, Ingram, and Intratec Weapons Families

*The Complete AR-15 Sourcebook:*
*What Every Shooter Needs to Know*
by Duncan Long

Copyright © 1992 by Duncan Long

ISBN 0-87364-687-8
Printed in the United States of America

Published by Paladin Press, a division of
Paladin Enterprises, Inc.,
Gunbarrel Tech Center
7077 Winchester Circle
Boulder, Colorado 80301 USA
+1.303.443.7250

Direct inquiries and/or orders to the above address.

PALADIN, PALADIN PRESS, and the "horse head" design
are trademarks belonging to Paladin Enterprises and
registered in United States Patent and Trademark Office.

All rights reserved. Except for use in a review, no
portion of this book may be reproduced in any form
without the express written permission of the publisher.

Neither the author nor the publisher assumes
any responsibility for the use or misuse of
information contained in this book.

Visit our Web site at www.paladin-press.com

tary's purse strings were routing funds to what they felt were more urgent needs. Only after fighting for two years to get approval for the purchase was the air force finally able to procure 8,500 AR-15s in 1962.

Ironically, the order that paved the road for future sales of the gun to both the U.S. Air Force and foreign countries didn't spell financial success for the Colt and ArmaLite employees involved in laying the groundwork for the deal. During the two-year wait for the deal to be finalized, both Colt and Fairchild were taken over by larger corporations. Boutelle was fired, and many Colt and ArmaLite employees who had been involved in marketing sample guns to foreign companies—which would soon be buying quantities of the rifles—were also laid off in the reorganization.

The use of test guns in Asia, especially in the South Vietnam arena of combat, showed just how lethal the lightweight AR-15 and its .223 bullet were (and proved that the ALCLAD requirements for an ideal combat rifle had been on the mark). In December of 1961, the ARVN (Army of the Republic of South Vietnam) placed an order for a thousand AR-15s and, since the rifle had been approved for use by the U.S. Air Force (even though it hadn't been funded), the way was clear for sales to Vietnam.

**AR-15 Field Tests in Vietnam**

Meanwhile, the U.S. Army—just as its tests in 1959 had suggested—was finding that the M14 was too heavy for troops to handle easily and that automatic fire was so haphazard that most guns were being modified to fire in semiautomatic only. Compounding the problem was an occasional receiver blowup on an M14 that apparently had been improperly heat-treated. While this was a rare event, Colt representatives were soon pointing out such problems to potential buyers and paving the way for future sales of the AR-15 and rejection of the M14.

The U.S. Army—perhaps recognizing the problems the M14 would suffer in combat—purchased 8,500 AR-15s to test in 1961. In 1962, Colt persuaded the Department of Defense's ARPA (Advanced Research Project Agency) to test an additional 1,000 guns in its Project AGILE, which was aimed at finding a better weapon for use in Vietnam and involved Vietnamese troops and American advisors using the rifles in the field.

The ARPA tests found the AR-15 to be ideal for combat and came to the following conclusions:

1) A squad armed with AR-15s had five times the level of overall kill potential compared to a squad armed with M14s.
2) The AR-15 could be produced at a cheaper cost and with a higher degree of quality control than the M14.
3) The AR-15 was more reliable, durable, rugged, and easier to care for than the M14 under the adverse conditions often found in combat.
4) Soldiers learned to shoot better and more quickly with the AR-15 (compared to the M14).
5) Three times as many rounds could be carried by a soldier with an AR-15 than with an M14 when the weight of both the weapon and the ammunition was taken into account.

For many, the most interesting results from the AGILE tests were the comments from the American advisors and Vietnamese officers who had seen the AR-15 used in combat. One wrote: "At a distance of approximately fifteen meters, one Ranger fired an AR-15 full automatic, hitting one VC with three rounds with the first burst. One round in the head took it completely off. Another in the right arm took it completely off, too. One round hit him in the right side, causing a hole about five inches in diameter..."

Another gave an equally graphic ac-