Exhibit 42

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

| | | |
|---|---|---|
| Sandy Hook Elementary - N | 12/14/2012 | 10mm Glock, 9mm SIG Sauer P226 semiautomatic handguns; .223 |
| Accent Signage Systems - | 9/27/2012 | 9mm Glock semiautomatic handgun |
| Sikh temple - Oak Creek, V | 8/5/2012 | 9mm Springfield Armory XDM semiautomatic handgun |
| Aurora movie theater - CO | 7/20/2012 | Two .40-caliber Glock semiautomatic handguns; .223-caliber Smith & |
| Seattle cafe - WA | 5/20/2012 | Two .45-caliber semiautomatic handguns |
| Oikos University - Oakland, | 4/2/2012 | .45-caliber semiautomatic handgun |
| Su Jung Health Sauna - No | 2/22/2012 | .45-caliber semiautomatic handgun |
| Hair salon - Seal Beach, C/ | 10/14/2011 | .45-caliber Heckler & Koch, 9mm Springfield semiautomatic handguns; |
| IHOP - Carson City, NV | 9/6/2011 | AK-47 Norinco Arms variant, AK-47 Romarm Cugir variant automatic |
| Tucson shooting - AZ | 1/8/2011 | 9mm Glock 19 semiautomatic handgun |
| Hartford Distributors - Man( | 8/3/2010 | Two 9mm Ruger SR9 semiautomatic handguns |
| Coffee shop - Parkland, W, | 11/29/2009 | 9mm Glock 17 semiautomatic handgun; .38-caliber Smith & Wesson |
| Fort Hood massacre - TX | 11/5/2009 | FN Five-seveN semiautomatic handgun |
| Immigration center - Bingh: | 4/3/2009 | 9mm Beretta, .45-caliber Springfield semiautomatic handguns |
| Nursing home - Carthage, I | 3/29/2009 | Winchester 1300 pump-action shotgun; .357 Magnum revolver |
| Atlantis Plastics - Henders( | 6/25/2008 | .45-caliber Hi-Point semiautomatic handgun |
| Northern Illinois University · | 2/14/2008 | 9mm Glock 19, Hi-Point CF380, 9mm Kurz SIG Sauer P232 |
| City Council - Kirkwood, W( | 2/7/2008 | .40-caliber Smith & Wesson semiautomatic handgun; .44 Magnum Smith |
| Westroads Mall - Omaha | 12/5/2007 | WASR-10 Century Arms semiautomatic rifle |
| Homecoming party - Crand | 10/7/2007 | AR-15 SWAT semiautomatic rifle |
| Virginia Tech - Blacksburg | 4/16/2007 | 9mm Glock 19, .22-caliber Walther P22 semiautomatic handguns |
| Trolley Square - Salt Lake ( | 2/12/2007 | Mossberg Maverick 88 Field shotgun; .38-caliber Smith & Wesson M36 |
| Amish school - Lancaster C | 10/2/2006 | Springfield semiautomatic handgun; .30-06 Ruger bolt-action rifle; 12- |
| | | .40-caliber Ruger, one other semiautomatic handgun; Bushmaster XM15 |
| Capitol Hill afterparty - Sea | 3/25/2006 | E2S semiautomatic rifle; 12-gauge Winchester Defender pump-action |
| Goleta post office - CA | 1/30/2006 | 9mm Smith & Wesson 915 semiautomatic handgun |
| Red Lake Senior High Sch( | 3/21/2005 | .40-caliber Glock 23, .22-caliber Ruger semiautomatic handguns; 12- |
| Living Church of God - Bro( | 3/12/2005 | 9mm Beretta semiautomatic handgun |
| Damageplan show - Colum | 12/8/2004 | 9mm Beretta 92FS semiautomatic handgun |
| Lockheed Martin - Meridiar | 7/8/2003 | .45-caliber Ruger P90 semiautomatic handgun; .22-caliber rifle with |
| Navistar - Melrose Park, IL | 2/5/2001 | SKS 1954R, .30-caliber Winchester rifles; 12-gauge Remington pump- |
| Edgewater Technology - W | 12/26/2000 | .32-caliber Retolaza semiautomatic handgun; AK-47 variant |
| Radisson Bay Harbor Inn - | 12/30/1999 | 9mm Lorcin semiautomatic handgun; .38-caliber Charter Arms revolver |
| Xerox office - Honolulu | 11/2/1999 | 9mm Glock 17 semiautomatic handgun |
| Wedgwood Baptist - Fort W | 9/15/1999 | .380-caliber, 9mm Ruger P85 semiautomatic handguns |
| Day trader spree - Atlanta | 7/29/1999 | .45-caliber Colt 1911-A1, 9mm Glock 17, .25-caliber Raven Arms MP-25 |
| | | 9mm Intratec DC-9 semiautomatic handgun; 9mm Hi-Point 995 carbine |
| Columbine High School - L | 4/20/1999 | rifle; 12-gauge sawed-off Savage Stevens 311D, 12-gauge sawed-off |
| Thurston High School - Spr | 5/21/1998 | 9mm Glock, .22-caliber Ruger semiautomatic handguns, .22-caliber |
| | | FIE 380, .380-caliber Star semiautomatic handguns; .44 Magnum Ruger, |
| Westside Middle School - J | 3/24/1998 | .30-06 Remington 742, .30-caliber Universal M-1 carbine replica rifles; |
| Connecticut Lottery - Newir | 3/6/1998 | 9mm semiautomatic handgun |
| Caltrans maintenance yard | 12/18/1997 | 7.62mm AK-47 Chinese variant semiautomatic rifle |
| R.E. Phelon - Aiken, SC | 9/15/1997 | 9mm semiautomatic handgun |
| Municipal trailer - Fort Lauc | 2/9/1996 | 9mm Glock semiautomatic handgun; .32-caliber revolver |
| Walter Rossler - Corpus Cl | 4/3/1995 | 9mm Ruger semiautomatic handgun; .32-caliber revolver |
| Fairchild Air Force Base - V | 6/20/1994 | MAK-90 semiautomatic rifle |
| Chuck E. Cheese's - Auror: | 12/14/1993 | .25-caliber semiautomatic handgun |
| Long Island Rail Road - Ga | 12/7/1993 | 9mm Ruger P89 semiautomatic handgun |
| Luigi's - Fayetteville, NC | 8/6/1993 | .22-caliber rifle; two 12-gauge shotguns |
| 101 California Street - San | 7/1/1993 | Two Intratec DC-9, .45-caliber Colt semiautomatic handguns |
| County office - Watkins Gle | 10/15/1992 | 9mm Llama semiautomatic handgun |
| Lindhurst High School - Oli | 5/1/1992 | .22-caliber sawed-off rifle; 12-gauge pump-action shotgun |
| **Royal Oak post office - M** | 11/14/1991 | .22-caliber Ruger sawed-off semiautomatic rifle |
| University of Iowa - Iowa Ci | 11/1/1991 | .38-caliber Taurus revolver |

