Exhibit 43

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment



MARTIN O'MALLEY
GOVERNOR

ANTHONY G. BROWN
LT GOVERNOR

STATE OF MARYLAND
MARYLAND STATE POLICE

Licensing Division
1111 Reisterstown Rd
Pikesville, MD 21208

November 4, 2010



COLONEL
TERRENCE B. SHERIDAN
SUPERINTENDENT

FIREARMS BULLETIN #10-2

TO: ALL REGULATED FIREARMS DEALERS

SUBJECT: INFORMATION ON ASSAULT WEAPON PURCHASES

The purpose of this bulletin is to disseminate information regarding the Maryland Regulated Firearms Laws pertaining to the regulation of assault weapons.

Manufacturers have been producing firearms that are reproductions or imitations of specifically enumerated assault weapons as defined in Public Safety Title 5, subtitle 1, section 101(P)(2). At issue is which of these firearms does an individual have to complete an Application to Purchase a Regulated Firearm (MSP 77R-1, 77R-2, 77R-3) to comply with Maryland Regulations.

The Maryland State Police Firearms Registration Section will not require an individual to complete an Application to Purchase a Regulated Firearm (MSP 77R-1, 77R-2, 77R-3) for a reproduction or imitation of a firearm that is only cosmetically similar to a specifically enumerated assault weapon as defined in Public Safety Title 5, subtitle 1, section 101(P)(2). The individual will have to comply with all Federal Regulations regarding the purchase of firearms.

An individual will be required to comply with Maryland Regulations for a firearm that is:
1) a reproduction or imitation of a firearm that is cosmetically similar to a specifically enumerated assault weapon as defined in Public Safety Title 5, subtitle 1, section 101(P)(2) and;

2) has completely interchangeable internal components necessary for the full operation and function of any one of the specifically enumerated assault weapons as defined in Public Safety Title 5, subtitle 1, section 101(P)(2).

It is hoped that the information in this bulletin regarding the Assault Weapon Regulations will help your business comply with Maryland Law. If you have any questions about the procedures to be followed please contact the Firearms Registration Section at 410-653-4500.

Sincerely,

Lt. Donald Harrison
Commander
Licensing Division

DEF000024

*"Maryland's Finest"*