Exhibit 44

to

Plaintiffs' Cross-Motion for Summary Judgment

and

Opposition to Defendants' Motion for Summary Judgment

## DECLARATION OF GARY KLECK

I, Gary Kleck, under penalty of perjury, declare and state as follows:

1.     I am over the age of 18, have personal knowledge of the facts and events referred to in this declaration, and am competent to testify to the matters stated below.

2.     I am enclosing a copy of my expert report in this matter, dated December 13, 2013, the contents of which are, to the best of my knowledge and belief, true and accurate. I hereby adopt and incorporate that report as if set forth fully herein.

I declare under penalty of perjury that the foregoing is true and correct.

_Gary Kleck_
Gary Kleck

_March 16, 2014_
Date

Attachment A

## EXPERT REPORT OF GARY KLECK

David J. Bordua Professor of Criminology

Florida State University

850-644-7651

306 Hecht House

gkleck@fsu.edu

December 13, 2013

## I.  EXPERIENCE & TRAINING

I am a Professor of Criminology and Criminal Justice at Florida State University. During my years as a professor I have extensively researched and written about the subject of gun control, and am a nationally-recognized authority on violence and gun control. I have conducted numerous studies on the effects of guns on death and injury in crimes, and on suicides and gun accidents. I have also conducted studies on the impact of gun control laws on rates of violence, the frequency and effectiveness of defensive gun use by crime victims, patterns of gun ownership, why people support gun control, and gun trafficking.

I have published and presented extensively on the issues of guns, violence, and gun control. In 1994, I conducted the National Self-Defense Survey, a nationwide survey designed to estimate the prevalence of defensive gun use (DGU). During the survey my team and I used standard random digit dial (RDD) procedures to select a representative sample of telephone-owning U.S. households (over 95% of all U.S. households) to call. We then conducted telephone interviews with 4,977 adults, asking about DGU. If the respondent (R) claimed to have had a DGU experience, we asked an extended series of follow-up questions to assess whether the experience actually qualified as a DGU (i.e., whether a crime was being committed against the victim, if there was a direct confrontation between victim and offender, and if the victim used a gun to either threaten or attack the offender). We found that about 1.3% of the Rs had experienced a DGU in the preceding 12 months. Multiplying the U.S. adult population size by 1.3% yielded an estimate that in 1993 there were approximately 2.5 million incidents in which victims used guns for self-protection. As a point of comparison, there were about 0.5 million violent crimes committed that same year by offenders using guns, as estimated by the U.S. Census Bureau's National Crime Victimization Survey (Kleck and Gertz 1995).

This same research indicated that 46% of reported defensive gun uses revealed in the survey involved women. A disproportionate share of defensive gun users were determined to be African-American or Hispanic compared to the general population and gun owners. Additionally, defensive gun users were found to disproportionately reside in big cities compared to other people, and particularly when compared to other gun owners (who disproportionately reside in rural areas and small towns). The survey also indicated that defensive gun users are disproportionately likely to be single.

I have also studied the effectiveness of defensive gun use, i.e. whether use of guns by crime victims increases or decreases their risk of being injured or losing property in a crime incident. That research indicated that victims who used guns for self-protection were less likely to suffer injury or property loss than otherwise similar victims who either did not resist or who used other self-protection strategies (Kleck 1988; Kleck and Sayles 1990; Kleck and DeLone 1993; Tark and Kleck 2004).

I have also closely examined news media accounts of every large-scale (more than six victims killed or injured) mass shooting committed in the United States from 1987 through July 2013, with a focus on whether use of large-capacity magazines (LCMs) by the killers could have affected the number of victims shot.

I have a Ph.D. in Sociology. I am the 1993 winner of the Michael J. Hindelang Award of the American Society of Criminology for my book POINT BLANK: GUNS AND VIOLENCE IN AMERICA, which made "the most outstanding contribution to criminology." I

am also an Editorial Consultant for numerous publications including (among others) *Criminology, Homicide Studies, Violence and Victims, Social Problems* and *Journal of Research in Crime and Delinquency.* The full set of my scholarly publications may be found in the attached Curriculum Vita.

## II.     THE MARYLAND ACT'S RESTRICTIONS ON MAGAZINE CAPACITY

The Act bans standard magazines that are in common use by classifying them as "large capacity magazines." These so-called "large capacity magazines" are defined by the Act to be magazines with the capacity to hold more than 10 rounds of ammunition (§ 4-305(b) of the Criminal Law Article).

The Act's restriction on magazine capacity is unlikely to have any detectable effect on the number of homicides or violent acts committed with firearms, or the number of persons killed or injured in violent crimes. Further, criminals will be even less likely to be affected by the LCM restriction than noncriminals. It is law-abiding citizens who will primarily be impacted by the restriction.

### A.     The Act's Ten-Round Restriction Will Have An Inconsequential Effect On Criminal Behavior, But Will Reduce Law-Abiding Citizens' Ability To Adequately Defend Themselves, Their Families, and Their Property.

The Act's limitation of the capacity of magazines allowable for a firearm in the home impairs a crime victim's ability to successfully defend himself or herself during a criminal attack. For a variety of reasons, the ten-round restriction will leave victims unable to adequately protect themselves, their families, and their property.

#### 1.     Having Only Ten Rounds to Fire in a Situation of Lawful Self-Defense Will Be Insufficient In a Significant Share of Defensive Gun Use Situations.

Limiting magazine loading to ten rounds will impair a crime victim's ability to lawfully defend himself and others because: (a) some criminal attempts can only be stopped by shooting the offenders, (b) victims often face multiple criminal adversaries, and (c) people miss with most of the rounds they fire, even when trying to shoot their opponents.

In 2008, the National Crime Victimization survey indicated that 17.4% of violent crimes in the U.S. involved two or more offenders, and that nearly 800,000 violent crimes occurred in which the victim faced multiple offenders.[1]

A reasonable upper limit on the marksmanship of lawful defenders using guns can be inferred from a review of the many detailed studies that have been done of shootings by police officers in which the officers were trying to shoot criminal adversaries. In many of these shootings, the officers fired large numbers of rounds. Yet, in 63% of the incidents, the

---

[1] U.S. Bureau of Justice Statistics, 2013. BJS website at http://bjs.gov/content/pub/pdf/cvus08.pdf, Table 37.

officers failed to hit even a single offender with even a single round.[2]  Police officers have the experience, training, and temperament to handle stressful, dangerous situations far better than the average civilian, so it is reasonable to assume that marksmanship among civilians using guns for self-protection will be still lower than that of police.  Therefore, probably less than 37% of attempts by civilian crime victims to shoot their criminal adversaries will result in any of the offenders being shot.

Some law-abiding citizens, along with many criminals, will very likely invest in multiple ten-round magazines in the absence of larger capacity magazines – a development which would obviously defeat the purpose of the magazine capacity limit to a considerable degree.  Some crime victims, however, will not be able to make effective use of additional magazines.  Under the intense emotional stress of a crime victimization, when the victim's hands are shaking, it will be impossible for some victims to eject the expended magazine and insert a new one quickly enough to make effective use of the second magazine.  Further, elderly or physically handicapped persons may find it physically impossible for them to quickly change magazines.

It is virtually a tautology that criminals will disobey the legal ban on LCMs at a higher rate than noncriminals.  This means that noncriminals who desire an LCM banned under the Act  will be less likely to acquire one than criminals.  Consequently, the additional defensive value conferred by LCMs will be denied to noncriminals at a higher rate than any possible crime-increasing effects of those attributes will be denied to criminals.

### 2.    The Restrictions on LCMs Will Have An Inconsequential Impact on Reducing Homicides and Violent Crimes.

Criminals rarely fire more than ten rounds in gun crimes.  Indeed, they usually do not fire any at all – the gun is used only to threaten the victim, not to attack him or her.[3]  And when criminals do fire their weapons, they usually fire only a very few rounds.  For example, in a sample of Philadelphia gun homicides, the average number of rounds fired was 2.7 for attacks committed with semiautomatic pistols and 2.1 for those with revolvers (McGonigal et al. 1993).  For the vast majority of gun crimes, the unavailability of LCMs would therefore be inconsequential in reducing criminal behavior.

Among the very small share of offenders who anticipated firing more than ten rounds, many could simply substitute one of the many illegal LCMs that will continue to circulate even after being prohibited.[4]

---

[2]  William A. Geller and Michael S. Scott, *Deadly Force: What We Know*, WASHINGTON, D.C. POLICE EXECUTIVE RESEARCH FORUM (1993).

[3]  Gary Kleck and Karen McElrath, *The Effects of Weaponry On Human Violence*, SOCIAL FORCES, 69(3):669-92 (1991).

[4]  Gary Kleck, *Targeting Guns*  (NY: Aldine de Gruyter, 1997).

### 3. The Restrictions on LCMs Will Not Have A Significant Effect On The Number of Victims Killed or Injured in a Mass Shooting.

A ban on LCMs will have an inconsequential effect on reducing the number of killed or injured victims in mass shootings. Among would-be mass murderers unwilling or unable to simply acquire an unlawful LCM, the absence of an LCM would, as far as available evidence indicates, still make no difference to the number of people hurt. Some have assumed that lives would be saved if an offender lacked an LCM because he would be forced to reload sooner or more often, thereby giving bystanders the opportunity to tackle the shooter and stop his attacks. Unfortunately, the window of opportunity for such heroic intervention closes rapidly: it takes two to four seconds for even a minimally experienced shooter to eject an expended magazine from a semi-automatic gun, insert a loaded magazine, and make the gun ready to fire. Thus, it is not surprising that victims and bystanders in mass shootings have virtually never tackled the shooters while they were reloading.

An absence of LCMs would not, except in the most extraordinarily rare situations, reduce the numbers of persons killed or injured even in a mass shooting, in which large numbers of rounds are fired. This is because criminals without LCMs can either (a) bring multiple guns to the crime, (b) use multiple, smaller capacity magazines, or (c) in the absence of bystanders willing and able to intervene, simply reload their weapons. Indeed, evidence on mass shootings indicates that these are precisely the adaptations adopted by virtually all mass shooters.[5] For example, I studied news media accounts all 15 known mass shootings (those with more than six killed or injured victims) that occurred in the U.S. between 1984 and 1993 found that the shooters had more than one gun in all but two of the incidents (Kleck 1997, p. 144).

Likewise, my more recent review of media accounts of all 57 mass shootings known to have occurred in 1994 through July 2013 found that in all of the incidents the shooters either (a) had multiple guns, (b) had multiple magazines, or (c) reloaded their guns without interference from others. Thus, the shooters did not need LCMs to fire large numbers of rounds and kill or injure as many victims as they did (see Appendix).

In only one, or perhaps two, of the 58 incidents did the shooter's possession of an LCM possibly influence the number of victims hurt (see Appendix). In a May 20, 1998 Springfield, Oregon incident, the shooter, Kip Kinkel, used a LCM and bystanders did tackle him when he attempted to reload. Thus, the use of a LCM before this happened may have affected how many people Kinkel shot. Use of a LCM *might* have affected the number of victims in the January 8, 2011 Tucson, AZ shooting in which Rep. Gabrielle Gifford was wounded, but this is uncertain due to conflicting eyewitness testimony about whether the shooting was actually stopped by bystander intervention. Some eyewitnesses stated that the shooter was already trying to leave the scene when he was tackled by bystanders, in which case the bystanders did not interrupt the shooting while the shooter was trying to reload. According to these eyewitnesses, the shooter had

---

[5] Gary Kleck, *The Worst Possible Case For Gun Control: Mass Shootings in Schools*, AMERICAN BEHAVIORAL SCIENTIST, 52(10):1447-1464 (2009).

already stopped firing because the spring in his magazine had failed, and he was attempting to flee the scene when tackled by bystanders [New York Times January 10, 2011, p. A1]).[6]

Likewise, among the incidents covered in my earlier study covering the 1984-1993 period, bystander intervention stopped the shooting in only one case, that of Colin Ferguson shooting people on a Long Island commuter train. Bystander intervention, however, may only have occurred in that incident because of the unique location of the shooting. Since passengers could not exit the moving train car, they were forced to remain relatively close to the shooter, allowing them to quickly close the short distance between them and the shooter when he tried to reload.

Another reason the unavailability of LCMs would not create opportunities for bystander intervention in mass shootings is because most mass shooters bring multiple guns to the crimes and, therefore, can continue firing without reloading even after any one gun's ammunition is expended. My study of mass shootings in 1984 through 1993 found that the killers in 13 of the 15 incidents possessed multiple guns – the Ferguson shooting being one of the two exceptions.[7] In my study of 57 mass shootings in 1994 through July 2013, of the 54 incidents where the number of guns in the immediate possession of shooters was known, shooters had multiple guns in 35 (65%) of the incidents. Among the 21 incidents in which shooters possessed only a single gun (in one other incident, the number of guns was uncertain), the shooter was known to also possess only a single magazine in just two incidents (see incidents dated 9-2-00 and 7-27-08). There was no affirmative evidence that the first case involved a LCM (though it probably had a capacity over 9 rounds), and there may have been as few as 9 rounds fired. The second case definitely did not involve an LCM, as the shooter used a shotgun with a 3-round capacity. Thus, there was not a single documented mass shooting in which the offender used a LCM, and had just one gun and just one magazine. Mass shooters bring either multiple guns or multiple magazines to their murders, and thus do not need LCMs to shoot as many people as they shoot – they can simply switch guns or change magazines to continue firing.

