**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| **STEPHEN V. KOLBE,** *et al.,* )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**MARTIN J. O'MALLEY,** *et al.,* )<br>)<br>    **Defendants.** ) | )<br>)<br>)  **Case No.: 1:13-cv-02841-CCB**<br>) |

## PLAINTIFFS' REQUEST FOR HEARING

Plaintiffs Stephen V. Kolbe, Andrew C. Turner, Wink's Sporting Goods, Atlantic Guns, Inc. and association Plaintiffs Associated Gun Clubs of Baltimore, Inc., Maryland Shall Issue, Inc., Maryland State Rifle and Pistol Association, Inc., National Shooting Sports Foundation, Inc., and Maryland Licensed Firearms Dealers Association, Inc. (collectively, "Plaintiffs"), by and through undersigned counsel, hereby request that this Court hold a hearing on Plaintiffs' Cross-Motion for Summary Judgment and In Opposition to Defendants' Motion for Summary Judgment.

Dated:  March 17, 2014          Respectfully submitted,

          */s/ John Parker Sweeney*
          John Parker Sweeney (Bar No. 08761)
          T. Sky Woodward (Bar No. 10823)
          BRADLEY ARANT BOULT CUMMINGS LLP
          1615 L Street N.W., Suite 1350
          Washington, D.C. 20036
          P (202) 719-8216
          F (202) 719-8316
          JSweeney@babc.com

          *Counsel for Plaintiffs*