IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| STEPHEN V. KOLBE, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 1:13-cv-02841-CCB |
| | ) |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Plaintiffs' Cross-Motion for Summary Judgment and any opposition thereto, it is this _____ day of _____ 2014, by the United States District Court for the District of Maryland, ORDERED:

1. That the Plaintiffs' Cross-Motion for Summary Judgment be, and hereby is, GRANTED; and

2. That the Clerk is directed to enter judgment in favor of the Plaintiffs on all counts of the Third Amended Complaint as follows:

   A. Declaring pursuant to 28 U.S.C. § 2201 that provisions of the Maryland Code, as amended by the Firearms Safety Act of 2013 Act (the "Act") and as specified herein as Sections 4-301, 4-302, 4-303, 4-304, 4-305, 4-306 of the Criminal Law Article and Section 5-101(r)(2) of the Public Safety Article, Maryland Code Annotated, infringe on the right of the people of Maryland

including Plaintiffs to keep and bear arms, in violation of the Second and Fourteenth Amendments to the United States Constitution, and are void;

B.   Declaring pursuant to 28 U.S.C. § 2201 that provisions of the Maryland Code, as amended by the Act and as specified herein as Section 5-101(r)(2) of the Public Safety Article, Maryland Code Annotated, are vague, fail to give notice, and violate the right of Plaintiffs to due process of law, in violation of the Fourteenth Amendment to the United States Constitution and are void;

C.   Declaring pursuant to 28 U.S.C. § 2201 that provisions of the Maryland Code, as amended by the Act and as specified herein as Sections 4-302, 4-303, and 4-305 of the Criminal Law Article, Maryland Code Annotated, deny Plaintiffs equal protection under the law, in violation of the Fourteenth Amendment to the United States Constitution and are void;

D.   Permanently enjoining the Defendants and their officers, agents, and employees from administration and enforcement of the above provisions; and

E.    Awarding Plaintiffs reasonable costs and attorneys' fees pursuant to 42 U.S.C. § 1988(b).

_____
JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND