# Exhibit 1

**In The Matter Of:**

*Shawn J. Tardy, et al.  vs.*
*Martin J. O'Malley, et al.*

---

*Christopher S. Koper, Ph.D.*
*Vol. 1*
*February 3, 2014*

---

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing

*Since 1961 - Serving MD, DC & VA - Worldwide*

Min-U-Script® with Word Index

51

1    Q      All right.  And you -- and then you say

2    accordingly, "Just don't expect dramatic changes."  So

3    that even if you did control magazine capacity to ten

4    or less, you would not expect quote, unquote dramatic

5    changes; am I correct in that conclusion?

6    A      Correct.

7    Q      That's still your view today?

8    A      Yes.

9    Q      All right.  And in fact, you wouldn't

10   expect to see any change in violence related to guns if

11   the assault weapon ban were continued; correct?

12   A      That's my conclusion, that it would not

13   affect the overall rate at which people use guns in

14   assaults and robberies.

15   Q      All right.  And you went on here to -- to I

16   guess question, "Could renewal of just the magazine ban

17   and restriction of imports offer a workable

18   compromise?"

19   A      Uh-huh.

20   Q      And that was your thought that forget the

21   assault weapon ban, but maybe there's something to be

58

1   they very heavily regulate them and restrict them.

2        Q        Understood.  We wouldn't want them falling

3   into criminal hands, would we?

4        A        No.

5        Q        Are you an expert in ballistics?

6        A        I have some general knowledge.  I -- I

7   should hesitate to call myself an expert, per se.

8        Q        All right.  And while you're an expert in

9   firearms policy, are you an expert in firearms?

10       A        How do you mean?

11       Q        Technical aspects of firearms, for

12  instance.

13       A        I have a limited basic working knowledge.

14  Of course in doing the assault weapons work, I had to

15  learn a lot about different makes and models and their

16  features.  I'm not the sort of person who could take

17  apart a firearm for you and put it back together.

18       Q        You are not?

19       A        No.

20       Q        Do you own any firearms?

21       A        No.

83

1    Q    "There is not a clear rationale for

2   expecting the ban to reduce assaults and robberies with

3   guns."  Am I reading that correctly?

4    A    Yes.

5    Q    And that correctly and accurately state

6   your conclusion with respect to the impact on

7   firearm-related crime of the federal ban on assault

8   weapons and large capacity magazines; correct?

9    A    That's a partial statement of it.

10    Q    All right.  But -- but accurate in and of

11   itself?

12    A    Yes.

13    Q    Okay.  And when you say you would not

14   expect the assault weapon or large capacity magazine

15   ban to reduce assaults with guns, that would include

16   assaults leading to homicides; correct?

17    A    Not exactly.  What I'm saying here is I

18   don't expect the overall level of assaultive violence

19   with guns to change whether or not these guns and

20   magazines are available, but what I am hypothesizing is

21   that changes in the use of these guns and magazines

1  could affect the share of attacks that involve -- that

2  result in injuries or deaths.

3       Q     But -- but they -- you would not expect a

4  ban on assault weapons or large capacity magazines to

5  actually reduce the number of firearm-related assaults

6  or robberies; correct?

7       A     Correct.

8       Q     And you would not expect a ban on assault

9  weapons or large capacity magazines to reduce

10  firearm-related home invasions; correct?

11      A     No.  Correct, I mean.

12      Q     And you wouldn't expect a ban on assault

13  weapons or large capacity magazines to reduce the

14  number of firearms assaults on police officers;

15  correct?

16      A     Correct.  That's fair enough.

17      Q     On note 95 on that page, you address I

18  believe state bans on assault weapons in which you say,

19  "A few studies suggest that state-level assault weapon

20  bans have not reduced crime."  Am I reading that

21  correct?

1      A      Yes.

2      Q      And is that still your view today?

3      A      I've not seen any further studies of this

4  yet, but yes, I mean, essentially that's the

5  conclusion.

6      Q      All right.

7      A      With the qualifiers that are stated in the

8  rest of the footnote.

