# Exhibit 3

## In The Matter Of:

*Shawn J. Tardy, et al.  vs.*
*Martin J. O'Malley, et al.*

---

*Chief James Johnson*
*Vol. 1*
*December 17, 2013*

---

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

1        A        I am not a ballistics expert.

2        Q        All right.  And what is the basis for

3   your opinion on the penetration force of the banned

4   firearms in a home situation?

5        A        I understand the high velocity capability

6   of many assault weapons.  I've made a conscious

7   choice to select a certain type of round, 223 round,

8   for my Tactical Team use, to minimize the potential

9   that that weapon would exit the body of the

10  adversary.

11       Q        And would you agree with me that there

12  are similar rifles out there, for instance, the AR10

13  with a higher caliber, a more powerful cartridge

14  load, and greater body and building penetration

15  capability?

16       A        I'm not a ballistics experts, but I would

17  accept that there are likely other rounds and

18  weapons that would achieve the same velocity.

19       Q        In fact, the firearms that are banned, by

20  and large, are what would be considered a medium

21  power load for long guns, correct?