# Exhibit 4

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

*Joseph Vince, Jr.*
*Vol. 1*
*January 17, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



Reporting & Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

1   correlation between one bullet and another and then
2   subsets of that.  And over time I've certainly had, I
3   wouldn't say courses, but I've had education and
4   experience in some types of ballistics, and especially
5   with ATF.  I was in charge at one time with their IBIS
6   System, Integrated Ballistic Identification System, and
7   getting that out to law enforcement, so I did get some
8   knowledge of the use of that.
9        Q    There are a number of -- of experts in
10  ballistics employed by the ATF, are there not?
11       A    Yes, sir, there are.
12       Q    And you wouldn't consider yourself one of
13  them, would you?
14       A    No, sir, I would not.
15       Q    Did you have any course work outside of the
16  ATF in firearms?
17       A    Outside of the training as an agent, I
18  can't recall any at this time.
19       Q    All right.  What was your training as an
20  agent in regards to firearms?
21       A    Well, you initially certainly go through --

1   A   You know, I -- it is a small caliber rifle,
2   but without looking at it, I mean it's been too long
3   since I -- I don't want to say something that I'm not
4   exactly telling you --
5   Q   I appreciate that. And you're not really
6   here as a firearms expert, correct?
7   A   Not per se.
8   Q   All right.
9   A   I'm here because I know about criminals
10  with firearms and other uses.
11  Q   And you're not really here as a firearms
12  history expert either, though?
13  A   No, I wouldn't call myself a firearms
14  history expert. No, sir.
15  Q   All right. If I understand correctly, your
16  report states that the military use of the M-16 was to
17  instruct their soldiers to use their rifles in
18  semi-automatic mode, both for greater accuracy and to
19  conserve ammunition, correct?
20  A   That's still the case today, sir.
21  Q   All right. And so in terms of the primary