# Exhibit 47

## to

## Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment

## **DECLARATION OF SAM WALTERS**

I, Sam Walters, under penalty of perjury, declare and state, to the best of my knowledge, information, and belief, as follows:

1. I am over the age of 18, have personal knowledge of the facts and events referred to in this declaration, and am competent to testify to the matters stated below.

2. I am the owner of The Cop Shop on 803 E. Baltimore Street, Baltimore, MD 21202. We are a Glock Police Distributorship, and are by far the highest volume seller of Glock handguns in Maryland. We sell exclusively Glock handguns. We maintain a constant stock of over 100 Glock pistols of various models and calibers. We are the only FFL located in the City of Baltimore.

3. The Baltimore City Police Department, Howard County Police Department, Maryland State Police, and several other local law enforcement and quasi-law enforcement agencies exclusively issue the Glock G22 model handgun for use by their officers and agents.

4. It is my understanding that the Defendants in this case have relied on the fact that I sold two ten round magazines for a Glock G22 to Max Bulinski on March 27, 2014, to support the claim that ten round magazines are readily available. In my opinion, this statement is incredibly misleading, as ten round magazines have been exceptionally difficult to get since the implementation of the Maryland Firearm Safety Act. There simply is not a ready supply of ten round magazines anywhere in the country.

5. I currently have in stock approximately 100 ten round magazines for G22 model handguns. For the G17, I have zero ten round magazines. For the G19, I have three ten round magazines. For the G21, I have zero ten round magazines. For the G23, I have approximately ten ten round magazines.

6. I was asked by a security agency to procure 100 ten round magazines. It took me four months to get that order assembled. I have a direct relationship with Glock and know that they cannot supply me with sufficient numbers of ten round magazines. I have scoured the country looking for ten round magazines, buying them retail when I am able to locate any.

7. Mr. Bulinski just happened to ask for magazines for the most popular handgun I sell when I just happened to have some in stock. Whether I have ten round magazines is a day-by-day proposition.

8. I hope that Mr. Bulinski will use the magazines he purchased, as I have other customers who would like them if he does not.

I declare under penalty of perjury that the foregoing is true and correct.

_Sam Walters_    _April 25, 2014_
Sam Walters            Date