Exhibit 48

to

Plaintiffs' Reply to Defendants'
Opposition to Plaintiffs' Cross-Motion
for Summary Judgment

### In The Matter Of:

*Shawn J. Tardy, et al.  vs.*
*Martin J. O'Malley, et al.*

---

*Chief James Johnson*
*Vol. 1*
*December 17, 2013*

---

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



**GORE BROTHERS**
Reporting &
Videoconferencing

*Since 1961 - Serving MD, DC & VA - Worldwide*

Min-U-Script® with Word Index

32

1      A      With respect to the issue of assault

2   rifles, no.

3      Q      There was a period of time in which many

4   so-called assault rifles were banned by the federal

5   government, correct?

6      A      That's correct.

7      Q      And during that period of time, was there

8   any impact on crime?

9             MR. FADER:  Object to the form.  You

10   could answer, if you know.

11      A      The assault weapons ban was in place from

12   1994 to 2004.  Indicated -- studies indicate -- and

13   just bear with me, I'm going to read from my notes

14   on this issue.

15      Q      Sure.

16      A      "Study show that from '94 assault weapons

17   ban was effective.  2004 University of Pennsylvania

18   study found that in the nine years after the ban

19   took effect, percentage of gun crimes involving

20   assault weapons decreased by 70%."

21             It's a Christopher Koper study.

1    Second, "A study of The Urban Institute

2  conducted under a grant of the Justice Department

3  found that assault weapons were disproportionately

4  involved in murders with multiple victims, multiple

5  wounded victims and police officers as victims.  The

6  same study found that assault weapons ban was

7  responsible for 6.7% decrease in total gun murders."

8    "1998, four years after the assault

9  weapons ban in high capacity magazine ban was

10  enacted, the percentage of firearms with high

11  capacity magazines recovered by Virginia police

12  decreased and continue to drop until it hit a low of

13  10% in 2004.  The year the ban expired, in the years

14  following the ban's expiration, the number of high

15  capacity magazines recovered in Virginia rose each

16  year and reached a high of 22% in 2010."

17    Next study.  "After the banned expired in

18  2004, 37% of police agencies saw an increase in

19  criminal's use of assault weapons.  And 38% reported

20  a noticeable increase in criminal's use of high

21  capacity magazines."

1          It's a 2010 Police Executive Research

2   Forum Survey.

3          "And in Maryland, after imposing a more

4   stringent ban on assault pistols and high capacity

5   magazines in 1994, there was a 55% drop in assault

6   pistols recovered by the Baltimore Police

7   Department."

8          I'm going to stop at that.

9          MR. SWEENEY:  All right.  Could we get a

10  copy of that, Mr. Fader?

11          MR. FADER:  Yes.

12          MR. SWEENEY:  I believe now it's become

13  past recollection recorded.

14          MR. FADER:  Do you want one now?

15          MR. SWEENEY:  I would like one now.  And

16  it would be useful for me to respond and ask

17  additional questions off a copy of it.  Thank you.

18          Why don't we take a short break.

19          MR. FADER:  Sure.

20          (A break was taken.)

21          (Johnson Exhibit 2 was marked for

54

1       A       I am not a ballistics expert.

2       Q       All right.  And what is the basis for

3   your opinion on the penetration force of the banned

4   firearms in a home situation?

5       A       I understand the high velocity capability

6   of many assault weapons.  I've made a conscious

7   choice to select a certain type of round, 223 round,

8   for my Tactical Team use, to minimize the potential

9   that that weapon would exit the body of the

10  adversary.

11      Q       And would you agree with me that there

12  are similar rifles out there, for instance, the AR10

13  with a higher caliber, a more powerful cartridge

14  load, and greater body and building penetration

15  capability?

16      A       I'm not a ballistics experts, but I would

17  accept that there are likely other rounds and

18  weapons that would achieve the same velocity.

19      Q       In fact, the firearms that are banned, by

20  and large, are what would be considered a medium

21  power load for long guns, correct?

