# Exhibit 51

## to

# Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

*Joseph Vince, Jr.*
*Vol. 1*
*January 17, 2014*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting &
Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

21

1 correlation between one bullet and another and then

2 subsets of that. And over time I've certainly had, I

3 wouldn't say courses, but I've had education and

4 experience in some types of ballistics, and especially

5 with ATF. I was in charge at one time with their IBIS

6 System, Integrated Ballistic Identification System, and

7 getting that out to law enforcement, so I did get some

8 knowledge of the use of that.

9 Q There are a number of -- of experts in

10 ballistics employed by the ATF, are there not?

11 A Yes, sir, there are.

12 Q And you wouldn't consider yourself one of

13 them, would you?

14 A No, sir, I would not.

15 Q Did you have any course work outside of the

16 ATF in firearms?

17 A Outside of the training as an agent, I

18 can't recall any at this time.

19 Q All right. What was your training as an

20 agent in regards to firearms?

21 A Well, you initially certainly go through --