# Exhibit 52

## to

# Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment

# In The Matter Of:

*Shawn J. Tardy, et al.  vs.*
*Martin J. O'Malley, et al.*

*Anthony W. Batts*

*Vol. 1*

*December 19, 2013*

*Gore Brothers Reporting & Videoconferencing*

*20 South Charles Street, Suite 901*

*Baltimore, MD 21201*

*410-837-3027*

*www.gorebrothers.com*



Reporting &
Videoconferencing

Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

6

1    of your deposition today.

2         A      Okay.   I'm looking at page five of the

3    document that is -- looks like Sub Category E.

4    Commissioner Anthony W. Batts, Baltimore City Police

5    Department.   Relates to training, firearms secured

6    by officers at the police department.   The lack of

7    the use of assault weapons.   The dangerousness of

8    assault weapons and high capacity magazines.

9    Opinion on assault weapons high capacity.   Lessons

10   learned from mass shooting incidents.   Gives the

11   address of the police organization.

12              Is that it on page six?

13        Q      Yes.

14        A      Okay.

15        Q      And are you generally familiar with the

16   subject matters that are listed there?

17        A      Generally.   I am not an expert, but

18   generally, yes.

19              MR. SWEENEY:   All right.   Please mark

20   that as Exhibit 1, Batts 1.

21              (Batts Exhibit 1 was marked for purposes