# EXHIBIT B


**BRADLEY ARANT**
**BOULT CUMMINGS** LLP

John Parker Sweeney
Attorney
Direct Dial: (202) 719-8216
Direct Fax: (202) 719-8316
E-mail: JSweeney@babc.com

October 7, 2013

Douglas F. Gansler
Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland 21202

Daniel A. Friedman
Assistant Attorney General
Legislative Services Building
90 State Circle
Annapolis, Maryland 21401

Dear Attorney General Gansler & Assistant Attorney General Friedman:

Pursuant to the Maryland Public Information Act, State Government Article §§10-611 to 630, I request copies of all any and all documents, including but not limited to studies, reports, testimony, transcripts, abstracts, charts, graphs, and statements, that your office reviewed or relied upon in rendering its opinion, dated April 30, 2013, regarding the constitutionality of the Maryland Firearm Safety Act of 2013.

If this request is denied, I request that I be provided with a written statement of the grounds for the denial.

Please provide me with an estimate of the cost before preparing the information.

I look forward to receiving this information promptly and, in any event, no later than within 30 days. Thank you for your cooperation. If you have any questions regarding this request, please contact me via email at JSweeney@babc.com.

Sincerely,

**BRADLEY ARANT BOULT CUMMINGS, LLP**

John Parker Sweeney

cc:   Matthew Fader

JPS:mts