# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | |
|---|---|
| **STEPHEN V. KOLBE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **Case No. 1:13-cv-02841-CCB** |
| v. ) | |
| ) | |
| **MARTIN J. O'MALLEY,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFFS' SUPPLEMENTAL DISCLOSURES

Plaintiffs, by and through undersigned counsel, provide the following supplemental disclosures pursuant to Federal Rules of Civil Procedure 26(e)(1)(A).

These disclosures are made solely for the purpose of this action. These disclosures are made subject to all objections as to competence, materiality, relevance or other objection as to admissibility that may apply in the event that any such response, or the information contained, is sought to be used in Court. Plaintiffs expressly reserve all such objections.

### I. WITNESSES

At this time, Plaintiffs supplement their initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A)(i), with the following listing of individuals who may have discoverable information with respect to Plaintiffs' claims and defenses:

1. Sam Walters
   The Cop Shop
   803 E. Baltimore Street
   Baltimore, MD 21202

2. John Brown
   LWRC International, LLC
   Cambridge, MD 21613

## II. DOCUMENTS

Plaintiffs hereby supplement their initial disclosures under Federal Rule of Civil Procedure 26(a)(1)(A)(ii), with the following listing of documents, electronically stored information and tangible things that Plaintiffs have in their possession, custody or control that may be used to support their claims or defenses:

1.	Transcript of the Hearing Before the Senate Judicial Proceedings Committee on 2013 Senate Bill 281, Exhibit 49 attached to Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Cross-Motion for Summary Judgment.

Further discovery and developments in the case may dictate the need to identify additional relevant documents and tangible objects, or witnesses that Plaintiffs may use to support their claims and defenses. In accordance with Federal Rule of Civil Procedure 26(e)(1)(A), Plaintiffs will supplement this disclosure if and when they identify additional documents and tangible objects, or witnesses that may be used to support their claims and defenses.

/s/ John Parker Sweeney
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
James W. Porter, III (admitted *pro hac vice*)
Marc A. Nardone (Bar No. 18811)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

*Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of April, 2014, a copy of the foregoing Supplement to Plaintiffs' Initial Disclosures was sent via electronic mail to:

Dan Friedman, Esquire
Maryland Office of the Attorney General
Counsel to the General Assembly
90 State Circle, Room 104
Annapolis, Maryland  21401
dfriedman@oag.state.md.us

Matthew J. Fader, Esquire
Maryland Office of the Attorney General
200 Saint Paul Street
Baltimore, Maryland  21202
mfader@oag.state.md.us

/s/ James W. Porter, III
Of Counsel