# EXHIBIT G

# In The Matter Of:

*Shawn J. Tardy, et al. vs.*
*Martin J. O'Malley, et al.*

---

*Joseph Vince, Jr.*
*Vol. 1*
*January 17, 2014*

---

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



GORE BROTHERS
Reporting & Videoconferencing
Since 1961 - Serving MD, DC & VA - Worldwide

Min-U-Script® with Word Index

Case 1:13-cv-02841-CCB   Document 72-7   Filed 06/02/14   Page 3 of 3

21

```
 1    correlation between one bullet and another and then
 2    subsets of that.  And over time I've certainly had, I
 3    wouldn't say courses, but I've had education and
 4    experience in some types of ballistics, and especially
 5    with ATF.  I was in charge at one time with their IBIS
 6    System, Integrated Ballistic Identification System, and
 7    getting that out to law enforcement, so I did get some
 8    knowledge of the use of that.
 9         Q    There are a number of -- of experts in
10    ballistics employed by the ATF, are there not?
11         A    Yes, sir, there are.
12         Q    And you wouldn't consider yourself one of
13    them, would you?
14         A    No, sir, I would not.
15         Q    Did you have any course work outside of the
16    ATF in firearms?
17         A    Outside of the training as an agent, I
18    can't recall any at this time.
19         Q    All right.  What was your training as an
20    agent in regards to firearms?
21         A    Well, you initially certainly go through --
```

**Gore Brothers Reporting & Videoconferencing**
**410 837 3027 - Nationwide - www.gorebrothers.com**