

| | |
|---|---|
| **DOUGLAS F. GANSLER**<br>*Attorney General* | **KATHERINE WINFREE**<br>*Chief Deputy Attorney General*<br><br>**JOHN B. HOWARD, JR.**<br>*Deputy Attorney General* |

# STATE OF MARYLAND
## OFFICE OF THE ATTORNEY GENERAL

| | |
|---|---|
| (410 576-6955<br>TELECOPIER NO. | (410) 576-7906<br>WRITER'S DIRECT DIAL NO.<br>E-MAIL ADDRESS:  mfader@oag.state.md.us |

July 1, 2014

The Honorable Catherine C. Blake
United States District Court for the
   District of Maryland
101 West Lombard Street
Chambers 7D
Baltimore, Maryland 21201

     Re:    *Stephen v. Kolbe, et al. v. Martin O'Malley, et al.*
              No. 1:13-cv-02841-CCB

Dear Judge Blake:

     Attached as supplemental authority in connection with the parties' cross-motions for summary judgment in the above-referenced matter is a recent decision by the United States District Court for the District of Colorado in *Colorado Outfitters Assoc. v. John W. Hickenlooper*, Civ. A. No. 13-cv-01300-MSK-MJW (D. Colo. June 26, 2014).  In the decision, the district court upholds the constitutionality of Colorado's prohibition against the possession or transfer of a "large-capacity magazine," defined under Colorado law as "a fixed or detachable magazine, box, drum, feed strip, or similar device capable of accepting, or that is designed to be readily converted to accept, more than fifteen rounds of ammunition."  *Colorado Outfitters Assoc.*, slip. op. at 5.  The slip opinion, which also addresses jurisdictional issues and a separate provision of Colorado law relating to background checks, addresses the prohibition against large-capacity magazines at pages 2-5 and 19-36, and addresses a vagueness challenge to that same prohibition at pages 41-46.

                                       Very truly yours,

                                         /s/

                                       Matthew J. Fader
                                       Assistant Attorney General

    cc:    all counsel of record (via CM/ECF)

_____
200 Saint Paul Place ♦ Baltimore, Maryland, 21202-2021
Main Office (410) 576-6300 ♦ Main Office Toll Free (888) 743-0023 ♦ D.C. Metro (301) 470-7534
Consumer Complaints and Inquiries (410) 528-8662 ♦ Health Advocacy Unit/Billing Complaints (410) 528-1840
Health Advocacy Unit Toll Free (877) 261-8807 ♦ Homebuilders Division Toll Free (877) 259-4525 ♦ Telephone for Deaf: (410) 576-6372
www.oag.state.md.us