# ATTACHMENT B

# Maryland State Police
# Licensing Division
# Firearms Bulletin




### LD-FRS-Bulletin-14-001

July 9, 2014

## MARYLAND STATE POLICE FIREARM REVIEW REQUEST FORM & WEB SITE FIREARM SEARCH FUNCTIONALITY

It is the position of the Maryland State Police that the purchase of a firearm is a serious purchase and requires research on the part of the consumer in order to make the best, most informed decision. To ensure that Maryland consumers do not consider purchasing a potentially banned firearm the Department will continue to urge Marylanders to contact a Maryland Regulated Firearms Dealer and/or the firearm manufacturer of the weapon being considered as they are best suited to answer questions about various types of firearms.

The Maryland State Police is responsible for reaching its own conclusions with respect to whether particular firearms are copies of enumerated banned firearms. In reaching those conclusions, the Maryland State Police adheres to the process articulated in the Firearms Bulletin #10-2 dated November 4, 2010 a copy of which may be found on our website. To that end, the Maryland State Police has determined that, for enforcement purposes, a firearm is considered a copy if it is both cosmetically similar to and has completely interchangeable internal components necessary for the full operation and function of one of the enumerated banned weapons.

The Maryland State Police has made available to the public its listing of banned firearms, copy-cat weapons and those firearms that have been reviewed by the Department. The list is entitled, The Maryland State Police Licensing Division Reviewed Firearms List. To view the list and or obtain more information regarding the list, please visit us at www.mdsp.org, click on Licensing Division, and then click on the firearm.

The Maryland State Police will continue to direct consumers seeking information regarding firearm purchases and/or the "copy" status of a weapon to licensed firearms dealers and firearm manufactures.