# ATTACHMENT D

# Maryland State Police Firearm Review Form

* Required

**First Name***
Please enter your first name

**Last Name***
Please enter your last name

**Email***
Please enter your email address

**Phone ***
Please enter your phone number.

**Weapon Manufacturer***

**What information did the manufacturer provide to you?***

**Overall Length***
Provide the overall length of the weapon in inches. This can be obtained from the manufacturer.

**Barrel Length***
Provide the length of the barrel in inches. This can be obtained from the manufacturer.

**Is a schematic available? ***
Are you able to provide a diagram of all of the parts of the weapon? This can be found in an owner's manual, the manufacturer, or a replacement parts supplier.

**Who is the Maryland Regulated Firearms Dealer you are using?***
Please select the dealer's business name

[ ▼ ]

**What information did the firearms dealer provide to you?***

**Which firearm is this similar to?***

[ ▼ ]

**Description of Firearm***
describe things such as muzzle attachments, stock type (fixed, collapsible or folding), detachable or fixed magazine, caliber, etc

[ Submit ]
Never submit passwords through Google Forms.

Powered by
Google Forms

This form was created inside of Maryland.gov.
Report Abuse-Terms of Service-Additional Terms