# ATTACHMENT E

cosmetically similar to and has completely interchangeable internal components necessary for the full operation and function of one of the enumerated banned weapons. This list represents those determinations.

It includes weapons that are:

*1. Firearms defined under State law as "assault long guns," including firearms specifically enumerated under § 5-101(r)(2) of the Public Safety Article and their copies.*
*2. Firearms defined under State law as "assault pistols," including firearms specifically enumerated under § 4-303(c) of the Criminal Law Article and their copies.*
*3. Long guns as to which the Department has reached a conclusion with respect to whether they are banned assault long guns or copycat weapons.*

## Reviewed Firearms List

Instructions:
*1. Weapons are sorted alphabetically by manufacturer and model.*
*2. Select the firearm to see additional information about it.*

H & K MR556A1

*Weapon Selected: H & K MR556A1;*
*Status: Banned*
*Justification: Copy of the Colt AR15*
*Date of Status: 1/3/2014*
*Comments:*

If you are unable to locate your firearm and you have already contacted a firearms dealer and/or the firearm's manufacturer and/or your attorney and have been unable to receive a satisfactory response, you may submit the below form. By submitting this form, you are acknowledging that you have contacted a firearms dealer and/or the firearm's manufacturer and/or your attorney and have not obtained the guidance necessary to make an informed decision.

## **Request for Firearm Review Form**

Terms Of Use  |  Privacy Statement  |  Notice of Federal Funding and Federal Disclaimer

1201 Reisterstown Road Pikesville, Maryland 21208
(410) 653.4200 | (800) 525.5555 | (410) 486.0677 (tdd)