# ATTACHMENT F



# State of Maryland
# Department of State Police
*Government Affairs Section*
*Annapolis Office (410) 974-5068*

## POSITION ON PROPOSED LEGISLATION

DATE:              February 10, 2004

BILL NUMBER:   Senate Bill 288           POSITION: Oppose

BILL TITLE:      Maryland Assault Weapons Ban of 2004

REVIEW AND ANALYSIS:

This legislation seeks to make it a misdemeanor to transport an assault weapon into the State or to possess, sell, offer to sell, transfer, purchase, or receive an assault weapon.

During 2002, 528 homicides were reported in the State of Maryland. Of the homicides committed, 354 involved the use of a firearm. During 2001, 463 homicides were committed and 336 of these involved the use of a firearm.

Homicides involving a firearm have decreased over a period from 1990 to 2002. In 2002, of the 354 homicides involving firearms 330 were handguns, 8 were shotguns, 9 were rifles, and 7 were classified as unknown weapons which include weapons such as crossbows. None of these homicides involved the use of assault type weapons.

From 1994 to 2002, with the exception of the sniper shootings, very few homicides involved assault type weapons. Handguns continue to be the preferable weapon used to commit homicides in the State. Very few crimes involved the use of shotguns or rifles, and in comparison to the number of homicides and handguns used in these crimes, the number of crimes involving shotguns, rifles or assault weapons is negligible.

For these reasons, the Department of State Police urges the Committee to give Senate Bill 288 an unfavorable report.