Problem Solver | Maryland.gov | Online Services | State Agencies | Phone Directory

Search

HOME    ORGANIZATION    CAREERS    NEWS    ABOUT    DOWNLOADS    FAQ'S    CONTACT US

ORGANIZATION    Organization   .Support Services Bureau   Licensing Division   Main Licensing Page
Licensing and Registration   Firearms   Firearm Search

*Firearm Search*

# Maryland State Police Firearms Search

*This is not the Handgun Roster Board.* <u>*To access the Handgun Roster, click here*</u>

## *Purchasing a firearm, like any serious purchase, requires serious research and investigation.*

If you are considering the purchase of a firearm and are unsure if the firearm is banned, contact the Maryland Regulated Firearms Dealer you are utilizing for your purchase. Maryland regulated firearms dealers are best suited to answer questions about the various types of firearms available. If your regulated firearms dealer is unable to provide assistance, contact the firearms manufacturer to obtain additional information about the weapon.

Some examples of the questions to ask are listed below.

1) Is this weapon semi-automatic? If not, it is not banned and you do not need to continue.

2) If this is a rifle, is it centerfire? If not, then it is not banned and you do not need to continue.

3) Is this weapon considered to be a copy of a banned weapon? If so, then it is banned and may not be purchased, sold, or transferred.

4) If this is a semi-automatic centerfire rifle that can accept a detachable magazine, does it have any two of the following:
   a folding stock;
   a grenade launcher or flare launcher; or
   a flash suppressor;

If so, then it is banned and may not be purchased, sold, or transferred.

5) If this is a rifle, does it have a fixed magazine that holds more than 10 rounds? If so, then it is banned and may not be purchased, sold, or transferred.

6) If this is a rifle, what is the overall length of the weapon? If the stock is fully extended and there are no removable additions to the barrel, is the weapon less than 29 inches? If so, then it is banned and may not be purchased, sold, or transferred.

7) If this is a semi-automatic shotgun, does the weapon have a revolving cylinder? If so, then it is banned and may not be purchased, sold, or transferred.

8) If this is a shotgun, does the weapon have a folding stock? If so, then it is banned and may not be purchased, sold, or transferred.

---

*Maryland State Police Licensing Division Reviewed Firearms List*

The Maryland State Police is responsible for reaching its own conclusions with respect to whether particular firearms are copies of enumerated banned firearms. In reaching those conclusions, the Maryland State Police adheres to the process articulated in the Firearms Bulletin #10-2 dated November 4, 2010 a copy of which may be found on our website. To that end, the Maryland State Police has determined that, for enforcement purposes, a firearm is considered a copy if it is both

cosmetically similar to and has completely interchangeable internal components necessary for the full operation and function of one of the enumerated banned weapons. This list represents those determinations.

It includes weapons that are:

1. *Firearms defined under State law as "assault long guns," including firearms specifically enumerated under § 5-101(r)(2) of the Public Safety Article and their copies.*
2. *Firearms defined under State law as "assault pistols," including firearms specifically enumerated under § 4-303(c) of the Criminal Law Article and their copies.*
3. *Long guns as to which the Department has reached a conclusion with respect to whether they are banned assault long guns or copycat weapons.*

## Reviewed Firearms List

Instructions:
1. *Weapons are sorted alphabetically by manufacturer and model.*
2. *Select the firearm to see additional information about it.*

Sig Sauer M400;

*Weapon Selected: Sig Sauer M400;*
*Status: Banned*
*Justification: Copy of the Colt AR15*
*Date of Status: 10/1/2013*
*Comments:*

If you are unable to locate your firearm and you have already contacted a firearms dealer and/or the firearm's manufacturer and/or your attorney and have been unable to receive a satisfactory response, you may submit the below form. By submitting this form, you are acknowledging that you have contacted a firearms dealer and/or the firearm's manufacturer and/or your attorney and have not obtained the guidance necessary to make an informed decision.

## **Request for Firearm Review Form**

Terms Of Use | Privacy Statement | Notice of Federal Funding and Federal Disclaimer

1201 Reisterstown Road Pikesville, Maryland 21208
(410) 653.4200 | (800) 525.5555 | (410) 486.0677 (TDD)