IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEPHEN V. KOLBE, et al.

v.          Civil No. CCB-13-2841

MARTIN J. O'MALLEY, et al.

******

# ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The defendants' motion to dismiss (ECF No. 20) is **Denied as moot**;

2. The defendants' motion to dismiss the third amended complaint (ECF No. 32) is **Denied as moot**;

3. The defendants' motion for summary judgment (ECF No. 44) is **Granted**;

4. The plaintiffs' cross motion for summary judgment (ECF No. 55) is **Denied**;

5. The plaintiffs' motion to exclude (ECF No. 65) is **Denied**;

6. John Cutonilli's motion for leave to file a brief as amicus curiae (ECF No. 47) is **Denied**;

7. The defendants' unopposed motions to seal (ECF Nos. 45, 63) are **Granted**;

8. Judgment is entered in favor of the defendants;

9. The Clerk shall **Close** this case; and

10. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

August 12, 2014                           _____/S/_____
Date                                              Catherine C. Blake
                                                      United States District Judge