# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Northern Division)

| | |
|---|---|
| STEPHEN V. KOLBE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No.: 1:13-cv-02841-CCB |
| v. | ) |
| | ) |
| MARTIN J. O'MALLEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Stephen V. Kolbe, Andrew C. Turner, Wink's Sporting Goods, Atlantic Guns, Inc., and association Plaintiffs Associated Gun Clubs of Baltimore, Inc., Maryland Shall Issue, Inc., Maryland State Rifle and Pistol Association, Inc., National Shooting Sports Foundation, Inc., and Maryland Licensed Firearms Dealers Association, Inc., by and through undersigned counsel, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Final Judgment and Order entering Summary Judgment in favor of the Defendants in this action on August 12, 2014.

Dated: September 9, 2014          Respectfully submitted,

*/s/ John Parker Sweeney*
John Parker Sweeney (Bar No. 08761)
T. Sky Woodward (Bar No. 10823)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
P (202) 719-8216
F (202) 719-8316
JSweeney@babc.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of September, 2014, the foregoing Notice of Appeal was filed with the Court's CM/ECF system, which automatically serves a copy via electronic mail to:

Dan Friedman, Esquire
Maryland Office of the Attorney General
Counsel to the General Assembly
90 State Circle, Room 104
Annapolis, Maryland 21401
dfriedman@oag.state.md.us

Matthew J. Fader, Esquire
Maryland Office of the Attorney General
200 Saint Paul Street
Baltimore, Maryland 21202
mfader@oag.state.md.us

                                                */s/ John Parker Sweeney*
                                                Of Counsel