# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## (Northern Division)

| | |
|---|---|
| STEPHEN V. KOLBE, *et al.*, | ) |
| *Plaintiffs*, | ) Case No.: 1:13-cv-02841-CCB |
| v. | ) |
| MARTIN O'MALLEY, *et al.*, | ) |
| *Defendants*. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 101(2)(a)(1) and (b)(1), it is hereby requested that the appearance of Dan Friedman be withdrawn as counsel for the defendants in this matter. The defendants continue to be represented by Matthew J. Fader and Jennifer L. Katz.

Respectfully submitted,

DOUGLAS F. GANSLER
Attorney General of Maryland

    /s/
MATTHEW J. FADER (Fed. Bar # 29294)
JENNIFER L. KATZ (Fed. Bar # 28973)
Assistant Attorneys General
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
410-576-7906 (tel.); 410-576-6955 (fax)
mfader@oag.state.md.us

DAN FRIEDMAN (Fed. Bar # 24535)
Assistant Attorney General
Office of the Attorney General
Legislative Services Building
90 State Circle, Room 104
Annapolis, Maryland 21401
410-946-5600 (tel.); 410-946-5601 (fax)
dfriedman@oag.state.md.us

Dated: September 10, 2014    Attorneys for Defendants