## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STEPHEN V. KOLBE, *et al.*,                           *

      *Plaintiffs,*                                   *

      v.                                            *         Civil Case No. 13-cv-02841-CCB

MARTIN O'MALLEY, *et al.,*                            *

      *Defendants.*                                  *

*     *     *     *     *     *     *     *     *     *     *     *     *     *

## ORDER

Upon consideration of the motion for leave to withdraw the appearance of Dan Friedman as counsel for the defendants, it is hereby

ORDERED that the motion is GRANTED.


_____                                     _____
Date                                                  Catherine C. Blake
                                                      United States District Judge