FILED: September 11, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1945

(1:13-cv-02841-CCB)

_____

WINK'S SPORTING GOODS, INCORPORATED; ATLANTIC GUNS, INCORPORATED; ASSOCIATED GUN CLUBS OF BALTIMORE, INCORPORATED; MARYLAND SHALL ISSUE, INCORPORATED; MARYLAND STATE RIFLE AND PISTOL ASSOCIATION, INCORPORATED; NATIONAL SHOOTING SPORTS FOUNDATION, INCORPORATED; MARYLAND LICENSED FIREARMS DEALERS ASSOCIATION, INCORPORATED; ANDREW C. TURNER; STEPHEN V. KOLBE

        Plaintiffs - Appellants

 and

SHAWN J. TARDY; ANDREW W. TURNER; MATTHEW GODWIN

        Plaintiffs

v.

MARTIN J. O'MALLEY, Governor, in his official capacity as Governor of the State of Maryland; DOUGLAS F. GANSLER, in his official capacity as Attorney General of the State of Maryland; MARCUS L. BROWN, Colonel, in his official capacity as Secretary of the Department of State Police and Superintendent of the Maryland State Police; MARYLAND STATE POLICE

        Defendants - Appellees

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:13-cv-02841-CCB |
| Date notice of appeal filed in originating court: | 09/09/2014 |
| Appellant (s) | Wink's Sporting Goods, Inc. et al |
| Appellate Case Number | 14-1945 |
| Case Manager | Joy Hargett Moore<br>804-916-2702 |