FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2014 SEP 11 P 3: 36

CLERK'S OFFICE
AT BALTIMORE

BY_____ _DEPUTY

| | | |
|---|---|---|
| STEPHEN V. KOLBE, *et al.*, | * | |
| *Plaintiffs,* | * | |
| v. | * | Civil Case No. 13-cv-02841-CCB |
| MARTIN O'MALLEY, *et al.*, | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the motion for leave to withdraw the appearance of Dan Friedman as counsel for the defendants, it is hereby

ORDERED that the motion is GRANTED.

___9-11-14___
Date

___CCB___
Catherine C. Blake
United States District Judge