| | | |
|---|---|---|
| Luby's - Killeen, TX | 10/16/1991 | 9mm Glock 17, 9mm Ruger P89 semiautomatic handguns |
| GMAC - Jacksonville, FL | 6/18/1990 | .30-caliber Universal M1 carbine rifle; .38-caliber revolver |
| Standard Gravure - Louisvi | 9/14/1989 | Two Intratec MAC-11, 9mm SIG Sauer semiautomatic handguns; AK-47 |
| Stockton schoolyard - Stoc | 1/17/1989 | 9mm Taurus semiautomatic handgun; AK-47 Chinese variant |
| | | .380 ACP Browning, 9mm Smith & Wesson semiautomatic handguns; |
| ESL - Sunnyvale, CA | 2/16/1988 | Ruger M-77 .22-250 bolt-action rifle with scope; Mossberg 12-gauge |
| Shopping centers spree - F | 4/23/1987 | Sturm, Ruger Mini-14 semiautomatic rifle; 20-gauge Winchester pump- |
| Edmond post office - OK | 8/20/1986 | .22-caliber, two .45-caliber Colt Model 1911-A1 semiautomatic handguns |
| McDonald's - San Ysidro, C | 7/18/1984 | 9mm Browning P35 Hi-Power semiautomatic handgun; 9mm Israeli |
| Dallas nightclub - TX | 6/29/1984 | 9mm Smith & Wesson 459 semiautomatic handgun |
| Welding shop - Miami | 8/20/1982 | Mossberg 500 Persuader pump-action shotgun with pistol grip |