Taking into account cases where bystanders tackled the shooter while he was attempting to reload, over the 20-year period from 1994 through July 2013, there was only one case where the shooter's use of an LCM probably affected the number of people shot (the Kip Kinkel shooting), and one other where is was *possible* that this was true, though the evidence is ambiguous (the 2011 Tucson incident).

It might also be argued that banning LCMs could reduce the casualty count in mass shootings by allowing prospective victims to take evasive or defensive actions during the time when the shooter changed magazines. Shooters deprived of LCMs who substituted lower capacity magazines would have to change magazines sooner or more often, arguably extending the time available to prospective victims to take such actions. This argument, however, assumes that magazine changes do in fact extend the time the killer was not shooting, thereby reducing his overall rate of fire. Evidence on actual mass shootings, however, indicates that the killers typically do not fire at high rates, instead firing deliberately, at rates far below the fastest rates that can be maintained with semi-automatic weapons. It only takes 2-4 seconds to drop an expended box-type magazine, insert a new,

---

[6] Gary Kleck, *Targeting Guns* (NY: Aldine de Gruyter, 1997).

[7] Gary Kleck, *Targeting Guns* (NY: Aldine de Gruyter, 1997, p. 144).

fully loaded magazine, and make the weapon ready to fire. The average interval between shots in mass shootings, however, is nearly always more than 2-4 seconds, which means that magazine changes do not even slow the shooter's rate of fire.

Table 1 summarizes data on all 21 of the 57 total mass shootings summarized in the Appendix for which news media accounts provided information on both the number of shots fired and the time span in which shots were fired, thereby allowing computation of rates of fire. Only 2 shooters of the 21 total took less than 2 seconds per shot fired, and only 5 took under 4 seconds. Even with this handful of incidents with unusually rapid fire, however, the difference between the 1.4 seconds per shot and 1.6 seconds per shot observed in two incidents, and the 2-4 seconds that it takes to change a box-type magazine is not likely to even be perceptible to prospective victims. That is, they would be unlikely to even be aware of the very slight slowing of the killer's rate of fire necessitated by his changing of magazines. In sum, even if LCM bans forced some mass shooters to use smaller capacity magazines and therefore change magazines earlier and/or more often, it would not perceptibly reduce those offenders' rate of fire and thereby allow victims to take any additional evasive or defensive actions that they otherwise would not have been able to take.

## Findings of Recent Studies on the Impact of Assault Weapons and LCMs

Assault weapons are virtually never used by criminals.

I have also reviewed three recent academic studies bearing on the relevance of LCMs to violence. Koper and Roth (2001) evaluated the 1994 federal assault weapons ban (contained within the 1994 Omnibus Crime Bill), which banned both some "assault weapon" firearms and LCMs. They analyzed trends in gun crime before after 1994, in states that already had their own AW bans (and thus should have been little affected by the federal ban) and in states that did not. They found that declines in gun homicide were greater in states without their own AW bans, but reported that that the estimated effect was not statistically significant. Leaving aside statistical significance, their analysis did not establish that there were any declines in homicides involving AWs, nor did it establish that declines in gun homicides were due to the federal AW ban rather than a myriad of other uncontrolled factors.

The authors examined trends in victims per gun homicide incident in the U.S., which should have declined if the ban on AWs and LCMs was effective and had made it harder for at least some murderers to kill multiple victims. In fact, they found the number of victims per homicide incident, and the share that involved more than one victim, *increased* after the AW/LCM ban went into effect.

They also looked at local data on the share of gunshot victims who suffered multiple wounds, which should have declined if the ban on AWs and LCMs was effective and had made it harder for aggressors to fire large numbers of rounds. In fact, they found that the share of victims who suffered multiple wounds *increased* after 1994.

In a second article, Koper and Roth (2002) focused on gun production, gun prices, and the share of "crime guns" that were AWs. First, regarding production, they found that, in anticipation of the ban, manufacturers actually *increased* production of a wide variety of

semiautomatic firearms, including the c. 20 models eventually banned under the federal AW ban.

Second, they found that after a short-lived increase in AW prices (which the authors attributed to speculative buying), these prices actually *decreased* after the ban went into effect, making them even more available to criminals and noncriminals.

Finally, the authors examined trends in the prevalence of assault weapons (AWs) among guns recovered from criminals in the U.S., and claimed the AW share declined after 1994. This conclusion, however, was based on analysis only of guns traced by ATF. Trace data grossly overstate the AW share of crime guns (Kleck, *Targeting Guns*, p. 112), presumably because they are sometimes of intense political and public interest, stimulating greater police interest in establishing the origins of the weapons. The authors conceded this, but claimed it would not distort their analysis of trends in the AW share. This does not make sense, since, as interest in AWs faded after 1994, the reasons for "over-tracing" of AWs likewise should have declined, producing a decrease in the number of *traced* AWs even if the AW share of *all* crime guns (traced and untraced) did not change.

The authors responded to this critical problem (while not admitting it was such a serious problem) by examining trends in *all* guns recovered by police in two cities. Although simple before-and-after comparisons initially indicated a drop in the AW share of all guns recovered, more sophisticated time series analysis, which took account of preexisting trends, found no statistically significant change in the AW share of all guns (a finding the authors buried in a footnote – see their footnote 22, p. 261). This confirms the suspicion that drops in the AW share of traced guns were merely a reflection of declining police interest in requesting traces of AWs.

Finally, Ruddell and Mays (2003) assessed the prevalence of AWs among guns recovered from juveniles in St. Louis from 1992 to 1999. Of a total of 1,055 guns recovered in eight years, only six were AWs (i.e., models banned under the 1994 federal AW ban), less than 0.6 percent. This confirms for juveniles what had previously been established for guns seized from predominantly adult offenders – AWs are virtually never used by criminals.

## V.   CONCLUSION

The Act's restrictions on AWs and LCMs will have little or no impact on the number of homicides and violent acts committed with firearms. Law-abiding citizens will bear the brunt of the restriction on AWs and LCMs. The AW and LCMs restriction will not prevent violent behavior or reduce its harms. Criminals rarely need large numbers of rounds to commit their crimes and, on the rare occasions when they do, will accomplish the same goal as using an AW or LCM by bringing multiple firearms to the crime, using multiple, smaller capacity magazines; or, given the absence of bystanders willing to intervene, simply reload their weapons. The ten-round restriction does, however, leave crime victims less able to adequately protect themselves, their families, and their property.

I am charging $350 per hour for my services.

8

Dr. Gary Kleck

# REFERENCES

Kleck, Gary.  1997. *Targeting Guns: Firearms and Their Control.*  NY: Aldine de Gruyter.

Kleck, Gary, and Michael Hogan. 1999.  A national case-control study of homicide
offending and gun ownership." *Social Problems* 46(2):275-293.

Koper, Christopher S. and Jeffrey A. Roth.  2001. "The Impact of the 1994 Federal Assault
Weapon Ban on Gun Violence Outcomes: An Assessment of Multiple Outcome
Measures and Some Lessons for Policy Evaluation."  *Journal of Quantitative
Criminology* 17(1):33-74.

Koper , Christopher S. and Jeffrey A. Roth.  2002. "The Impact of the 1994 Federal Assault
weapons Ban on Gun Markets: An Assessment of Short-Term Primary and
Secondary Market Effects." *Journal of Quantitative Criminology* 18(3):239-266.

Ruddell, Rick,  and G. Larry Mays. 2003 "Examining the Arsenal of Juvenile Gunslingers:
Trends and Policy Implications." *Crime & Delinquency* 49(2):231-252.

McGonigal, M.D., Cole, J., Schwab, C.W., Kauder, D.R., Rotondo, M.F., and Angood,
P.B. 1993. Urban firearm deaths: a five-year perspective. *The Journal of Trauma*
35:532-537.

Table 1. Rates of Fire in Mass Shootings (over 6 casualties), 1994-2013

| Date of Incident | Shots Fired[a] | Time of Firing (minutes) | Shots per minute | Seconds per Shot |
|---|---|---|---|---|
| 6-20-94 | >50 | c. 5 | >10 | <6.0 |
| 2-28-97 | 1,101 | 44 | 25 | 2.4 |
| 4-20-99 | 188 | 49 | 3.8 | 15.6 |
| 9-15-99 | >100 | 10 | >10.0 | >6.0 |
| 11-2-99 | 10 | <30 | <0.3 | >180.0 |
| 5-24-00 | c.5 | <90 | >0.06 | <1080.0 |
| 9-22-00 | 9+ | <10 | >0.9 | <66.7 |
| 12-26-00 | 37 | 5-8 (6.5) | 5.7 | 10.5 |
| 2-5-01 | 25-30 (27.5) | 8-15 (11.5) | 2.4 | 25.1 |
| 3-5-01 | c. 24 | 6 | c. 4.0 | c. 15.0 |
| 3-12-05 | 22 | <1 | >22/0 | <2.7 |
| 3-21-05 | 45 | 9 | 5.0 | 12.0 |
| 3-25-06 | 8+ | c. 5 | >1.6 | <37.5 |
| 10-2-06 | 17-18 (17.5) | c. 2 | c. 8.75 | c. 6.9 |
| 4-16-07 | c. 174 | 156 | c. 1.11 | c. 53.8 |
| 10-7-07 | 30 | c. 1 | c. 30.0 | c. 2.0 |
| 12-5-07 | >30 | c. 6 | > 5.0 | <12.0 |
| 2-14-08 | 56 | 5 | 11.1 | 5.4 |
| 8-3-10 | 19 | 3 | 6.3 | 9.5 |
| 9-6-11 | 60+ | 1.42 | 42.3+ | 1.4 |
| 12-14-12 | 154+ | 4 | 38.5+ | 1.6 |

Note:
a. Where a range was provided in news media accounts, the midpoint of the range (shown in parentheses) was used in rate-of-fire computations.

Source: Appendix synopses of mass shootings.

11

## Appendix - Synopses of Mass Shootings, 1994-July 2013 Inclusive
(more than six victims shot fatally or nonfatally in a single incident)

## Mass Shootings in 1994

- The *Washington Post*: "5 Arrested in Shooting at Market; NE Men Charged with First Degree Murder," April 11, 1994
- Date: March 31, 1994
- Shooters: Unknown (Up to 4)
- Number of Guns Used: Unknown
- Types of Guns Used: Tec-9 semi-automatic (found but no confirmation it was used during the shooting)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 30+
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown
- Number Killed: 1
- Number Wounded: 9
- Notes:   This was a gang-related incident. Some reports indicate that other guns were found and there was more than one shooter but nothing was confirmed. The shooters had 5 specific targets, 4 of which they hit.

- The *New York Times*: "Gunman Kills 2 and Hurts 19 on Air Force Base," June 21, 1994
- Date: June 20, 1994.
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: AK style Rifle, another "unspecified 'single shot' weapon" (unused)
- Number of Magazines: Unknown
- Capacity of Magazine(s): Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time From Start to End: Unknown
- How Gun Was Acquired: Unknown
- Number Killed: 4 (5 including gunman)
- Number Wounded: 19
- Notes:   Another New York Times article entitled "An Airman's Revenge: 5 Minutes of Terror" published on June 22, 1994 alters some of the above information. The count of those killed remains the same, but the injured was increased to 23 and states that the gunman was motivated to kill two specific people. His gun was also listed as a MAK-90 instead of an AK-47. The article also states that the gun was acquired from a federally licensed gun dealer legally for $400 and the 70 round magazine was acquired from another dealer legally.

- The *Washington Post*: "Gunman Kills 2, Wounds 5 in Attack on Abortion Clinics,"

12

December 31, 1994
- Shooters: 1
- Number of Guns Used: 1 (A second was found at the scene but unused)
- Type of Gun Used: .22 caliber rifle, miscellaneous handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes: This was a target on two abortion clinics with not specific target.

## Mass Shootings in 1995 - none

## Mass Shootings in 1996 – none

## Mass Shootings in 1997

- *CNN*: "Gunman Shoots 7, Kills Self at Empire State Building," February 24, 1997.
- Date: February 23, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: .380 caliber Beretta
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Purchased in Florida (Legality unknown)
- Number Killed: 1 (2 including gunman)
- Number Wounded: 6
- Notes: None


- Police Magazine: "5 Gunfights That Changed Law Enforcement," May 4, 2011.
- Date: February 28, 1997
- Shooters: 2
- Number of Guns Used: Unknown (At least 4)
- Types of Guns Used: Fully automatic AIM AK-47, Norinco Type 56 S-1, semi-automatic HK-91, and a Bushmaster XM15 E2S (modified)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown (at least 3,300 rounds in box and drum magazines)
- Number of Shots Fired: 1,101
- Did Offenders Reload: Yes
- Time from Start to End: 44 minutes
- How Guns were Acquired: Unknown
- Number Killed: 0 (2 including gunmen)
- Number Wounded: 18

- Notes: The shooters had an arsenal that the police could not compete with. Many of their weapons were fully automatic and the magazines were likely high capacity. Accounts differ on the number of shots fired.

- The *Associated Press*: "Man to be Executed Friday for Plant Shootings," October 30, 2005
- Date: September 15, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: semi-automatic pistol
- Number of Magazines: 4 empty
- Capacity of Magazines: 8 rounds
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 2.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3
- Notes: The shooter was fired and sought revenge. By some accounts he had four other magazines for a total of 8 magazines with 8 rounds.

- *Reuters News*: "Six Charged in Mississippi High School Shooting," October 7, 1997
- Date: October 1, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: Rifle
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (possibly from parents)
- Number Killed: 2 (3 if mother included in separate killing, no gun used)
- Number Wounded: 7
- Notes: Six were charged, but with conspiracy. There was only one shooter and his target was an ex-girlfriend.