9      Q      Let's mark this as Exhibit 6, please.  Let

10  me show you what I've marked as Exhibit 6, which is an

11  article authored by Mark Gius, G-I-U-S, on an

12  examination of the effects of concealed weapon laws and

13  assault weapons bans on state-level murder rates.

14             (Koper Exhibit 6 was marked for

15  identification.)

16      A      Okay.

17      Q      And I first ask you are you familiar with

18  this article?

19      A      No.  I've not read this.

20      Q      And has anyone mentioned this to you?

21      A      Defense counsel did mention the existence

1    crimes resulting in death.  I think the percentage of

2    gunshot victimizations resulting in death.  I also

3    summarized in chapter nine of this report some of the

4    other findings that we had had in the '97 report when

5    we had looked at some different similar types of

6    outcome measures.

7         Q        On page 96 of your 2004 report marked as

8    Exhibit 5, that's your summary of your conclusions;

9    correct?

10        A        Yes.

11        Q        And in the third sentence you state, "There

12   has been no discernable reduction in the lethality and

13   injuriousness of gun violence," is that correct?

14        A        Yes.

15        Q        And is that still your view today based

16   upon your study and analysis of the impact of the

17   federal ban on assault weapons and large capacity

18   magazines?

19        A        Yes.  Based on the data that I analyzed,

20   it's still my view of it.  Again, subject to the

21   qualifications that I noted earlier.

1  which one might try to infer that, but the case, yeah,

2  it's not as clear.  It's fair to say.

3  BY MR. SWEENEY:

4      Q      Now, in paragraph eight of your report, you

5  state in the second sentence that Maryland's

6  recently-enacted ban on assault weapons and large

7  capacity magazines has the quote "potential" close

8  quote to accomplish a couple of things; correct?

9      A      Yes.  Okay.

10      Q      Now, when you say potential, I'm trying to

11  understand what you mean here.  Would you agree with me

12  that any law would have the potential to produce a

13  benefit?

14              MR. FADER:  Objection.

15              THE WITNESS:  Might depend on -- on what it

16  is.  In this case, you know, I'm saying potential based

17  largely on my studies of the federal assault weapons

18  ban and what -- what we found there.

19  BY MR. SWEENEY:

20      Q      Can you state with a reasonable degree of

21  scientific probability that the ban on assault weapons

1    and large capacity magazines in Maryland will reduce

2    the number of crimes committed with assault weapons and

3    other firearms with large capacity magazines?

4         A       I can't put a probability on that.  You

5    know, all I can say is based on the experience with the

6    federal assault weapons ban, that there are grounds for

7    believing that the Maryland law could achieve that in

8    extrapolating from the results of the federal study.

9    Otherwise, one has to actually study the implementation

10   of the Maryland law to begin putting, you know,

11   probabilities on it and measuring those effects.

12        Q       All right.  Can you say to a reasonable

13   degree of scientific probability that the ban on

14   assault weapons and large capacity magazines in

15   Maryland will reduce the number of shots fired in gun

16   crimes?

17        A       Not sure what you mean by a reasonable

18   probability 'cause I just I can't put a probability on

19   it and tell you how likely it is to occur.

20        Q       Can you say to a reasonable degree of

21   scientific probability that the Maryland ban on assault

1    weapons and large capacity magazines will reduce the

2    number of gunshot victims in such crimes?

3         A       Again, same answer.  I can't state it with

4    an exact probability at this time.

5         Q       And if I ask you the same question with

6    respect to number four, reduce the number of wounds per

7    gunshot victim, and five, reduce the lethality of

8    gunshot injuries when they do occur, and six, reduce

9    the substantial societal costs that flow from

10   shootings, would your answer be the same?

11        A       Yes.

12        Q       Okay.  Now, the Maryland law does not

13   prohibit all semi-automatic firearms; correct?

14        A       Correct.

15        Q       And criminals can substitute semi-automatic

16   firearms that aren't banned; correct?

17        A       Those and other guns.

18        Q       Right.  And isn't that variable something

19   that you can't control and one of the reasons why you

20   can't say to any probability whether or not the ban

21   will accomplish the six items that you state in