1       Q      Chief Johnson, let me show you what we've

2   marked as Exhibit 7, and through the miracle of the

3   Internet, I downloaded and printed this from the

4   National Law Enforcement Partnership to Prevent Gun

5   Violence website.  And in -- first, is this list of

6   partner organizations look familiar to you?

7       A      Yes.

8       Q      And does this list all of the partner

9   organizations for the National Law Enforcement

10  Partnership to Prevent Gun Violence?

11      A      Yes.

12      Q      Are there any other members of the

13  partnership than these partner organizations?

14      A      No.

15      Q      How is the partnership funded?

16      A      We are funded via a grant from the Joyce

17  Foundation.

18      Q      And what is the Joyce Foundation?

19      A      The Joyce Foundation is an organization

20  based out of Chicago, that I understand grants funds

21  for certain projects.  And they are -- their reach

1   is very broad.  Not just public safety issues, but

2   other issues in our society.

3       Q    And do you know how much the grant was

4   for?

5       A    Last year I believe that grant was 175.

6   This year it's 150.

7       Q    Is that $100,000 -- 150?

8       A    $150,000.

9       Q    Right.  And how long is the National

10  Enforcement Partnership to Prevent Gun Violence been

11  in action?

12      A    This group I think actually was started

13  in 2011.

14      Q    Okay.

15      A    I would point out that I have accepted no

16  compensation for involvement in this group.  And we

17  have two employees that do the daily administrative

18  work, and help get me statistics, and facts, and

19  cases, and such.

20      Q    I'm sure the County Executive would

21  require you to scourge it anyway.

1          You say you have two employees.  What are

2     their titles?

3          A     The primary individual is Gayle Hoffman.

4     And Gayle's role and responsibility -- I think it

5     would be accurate to describe as executive director.

6              All the members of this group are law

7     enforcement that are either running police agencies

8     or other police-related academic organizations.  And

9     I just don't have the time to devote, you know,

10    five, let alone 20 hours a week, to this issue.

11         Q     Now, I notice right under leadership

12    where it has your name, I clicked on Jim Johnson and

13    I saw a very nice biography on you, sir.

14             It says the Police Foundation serves as

15    the administrative partner managing the operations

16    of the partnership.  What does that mean exactly?

17         A     I didn't want to deal with the money.  I

18    didn't want the responsibility of having to account

19    for 175 or $200,000 a year in funding, dispersing

20    those funds.  And the Police Foundation is a long

21    time recognized academic group in public safety

1   based out of Washington.  They already had the

2   budget structure set up, and they actually dispersed

3   the money to these two individuals as salary.

4          Some of the funding is used -- for

5   example, we'll have a press conference in Chicago

6   calling for a national background check.  Again, law

7   enforcement across the nation is unified.  Many in

8   law enforcement across the nation are unified on

9   national background check.  So we've done press

10   invites in Florida, Virginia, Pennsylvania,

11   Illinois, Wisconsin, calling for a national

12   background check.

13          Q    So, what does the staff do, other than

14   arrange for these -- I guess speaking event?

15          A    They do a lot of research work for me.  I

16   want all the statistics and facts vetted, audited,

17   verified.  I'll sit and I'll advise them how I want

18   something prepared in writing.  They collect and

19   keep information, and certainly act to coordinate

20   different telephone conference calls or the issue of

21   the day.

1          Last week we spent three hours -- two

2    weeks ago, talking about 3D CAD, Computer-Assisted

3    Designed weapons.  And as a group I decided not to

4    take a position on that.  I wanted to stay focus on

5    the background check for this particular endeavor at

6    this time.

7          Q     Is the document that we've marked as

8    Johnson 2, the one with your handwriting, Ban Study,

9    is that an example of a document that might be put

10   together by the staff there?

11         A     Yes, sir.

12         Q     All right.  Do you have any understanding

13   of intent to receive funds in the future from the

14   Joyce Foundation?

15         A     Just within the last three weeks we were

16   awarded for next calendar year $150,000.  I suspect

17   that there will be other financing opportunities,

18   but year to year you have to reapply, and they may

19   or may not fund that group.

20         Q     Are there any other organizations that

21   your partnership has approached for funding?