- The *New York Times*: "Gunfire Inside a School Kills 3 and Wounds 5," December 2, 1997
- Date: December 1, 1997
- Shooters: 1
- Number of Guns Used: 1 (shooter also had 4 other guns)
- Type of Guns Used: .22 caliber handgun (shooter also had two rifles and two shotguns)
- Number of Magazines: Unknown (shooter had extra ammunition so more than 1)
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown

14

- Number Killed: 3
- Number Wounded: 5
- Notes:  According to a CNN article entitled "Kentucky School Shooter 'Guilty but Mentally Ill,'" October 5, 1998, the shooter stole the guns from different homes. According to The St. Petersburg Times: "Programmed to Kill," December 1, 1997, the shooter shot 8 to 10 rounds. According to The New York Times: "Forgiveness, After 3 Die in Shootings in Kentucky," printed on December 3, 1997, the shooter shot up to 12 rounds.

- The *New York Times* "Dismissed Worker Kills 4 and Then Is Slain," December 20, 1997.
- Date: December 18, 1997
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: AK-47
- Number of Magazines: Unknown
- Capacity of Magazine(s): Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown
- Number Killed: 4 (5 including gunman)
- Number Wounded: 3
- Notes:  Employer was dismissed from Caltran's and a subsequent job. He then returned to the work site and randomly shot employees. He battled with police as well, for at least a minute, before his was killed. A Los Angeles Times article titled "Aftermath of Killer's Fury" claims the gunman shot over 300 times and was armed with an AK-47, a shotgun and a handgun.


## Mass Shootings in 1998

- The *New York Times*: "From Wild Talk and Friendship to Five Deaths in a Schoolyard," March 29, 1998
- Date: March 24, 1998
- Shooters: 2
- Number of Guns Used: At least 4 (shooters had access to 10 guns and a crossbow)
- Type of Guns Used: Remington .30-60 hunting rifle, Ruger .44 Magnum rifle
- Number of Magazines: 3 .30 caliber magazines (19 .44 caliber shells, 41 .357 shells, 49 .380 shells, 16 .30 special shells, 26 .357 magnum shells, 6 .30 caliber shells)
- Capacity of Magazine(s): 30 round
- Number of Shots Fired: At least 26
- Did Offenders Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen From Parents
- Number Killed: 5
- Number Wounded: 11 (15 hit)
- Notes:  The History Channel has an article entitled "A School Shooting in Jonesboro, Arkansas, Kills Five. This article states that the two youths had "thirteen fully loaded guns including three semi automatic rifles, and 200 rounds of ammunition." The weapons were taken from the Golden family's home.

- The *New York Times*: "Sorrowful Town Honors Teen-Ager Killed in School
  Shooting," May 26, 1998.
  Location: Springfield, OR.
- Date: May 21, 1998
- Shooters: 1 (Kip Kinkel)
- Number of Guns Used: 2
- Type of Guns Used: .22 Caliber Rifle, Handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 51
- Did Offender Reload: Attempted to do so, tackled by bystanders
- Time from Start to End: Unknown
- How Guns were Acquired: From Parents
- Number Killed: 2 (4 including the parents who were killed the night before)
- Number Wounded: 22
- Notes:  According to PBS' Frontline
(http://www.pbs.org/wgbh/pages/frontline/shows/kinkel/kip/cron.html) the shooter "carried
3 guns: a .22 caliber semi-automatic Ruger rifle, his father's 9mm Glock pistol and a .22
caliber Ruger semi-automatic pistol." The article states that he used a 50 round magazine
and injured 25 students.

## Mass Shootings in 1999

- The *New York Times*: "3 are Killed and 5 Hurt in Shootout in Utah City," April 16,
  1999
- Date: April 15, 1999
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: .22 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 1-2 hours
- How Gun Was Acquired: Unknown
- Number Killed: 2
- Number Wounded: 5
- Notes:  Numerous other sources list the wounded as 4 and not 5. According to The
South Florida Sun-Sentenial: "Gun Sale Issues Raised After Salt Lake City Shooting," the
shooter likely purchased the gun, a .22 caliber Ruger and had previously had a gun
confiscated due to a misdemeanor gun offense.

- *CNN* Special: Using a copy of the Jefferson County Website with Details about the
  Columbine Massacre.
  (http://www.cnn.com/SPECIALS/2000/columbine.cd/Pages/EQUIPMENT_TEXT.h
  tm)

- Date: April 20, 1999
- Shooters: 2
- Number of Guns Used: 4
- Types of Guns Used: Intratec TEC-DC-9 9-mm semi-automatic handgun, Hi-Point 995 9mm carbine rifle, Savage-Springfield 67H 12 gauge pump action shot gun, Stevens 311D double barreled shot gun.
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 188
- Did Offenders Reload: Yes
- Time from Start to End: 49 minutes
- How Guns were Acquired: From Friends
- Number Killed: 13 (15 including shooters)
- Number Wounded: 21
- Notes: This is obviously one of the most reported and well known mass shootings. Details are solidified through official reports by the Jefferson County Sheriffs' Department and the FBI. Some of the above information was taken from additional published sources.

- *CNN*: "'Mental Breakdown' Defense Hinted in Georgia School Shooting," May 24, 1999
- Date: May 20, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: .22 caliber rifle, .357 magnum handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 14
- Did Offender Reload: No
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen from parents
- Number Killed: 0
- Number Wounded: 6
- Notes: None

- The *New York Times*: "Shootings in Atlanta: The Overview; Gunman in Atlanta Slays 9, then Himself," July 30, 1999
- Date: July 29, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9mm semi-automatic pistol, .45 caliber handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 5.5 hours
- How Guns were Acquired: Unknown
- Number Killed: 9 (13 including family, but they were not shot, 14 including gunman who shot himself)
- Number Wounded: Unknown
- Notes: CNN: "Shooter Lost $105,000 in Month, but Motive Still a Mystery," July 30,

17

1999 states that 13 were wounded. This same article claims there were a total of four guns in the car with over 200 rounds of ammunition. There was a Glock 9mm handgun, a Colt .45 handgun, a H&R .22 caliber revolver, and a Raven .24 caliber pistol. The H&R was legally purchased by the shooter in a pawn shop in 1976 and someone else purchased the Raven from another pawn shop in 1992. The Glock and Colt were used during the shootings but there is no information regarding how they were obtained.

- *Time* Magazine: "Terror In The Sanctuary," September 20, 1999
- Date: September 15, 1999
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9-mm semi-automatic handgun and a .380 caliber handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown source)
- Number Killed: 7 (8 including the gunman)
- Number Wounded: 7
- Notes: According to a Houston Press article entitled "Faith's Fusillade" from November 4, 1999, the gunman had purchased the guns seven years before the shooting in Grand Prairie. He took 10 magazines with him. They state that the 9mm gun was a Ruger and that the event lasted 10 minutes. According to the official Wedgwood Baptist Church website, the gunman fired over 100 rounds.

- The *New York Times*: "Man Opens Fire in Xerox Office, Killing 7," November 3, 1999.
- Date: November 2, 1999
- Shooters: 1
- Number of Guns Used: 1
- Types of Gun Used: 9mm pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Less than 30 minutes
- How Guns were Acquired: Legally Purchased and Registered 17 of the 18
- Number Killed: 7
- Number Wounded: 0
- Notes: The shooter was a registered owner of 17 guns, but 18 were recovered from his home including 11 handguns, 5 rifles and 2 shotguns. According to The Honolulu Advertiser's article "No Closure Yet for Families Suing Uyesugi" published on November 1, 2004, the gun was a Glock. According to TruTV's Crime Library in an article entitled "Examining Workplace Homicide: The Xerox Murders," the shooter fired 10 rounds.

- The *New York Times*: "Gunman Kills 5 in Rampage Starting at Florida Hotel," December 31, 1999
- Date: December 30, 1999

18

- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: 9mm semi-automatic handgun, .38 caliber handgun
- Number of Magazines: Unknown but more than one
- Capacity of Magazine: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns Were Acquired: Legally purchased at a flea market and a local store
- Number Killed: 5
- Number Wounded: 3
  - Notes: None

## Mass Shootings in 2000

- *The Baltimore Sun* "Police Arrest Teen Suspect in National Zoo Shooting," April 26, 2000
- Date: April 24, 2000
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm (Gun was never recovered, but 9mm shells were found on the scene along with a holster)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: According to a witness 6-8 (See video here: http://www.c-spanvideo.org/program/156805-1)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Gun was Acquired: Unknown (Since the shooter was a minor it was likely illegally obtained)
- Number Killed: 0
- Number Wounded: 7
  - Notes: Two groups of teens had a fight early in the day and this event was believed to be related and some form of retaliation.

- *CNN* "Two Suspects in Wendy's Shootings Arrested," May 26, 2000
- Date: May 24, 2000
- Shooters: 2
- Number of Guns Used: 1
- Types of Guns Used: Bryco-Jennings .380 caliber semi-automatic pistol
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown (Each victim was shot once in the head so likely 5)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Less than 1.5 hours
- How Gun was Acquired: Unknown
- Number Killed: 5
- Number Wounded: 2

19

○ Notes: This was connected to a robbery, but the shooters knew ahead of time that they would execute each of the employees.

- *The Washington Post* "Gay Shooting Said Linked to Jokes," September 27, 2000
- Date: September 22, 2000
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm Ruger semi-automatic handgun
- Number of Magazines: 1
- Capacity of Magazines: Unknown but more than 9
- Number of Shots Fired: Unknown (Victims suffered wounds from at least 9 shots see *Roanoke Times* "Grand Jury Indicts Suspect in Bar Shootings if Convicted on All Charges, He Could Face 180-Year Sentence," 2000
- Did Offender Reload: No
- Time from Start to End: Less than 10 minutes
- How Gun was Acquired: Unknown
- Number Killed: 1
- Number Wounded: 6
  ○ Notes: A Vietnam vet who suffered from post traumatic stress disorder who was unable to get medication hated that his last name was "Gay" and that people teased him for that.

- *The New York Times* "A Deadly Turn to a Normal Work Day," December 28, 2000, *Boston Herald* "Wakefield Massacre; Accused Shooter Amassed Arsenal at His Home, Work", December 28, 2000
- Date: December 26, 2000
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: AK-47 style rifle, a Winchester 12 gauge pump-action shotgun and a .32 caliber semi-automatic pistol
- Number of Magazines: 4+
- Capacity of Magazines: 30
- Number of Shots Fired: 37
- Did Offender Reload: Yes
- Time from Start to End: 5-8 minutes
- How Guns were Acquired: Unknown
- Number Killed: 7
- Number Wounded: 0
  ○ Notes: The shooter claimed that he heard voices and that his victims were Nazis from the past. The jury didn't believe he was mentally ill and the prosecution showed he was intelligent and executed this plan targeting specific people and it was due to owing upwards of $5,000 in back taxes that were to be garnished from his wages.

## Mass Shootings in 2001

- *ABC News* "Ex-Employee Kills 4, Self in Rampage," February 6, 2001, *Chicago Tribune* "Navistar Gunman Got Past Cracks in Gun Law," February 7, 2001, *Chicago Tribune* "Weapon Used at Navistar Traced to Shorewood Man," March 1,

20

2001
- Date: February 5, 2001
- Shooters: 1
- Number of Guns Used: 1 (Carried 4 total)
- Types of Guns Used: SKS semi-automatic rifle, Remington shotgun, .30 caliber hunting rifle, .38 caliber revolver
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 25-30
- Did Offender Reload: Unknown
- Time from Start to End: 8-15 minutes
- How Guns were Acquired: The Remington shotgun and .30 caliber hunting rifle were purchased legally in 1993 from a dealer. The SKS rifle was transferred illegally.
- Number Killed: 4 (5 including shooter)
- Number Wounded: 4
  Notes: The shooter claimed that he heard voices and that his victims were Nazis from the past. The jury didn't believe he was mentally ill and the prosecution showed he was intelligent and executed this plan targeting specific people and it was due to owing upwards of $5,000 in back taxes that were to be garnished from his wages.

- *ABC News* "Exclusive: Santana School Shooter," October 10, 2001
- Date: March 5, 2001
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: .22 caliber revolver
- Number of Magazines: N/A
- Capacity of Magazines: N/A
- Number of Shots Fired: ~24
- Did Offender Reload: Yes
- Time from Start to End: 6 minutes
- How Guns were Acquired: Stolen from shooter's father
- Number Killed: 2
- Number Wounded: 13
  Notes: The shooter was a 15 year old freshman who claimed he was bullied and wanted to prove that he was strong enough to fend for himself. He reloaded the revolver three times and had a total of 40 bullets with him at the time.

## Mass Shootings in 2002 – none

## Mass Shootings in 2003
- *The New York Times* "Man Kills 5 Co-Workers at Plant and Himself," July 9, 2003, *The Clarion-Ledger* "Meridian Rampage: Investigation Winds Down," November 17, 2003
- Date: July 8, 2003
- Shooters: 1
- Number of Guns Used: 1 (Shooter had a total of 5, 3 in his car)

21

- Types of Guns Used: Winchester 12 gauge pump-action shotgun (did not fire but had a Mini-14 .223 semi-automatic; in the car he had a .22 Magnum derringer, a .45 caliber Ruger, and a .22 rifle)
- Number of Magazines: Unknown (He wore a bandolier to store ammunition)
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~10 minutes
- How Guns were Acquired: Unknown
- Number Killed: 5 (7 including a woman who died from her wounds a week later and the shooter)
- Number Wounded: 8
  Notes: This was a racially motivated work place shooting. The shooter was heavily armed but used only the pump-action shotgun during the shooting.

## Mass Shootings in 2004

- *The Associated Press* "Suspect Says Hunters Shot at Him First," November 23, 2004, *Duluth News Tribune* "Timeline of Sunday's Shootings," November 23, 2004, *The Associated Press* "Murder Trial of Hmong Immigrant Accused of Killing Six Hunters Opens in U.S.," September 10, 2005
- Date: November 21, 2004
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: SKS 7.62mm semi-automatic rifle
- Number of Magazines: 1-2
- Capacity of Magazines: 10 rounds
- Number of Shots Fired: 20+
- Did Offender Reload: Yes
- Time from Start to End: Unknown (Captured four hours after the shooting)
- How Guns were Acquired: Unknown
- Number Killed: 6
- Number Wounded: 2
  Notes: Some accounts claim that the shooter had a 20 round magazine. However, the AP report states that prosecutors displayed a 10 round magazine in court and claimed that he shot at least 20 rounds.

## Mass Shootings in 2005

- *The New York Times* "Police Search for Answers in Wisconsin Shooting," March 13, 2005, *The New York Times* "After Shootings in Wisconsin, a Community Asks 'Why,'" March 14, 2005
- Date: March 12, 2005
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: 9mm semi-automatic handgun
- Number of Magazines: 2
- Capacity of Magazines: Unknown (Based on shots fired, they must have been 11+)
- Number of Shots Fired: 22

- Did Offender Reload: Yes
- Time from Start to End: Less than a minute
- How Guns were Acquired: Unknown
- Number Killed: 7 (8 including shooter)
- Number Wounded: 4
  Notes: None.

- *CBS News* "Red Lake Massacre Took 3 Minutes," February 11, 2009
- Date: March 12, 2005, *CNN Anderson Cooper 360 Degrees*, Aired March 22,2005
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Ruger .22 caliber semi-automatic handgun, Glock .40 caliber semi-automatic handgun, Remington 12 gauge shotgun (The brands were listed on Wikipedia but the articles only list the caliber and types)
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: 45 (13 more were used to kill his grandfather and his friend)
- Did Offender Reload: Unknown
- Time from Start to End: 9 minutes (This is for the school shooting. He killed his grandfather and his grandfather's friend that morning as well)
- How Guns were Acquired: Stolen from grandfather
- Number Killed: 7 (9 including grandfather and grandfather's friend, 10 including shooter)
- Number Wounded: 5
  Notes: Another school shooting by a troubled teen. He killed his grandfather by shooting him twice in the head and ten times in the chest with the .22. He then shot and killed his grandfather's friend before going to the school.

## Mass Shootings in 2006

- *Panel Report on the Shooting* (See http://seattletimes.nwsource.com/ABPub/2006/07/17/2003133196.pdf)
- Date: March 25, 2006
- Shooters: 1
- Number of Guns Used: 2 (Others found in his car)
- Types of Guns Used: Winchester Defender pump-action 12 gauge shotgun, Ruger P-94 .40 caliber handgun (He had an AR-15 in his car)
- Number of Magazines: 2 bandoliers containing 15 rounds of 00 buckshot shotgun and 3 total magazines for the Ruger (Shotgun was reloaded twice with 8 rounds and the handgun was reloaded once)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 9+ from the shotgun (one to kill himself) 8+ from the Ruger
- Did Offender Reload: Yes
- Time from Start to End: ~5 minutes
- How Guns were Acquired: Purchased legally
- Number Killed: 7
- Number Wounded: 2
  Notes: Perhaps one of the most detailed shootings given the full report. The magazines seemed to hold less than 15 rounds given the number fired and when they

23

were reloaded. Most of the damage was done with the shotgun, but the shooter did use both guns on victims who didn't die. It is unknown why he didn't use the AR-15 but carried ammunition for it.

- *The Washington Post* "Pa. Killer had Prepared for 'Long Siege,'" October 4, 2006, *Fox News* "Gunman Reportedly Bent on 'Revenge' Kills Girls, Self at Amish School," October 3, 2006, *Vancouver Sun* "Man Takes Own Life at End of Killing Spree," October 3, 2006
- Date: October 2, 2006
- Shooters: 1
- Number of Guns Used: 2 (3 reported by some accounts)
- Types of Guns Used: 9mm semi-automatic pistol, 12 gauge shotgun (*Vancouver Sun* and Wikipedia reported 3 guns and listed them as a Springfield semi-automatic pistol, a Ruger .30-06 bolt-action rifle and a Browning 12 gauge pump action shotgun)
- Number of Magazines: Unknown (Shooter had a bag with over 600 rounds)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 17-8 rounds (One coroner report lists at least 24 shots in one child which differs from the police reports)
- Did Offender Reload: Unknown
- Time from Start to End: ~1 hour
- How Guns were Acquired: 9mm purchased legally, others unknown
- Number Killed: 3 (1 died later that night, and another died later that week for a total of 5 girls; he killed himself bringing the total to 6)
- Number Wounded: 5

Notes: The shooter broke into the school, forced the boys and older women to leave and then made the remaining ten girls line up facing the chalkboard. He planned on molesting the girls, but attempted to execute them all instead.

## Mass Shootings in 2007

- *The New York Times* "After a Rampage, Trying to Grasp What Led a Son to Kill," February 20, 2007, *The Associated Press* "Agents Say Pistol had Changed Hands Many Times," March 29, 2007, *Desert Morning News* "Gun Dealer to Plead in Trolley Square Gun Case," November 20, 2007, *The Associated Press* "Man Pleads Guilty to Selling Handgun to Mall Shooter," October 25, 2007
- Date: February 12, 2007
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Maverick Arms Model 88 12 gauge shotgun, Smith and Wesson .38 caliber pistol
- Number of Magazines: N/A (Shooter had "backpack full of ammunition" and "bandolier of shotgun shells")
- Capacity of Magazines: N/A
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: 6 minutes
- How Guns were Acquired: Shotgun purchased legally, handgun stolen from a man's

father to trade for drugs and eventually sold to shooter(Sources differ on the shotgun's legality. The shotgun had a pistol grip and the shooter was 18 thus making it illegal. If that is the case, both guns were illegally possessed by the shooter)
- Number Killed: 5 (6 including shooter)
- Number Wounded: 4
  ○ Notes: The shooter went to Trolley Square and opened fire with no known motive. An off-duty police officer fired at him and stopped him from killing others until the SWAT team showed up and killed the shooter.


- *Virginia Tech Review Panel* (See http://www.governor.virginia.gov/TempContent/techPanelReport.cfm)
- Date: April 16, 2007
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Glock 19 9mm semi-automatic pistol, Walther P22 .22 caliber pistol
- Number of Magazines: 19
- Capacity of Magazines: 10 or 15 rounds
- Number of Shots Fired: c. 174
- Did Offender Reload: Yes
- Time from Start to End: 2 hours 36 minutes
- How Guns were Acquired: The Walther P22 was purchased online and picked up at a pawn shop, the Glock 19 was purchased at a gun shop.
- Number Killed: 32 (33 including shooter)
- Number Wounded: 23 (17 by gunfire)
  ○ Notes: All the information here is taken from the official panel review. The panel review also states that if Cho had only used 10 round magazines, it was unlikely that the outcome would have been different.


- *CNN* "Computers May Yield Clues About Mall Shooter," December 7, 2007, *The New York Times* "Details of Omaha Shooting Emerge," December 6, 2007
- Date: December 5, 2007
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: AK-47 style semi-automatic rifle
- Number of Magazines: 2 (Some reports indicate that the magazines were taped together "jungle style")
- Capacity of Magazines: 30 rounds
- Number of Shots Fired: ~30
- Did Offender Reload: Unknown but likely (Police report that the shooter likely shot more than 30 rounds)
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Stolen from father
- Number Killed: 8 (9 including shooter)
- Number Wounded: 5
Notes: A depressed and suicidal teen randomly picked this mall and opened fire. There was no clear motive.

25

- *7 News* "Ammo Shipped to P.O. Box Put Murray on Police Radar," December 12, 2007
- Date: December 9, 2007, *The Denver Post* "Church Shooter Wanted to be Missionary," December 10, 2007
- Shooters: 1
- Number of Guns Used: 2 (2 others that were not used)
- Types of Guns Used: Bushmaster XM15 rifle (used), AK-47 style rifle (unused), Beretta .40 caliber semi-automatic handgun (unused), Springfield Armory 9mm semi-automatic handgun (used)
- Number of Magazines: Unknown (He had over 1,000 rounds)
- Capacity of Magazines: Unknown
- Number of Shots Fired: ~27
- Did Offender Reload: Unknown
- Time from Start to End: 12 hours (Shootings were in two different locations about 75 miles apart. Shooter posted threats online between shootings)
- How Guns were Acquired: The Bushmaster was purchased at Sportsman's Warehouse, the AK was purchased at Robert's Firearms, the Beretta was purchased at Sportsman's Warehouse, the Springfield Armory was purchased at Dave's Guns.
- Number Killed: 4 (5 including shooter)
- Number Wounded: 5
  Notes: None.

## Mass Shootings in 2008

- *St. Louis Dispatch* "Thornton Used Stolen Gun in Kirkwood Killings," February 28, 2008, *The Los Angeles Times* "Killer of Five Left Note: 'Truth will win' The Gunman had a Long-Running Feud with City Officials," February 9, 2008
- Date: February 7, 2008
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: .44 caliber revolver (article claims gun's make and model cannot be identified), Smith and Wesson .40 caliber semi-automatic pistol
- Number of Magazines: 1 (Based on the fact that shooter stole the gun from police officer)
- Capacity of Magazines: Unknown (15 would be likely)
- Number of Shots Fired: 15+
- Did Offender Reload: Unknown but unlikely
- Time from Start to End:
- How Guns were Acquired: .44 caliber revolver was stolen over ten years before the shooting (shooter may not have known it was stolen), the .40 caliber handgun was stolen from a police officer the shooter shot
- Number Killed: 6 (7 including shooter)
- Number Wounded: 1
  - Notes: The shooter used all six rounds in his gun, shooting a police officer and taking his gun. It is unknown exactly how many shots he fired from it, but he shot at least 15 total.

- *U.S. Fire Administration/Technical Report Series* (See here

http://www.usfa.fema.gov/downloads/pdf/publications/tr_167.pdf) *Report of the February 14, 2008 Shootings at Northern Illinois University* (See http://www.niu.edu/feb14report/Feb14report.pdf)

- Date: February 14, 2008
- Shooters: 1
- Number of Guns Used: 2-4 (Reports indicate that he had 4 but may have only used two; the Remington and the Glock)
- Types of Guns Used: Sig Sauer P232 9mm semi-automatic pistol, HiPoint CF380 .380 caliber semi-automatic pistol, Glock 19 9mm pistol, Remington Sportsman 48 12 gauge shotgun
- Number of Magazines: Unknown (Shooter had at least 6 magazines)
- Capacity of Magazines: Unknown (Shooter had 2 15 round magazines and 2 33 round magazines for the Glock)
- Number of Shots Fired: 56 (6 rounds from the shotgun, 50 rounds from the Glock)
- Did Offender Reload: Yes
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased from gun store
- Number Killed: 5 (6 including shooter)
- Number Wounded: 21
- Notes
  - Both reports indicate that he fired with the Glock and Remington. Two fully loaded .380 magazines were found on the floor. The shooter was diagnosed with schizophrenia, depression, anxiety and had delusions. It is somewhat unclear what the motive for the killings was.

- *The Los Angeles Times* "Rampage Suspect Called Mentally Ill, the Mother of a Man Held in the Deaths of 6 in Washington Says he had Lived in the Woods," September 4, 2008, *The Seattle Times* "State Moves Killer Isaac Zamora from Mental Hospital to Prison, December 5, 2012, *The Associated Press* "Stolen Guns Used in Fatal Wash. Shooting Rampage," September 11, 2008
- Date: September 2, 2008
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: rifle, handgun
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Stolen from neighbor
- Number Killed: 6
- Number Wounded: 4
  - Notes: Mentally ill individual broke into neighbors home, stole the two unidentified guns and went on a killing spree.

- *The Associated Press* "Santa Gunman Had Lost Job, Wife Before Gory Attack," December 27, 2008
- Date: December 24, 2008
- Shooters: 1

27

- Number of Guns Used: 4
- Types of Guns Used: semi-automatic handguns
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown (One news account stated that all four guns were emptied)
- Did Offender Reload: Unknown but unlikely
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased (Unknown if legal or not)
- Number Killed: 9 (10 including shooter)
- Number Wounded: 2
  - Notes: There aren't any news reports indicating the brand or model of the guns or the size of the magazines.

## Mass Shootings in 2009

*Mobile Press-Register,* "Gunman Kills 9, Himself in South Alabama Spree, March 11, 2009; *Opelika-Auburn News,* "DA Says Ala. Shooter had Revenge List," March 11, 2009

Location: Samson, Geneva County, AL
Date: March 10, 2009
Number of Guns Used: 4
Types of Guns Used: Bushmaster AR-15, SKS rifle, shotgun, and .38 caliber pistol
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of shots fired: "More than 200"
Did Offender Reload: Unknown
Time from Start to End: "About an hour"
How Guns Were Acquired: Unknown
Number Killed: 10
Number Wounded: 0
Notes: The killings occurred in four different locations, so this is more properly regarded as a series of spree killings than a single mass shooting. The shooter killed 5 people at one location, and one each at 5 other locations.

*Fayetteville Observer,* "Carthage Killings: A Key Eyewitness Speaks," March 31, 2009.

Carthage, NC
Date: March 29, 2009
Shooters: 1
Number of Guns Used: 2+
Types of Guns Used: Shotgun, at least one other gun
- Number Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: 15 minutes?
- How Guns were Acquired: Unknown
- Number Killed: 8
- Number Wounded: 3

Santa Clara, CA.
Date: March 29, 2009
Number of Guns Used: 2
Types of Guns Used: .45 caliber semiautomatic pistols
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Did Offender Reload: Unknown
Time From Start to End: Unknown
How Guns Were Acquired: Legally purchased
Number Killed: 5
Number Wounded: 2

- *The New York Times* "Shooting in Binghamton, N.Y.," April 3, 2009, *Bloomberg* "Binghamton Killer Fired 99 Shots from Two Handguns, Police Say," April 8, 2009
- Date: April 3, 2009
- Shooters: 1
- Number of Guns Used: 2
- Types of Guns Used: Beretta .45 caliber semi-automatic pistol, Beretta 9mm semi-automatic pistol
- Number of Magazines: 3+
- Capacity of Magazines: 30
- Number of Shots Fired: 99
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased (Shooter had a license for the two guns)
- Number Killed: 13 (14 including shooter)
- Number Wounded: 4
  - Notes: A somewhat deranged individual who believed police were secretly harassing him entered the immigration office and started shooting. The motive is unclear due to his mental condition and rambling letter. The number of magazines isn't exact, but at least two 30 round magazines were discovered for the 9mm and only 11 shots were fired from the .45.

- *ABC News* "Alleged Fort Hood Shooter Nidal Malik Hasan was 'Calm,' Methodical During Massacre," November 6, 2009, *The Dallas Morning News* "Investigators Detail Ammo Found at Fort Hood Shooting Scene," October 21, 2010 (Updated November 26, 2010)
- Date: November 5, 2009
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: FN Herstal 5.7 tactical pistol (Smith and Wesson .357 magnum was found but not used in the shooting)
- Number of Magazines: 15 (6 loaded with 177 rounds, 6 empty with 146 spent casings, 3 empty with 68 casings)

29

- Capacity of Magazines: 20-30
- Number of Shots Fired: 214
- Did Offender Reload: Yes
- Time from Start to End: Minutes (It took police hours to secure the building)
- How Guns were Acquired: Legally purchased
- Number Killed: 13
- Number Wounded: 38
  - Notes: The widely covered Fort Hood shooting.

## Mass Shootings in 2010

*The Lynchburg News & Advance*, "Law Officers Maintained Dark Vigil to Wait Out Appomattox Shooting Suspect."

Date: January 19, 2010
Shooters: 1
Number of Guns Used: Unknown
Types of Guns Used: "High-powered rifle"
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of Shots Fired: Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 8
Number Wounded: 0


*Washington Times*: Three are Arrested in Drive-by Shooting," April 1, 2010
Date: March 30, 2010
Shooters: 3
Number of Guns Used: 3
Types of Guns Used: AK-47 "assault rifle," 9 mm semiautomatic pistol, .45 caliber semiautomatic pistol
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of Shots Fired: Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 4
Number Wounded: 5


- *The Associated Press* "Police Report: No Racism Before Conn. Shootings," May 12, 2011, *The Hartford Courant* "Shooter had a Plan, Police: Mass Murderer hinted at His Intentions to Kill Co-Workers," May 13, 2011, *The Associated Press* "Cops: Conn. Gunman May Have Targeted Some Victims," August 4, 2010
- Date: August 3, 2010
- Shooters: 1
- Number of Guns Used: 2 (Shooter also had an unused shotgun in his car)
- Type of Gun Used: 2x Ruger 9mm semi-automatic handguns
- Number of Magazines: 3-4 (Uncle stated that he saw 4 17 round magazines the night

before the shooting but some reports say there was only 1 extra magazine)
- Capacity of Magazines: 17 rounds
- Number of Shots Fired: 19
- Did Offender Reload: Unknown (Reports seem to indicate that he only used one of the guns. If so, he reloaded)
- Time from Start to End: 3 minutes
- How Guns were Acquired: Legally registered
- Number Killed: 8 (9 including shooter)
- Number Wounded: 2
- Notes: Eyewitness accounts state that he used one gun while carrying his lunchbox which held the other gun, magazines and extra ammo.

*The Buffalo News* "Two more sought in shootings," August 20, 2010
Buffalo, NY
Date: August 14, 2010
Shooters: 1
Number of Guns used: Unknown
Type of Guns Used: Unknown
Number of magazines: Unknown
Capacity of Magazines: Unknown
Number of Shots Fired: Unknown
Did Offender Reload? Unknown
Time from Start to End: Unknown
How Guns Were Acquired: Unknown
Number Killed: 4
Number Wounded: 4

*Miami Herald* "Massacre in Hialeah Captured by Cameras," June 9, 2010.
- Date: June 6, 2010
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: .45 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Unknown
- Time from Start to End: Unknown
- How Guns were Acquired: Unknown
- Number Killed: 4
- Number Wounded: 3

## Mass Shootings in 2011

- *NBC News* "Tucson Shooting with High-Capacity Magazines Reignites Gun Debate," January 9, 2011, *Reuters* "TIMELINE: Tucson Shooting Rampage as it Unfolded," January 14, 2011
- Date: January 8, 2011
- Shooters: 1
- Number of Guns Used: 1

31

- Types of Guns Used: Glock 19 9mm semi-automatic handgun
- Number of Magazines: 4
- Capacity of Magazines: 2x 33, 2x 15
- Number of Shots Fired: Unknown
- Did Offender Reload: Not successfully. Witness reports conflict as to exactly what happened.
- Time from Start to End: 5 minutes
- How Guns were Acquired: Legally purchased
- Number Killed: 6
- Number Wounded: 13

- *Mlive* "Felon Linked to Stolen Gun in Rodrick Dantzler's Killing Spree Pleads to Firearms Charge," June 11, 2013, *The Grand Rapids Press* "Wife's Intent to Leave May have Set Off Killer, Police Say Gun was Stolen from a Kent County Home, but Motivation Remains Elusive," July 10, 2011, *Wood TV Channel 8* "Man to Plead to Selling Dantzler a Gun," June 27, 2013
- Date: July 7, 2011
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Glock 9mm semi-automatic handgun
- Number of Magazines: 2+
- Capacity of Magazines: 1x 12 round (One report indicates that police had reason to believe he had an "extended" magazine)
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 8 hours (4 hour standoff with police and hostages before committing suicide)
- How Guns were Acquired: Stolen
- Number Killed: 7 (8 including shooter)
- Number Wounded: 2
  - Notes: No clear motive and not much evidence regarding the magazines or their capacity.

- *CNN* "Gunman Kills 3, Wounds Other at Nevada IHOP," September 7, 2011
- September 6, 2011, *RGJ* "IHOP Shooting One Year Later: 85 Seconds that Changed Carson City," September 12, 2012
- Date: September 6, 2011
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Norinco MAK 90 (Illegally modified to be fully automatic)
- Number of Magazines: 3
- Capacity of Magazines: 2x 30, 1x Unknown (likely 30)
- Number of Shots Fired: 60+
- Did Offender Reload: Yes
- Time from Start to End: 1 minute 25 seconds
- How Guns were Acquired: Unknown
- Number Killed: 4 (5 including shooter)

- Number Wounded: 14
  - Notes: Shooter had been diagnosed with paranoid schizophrenia at age 18 and had used medication. The toxicology reports show no medication in his system.

- *The Los Angeles Times* "Prosecutors Seek Death Penalty in Salon Shooting Case," October 15, 2011, *The Press Telegram* "DA to Seek Death Penalty for Alleged Seal Beach Shooter," October 14, 2011
- Date: October 14, 2011
- Shooters: 1
- Number of Guns Used: 2-3
- Types of Guns Used: Springfield 9mm semi-automatic handgun, Heckler and Koch .45 caliber handgun, Smith and Wesson .44 Magnum
- Number of Magazines: 5+ (Reports say he had "extra magazines")
- Capacity of Magazines: Unknown
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: 2 minutes
- How Guns were Acquired: Legally purchased and registered
- Number Killed: 8
- Number Wounded: 1
  - Notes: Upset over a custody battle, the father executed his ex-wife and several employees at a salon. It is unclear how many magazines he had at the time or their capacities. It is also unclear how many shots were fired.

## Mass Shootings in 2012

- *Reuters* "Accused Gunman in Oakland Shooting Unfit for Trial: Judge," January 7, 2013, *The San Jose Mercury News* "California's Tough Gun Laws Could Not Prevent East Oakland Tragedy," April 5, 2012
- Date: April 2, 2012
- Shooters: 1
- Number of Guns Used: 1
- Types of Guns Used: Unknown .45 caliber handgun
- Number of Magazines: 4
- Capacity of Magazines: Unknown (News sources described them as "fully loaded")
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: Minutes (Shooter was apprehended 2 hours later)
- How Guns were Acquired: Legally purchased (Police are still confirming the gun they found that has a matching serial number to the one purchased by the shooter was used in the murders)
- Numbers Killed: 7
- Number Wounded: 3
  - Notes: The *San Jose Mercury News* states that the magazines were 8 round magazines. California law prohibits magazines larger than 10 rounds. The shooter has been diagnosed as paranoid schizrenic and is currently unfit to stand trial.

- *The Denver Post* "12 Shot Dead, 58 Wounded in Aurora Movie Theater During

Batman Premier," July 21, 2012, *ABC Channel 7 News* "Aurora, Colo Theater
Shooting Timeline, Facts," July 26, 2012

- Date: July 20, 2012
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Remington tactical shotgun, Smith and Wesson M&P semi-automatic rifle, Glock .40 caliber semi-automatic handgun
- Number of Magazines: Unknown
- Capacity of Magazines: 1x 100 round magazine, which jammed. others unclear
- Number of Shots Fired: Unknown
- Did Offender Reload: Yes
- Time from Start to End: ~6 minutes
- How Guns were Acquired: Purchased legally
- Numbers Killed: 12
- Number Wounded: 58
  ◦ Notes: Some information has not been released or determined yet. While the shooter had purchased 6,295 rounds (2,600 for the Glocks, 375 for the Remington, and 3,370 for the Smith and Wesson) it is unknown how many were with the shooter at the time, how many magazines were with him, and how many shots were fired.

- *The Los Angeles Times* "Sikh Temple Shooting: Gun Shop Owner Says Wade Page Seemed Normal," August 8, 2012
- Date: August 5, 2012
- Shooters: 1
- Number of Guns Used: 1
- Type of Gun Used: Springfield Armory XDM 9mm semi-automatic handgun
- Number of Magazines: 3
- Capacity of Magazines: 19
- Number of Shots Fired: 19+
- Did Offender Reload: Yes
- Time from Start to End: Unknown
- How Guns were Acquired: Purchased legally
- Numbers Killed: 6 (7 including shooter)
- Number Wounded: 3
  ◦ Notes: The final FBI report has not been released yet. Several news outlets describe "several empty clips" but there is no evidence suggesting how many, how large or how many rounds were fired.

*Associated Press, Minnesota state wire 9-29-12*
Date: 9-27-12
Shooters: 1
Number of Guns Used: 1
Types of Guns Used: Glock 9 mm semiautomatic pistol
Number of Magazines: Unknown
Capacity of Magazines: Unknown
Number of shots fired: At least 46
Did Offender Reload: Yes

34

Time from Start to End:
How gun was acquired: Legally purchased at gun store a year earlier
Number killed: 6
Number wounded: 2

- *The New York Times* "Children were All Shot Multiple Times with a Semiautomatic, Officials Say," December 15, 2012, *CNN* "Newton Shooting Details Revealed in Newly Released Documents," March 29, 2013
- Date: December 14, 2012
- Shooters: 1
- Number of Guns Used: 3
- Types of Guns Used: Bushmaster .223 caliber semi-automatic rifle, 10mm Glock semi-automatic handgun, Sig Sauer 9mm handgun
- Number of Magazines: 12+
- Capacity of Magazines: 10x 30 round, Unknown
- Number of Shots Fired: 154+
- Did Offender Reload: Yes
- Time from Start to End: ~5 Minutes
- How Guns were Acquired: Stolen from mother
- Numbers Killed: 26 (27 including shooter's mother, 28 including shooter)
- Number Wounded: 2
  - Notes: The investigation from this shooting has not been completed yet. However, the above information is accurate given what has been released. The shooter seemed to have used mostly the Bushmaster and 154 casings for it were found. That is the minimum number of shots fired. (Considering he shot himself with the Glock, 155 would be the minimum) Of the 30 round magazines, 3 were found completely full, three were completely empty, and the others had 10, 11 or 13 rounds left in them.

## Mass Shootings in 2013 (January 1 through July 31)
- *The Los Angeles Times* "Santa Monica Shooting Suspect, Possible Motive Identified, Officials Say," June 8, 2013, *U.S. News* "Five Dead, Including Gunman, in Shooting Rampage Near Los Angeles," June 8, 2013; Wikipedia entry for John Zaahri, the shooter.
- Date: June 7, 2013
- Shooters: 1
- Number of Guns Used: 1-2 (possessed at least 3)
- Types of Guns Used: AR-15 style rifle, Remington revolver, other handgun(s)
- Number of Magazines: 2+ (Shooter had 1,300 rounds of ammunition)
- Capacity of Magazines: Unknown
- Number of Shots Fired: 70+
- Did Offender Reload: Unknown
- Time from Start to End: ~20 minutes
- How Guns were Acquired: Unknown
- Numbers Killed: 5 (6 including shooter)
- Number Wounded: 4
  - Notes: Young male murdered his father and brother, set their home on fire, then hijacked a car to a local community college. Along the way he fired randomly

out the window and continued shooting on campus. He was eventually killed by police. The motive had something to do with a family dispute. Since this event was so recent, there isn't anything listed about the other gun (although Wikipedia lists a Remington .44 revolver with an expired link), or the magazines. Shooting occurred in 3 different locations, so it arguably does not qualify as having more than 6 victims in a single incident.

CURRICULUM VITAE
GARY KLECK
(Updated April 15, 2013)

**PERSONAL**
Address:                          College of Criminology and Criminal Justice
                                 306 Hecht House
                                 The Florida State University
                                 Tallahassee, Florida 32306-1127
Telephone Numbers:   Office:       (850) 644-7651
                                 Office FAX:  (850) 644-9614
e-mail Address:              gkleck@fsu.edu

CURRENT POSITION
David J. Bordua Professor of Criminology, Florida State University

COURTESY APPOINTMENT
Professor, College of Law, Florida State University

PROFESSIONAL MEMBERSHIPS
American Society of Criminology
Academy of Criminal Justice Sciences

EDUCATION
A.B.          1973 - University of Illinois, with High Honors and with
                  Distinction in Sociology
A.M.          1975 - University of Illinois at Urbana, in Sociology
Ph.D.         1979 - University of Illinois at Urbana, in Sociology

ACADEMIC HONORS
National Merit Scholar, 1969

Freshman James Scholar, University of Illinois, 1969

Graduated from University of Illinois with High Honors and with Distinction in
      Sociology, 1973

University of Illinois Foundation Fellowship in Sociology, 1975-76

1993 Winner of the Michael J. Hindelang Award of the American Society of
      Criminology, for the book that made "the most outstanding contribution
      to criminology" (for <u>Point Blank: Guns and Violence in America</u>).

TEACHING POSITIONS

Fall, 1991 to present. Professor, College of Criminology and Criminal Justice,
      Florida State University

37

Fall, 1984 to Spring, 1991. Associate Professor, School of Criminology, Florida State University.

Fall, 1979 to Spring, 1984,. Assistant Professor, School of Criminology, Florida State University.

Fall, 1978 to Spring, 1979. Instructor, School of Criminology, Florida State University.

COURSES TAUGHT

Criminology, Applied Statistics, Regression, Introduction to Research Methods, Law Enforcement, Research Methods in Criminology, Guns and Violence, Violence Theory Seminar, Crime Control, Assessing Evidence, Survey Research, Research Design and Causal Inference.

DISSERTATION

Homicide, Capital Punishment, and Gun Ownership: An Aggregate Analysis of U.S. Homicide Trends from 1947 to 1976. Department of Sociology, University of Illinois, Urbana. 1979.

PUBLICATIONS (sole author unless otherwise noted)

BOOKS

1991, 2005 Point Blank: Guns and Violence in America. Hawthorne, N.Y.: Aldine de Gruyter. Winner of the 1993 Michael J. Hindelang award of the American Society of Criminology. Republished in 2005 in paperback by Transaction Publishers. Reviewed in Contemporary Sociology, American Journal of Sociology, Social Forces, Journal of Criminal Law and Criminology, The Criminologist, The Public Interest, Criminal Law Forum, Social Science Review, Criminal Justice Abstracts, Crime, Criminal Justice and Law Enforcement, Newsletter of Public Policy Currents, Commonweal, Choice, and others.

1997 Targeting Guns: Firearms and their Control. Hawthorne, N.Y.: Aldine de Gruyter.

1997 The Great American Gun Debate: Essays on Firearms and Violence (with Don B. Kates, Jr.). San Francisco: Pacific Research Institute for Public Policy.

2001 (with Don B. Kates) Armed: New Perspectives on Gun Control. N.Y.: Prometheus Books. Selected to Choice: Current Reviews for Academic Libraries' 39th annual "Outstanding Academic Title List," awarded for "excellence in scholarship and presentation, the significance of their

38

contribution to their field, and their value as an important treatment of their topic." Awarded to less than one percent of books.

## RESEARCH MONOGRAPH

1979  Bordua, David J., Alan J. Lizotte, and Gary Kleck. Patterns of Firearms Ownership, Use and Regulation in Illinois. A Report to the Illinois Law Enforcement Commission, Springfield, Illinois.

## ARTICLES IN PEER-REVIEWED JOURNALS

1979  "Capital punishment, gun ownership, and homicide." American Journal of Sociology 84(4):882-910.

1981  "Racial discrimination in criminal sentencing: A critical evaluation of the evidence with additional evidence on the death penalty." American Sociological Review 46(6):783-804.

1982  "On the use of self-report data to determine the class distribution of criminal behavior." American Sociological Review 47(3):427-33.

1983  (with David Bordua) "The factual foundation for certain key assumptions of gun control." Law and Policy Quarterly 5(3):271-298.

1985  "Life support for ailing hypotheses: modes of summarizing the evidence on racial discrimination in criminal sentencing." Law and Human Behavior 9(3):271-285.

1985  "Policy lessons from recent gun control research." Law and Contemporary Problems 49(1):35-62.

1986  "Evidence that 'Saturday Night Specials' not very important for crime." Sociology and Social Research 70(4):303-307.

1987  "Americans' foreign wars and the legitimation of domestic violence." Sociological Inquiry 57(3):237-250.

1988  "Crime control through the private use of armed force." Social Problems 35(1):1-21.

1988  "Miscounting suicides." Suicide and Life-Threatening Behavior 18(3):219-236.

1990  (with Susan Sayles) "Rape and resistance." Social Problems 37(2):149-162.

39

1991 (with Karen McElrath) "The effects of weaponry on human violence." Social Forces 69(3):669-92.

1993 (with Miriam DeLone) "Victim resistance and offender weapon effects in robbery." Journal of Quantitative Criminology 9(1):55-82.

1993 (with E. Britt Patterson) "The impact of gun control and gun ownership levels on violence rates." Journal of Quantitative Criminology 9(3):249-287.

1993 "Bad data and the 'Evil Empire': interpreting poll data on gun control." Violence and Victims 8(4):367-376.

1995 "Guns and violence: an interpretive review of the field." Social Pathology 1(1):12-47.

1995 "Using speculation to meet evidence." Journal of Quantitative Criminology 11(4):411-424.

1995 (with Marc Gertz) "Armed resistance to crime: the prevalence and nature of self-defense with a gun."       Journal of Criminal Law & Criminology 86(1):150-187.

1996 "Crime, culture conflict and sources of support for gun control: a multi-level application of the General Social Surveys." American Behavioral Scientist 39(4):387-404.

1996 (with Chester Britt III and David J. Bordua) "A reassessment of the D.C. gun law: some cautionary notes on the use of interrupted time series designs for policy impact assessment." Law & Society Review 30(2):361-380.

1996 (with Chester Britt III and David J. Bordua) "Avoidance and misunderstanding." Law & Society Review 30(2):393-397.

1996 (with Tomislav Kovandzic and Marc Gertz) "Defensive gun use: vengeful vigilante imagery vs. reality: results from the National Self-Defense Survey." Journal of Criminal Justice 26(3):251-258.

1997 (with Marc Gertz) "The illegitimacy of one-sided speculation: getting the defensive gun use estimate down." Journal of Criminal Law and Criminology 87(4):1446-1461.

1998 (with Marc Gertz) "Carrying guns for protection: results from the National Self-Defense Survey." Journal of Research in Crime and Delinquency 35(2):193-224.

40

1998   "What are the risks and benefits of keeping a gun in the home?" Journal of the American Medical Association 280(5):473-475.

1998   (with Charles Crawford and Ted Chiricos) "Race, racial threat, and sentencing of habitual offenders." Criminology 36(3):481-511.

1999   (with Michael Hogan) "A national case-control study of homicide offending and gun ownership." Social Problems 46(2):275-293.

1999   "BATF gun trace data and the role of organized gun trafficking in supplying guns to criminals."   St. Louis University Public Law Review 18(1):23-45.

2001   "Can owning a gun really triple the owner's chances of being murdered?" Homicide Studies 5:64-77.

2001   (with Theodore Chiricos) "Unemployment and property crime: a target-specific assessment of opportunity and motivation as mediating factors." Criminology 40(3):649-680.

2004   "Measures of gun ownership levels for macro-level crime and violence research." Journal of Research in Crime and Delinquency 41(1):3-36.

2004   (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crimes." Criminology 42(4):861-909.

2005   (with Brion Sever, Spencer Li, and Marc Gertz) "The missing link in general deterrence research." Criminology 43(3):623-660.

2006   (with Jongyeon Tark and Jon J. Bellows) "What methods are most frequently used in research in criminology and criminal justice?" Journal of Criminal Justice 34(2):147-152.

2007   "Are police officers more likely to kill African-American suspects?" Psychological Reports 100(1):31-34.

2007   (with Shun-Yung Wang and Jongyeon Tark) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2000-2005." Journal of Criminal Justice Education 18(3):385-405.

2008   (with Jongyeon Tark, Laura Bedard, and Dominique Roe-Sepowitz) "Crime victimization and divorce." International Review of Victimology 15(1):1-17.

2009   "The worst possible case for gun control: mass shootings in schools." American Behavioral Scientist 52(10):1447-1464.

2009   (with Shun-Yung Wang) "The myth of big-time gun trafficking and the overinterpretation of gun tracing data." UCLA Law Review 56(5):1233-1294.

2009   (with Tomislav Kovandzic) "City-level characteristics and individual handgun ownership: effects of collective security and homicide." Journal of Contemporary Criminal Justice 25(1):45-66.

2009   (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Journal of Criminal Justice 37(5):496-504.

2011   (with James C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Journal of Criminal Justice Education 22(1):43-66.

2011   (with Tomislav Kovandzic, Mark Saber, and Will Hauser). "The effect of perceived risk and victimization on plans to purchase a gun for self-protection." Journal of Criminal Justice 39(4):312-319.

2013   (with Will Hauser) "Guns and fear: a one-way street?" Crime and Delinquency 59:271-291.

2013   "Gun control after Heller and McDonald: what cannot be done and what ought to be done." Fordham Urban Law Journal 39(5):1383-1420.

2013   (with James C. Barnes) "Deterrence and macro-level perceptions of punishment risks: is there a "collective wisdom?" Crime and Delinquency 59(2): (forthcoming, c. September 2013).

2013   (with Tomislav Kovandzic and Mark Schaffer) "Estimating the causal effect of gun prevalence on homicide rates: A local average treatment effect approach." Journal of Quantitative Criminology 28(4): (forthcoming c. September 2013).

2014   (with Jongyeon Tark) "Resisting rape: the effects of victim self-protection on rape completion and injury." Violence Against Women 23(3): (forthcoming March 2014).

2014   (with James C. Barnes) "Do more police generate more crime deterrence?" Crime and Delinquency 59(4): (forthcoming c. January 2014).

## OTHER PUBLISHED ARTICLES

1992   "Assault weapons aren't the problem." New York Times September 1, 1992, p. A15. Invited Op-Ed page article.

1993   "The incidence of violence among young people." <u>The Public Perspective</u>
4:3-6. Invited article.

1994   "Guns and self-protection." <u>Journal of the Medical Association of Georgia</u>
83:42. Invited editorial.

1996   "Using speculation to meet evidence: reply to Alba and Messner." <u>Journal
on Firearms and Public Policy</u> 9:13-49.

1998   "Has the gun deterrence hypothesis been discredited?" <u>Journal on
Firearms and Public Policy</u> 10:65-75.

1999   "There are no lessons to be learned from Littleton." <u>Criminal Justice
Ethics</u> 18(1):2, 61-63. Invited commentary.

1999   "Risks and benefits of gun ownership - reply." <u>Journal of the American
Medical Association</u> 282(2):136-136.

1999   "The misfire that wounded Colt's." <u>New York Times</u> October 23, 1999.
Invited Op-Ed page article.

1999   "Degrading scientific standards to get the defensive gun use estimate
down." <u>Journal on Firearms and Public Policy</u> 11:77-137.

2000   "Guns aren't ready to be smart." <u>New York Times</u> March 11, 2000.
Invited Op-Ed page article.

2000   (with Chester Britt III and David J. Bordua) "The emperor has no clothes:
Using interrupted time series designs to evaluate social policy impact."
<u>Journal on Firearms and Public Policy</u> 12:197-247.

2001   "School lesson: armed self-defense works." <u>Wall Street Journal</u> March 27,
2001. Invited opinion article.

2001   "Impossible policy evaluations and impossible conclusions: a comment on
Koper and Roth." <u>Journal of Quantitative Criminology</u> 17(1):75-80.

2001   "Absolutist politics in a moderate package: prohibitionist intentions of
the gun control movement." <u>Journal on Firearms and Public Policy</u> 13:1-
43.

2002   "Research agenda on guns, violence, and gun control." <u>Journal on
Firearms and Public Policy</u> 14:51-72.

2006   "Off target." <u>New York Sun</u> January 5, 2006. Invited opinion article.

2009   "How not to study the effect of gun levels on violence rates." <u>Journal on
Firearms and Public Policy</u> 21:65-93.

2011   "Mass killings aren't the real gun problem --- how to tailor gun-control measures to common crimes, not aberrant catastrophes." <u>Wall Street Journal</u>   January 15, 2011. Invited opinion article.

2011   "The myth of big-time gun trafficking." <u>Wall Street Journal</u> May 21, 2011. Invited opinion article.


## BOOK CHAPTERS

1984   (with David Bordua) "The assumptions of gun control." Pp. 23-48 in Don B. Kates, Jr. (ed.) <u>Firearms and Violence: Issues of Regulation</u>. Cambridge, Mass.: Ballinger. (Also appeared in <u>Federal Regulation of Firearms</u>, report prepared by the Congressional Research Service, Library of Congress, for the Committee on the Judiciary, United States Senate, 198-2).

1984   "The relationship between gun ownership levels and rates of violence in the U.S." Pp. 99-135 in Kates, above.

1984   "Handgun-only gun control: a policy disaster in the making." Pp. 167-199 in Kates, above.

1996   "Racial discrimination in criminal sentencing." Pp. 339-344 in <u>Crime and Society</u>, Volume III – Readings: Criminal Justice, edited by George Bridges, Robert D. Crutchfield, and Joseph G. Weis. Thousand Oaks, Calif.: Pine Forge Press.

1996   "Gun buy-back programs: nothing succeeds like failure." Pp. 29-53 in <u>Under Fire: Gun Buy-Backs, Exchanges and Amnesty Programs</u>, edited by Martha R. Plotkin. Washington, D.C.: Police Executive Research Forum.

2000   "Firearms and crime." Pp. 230-234 in the <u>Encyclopedia of Criminology and Deviant Behavior</u>, edited by Clifton D. Bryant. Philadelphia: Taylor & Francis, Inc.

2001   (with Leroy Gould and Marc Gertz) "Crime as social interaction." Pp. 101-114 in <u>What is Crime?: Controversy over the Nature of Crime and What to Do About It</u>, edited by Stuart Henry and Mark M. Lanier. Lanham, Md.: Rowman and Littlefield.

2003   "Constricted rationality and the limits of general deterrence." Chapter 13 in <u>Punishment and Social Control: Enlarged Second Edition</u>, edited by Thomas G. Blomberg. New York: Aldine de Gruyter.

2003   "The great American gun debate: what research has to say." Pp. 470-487

in The Criminal Justice System: Politics and Policies, 9th edition, edited by George F. Cole, Marc Gertz, and Amy Bunger. Belmont, CA: Wadsworth-Thomson.

2008   "Gun control." Article in The Encyclopedia of Social Problems, edited by Vincent N. Parrillo. Thousand Oaks, CA: Sage.

2009   "Guns and crime." Invited chapter. Pp. 85-92 in 21st Century Criminology: A Reference Handbook, edited by J. Mitchell Miller. Thousand Oaks, CA: Sage.

2012   Kovandzic, Tomislav, Mark E. Schaffer, and Gary Kleck. "Gun prevalence, homicide rates and causality: A GMM approach to endogeneity bias." Chapter   6, pp. 76-92 in The Sage Handbook of Criminological Research Methods, edited by David Gadd, Susanne Karstedt, and Steven F. Messner. Thousand Oaks, CA: Sage.

2012   (with Kelly Roberts) "What survey modes are most effective in eliciting self-reports of criminal or delinquent behavior?" Chapter in Handbook of Survey Methodology, edited by Lior Gideon. NY: Springer.

2013   "Deterrence: actual vs. perceived risk of punishment. Article in Encyclopedia of Criminology and Criminal Justice. Berlin: Springer Verlag.

2013   "An overview of gun control policy in the United States." Pp. 562-579 in The Criminal Justice System, 10th edition, Edited by George F. Cole and Marc G. Gertz. Wadsworth.


## BOOK REVIEWS

1978   Review of Murder in Space City: A Cultural Analysis of Houston Homicide Patterns, by Henry Lundsgaarde. Contemporary Sociology 7:291-293.

1984   Review of Under the Gun, by James Wright et al. Contemporary Sociology 13:294-296.

1984   Review of Social Control, ed. by Jack Gibbs. Social Forces 63: 579-581.

1987   Review of Armed and Considered Dangerous, by James Wright and Peter Rossi, Social Forces 66:1139-1140.

1987   Review of Sociological Justice, by Donald Black, Contemporary Sociology 19:261-3.

1988 Review of <u>The Citizen's Guide to Gun Control</u>, by Franklin Zimring and
   Gordon Hawkins, <u>Contemporary Sociology</u> 17:363-364.

1991 Review of <u>Equal Justice and the Death Penalty</u>, by David C. Baldus,
   George G. Woodworth, and Charles A. Pulaski, Jr. <u>Contemporary
   Sociology</u> 20:598-9.

1999 Review of <u>Crime is Not the Problem</u>, by Franklin E. Zimring and Gordon
   Hawkins. <u>American Journal of Sociology</u> 104(5):1543-1544.

2001 Review of <u>Gun Violence: the Real Costs</u>, by Philip J. Cook and Jens
   Ludwig. <u>Criminal Law Bulletin</u> 37(5):544-547.

2010 Review of <u>Homicide and Gun Control: The Brady Handgun Violence
   Prevention Act and Homicide Rates</u>, by J. D. Monroe. <u>Criminal Justice
   Review</u> 35(1):118-120.


## LETTERS PUBLISHED IN SCHOLARLY JOURNALS

1987 "Accidental firearm fatalities." <u>American Journal of Public Health</u>
   77:513.

1991 "Suicide in the home in relation to gun ownership." <u>The New England
   Journal of Medicine</u> 327:1878.

1991 "Gun ownership and crime." <u>Canadian Medical Association Journal</u>
   149:1773-1774.

1999 "Risks and benefits of gun ownership." <u>Journal of the American Medical
   Association</u> 282:136.

1999 (with Thomas Marvell) "Impact of the Brady Act on homicide and suicide
   rates." <u>Journal of the American Medical Association</u> 284:2718-2719.

2001 "Violence, drugs, guns (and Switzerland)." <u>Scientific American</u> 284(2):12.

2002 "Doubts about undercounts of gun accident deaths." <u>Injury Prevention
   Online</u> (September 19, 2002). Published online at
   http://ip.bmjjournals.com/cgi/eletters /8/3/252.

2005 "Firearms, violence, and self-protection." <u>Science</u> 309:1674. September 9,
   2005.


## UNPUBLISHED REPORT

1987    <u>Violence, Fear, and Guns at Florida State University: A Report to the President's Committee on Student Safety and Welfare</u>. Reports results of campus crime victimization survey and review of campus police statistics on gun violence (32 pages).


## RESEARCH FUNDING

1991    "The Impact of Drug Enforcement on Urban Drug Use Levels and Crime Rates." $9,500 awarded by the U.S. Sentencing Commission.

1996    "Testing a Fundamental Assumption of Deterrence-Based Crime Control Policy." $80,590 awarded by the Charles E. Culpeper Foundation to study the link between actual and perceived punishment levels.


## PRESENTED PAPERS

1976    "Firearms, homicide, and the death penalty: a simultaneous equations analysis." Presented at the annual meetings of the Illinois Sociological Association, Chicago.

1979    "The assumptions of gun control." Presented at the Annual Meetings of the American Sociological Association, New York City.

1980    "Handgun-only gun control: A policy disaster in the making." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1980    "Life support for ailing hypotheses: Modes of summarizing the evidence on racial discrimination." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

1984    "Policy lessons from recent gun control research." Presented at the Duke University Law School Conference on Gun Control.

1985    "Policy lessons from recent gun control research." Presented at the Annual Meetings of the American Society of Criminology, San Diego.

1986    "Miscounting suicides." Presented at the Annual Meetings of the American Sociological Association, Chicago.

1987    (with Theodore G. Chiricos, Michael Hays, and Laura Myers) "Unemployment and crime: a comparison of motivation and opportunity effects." Annual meetings of the American Society of Criminology, Montreal.

1988    "Suicide, guns and gun control." Presented at the Annual Meetings of the

47

Popular Culture Association, New Orleans.

1988  (with Susan Sayles) "Rape and resistance."    Presented at the Annual
Meetings of the American Society of Criminology, Chicago, Ill.

1989  (with Karen McElrath) "The impact of weaponry on human violence."
Presented at the Annual Meetings of the American Sociological
Association, San Francisco.

1989  (with Britt Patterson) "The impact of gun control and gun ownership
levels on city violence rates." Presented at the Annual Meetings of the
American Society of Criminology, Reno.

1990  "Guns and violence: a summary of the field." Presented at the Annual
Meetings of the American Political Science Association, Washington, D.C.

1991  "Interrupted time series designs: time for a re-evaluation." Presented at
the Annual Meetings of the American Society of Criminology, New
Orleans.

1993  (with Chester Britt III and David J. Bordua) "The emperor has no
clothes: Using interrupted time series designs to evaluate social policy
impact." Presented at the Annual Meetings of the American Society of
Criminology, Phoenix.

1992  "Crime, culture conflict and support for gun laws: a multi-level
application of the General Social Surveys." Presented at the Annual
Meetings of the American Society of Criminology, Phoenix.

1994  (with Marc Gertz) "Armed resistance to crime: the prevalence and nature
of self-defense with a gun."        Presented at the Annual Meetings of the
American Society of Criminology, Miami.

1995  (with Tom Jordan) "The impact of drug enforcement and penalty levels
on urban drug use levels and crime rates." Presented at the Annual
Meetings of the American Society of Criminology, Boston.

1996  (with Michael Hogan) "A national case-control study of homicide
offending and gun ownership." Presented at the Annual Meetings of the
American Society of Criminology, Chicago.

1997  "Evaluating the Brady Act and increasing the utility of BATF tracing
data." Presented at the annual meetings of the Homicide Research
Working Group, Shepherdstown, West Virginia.

1997  "Crime, collective security, and gun ownership: a multi-level application
of the General Social Surveys." Presented at the Annual Meetings of the
American Society of Criminology, San Diego.

1998  (with Brion Sever and Marc Gertz) "Testing a fundamental assumption of deterrence-based crime control policy." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1998  "Measuring macro-level gun ownership levels." Presented at the Annual Meetings of the American Society of Criminology, Washington, D.C.

1999  "Can owning a gun really triple the owner's chances of being murdered?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2000  "Absolutist politics in a moderate package: prohibitionist intentions of the gun control movement." Presented at the Annual Meetings of the American Society of Criminology, San Francisco.

2001  (with Tomislav V. Kovandzic) "The impact of gun laws and gun levels on crime rates." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001  "Measures of gun ownership levels for macro-level violence research." Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2001  "The effects of gun ownership levels and gun control laws on urban crime rates." Presented at the Annual Meetings of the American Society of Criminology, Chicago.

2003  (with Tomislav V. Kovandzic) "The effect of gun levels on violence rates depends on who has them." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2003  (with KyuBeom Choi) "Filling in the gap in the causal link of deterrence." Presented at the Annual Meetings of the American Society of Criminology, Denver.

2004  (with Tomislav Kovandzic) "Do violent crime rates and police strength levels in the community influence whether individuals own guns?" Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Jongyeon Tark) "Resisting crime: the effects of victim action on the outcomes of crime." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2004  (with Jongyeon Tark) "The impact of self-protection on rape completion and injury." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

49

2004   (with Kyubeom Choi) "The perceptual gap phenomenon and deterrence as psychological coercion." Presented at the Annual Meetings of the American Society of Criminology, Nashville.

2005   (with Jongyeon Tark) "Who resists crime?" Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2005   (with Jongyeon Tark and Laura Bedard) "Crime and marriage." Presented at the Annual Meetings of the American Society of Criminology, Toronto.

2006   (with Shun-Yang Kevin Wang)"Organized gun trafficking, 'crime guns,' and crime rates." Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2006   "Are police officers more likely to kill black suspects?" Presented at the Annual Meetings of the American Society of Criminology, Los Angeles.

2007   (with Shun-Yang Kevin Wang) "The myth of big-time gun trafficking. "Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2007   (with Marc Gertz and Jason Bratton) "Why do people support gun control?" Presented at the Annual Meetings of the American Society of Criminology, Atlanta.

2008   (with J.C. Barnes) "Deterrence and macro-level perceptions of punishment risks: Is there a "collective wisdom?" Presented at the Annual Meetings of the American Society of Criminology, St. Louis.

2009   "The myth of big-time gun trafficking." Presented at UCLA Law Review Symposium, "The Second Amendment and the Right to Bear Arms After DC v. Heller." January 23, 2009, Los Angeles.

2009   (with Shun-Yung Wang) "Employment and crime and delinquency of working youth: A longitudinal study of youth employment." Presented at the Annual Meetings of the American Society of Criminology, November 6, 2009, Philadelphia, PA.

2009   (with J. C. Barnes) "Do more police generate more deterrence?" Presented at the Annual Meetings of the American Society of Criminology, November 4, 2009, Philadelphia, PA.

2010   (with J. C. Barnes) "Article productivity among the faculty of criminology and criminal justice doctoral programs, 2005-2009." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010   (with Will Hauser) "Fear of crime and gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 18, 2010, San Francisco, CA.

2010   "Errors in survey estimates of defensive gun use frequency: results from national Internet survey experiments." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2010   (with Mark Faber and Tomislav Kovandzic) "Perceived risk, criminal victimization, and prospective gun ownership." Presented at the annual Meetings of the American Society of Criminology, November 19, 2010, San Francisco, CA.

2011   (with Shun-young Wang) "The impact of job quality and career commitment on delinquency: conditional or universal?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011   (with Moonki Hong) "The short-term deterrent effect of executions on homicides in the United States, 1984-1998." Presented at the annual Meetings of the American Society of Criminology, November 16, 2011.

2011   (with Kelly Roberts) "Which survey modes are most effective in getting people to admit illegal behaviors?" Presented at the annual Meetings of the American Society of Criminology, November 17, 2011.

2011   (with Will Hauser) "Pick on someone your own size: do health, fitness, and size influence victim selection?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2011   (with Tomislav Kovandzic) "Is the macro-level crime/punishment association spurious?" Presented at the annual Meetings of the American Society of Criminology, November 18, 2011.

2012   (with Dylan Jackson) "Adult unemployment and serious property crime: a national case-control study." Presented at the annual Meetings of the American Society of Criminology, November 15, 2012.

CHAIR

1983   Chair, session on Race and Crime. Annual meetings of the American Society of Criminology, Denver.

1989   Co-chair (with Merry Morash), roundtable session on problems in analyzing the National Crime Surveys. Annual meetings of the American Society of Criminology, Reno.

1993   Chair, session on Interrupted Time Series Designs. Annual meetings of

the American Society of Criminology, New Orleans.

1993 Chair, session on Guns, Gun Control, and Violence. Annual meetings of the American Society of Criminology, Phoenix.

1994 Chair, session on International Drug Enforcement. Annual meetings of the American Society of Criminology, Boston.

1999 Chair, Author-Meets-Critics session, More Guns, Less Crime. Annual meetings of the American Society of Criminology, Toronto.

2000 Chair, session on Defensive Weapon and Gun Use. Annual Meetings of the American Society of Criminology, San Francisco.

2002 Chair, session on the Causes of Gun Crime. Annual meetings of the American Society of Criminology, Chicago.

2004 Chair, session on Protecting the Victim. Annual meetings of the American Society of Criminology, Nashville.

DISCUSSANT

1981 Session on Gun Control Legislation, Annual Meetings of the American Society of Criminology, Washington, D.C.

1984 Session on Criminal Sentencing, Annual Meetings of the American Society of Criminology, Cincinnati.

1986 Session on Sentencing, Annual Meetings of the American Society of Criminology, Atlanta.

1988 Session on Gun Ownership and Self-protection, Annual Meetings of the Popular Culture Association, Montreal.

1991 Session on Gun Control, Annual Meetings of the American Statistical Association, Atlanta, Ga.

1995 Session on International Drug Enforcement, Annual Meetings of the American Society of Criminology, Boston.

2000 Session on Defensive Weapon and Gun Use, Annual Meetings of the American Society of Criminology, San Francisco.

2004 Author-Meets-Critic session on Guns, Violence, and Identity Among African-American and Latino Youth, by Deanna Wilkinson. Annual meetings of the American Society of Criminology, Nashville.

2007   Session on Deterrence and Perceptions, University of Maryland 2007
Crime & Population Dynamics Summer Workshop, Aspen Wye River
Center, Queenstown. MD, June 4, 2007.

2009   Session on Guns and Crime, at the DeVoe Moore Center Symposium On
The Economics of Crime, March 26-28, 2009.

2012   Panel discussion of news media coverage of high profile crimes. Held at
the Florida Supreme Court On September 24-25, 2012, sponsored by the
Florida Bar Association as part of their 2012 Reporters' Workshop.

PROFESSIONAL SERVICE

Editorial consultant -
American Sociological Review
American Journal of Sociology
Social Forces
Social Problems
Law and Society Review
Journal of Research in Crime and Delinquency
Social Science Research
Criminology
Journal of Quantitative Criminology
Justice Quarterly
Journal of Criminal Justice
Violence and Victims
Violence Against Women
Journal of the American Medical Association
New England Journal of Medicine
American Journal of Public Health
Journal of Homicide Studies

Grants consultant, National Science Foundation, Sociology Program.

Member, Gene LeCarte Student Paper Committee, American Society of
Criminology, 1990.

Area Chair, Methods Area, American Society of Criminology, annual meetings
in Miami, November, 1994.

Division Chair, Guns Division, American Society of Criminology, annual
meetings in Washington, D.C., November, 1998.

Dissertation evaluator, University of Capetown, Union of South Africa, 1998.

Division Chair, Guns Division, American Society of Criminology, annual
meetings in Washington, D.C., November, 1999.

Member of Academy of Criminal Justice Sciences selection committee for Editor
of Justice Quarterly, 2007.

UNIVERSITY SERVICE

Member, Master's Comprehensive Examination Committee, School of
Criminology, 1979-1982.

Faculty Advisor, Lambda Alpha Epsilon (FSU chapter of American Criminal
Justice Association), 1980-1988.

Faculty Senate Member, 1984-1992.

Carried out campus crime survey for President's Committee on Student Safety
and Welfare, 1986.

Member, Strategic Planning and Budgeting Review Committee for Institute for
Science and Public Affairs, and Departments of Physics and Economics,
1986.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods,
School of Criminology, Summer, 1986.

Member, Committee on Ph.D. Comprehensive Examination in Research
Methods, School of Criminology, Summer, 1986 to present.

Chair, Committee on Graduate Assistantships, School of Criminology, Spring,
1987.

Chair, Ad Hoc Committee on Computers, School of Criminology, Fall, 1987.

Member, Recruitment Committee, School of Criminology, Spring, 1988; Spring,
1989; and 1989-90 academic year.

Member, Faculty Senate Committee on Computer-Related Curriculum, Spring,
1988 to Fall, 1989.

Chair, Ad Hoc Committee on Merit Salary Distribution, School of Criminology,
Spring, 1988.

Chair, Ad Hoc Committee on Enrollment Strains, Spring, 1989.

Member, Graduate Handbook Committee, School of Criminology, Spring, 1990.

Member, Internal Advisement Committee, School of Criminology Spring, 1990.

University Commencement Marshall, 1990 to 1993.

Member, School of Criminology and Criminal Justice Teaching Incentive
Program award committee.

54

Chair, Faculty Recruitment Committee, School of Criminology and Criminal Justice, 1994-1995.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 1994-1995.

Member, University Computer and Information Resources Committee, 1995-1998.

Member, University Fellowship Committee, 1995 to present.

Member, University Library Committee, 1996 to 1999.

Chair, Electronic Access Subcommittee, University Library Committee, 1998 to 1999.

Member, Ad Hoc Committee on Merit Salary Increase Allocation, School of Criminology and Criminal Justice, 1998-1999.

Member, Academic Committee, School of Criminology and Criminal Justice, 2000-present.

Member, Recruiting Committee, School of Criminology and Criminal Justice, 2000-2001.

Member, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2000-present.

Chair, Committee on Ph.D. Comprehensive Examination in Research Methods, School of Criminology and Criminal Justice, 2000-2002.

Chair, Promotion and Tenure Committee, School of Criminology and Criminal Justice, 2001-2002.

Faculty Adviser, School of Criminology and Criminal Justice Graduate Student Association, 2001-present.

Member, ad hoc committee on survey research, School of Criminology and Criminal Justice, 2002.

Coordinator of Parts 2 and 4 of the School of Criminology and Criminal Justice Unit Review, 2002.

Chair, Academic Committee, School of Criminology and Criminal Justice, 2002-2003.

Director, Honors Programs, School of Criminology and Criminal Justice, 2002-present.

Member, University Promotion and Tenure Committee, Fall, 2003 to present.

Member of University Graduate Policy Committee, Fall 2003 to present.

Chair, Promotion and Tenure Committee, College of Criminology and Criminal Justice, 2005-2006.

Director of Graduate Studies, School (later College) of Criminology and Criminal Justice, April 2004 to May 2011.


PUBLIC SERVICE

Television, radio, newspaper, magazine, and Internet interviews concerning gun control, racial bias in sentencing, crime statistics, and the death penalty. Interviews and other kinds of news media contacts include Newsweek, Time, U.S. News and World Report, New York Times, Washington Post, Chicago Tribune, Los Angeles Times, USA Today, Boston Globe, Wall Street Journal, Kansas City Star, Philadelphia Inquirer, Philadelphia News, Atlanta Constitution, Atlanta Journal, Arizona Republican, San Antonio Express-News, Dallas Morning News, Miami Herald, Tampa Tribune, Jacksonville Times-Union, Womens' Day, Harper's Bazaar, Playboy, CBS-TV (60 Minutes; Street Stories) ABC-TV (World News Tonight; Nightline), NBC-TV (Nightly News), Cable News Network, Canadian Broadcasting Company, National Public Radio, Huffington Post, PolitiFact.com, and many others.

Resource person, Subcommittee on Crime and Justice, (Florida House) Speaker's Advisory Committee on the Future, February 6-7, 1986, Florida State Capitol.

Testimony before the U.S. Congress, House Select Committee on Children, Youth and Families, June 15, 1989.

Discussant, National Research Council/National Academy of Sciences Symposium on the Understanding and Control of Violent Behavior, April 1-4, 1990, Destin, Florida.

Colloquium on manipulation of statistics relevant to public policy, Statistics Department, Florida State University, October, 1992.

Speech to faculty, students, and alumni at Silver Anniversary of Northeastern University College of Criminal Justice, May 15, 1993.

Speech to faculty and students at Department of Sociology, University of New Mexico, October, 1993.

Speech on the impact of gun control laws, annual meetings of the Justice
Research and Statistics Association, October, 1993, Albuquerque, New
Mexico.

Testimony before the Hawaii House Judiciary Committee, Honolulu, Hawaii,
March 12, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia,
March 18, 1994.

Delivered the annual Nettler Lecture at the University of Alberta, Edmonton,
Canada, March 21, 1994.

Member, Drugs-Violence Task Force, U.S. Sentencing Commission, 1994-1996.

Testimony before the Pennsylvania Senate Select Committee to Investigate the
Use of Automatic and Semiautomatic Firearms, Pittsburgh,
Pennsylvania, August 16, 1994.

Delivered lectures in the annual Provost's Lecture Series, Bloomsburg
University, Bloomsburg, Pa., September 19, 1994.

Briefing of the National Executive Institute, FBI Academy, Quantico, Virginia,
June 29, 1995.

Speech to personnel in research branches of crime-related State of Florida
agencies, Research and Statistics Conference, sponsored by the Office of
the State Courts Administrator, October 19, 1995.

Speech to the Third Annual Legislative Workshop, sponsored by the James
Madison Institute and the Foundation for Florida's Future, February 5,
1998.

Speech at the Florida Department of Law Enforcement on the state's criminal
justice research agenda, December, 1998.

Briefing on news media coverage of guns and violence issues, to the Criminal
Justice Journalists organization, at the American Society of Criminology
annual meetings in Washington, D.C., November 12, 1998.

Briefing on gun control strategies to the Rand Corporation conference on
"Effective Strategies for Reducing Gun Violence," Santa Monica, Calif.,
January 21, 2000.

Speech on deterrence to the faculty of the Florida State University School of
Law, February 10, 2000.

Invited address on links between guns and violence to the National Research
Council Committee on Improving Research Information and Data on
Firearms, November 15-16, 2001, Irvine, California.

Invited address on research on guns and self-defense to the National Research
Council Committee on Improving Research Information and Data on
Firearms, January 15-16, 2001, Washington, D.C.

Invited address on gun control, Northern Illinois University, April 19, 2002.

Invited address to the faculty of the School of Public Health, University of
Alabama, Birmingham, 2004.

Invited address to the faculty of the School of Public Health, University of
Pennsylvania, March 5, 2004.

Member of Justice Quarterly Editor Selection Committee, Academy of Criminal
Justice Sciences, Spring 2007

Testified before the Gubernatorial Task Force for University Campus Safety,
Tallahassee, Florida, May 3, 2007.

Gave public address, "Guns & Violence: Good Guys vs. Bad Guys," Western
Carolina University, Cullowhee, North Carolina, March 5, 2012.

Invited panelist, Fordham Law School Symposium, "Gun Control and the
Second Amendment," New York City, March 9, 2012.

Invited panelist, community forum on "Students, Safety & the Second
Amendment," sponsored by the Tallahassee Democrat.

Invited address at University of West Florida, Department of Justice Studies,
titled "Guns, Self-Defense, and the Public Interest," April 12, 2013.

Member of the Institute of Medicine/National Research Council Committee on
Priorities for a Public Health Research Agenda to Reduce the Threat of
Firearm-Related Violence, 2013.

OTHER ITEMS
Listed in:
    Marquis Who's Who, 2009
    Marquis Who's Who in the South and Southwest, 25th edition
    Who's Who of Emerging Leaders in America, 1st edition
    Contemporary Authors
    Directory of American Scholars, 10th edition, 2002
    Writer's Directory, 20th edition, 2004.

Participant in First National Workshop on the National Crime Survey, College Park, Maryland, July, 1987, co-sponsored by the Bureau of Justice Statistics and the American Statistical Association.

Participant in Second National Workshop on the National Crime Survey, Washington, D.C., July, 1988.

Participant, Seton Hall Law School Conference on Gun Control, March 3, 1989.

Debater in Intelligence Squared program, on the proposition "Guns Reduce Crime." Rockefeller University, New York City, October 28, 2008. Podcast distributed through National Public Radio. Further details are available at http://www.intelligencesquaredus.org/Event.aspx?Event=36.

Subject of cover story, "America Armed," in Florida State University Research in Review, Winter/Spring 2009.

Grants reviewer, Social Sciences and Humanities Research Council of Canada, 2010.


Prior Expert Testimony:

*Illinois Association of Firearms Retailers, et al, v. City of Chicago, et al.* Deposed 10-28-11.

*Heller et al. v. District of Columbia* (remand of Heller II). Deposed 7-2-13.

*Wilson v. Cook County.* Deposed 9-16-13.